UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| TAMMY ALLEN, PERSONAL REPRESENTATIVE OF THE ESTATE OF NORMAN ALLEN, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| V. | ) ) | Civil Action No. 05-11463-DPW |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

## UNITED STATES' MOTION TO DISMISS TAMMY ALLEN'S COMPLAINT.

As more fully demonstrated in the accompanying Memorandum in Support, the United States of America respectfully requests that this Court dismiss with prejudice Tammy Allen's (hereinafter "Allen") complaint in the above-captioned matter pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure as this Court lacks subject matter jurisdiction where the Allen has failed to file a timely administrative claim as required by the Federal Tort Claims Act. 28 U.S.C. § 2401(b).

```
                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney


Dated: July 22, 2005            /S/ Christopher Alberto
                                Christopher Alberto
                                Assistant U.S. Attorney
                                U.S. Attorney's Office
                                John Joseph Moakley Courthouse
                                1 Courthouse Way, Suite 9200
                                Boston, MA 02210
                                Tel. No. (617) 748-3311
```

**CERTIFICATE OF SERVICE**

I hereby certify that on this day service of the foregoing Motion to Dismiss has been made upon the following by depositing a copy in the United States mail, postage prepaid to:

William Thompson, Esq.
Lubin & Meyer, P.C.
100 City Hall Plaza
Boston, MA 02108

```
Dated: July 22, 2005            /S/ Christopher Alberto
                                Christopher Alberto
                                Assistant U.S. Attorney
```

**CERTIFICATION PURSUANT TO L.R. 7.1 (A)(2)**

I hereby certify that on July 22, 2005, I spoke with Attorney William Thompson, attorney for the plaintiff, and informed him of my intention to file this Motion to Dismiss and attempted in good faith to resolve the issues presented.

```
Dated: July 22, 2005            /S/ Christopher Alberto
                                Christopher Alberto
                                Assistant U.S. Attorney
```