UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TAMMY ALLEN, PERSONAL REPRESENTATIVE OF THE ESTATE OF NORMAN ALLEN, Plaintiff, | ) ) ) |
| | ) Case No. 1:05-CV-11463 |
| V. | ) |
| | ) |
| THE UNITED STATES OF AMERICA, Defendant. | ) ) |

## PLAINTIFF'S DISCLOSURE OF MEDICAL INFORMATION TO DEFENDANT, MICHAEL KELLY, M.D. PURSUANT TO RULE 35.1

Now comes the plaintiff, Tammy Allen, personal representative of the Estate of Norman Allen, and pursuant to Local Rule 35.1, makes the following disclosure of medical information regarding the diagnosis, care, or treatment of Norman Allen.

Pursuant to Local Rule 35.1(a)(1), the plaintiff has requested the appropriate medical bills and will disclose an itemization of all medical expenses incurred as soon as they are received.

Pursuant to Local Rule 35.1(a)(2), the plaintiff identifies the following health care providers as having diagnosed, cared for, or treated Norman Allen.

1.    **Michael Kelly, M.D.**
       308 Main Street
       PO Box 1748
       Lakeville, CO 06039

2.    **David Farzan, M.D.**
       Pentucket Medical Associates
       1 Parkway
       Haverhill, MA

3.    **Thomas Fazio, M.D.**
       Pentucket Medical Associates
       1 Parkway
       Haverhill, MA

4.   **Liam Hurley**
     Northeast Urologic Surgery, P.C.
     198 Massachusetts Avenue
     North Andover, MA

5.   **Howard P. Taylor, M.D.**
     254 Pleasant Street
     Methuen, MA  01844

6.   **Julie Steckbeck, R.N.**
     Seacoast Hospice
     1039 Islington Street
     Portsmouth, NH  03801

7.   Any and all medical providers at **Lawrence General Hospital,** 1
     General Street, PO Box189, Lawrence, MA  01842-0389, including but
     not limited to:

     Thomas L. Fazio, M.A.
     David Farzan, M.D.
     Jonathan Mandell, M.D.
     Liam Hurley, M.D.
     Pedro Sanz-Altamira, M.D.
     John Keefe, M.D.
     Michael Giorgetti, M.D.
     Jane Williamsville, M.D.
     Liam Hurley, M.D.
     Cheryl Ennis, M.D.
     Astrid Peterson, M.D.
     Santos Shetty, M.D.
     George Kwass, M.D.

8.   Any and all medical providers at **Andover Surgical Associates, Inc.,**
     140 Haverhill Street, Andover, MA 01810, including but not limited to:

     Jonathan Mandell, M.D.
     G. Walker, M.D.

9.   Any and all medical providers at **Holy Family Hospital and Medical
     Center**, 70 East Street, Methuen, MA  01844, including but not limited
     to:

     Pedro Sanz, M.D.
     Liam Hurley, M.D.
     Stephen Zappala, M.D.
     G. Belzarini, R.N.

Astrid Peterson, M.D.

10. Any and all medical providers at **Merrimack Imaging**, 203 Turnpike Street, North Andover, MA 01845, including but not limited to:

Mark Belkin, M.D.
Walther Weylman, M.D.

11. Any and all medical providers at **Boston University Medical Group**, Rheumatology Section, 720 Harrison Avenue, Boston, MA 02118, including but not limited to:

Robert Simms, M.D.
Howard Donough, M.D.
John Carey, M.D.

While Local Rule 35.1 (a)(2)(a) allows the defendant to inspect and copy, at the defendant's expense, all of the relevant medical records pertaining to the diagnosis, care, and treatment of Norman Allen, the plaintiff has provided the complete medical and office records of each health care provider named above.

1. Please refer to *Attachment A*, medical records from Greater Lawrence Family Health Center, including office notes and records of Michael Kelly, M.D.

2. Please refer to *Attachment B*, medical records from Lawrence General Hospital, including oncology reports and notes from Thomas Fazio, M.D. and David Farzan, M.D.

3. Please refer to *Attachment C*, medical records, including office notes, laboratory results, and radiology reports, from Pentucket Medical Associates.

4. Please refer to *Attachment D*, medical records and office notes from Andover Surgical Associates, Inc.

5. Please refer to *Attachment E*, medical records, including radiology and oncology reports, from Holy Family Hospital and Medical Center.

6. Please refer to *Attachment F*, medical records from Merrimack Imaging.

7. Please refer to *Attachment G*, medical records from Northeast Urologic Surgery, P.C.

8.    Please refer to *Attachment H*, medical records, including notes, from Boston University Medical Group.

9.    Please refer to *Attachment I*, medical record from Howard P. Taylor, M.D.

10.    Please refer to *Attachment J*, medical record from Seacoast Hospice.

Respectfully submitted,
The plaintiff,
By her attorney,


/s/ William J. Thompson
WILLIAM J. THOMPSON
LUBIN & MEYER, P.C.
100 City Hall Plaza
Boston MA 02108
(617) 720-4447
BBO#: 559275

# ATTACHMENT A

GREATER LAWRENCE

□ 34 Haverhill Street
Lawrence, MA 01841
(978) 686-0090

□ 150 Park Street
Lawrence, MA 01841
(978) 685-1770

□ 130 Parker Street
Lawrence, MA 01843
(978) 686-3017

□ 101 Amesbury Street
Lawrence, MA 01841
(978) 686-9701

□ 233 Haverhill Street
Lawrence, MA 01841
(978) 681-4769

# Referral Form

Patient Name: _Nelman Allen_    MR#: _12-7474_

Address: _27 Bourguet 18FLR_    D.O.B.: _11/24/47_

City/State/Zip: _Law MA 01841_    Date: _____

Referral #: _1705115_    Expiration Date: _____    # of Visits: _3_

Telephone #: _725-5827_    Insurance Type: _MMC_

Primary Care Physician: _Kelly_

Referring Physician (if different): _____

Referred To: _Dr. Simms  Boston Medical Center_

Diagnosis: _Fibromyalgia_

Reason for Referral: _50 yo F for f/u_

Signed: _MPM_    Date: _9/5/98_

Specialty Provider Report of Findings: _____

_Rec ↑ Amitriptylin 30mg QHS._
_? ortho opinion re recent disc/arm (L) shoulder_

Signed: _PWS_    Date: _10/26/98_

## IF UNABLE TO KEEP APPOINTMENT NOTIFY SPECIALIST 24 HOURS IN ADVANCE.

You have an appointment with:    _Boston Medical Center_
Usted tiene una cita con:    _818 Harrison Ave Boston mass_

Agency/Agencia    Address/Direccion    City/Ciudad
State/Estado

_10-26-98 @ 1:00PM_

Day/Dia    Date/Fecha    Time/Hora    Telephone #/# de Telefono

***Please bring this referral form, your Medicaid Card or any other type of insurance card with you to this appointment.
If you are unable to keep this appointment _you_ are _responsible_ to _cancel_ and _reschedule_ this appointment or there may
be a possibility the physician will _charge you._

***Por favor lleve este formulario, su tarjeta de Medicaid, u otro tipo de seguro, y un interprete con usted a su cita.
Si usted no puede cumplir con su cita. _Usted_ es _responsable_ de cancelarla y _hacer_ una nueva cita. Si usted no se presenta
o no la cancela habra una posibilidad de que _usted_ tenga que _pagar por la misma._

.D:03/27/97:Allen,Norman:127474
.T:Joint pain
.PV:MK
D.O.B:~~Not dictated~~
    11|24|47

APR 3 1997

S:
Norm is continuing to have worse diffuse joint pains,
specifically in his wrist, one on the DCP joint of his left hand,
his right elbow. These have become worse. He does have morning
stiffness, which lasts about a half an hour. He also have
problems where he dislocates his right shoulder. This has been a
chronic problem. He is having very much difficulty sleeping
still. Temazepam does not really help him. He also has some
discomfort with his neck, and this adds to his difficulty
sleeping.

O:
WRIST/ELBOW:       Physical exam reveals no specific signs of joint
                   disease at this time.

A&P:
1.    Probable Rheumatoid Arthritis. Will change his NSA to
Lodine 300 mg po tid at this point.
2.    Insomnia. May be secondary to depression. Will treat with
Zoloft 50 mg po q day.
3.    Seizures. Will continue with Zarontin and Dilantin 500 mg
q
day. Will follow up in two months. Also will order and MRI of
the brain for his recent seizures and for his tinnitus, which he
had prior to beginning aspirin.


Michael Kelly, M.D.

T:04/01/97:MK/mtc535

PROGRESS NOTES

Name: NORMAN ALLEN          ID: 127474P          SEX: M   AGE: 49

.D: 03/27/97
.T: Nursing Notes

The patient is a 49 yr year old male. Presenting at the Health Center
today for ROUTINE VISIT. NORMAN IS C/O RINGING IN HIS EARS. HE STILL IS
UNABLE TO SLEEP. HE AWAKES AT 1 AM AND CAN NOT RETURN TO SLEEP. HE ALSO
STATES HE IS HAVING EXTREME JOINT PAIN WHICH HE FEELS IS WORSENING SINCE HE
STARTED TAKING A MED PRESCRIBED BY DR BASU.DOES NOT KNOW THE NAME OF THE MED.

.V1: Syst BP 120 : Diast BP 84 : P. 72
Respirations are 20
.V2: T 97.9 : Height  : Weight 160 LBS

These vital signs taken at 2:45 PM.

Rx: ZOLOFT 50 mg 1 qd , 30, Ref: 5

Rx: LODINE 300MG 1 TID , 90, Ref: 1


#        SIGNED BY PAMELA MEADS (NPM)              03/27/97


.D:03/27/97:Allen,Norman:127474P
.T:Joint pain
.PV:MK
D.O.B:Not dictated


S:
Norm is continuing to have worse diffuse joint pains,
specifically in his wrist, one on the DCP joint of his left hand,
his right elbow. These have become worse. He does have morning
stiffness, which lasts about a half an hour. He also have
problems where he dislocates his right shoulder. This has been a
chronic problem. He is having very much difficulty sleeping
still. Temazepam does not really help him. He also has some
discomfort with his neck, and this adds to his difficulty
sleeping.

O:
WRIST/ELBOW:        Physical exam reveals no specific signs of joint
                   disease at this time.

A&P:
1.    Probable Rheumatoid Arthritis.  Will change his NSA to
Lodine 300 mg po tid at this point.
2.    Insomnia.  May be secondary to depression.  Will treat with
Zoloft 50 mg po q day.
3.    Seizures.  Will continue with Zarontin and Dilantin 500 mg
q

PROGRESS NOTES                                                Page: 2
                                                Date printed: 04/15/97
  Name: NORMAN ALLEN          ID: 127474P      SEX: M  AGE: 49

day.  Will follow up in two months.  Also will order and MRI of
the brain for his recent seizures and for his tinnitus, which he
had prior to beginning aspirin.


Michael Kelly, M.D.

T:04/01/97:MK/mtc535

Rx: ZOLOFT 50 mg 1 qd , 30, Ref: 5

Rx: LODINE 300MG 1 TID , 90, Ref: 1

```
PROGRESS NOTES                Provider: MIKE KELLY, MD              Page: 1
                                                          Date printed: 07/22/97
     Name: NORMAN ALLEN              ID: 127474P      SEX:M  AGE: 49
```

.D: 07/17/97
.T: Nursing/MD Notes

The patient is a 49 yr year old male. Presenting at the Health Center
today for F/UP
ABOVE REVIEWED BY MD
PT. THINKS THAT HE HAD 2 SEIZURES SINCE HIS LAST VISIT HERE
ONE OF WHICH WAS AT HIS SONS HOUSE.
DID NOT SEE DR. GAVRILESCU
HAS A PROBLEM WITH HIS LEFT SHOULDER DISLOCATING, A CHRONIC PROBLEM, BUT IT
IS HAPPENING MORE FREQUENTLY.
THE SHOULDER HAS BEEN DISLOCATING ON A DAILY BASIS.
SLEPT 5 1/2 HOURS LAST NIGHT.
USUALLY SLEEPS ONLY 3 TO 4 HOURS.
DROPS THINGS OUT OF HIS HANDS, DOES NOT FEEL THINGS.
NECK PAIN IS UNRELIEVED, HAS RINGING IN HIS EARS STILL.
SMOKES A LOT OF CIGARETTES, DRINKS A LOT OF COFFEE.
.V1: Syst BP 110 : Diast BP 70 : P. 76
Respirations are 20
.V2: T 98.0 : Height   : Weight 155 LBS
These vital signs taken at 8:40 A.M. BY MARIA,MARIBEL MA.

MD EXAM DEFERRED
L SHOULDER DISLOCATIONS- X-RAY, ORTHO CONSULT
SEIZURES- CONTINUE DILANTIN, NEURONTIN
NO INDICATION TO CHECK NEURONTIN LEVELS, WILL CHECK DILANTIN LEVEL
PT. IS UNWILLING TO SEE A LOCAL NEUROLOGIST.
DEPRESSION- BEGIN PAXIL 20 QD
ARTHRITIS- CONTINUE LODINE.
F/U 2 MONTHS

Rx: NEURONTIN 300MG 1 tid , 90, Ref: 3

Rx: PAXIL 20 mg 1 qd , 30, Ref: 5

#       SIGNED BY MARIA HERNANDEZ (NMH)            07/17/97
#       REVISED BY MIKE KELLY, MD (MK)             07/17/97

PROGRESS NOTES          Provider: MIKE KELLY, MD          Page: 1
                                                    Date printed: 12/09/97
    Name: NORMAN ALLEN          ID: 127474     SEX:M  AGE: 50

.D: 12/04/97
.T:MD/ Nursing Notes

The patient is a 50 yr year old male. Presenting at the Health Center
today for A FOLLOW UP VISIT.
NORMAN STATES THAT HIS LEFT SHOULDER DISLOCATES FREQUENTLY. SINCE HIS LAST
VISIT HE ESTIMATES THAT THIS HAS HAPPENED AT LEAST 20 TIMES.
ABOVE REVIEWED BY MD
PT. STILL FEELS LIKE HE'S COMING APART, HIS LEFT SHOULDER CONTINUES TO
DISLOCATE, HE SAW AN ORTHOPAEDIC DOCTOR WHO WANTED TO HAVE NORMAN GO TO THE
LGH WHEN IT IS DISLOCATED TO GET AN X-RAY CONFIRMATION OF THIS.
HAS MULTIPLE COMPLAINTS OF SEVERE NECK PAIN, AND WAKES UP IN THE MORNING
WITH NUMBNESS OF BOTH HANDS.
IS TAKING THE NEURONTIN, AND DILANTIN.
DROPS THINGS FROM THE RIGHT HAND.
HAS NUMBNESS IN THE DISTRIBUTION OF THE RADIAL NERVE (INCLUDING THE THUMB).
HAS GOOD AND BAD DAYS.
IS EXTREMELY TIRED.
HAS STIFFNESS MOSTLY IN THE BACK.
WAKES UP EASILY, MAY BE FROM PAIN.
THINKS OCCASIONALLY OF KILLING HIMSELF BUT HE DOES NOT TAKE IT SERIOUSLY.
.V1: Syst BP 112 : Diast BP 74 : P. 72
Respirations are 20
.V2: T 97.2 : Height   : Weight 154 LBS
These vital signs taken at 3:15 PM
MD EXAM
NO THENAR WASTING, NO ARTHRITIS OF HANDS, ELBOWS, TOES

A/P
CHRONIC PAIN- FIBROMYALGIA, VS. LUPUS,. VS. RA
CHECK MULTIPLE LABS.
F/U 1 MONTH

RX WITH ZOLOFT 50 QD, ELAVIL QHS, TRY DISALCID.

Rx: ZOLOFT 50 mg 1 qd , 30, Ref: 5

Rx: ELAVIL 10 mg 1 qhs , 30, Ref: 1

Rx: NEURONTIN 300MG 1 tid , 90, Ref: 3

Rx: DISALCID 750mg 2 bid , 120, Ref: 5


#          SIGNED BY PAMELA MEADS, LPN (NPM)          12/04/97
#          REVISED BY MIKE KELLY, MD (MK)             12/04/97

PROGRESS NOTES                Provider: MIKE KELLY, MD        |   Page: 1
                                                          Date| printed: 03/04/98
    Name: NORMAN ALLEN              ID: 127474        SEX:M  AGE: 50

.D: 02/27/98
.T:MD/ Nursing Notes

The patient is a 50 yr year old male. Presenting at the Health Center
today for A ROUTINE VISIT.
NORMAN STATES THAT HE HAS PAIN IN HIS RIGHT NECK AND IN HIS HANDS.

.V1: Syst BP 110 : Diast BP 80 : P. 72
Respirations are 18
.V2: T 97.3 : Height   : Weight 157 LBS
These vital signs taken at 9
;15 AM.
 ABOVE REVIEWED BY MD
PT. CONTINUES TO HAVE THE SAME COMPLAINTS.  HE COULDN'T TAKE THE ZOLOFT DUE
TO A RED RASH.

MD EXAM DEFERRED

LABS: ANA NEG., ESR 1, DS DNA NEGATIVE.

A/P
FIBROMYALGIA VS. CHRONIC FATIGUE SYNDROME-
WILL TRY PAXIL AGAIN.
REFER TO BOSTON MEDICAL CENTER ARTHRITIS CLINIC.


Rx: PAXIL 20 mg 1 qd , 30, Ref: 5

#      SIGNED BY PAMELA MEADS, LPN (NPM)           02/27/98
#      REVISED BY MIKE KELLY, MD (MK)              02/27/98

PROGRESS NOTES                 Provider: MIKE KELLY, MD              Page: 1
                                                          Date printed: 05/01/98
    Name: NORMAN ALLEN          ID: 127474      SEX:M   AGE: 50

.D: 04/20/98
.T: MD/Nursing Notes

The patient is a 50 yr year old male. Presenting at the Health Center
today for  F/U VISIT.

.V1: Syst BP 100 : Diast BP 70 : P. 68
Respirations are
.V2: T 97.5 : Height  : Weight 157 LB
These vital signs taken at .
 ABOVE REVIEWED BY MD
NORMAN SAW DR. SIMMS AT BOSTON UNIVERSITY MEDICAL CENTER WHO APPARENTLY ALSO
FEELS THAT HE HAS FIBROMYALGIA, AND INCREASED THE PAXIL BY 10 MG QD, AND
RECOMMENDED PT, AND SEEING A PSYCHIATRIST.    NORMAN FEELS THE SAME AT THIS
POINT.   HIS MEDS ARE PAXIL 30 QD, DILANTIN 500 QD, NEURONTIN 300 BID, AND
DISALCID 750 2 BID.

EXAM DEFERRED

A/P
FIBROMYALGIA- PT, F/U 3 MONTHS.


#      SIGNED BY JACKIE LEBRON, MA (NJL)         04/20/98
#      REVISED BY MIKE KELLY, MD (MK)            04/20/98



.D:09/03/98:Allen,Norman:127474
.T:Questions about treatment.
.PV:MK
D.O.B:

S:The patient first wants to know if he needs to be on the
Neurontin and why he is on that.  He happens to be on it for a
seizure disorder.  He also needs a referral for Dr. Symmes.  He
states he is still having the same problems, not being able to
sleep well.  He gets irritated frequently and reports now getting
a swollen feeling in his neck sometimes.

O:EXAM:  Deferred.

A&P:1.  SEIZURE DISORDER:  Continue Neurontin.
2.  FIBROMYALGIA:  Continue to follow up with Dr. Symmes.


Mike Kelly, M.D.

D:9/3/98
T:9/8/98:MK/mtc550 #71227

.D: 01/29/98: Allen, Norman :127474
.T: sick visit
.PV: MK
DOB: 11/24/47

S: Patient with past medical history of benign lung tumor, removed surgically 1990;
seizure disorder; fibromyalgia; presents today stating that he is feeling poorly and is not
sleeping well at all. Reports cough productive of black very sticky phlegm which
reminds him of the cough he had prior to having his lung tumor. Also patient has some
left posterior neck pain and tension headache.

MEDICATIONS:
Dilantin
Disalcid
Neurontin
Paxil
Elavil

O:  PULSE:     68
B/P:            108/58
NECK:        Neck muscles are supple. No focal tenderness.
LUNGS:      Clear to auscultation & equal bilaterally.

A/P:    INSOMNIA: Will add Ambien, 10mg po q.h.s.

COUGH: Treat with Augmentin, 500 t.i.d. x7 days. Check chest x-ray.

FOLLOW-UP: 2 months.

Michael Kelly, MD

D:01/29/99
T:02/02/99:KC
*Tape received by Transcription Dept. 02/01/99*

.D:04/06/99:ALLEN,NORMAN:127474
.T:Follow up
.PV:MK
.D.O.B:11/24/47



.MP:Multiple medical problems

S:This patient reports he is having difficulty sleeping.  He has
pain of his legs.  He has pain in the area of his right hip.  He
can walk fine with the hip.  It is more when he is at rest.  He
feels that his ankles are pulsating.  He feels that the Ambien is
not working to help him sleep.  He also continues with the neck
pain, and he reports having frequent bowel movements, and memory
problems.  He continues to lose weight.  He has lost six pounds
since January.  He is smoking 2 to 3 packs of cigarettes per day.
Norman is very depressed.

O:VITAL SIGNS:  Pulse 76, blood pressure 108/64.
HEENT:  PERRL, EOMI.
NECK:  Supple, no adenopathy, no thyromegaly.
LUNGS:  Clear.
HEART:  Regular rate, S1 and S2, no rubs, murmurs, or clicks.
ABDOMEN:  Benign.
EXTREMITIES:  Without any findings, no swelling, no erythema, no
decreased range of motion.

A&P:1) FIBROMYALGIA:  Will add Ultram PO q 6 hours to his pain
regimen.

Mike Kelly, M.D.

D:04/06/99
T:04/08/99:MK/mtc/510 #108030



.D:08/03/99:Allen,Norman:127474
.T:Lower back pain.
.PV:MK
D.O.B:11/24/47

S:This patient states that he continues to do badly, continues to
have a lot of pain in his neck and in his shoulders, and in his
lower back. He saw Dr. Sims again, who changed his antidepressant.
Patient does not know which medication he is now taking. He
states that his worst pain is in his lower back.

O:Physical exam was deferred.

A&P:Low back pain. Will CAT scan the lower back to make sure we
are not missing anything on this patient.

Mike Kelly, M.D.

D:08/03/99
T:08/04/99:MK/mtc515 #128767

## SUBSEQUENT FINDINGS

2/24  called pt. re: ① RF
    taking Advil - Max 1600 mg/day ± ∅ relief
    Pain mostly in thighs, wrists, neck
    Recd - Enteric coated Aspirin 325 mg
        take 2 or 3, max 3/day

                [signature]

---

3·11·97 (compl. his healthy s)

DATE: 3/27/97
AGE_____ YRS BP 120/84
HGT____ IN WT 160 LB    c/o joint disease
T 97.9 P 72 R 20    See comp RNPADAM!
NP___ HV ✓SV___ BY___
          phore dict
having joint pain, neck pain, jnt muscle
stiffness in AM ½ hr           (x) RA hter
dislocates ① shoulder
  ① arm - worse ± palsy in AM    Neurontin 300  180
Xanibo - bad behr Aspirin.       Temazepam 30  Q11/

        phore dict.

| | NAME |
| --- | --- |
| [signature] | Allen, Norman |
| | D.O.B. 11/24/47 |

## SUBSEQUENT FINDINGS

### Phone Triage

Patient: Allen, Norman    D.O.B. 11-24-47    Date & Time: 12:30    12/9

Caller & Phone #: 725-5227    Provider: Kelly

Pharmacy: _____    Insurance: _____

Symptoms, Medications refills or message: Medicaid forms - Are Wants to know if they were mailed or be picked up by pt. before the 12th of this month.

Instructions Given: Requested Chart

Signature _____ (MG)

12-11-97  Report sent to EADC - M Acevedo/ con.

1-21-98  Record sent to HealthPro. M Acevedo/con.

DATE _____ 2/27/98

AGE _____ YRS.  BP 110/80    RV/ c/o pain (R) side of neck, shoulder

HGT _____ IN. WT 157 LBS    and pain in hands

T 97 P 72 R 18

pain in eyes (L)    No shitters

pain bw neck (R)    V-be up 1:30

Memory problem    24 H urinal rox

Acc rto Rob, urin, ankles

| NAME |
| --- |
| Allen, Norman |
| D.O.B. 11-24-47 |

Reunite
D. Lab
Dieted

## GREATER LAWRENCE FAMILY HEALTH CENTER

### SUBSEQUENT FINDINGS

ATE: 9/3/98  SV

E 50 YRS  BP: 108/70   Pt states that Dr Sims

T ___ IN  WT 150 L   (arthritis) would like to

GET P 76 R ___   know why he's on the

P ___ AV ___ SV ✓ BY ___   neurontin, also needs

a referral to see Dr Sims a Boston

medical Cn ————————————  & Urath

cont does it all
gets irritated
rush feeling is back

    Michael
    MN

12:50 PM 09/03/98 MICHAEL KELLY MD

127474    M    11/24/47

NORMAN ALLEN    (978) 725-5225
27 BOURQUE ST.
LAWRENCE, MA 01841-0000

## SUBSEQUENT FINDINGS

1-28-99

HRS BP. 108/58      *Reacurring*

IN  WT 150

O82? 68  20                     *Dilantin*

P. RV  CV X  RV                 *Dilaid*

                                *Neurotin*

                                *Paxil*

O *sleep*                       *Elavil*

                      outside lung

HX lung operation - large tumor in back (behind lung), benign

1990 Methuen, MA , had mediastinoscopy

*coughing up dark material*

(L) post neck pain ? *tension HA*

11:15 AM 01/29/99 MICHAEL KELLY MD

127474      M    11/24/47
NORMAN ALLEN          (978) 725-5227
27 BOURQUE ST.
LAWRENCE, MA 01841-0000

## GREATER LAWRENCE FAMILY HEALTH CENTER

### SUBSEQUENT FINDINGS

4-6-99

RLecourt u

YRS BP 108/64

IN WT 150

97³ P 76 R 20

P RV X SV BY

cup 23 pol

δ sleep

pain of legs                    sweet stuff

tip pain

in with fine                    d 6 16 min 1/33

unless pulsating                had 2 drinks

Ambien not working    Diabetic    solad ultram

Moves a lot in bed

Neck

Frequent bowel movements

Normal pale

08:46 AM 04/06/99 MICHAEL KELLY MD

127474        M      11/24/47

NORMAN ALLEN

27 BOURQUE STREET.      (978) 725-5227

LAWRENCE, MA 01841-0000

## GREATER LAWRENCE FAMILY HEALTH CENTER

| SUBSEQUENT FINDINGS |
|---|

ATE: _____ 8-3-99

GE _____ YRS BP: 116/84  *Suffers from insomnia. Pleasu*

GT _____ IN  WT 152

____ 97⁸  P 80   R 20

P ____ RV ✓ SV ____ BY

*getting worse          Ol'd paxil*

*low bal pain, hip ...      began other*

```
09:22 AM 08/03/99 MICHAEL KELLY MD

127474      M   11/24/47
NORMAN ALLEN      (978) 725-5227
27 BOURQUE STREET.
LAWRENCE, MA 01841-0000
```

## GREATER LAWRENCE FAMILY HEALTH CENTER

### SUBSEQUENT FINDINGS

**Phone Triage**

Patient: _Norman Allen_   D.O.B. _11-24-47_   Date & Time: _7-23-99_

Caller & Phone # _Cindy dus_   Provider _m.K._

Pharmacy: _68-1024_   Insurance: _____

Symptoms, Medications refills or message: _Ultrabs 50mg g6°_

_____

Instructions Given: _Chart requested_

Signature _____

_Oh # 20 (8)_

_7/24/99 Above order called in w. Ultram 50mg g6° #20 ntc_

NAME _Allen, Norman_

D.O.B. _11-24-47_

**GREATER LAWRENCE FAMILY HEALTH CENTER**

**SUBSEQUENT FINDINGS**

**Phone Triage**

Patient: _Allen, Norman_  D.O.B. _11-24-47_  Date & Time: _3/23/99_

Caller & Phone#: _Check CVS_  Provider: _MK_

Pharmacy: _681-5543_  Insurance:

Symptoms, Medications refills or message: _Paxil 10mg ti qd_
_Comes in 30mg tab._

_Paxil 30mg ī Tab PO qd #30_

_K Corrigam_

Instructions Given: _Chart requested_
_above order phoned to CVS Paxil 30mg i tab po qd #30_

Signature _J. ___ LPN_

_3/24/99_
_11:09_

_3-26-99    pt left & being seen elsewhere_

NAME _Allen, Norman_

D.O.B. _11-24-47_

## SUBSEQUENT FINDINGS

**Phone Triage**

Patient: Norman Allen    D.O.B. 11-24-47    Date & Time: 2/10/97 1:30 p

Caller & Phone#: 975-7386    Provider: Kelly, MA

Pharmacy: _____    Insurance: _____

Symptoms, Medications refills or message: C/o ring in ear. Extremely anxious. Please call. (as NH @ this is in x)

Instructions Given: Wife: Cannot bring husband in today. Will bring him in Wed. If he gets worse she will bring him to ER. Physician ___

Called pt. ___

Signature ___

NAME

Allen, Norman

D.O.B.    11-24-47

**GREATER LAWRENCE FAMILY HEALTH CENTER**

## Phone Triage

Patient: *Norma Allen*    D.O.B. *11-24-47*    Date & Time: *12-28-99*    *9:30*

Caller & Phone#: _____    Provider: *Miles*

Pharmacy: *CVS 6811024*    Insurance: _____

Symptoms, Medications refills or message: *Serum Dilantin 100g V g₤ #150*

*May refill above 95 x $\frac{p}{1}$ month*
*pt needs Dilantin Level*

Instructions Given: *Disregard above - Note in chart states*
*pt transferred to Pentucket*
*K Corrigan*    Signature: *[signature]*

---

| NAME | *Allen* |
| | *Norma* |
| D.O.B. | *11-24-47* |



.D:08/03/99:Allen,Norman:127474
.T:Lower back pain.
.PV:MK
D.O.B:11/24/47

S:This patient states that he continues to do badly, continues to
have a lot of pain in his neck and in his shoulders, and in his
lower back. He saw Dr. Sims again, who changed his antidepressant.
Patient does not know which medication he is now taking. He
states that his worst pain is in his lower back.

O:Physical exam was deferred.

A&P:Low back pain. Will CAT scan the lower back to make sure we
are not missing anything on this patient.

Mike Kelly, M.D.

D:08/03/99
T:08/04/99:MK/mtc515 #128767

**GREATER LAWRENCE FAMILY HEALTH CENTER**

## .·. SUBSEQUENT FINDINGS

### Phone Triage

Patient: _Norman Allen_ D.O.B. _11·24·47_ Date & Time: _11-_

Caller & Phone#: _681-9943_ Provider: _?_

Pharmacy: _CVS - Lawrence_ Insurance: _____

Symptoms, Medications, refills or message: _Ambien 10mg qhs_

Instructions Given: _Pt has transferred to Pentucket Medical. CVS was informed to call that facility_ Signature _Ahecourtun_

NAME
_Allen, Norman_
D.O.B. _11·24·47_

**GREATER LAWRENCE FAMILY HEALTH CENTER**

## SUBSEQUENT FINDINGS

**Phone Triage**

Patient: _Allen Norman_ D.O.B. _11-24-47_ Date & Time: _10-19-99_

Caller & Phone#: _____ Provider: _M Kelly_

Pharmacy: _CVS - 681 1024_ Insurance: _____

Symptoms, Medications, refills or message: _neurontin 300mg ÷ P.O. Bid_

Instructions Given: _____

Signature: _Tonette Taylor_

---

10/19/99 Above refill done called into CVS
681 1024                                R Bitchen

11-17-99 Copy of record sent to Pentucket
Medical.
                          M Quevedo, Corr.

NAME _Allen Norman_

D.O.B. _11-24-47_

## GREATER LAWRENCE FAMILY HEALTH CENTER

SUBSEQUENT FINDINGS

### Phone Triage

Patient: _Norman Allen_ D.O.B. _11-24-47_  Date & Time: _9-9-89_ _5:40_

Caller & Phone#: _____  Provider: _K Cary_

Pharmacy: _CVS 681 9943_  Insurance: _____

Symptoms, Medications refills or message: _Ultram 50 x 7 g 6° Prn_
_Neurontin 300 Kid_

Instructions Given: _____

Signature _____

_9/9/89 T.C. to CVS - Above order given._ _Jackson_
_11:40_

NAME _Allen - Norman_

D.O.B. _11-24-47_

## GREATER LAWRENCE FAMILY HEALTH CENTER

**Phone Triage**                                    11:13am

Patient: Norman Allen  D.O.B. 11/24/47  Date & Time: 8/25/99

Caller & Phone#: _____ Provider: MK

Pharmacy: CVS 681 9943  Insurance: _____

Symptoms, Medications refills or message: Ambien 10 mg Qhs

#30  2 ref
mml

Instructions Given: Chart requested  11:12 am.

Signature: EMundor RN

---

8/26/99 Above Requested on cell back CVS S.Law.
Write mabl                                    R Song RN

NAME Norman Allen

D.O.B. 11/24/47

*chart requested*

## GREATER LAWRENCE FAMILY HEALTH CENTER
### SUBSEQUENT FINDINGS

**Phone Triage**

Patient: Norman Allen D.O.B. 11/24/47 Date & Time: 8/11/99

Caller & Phone#: CVS (Lawrence) Provider: _____

Pharmacy: _____ Insurance: _____

Symptoms, Medications refills or message: needs refill on
Ultram 50mg Tg6 PRN

8/12/99 May refill above #30 Orefill

K Corrigan

Instructions Given: _____

Signature E. Homandez

chart requested X3 E. Hernandez RN

8/11/99 chart requested @ 6⁰⁰p. — E. Homandez

See
note in chart PTR

8/12/99 above refill called into CVS Pharmacy
E. Hernandez

| NAME | Norman allen |
|------|--------------|
| D.O.B. | 11/24/47 |

## GREATER LAWRENCE FAMILY HEALTH CENTER

### SUBSEQUENT FINDINGS

**Phone Triage**

Patient: *Normand Allen*          D.O.B. *11/24/47*      Date & Time: *8/11/99*

Caller & Phone#: *CVS  681-1024*                 Provider: *m.K*
                  *245 Broadway, Law*

Pharmacy: _____     Insurance: _____

Symptoms, Medications refills or message: *Ambien 10 mg § hS*

_____

*new written*

Instructions Given: *Chart then on ASAP per medical record*

Signature *Sabina B*

*8/11/99 phoned site as Sabina*

*8/11/99* *last filed 7/28/99 by*
          *Dr Kelley.*

*will need to be √ by*
*Dr Kelley only.*

*will only give #10 pills OK*

*R Sabina*

NAME *Allen, Normand*

D.O.B. *11/24/47*

# GREATER LAWRENCE FAMILY HEALTH CENTER

## SUBSEQUENT FINDINGS

### Phone Triage

Patient: _Richard Allen_ D.O.B. _11/24/47_ Date & Time: _8/4/99 10ᵃᵐ_

Caller & Phone#: _David CVS Salem_ Provider: _Kirk_

Pharmacy: _681-1024_ Insurance: _____

Symptoms, Medications refills or message: _Neurontin 300mg ? B.d_
_# 60_

Instructions Given: _chart requested_

_8/4/99_ _Above also phoned in to CVS_ Signature: _[illegible]_ _Neurontin 300mg 4 Bid_ _# 60 H_

NAME _Allen, Richard_

D.O.B. _11/24/47_

## GREATER LAWRENCE FAMILY HEALTH CENTER

### SUBSEQUENT FINDINGS

### Phone Triage

Patient: _Norman Allen_  D.O.B. _11-24-47_  Date & Time: _6-28-99_

Caller & Phone#: _____    Provider: _MKelly_

Pharmacy: _CVS St_  _681 0 24_  Insurance: _____

Symptoms, Medications refills or message: _Paxil  30g  + Pogo_

_#30  SAf_

_MAU_

Instructions Given: _____

Signature _____

_6-28-99  Above refill done called into CVS St._
_681 1024_

NAME  _Allen_
_Norman_

D.O.B.  _11-24-47_

# GREATER LAWRENCE FAMILY HEALTH CENTER

## SUBSEQUENT FINDINGS

### Phone Triage

Patient: _Norman Allen_  D.O.B. _11-24-47_  Date & Time: _6-14-99_  _10:28_

Caller & Phone#: _____  Provider: _Karen_

Pharmacy: _- 681 1024_  Insurance: _____

Symptoms, Medications, refills or message: _Generic Dilantin Phenytoin_
_100mg 1 cap one a day_

_Dilantin 100 mg //// PO @ #150 5 M_
_/mL_

Instructions Given: _____

Signature: _[signature]_

_6-15-99 - Above refill done called at CVS 681 1024_
_[signature]_

NAME _Allen Norman_

D.O.B. _11 24 47_

**GREATER LAWRENCE FAMILY HEALTH CENTER**

## SUBSEQUENT FINDINGS

### Phone Triage

Patient: *Alan Norman* D.O.B. *11/24/47* Date & Time: *6/12/99*

Caller & Phone#: *Silvia CVS Law* # *681-1024* Provider: *Corrigan*

Pharmacy: _____ Insurance: _____

Symptoms, Medications refills or message: *Dilantin 100mg TIIIII*
*QD*

Instructions Given: _____

Signature *Evelin Vilcrath*

*an per Dilantin 100mg #10*
*Pt to ccall Dr Kelley 6/14 for refills*

*6/12/99 above called into Silvia @*
*CVS pharmacy & message left = Silvia*
*who will relay above to pt. — SVilcrath*

**NAME** *Alan, Norman.*

**D.O.B.** *11/24/47.*

## GREATER LAWRENCE FAMILY HEALTH CENTER

### SUBSEQUENT FINDINGS

**Phone Triage**

Patient _Allen Norman_ D.O.B. _11-24-47_ Date & Time: _6-10-99 10 52_

Caller & Phone#: _David Cus Scl_ Provider: _E C_
_687 7034_

Pharmacy: _____ Insurance: _____

Symptoms, Medications refills or message: _Diloudin (Generic) 5th mg_
_5 Caps 1 X 9d_

Instructions Given: _Chart requested_

Signature _D. Dilonico_

NAME _Allen Norman_

D.O.B. _11-24-47_

## GREATER LAWRENCE FAMILY HEALTH CENTER

### SUBSEQUENT FINDINGS

**Phone Triage**

Patient: _Areena Alle_ D.O.B. _11-24-47_ Date & Time: _4/28/99 9¹⁶_

Caller & Phone#: _CVS_ Provider: _M.K._

Pharmacy: _978-681-1624_ Insurance: _____

Symptoms, Medications refills or message: _Paxil 30mg 2 8d # 31_

Instructions Given: _Chart requested_

Signature _J. _____ RN_

---

Chart chart — _____

4/26/99  Above order phoned w/ CVS Paxil 30mg 2 fg 8d # 30 NR
10³⁵                              J. _____ RN

**NAME** _Allen, Areena_

**D.O.B.** _11-24-47_

## GREATER LAWRENCE FAMILY HEALTH CENTER

### SUBSEQUENT FINDINGS

**Phone Triage**          9:47 a.m.

Patient: _Norman Allen_ D.O.B. _11/24/47_ Date & Time: _4/19/99_

Caller & Phone#: _____ Provider: _Kelly_

Pharmacy: _CVS – South Law_ Insurance: _____

Symptoms, Medications refills or message: _Salsalate 750mg_

_ii tabs Bid . # 120 Sat_

Instructions Given: _Chart requested 9:50 am_

Signature _E R Jamdorf RN_

---

_4/21/99   T.C. to CVS - South Law_
_pharmacist states, someone already had_
_cud yesterday regarding above refill_
_E R Jamdorf RN_

**NAME** _Norman Allen_

**D.O.B.** _11/24/47_

**GREATER LAWRENCE FAMILY HEALTH CENTER**

## Phone Triage

Patient: _Aller, Narmar_ D.O.B. _11-24-47_ Date & Time: _4-19-99_

Caller & Phone#: _____ Provider: _Kelley_

Pharmacy: _CVS 681-9943_ Insurance: _____

Symptoms, Medications refills or message: _____
_Salsalate 750mg (2) tabs bid #120 5RF_

_4/19/99 18_ Instructions Given: _Above called into CVS Blecourter_

Signature _Blecourter_

NAME
_Aller, Narmar_
D.O.B. _11-24-47_

## GREATER LAWRENCE FAMILY HEALTH CENTER

### SUBSEQUENT FINDINGS

**Phone Triage**

Patient: _Desmond Allen_ D.O.B. _11/29/47_ Date & Time: _11/9/99_ 10:45

Caller & Phone#: _David CVS So Law_ Provider: _bik_

Pharmacy: _611-1624_ Insurance: _____

Symptoms, Medications refills or message: _Neurontin 300 mg caps_
_t.i.d #60 tab_
_BK_

Instructions Given: _Chart requested_

Signature _J Robinson RN_

_11/9/99 Above order phoned into CVS So. Lawrence J Robinson_

**NAME** _Allen, Desmond_

**D.O.B.** _11/29/47_

## GREATER LAWRENCE FAMILY HEALTH CENTER

### SUBSEQUENT FINDINGS

### Phone Triage

Patient: _Norman Allen_  D.O.B. _11/24/47_  Date & Time: _12/11/98 9:24_

Caller & Phone #: _CVS 681-1024_  Provider: _Dr. Lewis_

Pharmacy: _____  Insurance: _____

Symptoms, Medications refills or message: _Dilantin 100mg I cap_
_1 x gd #60_
_5 rf_
_mpr_

Instructions Given: _had requested_

Signature _Jackson LPN_

---

_12/11/98 Above order phoned into CVS per Dr. Kelly_
_Dilantin 100mg I caps onetime gd. #156 2RF_
_Jackson LPN_

NAME _Allen, Norman_

D.O.B. _11/24/47_

**GREATER LAWRENCE FAMILY HEALTH CENTER**

## SUBSEQUENT FINDINGS

**Phone Triage**                    10:53

Patient: _Norman Allen_   D.O.B. _11-24-47_   Date & Time: _1-1-98_

Caller & Phone#: _____   Provider: _M Kelly_

Pharmacy: _L # 1024_   Insurance: _____

Symptoms, Medications refills or message:

_Dilantin 100 mg IV 5 caps gd_
_pt takes 500 mg gd_

Instructions Given: _Dilantin 100 mg PO 5 Tabs PO gd_
_Disp 150    0 refill_
_F/U Dr Kelly_

Signature: _K Corrigan RN_

_1/1/98 Above order called into CVS pharm Corrigan_
_Dilantin 100 mg 5 tabs PO gd #150 0R_
_J Doherma LA_

| NAME | _Allen Norman_ |
| --- | --- |
| D.O.B. | _11-24-47_ |

| SUBSEQUENT FINDINGS |
|---|
| 11-5-98 Copy of record sent to DMA# 981030 20 0833. M Acevedo, Corr. |
| 11-9-98 Copy of record sent to Disability Evaluation Service. M Acevedo, Corr. |

| | NAME |
|---|---|
| | |
| | D.O.B. |

## GREATER LAWRENCE FAMILY HEALTH CENTER

| SUBSEQUENT FINDINGS |
|---|
| 6/19/98  Pt wife droped off a Physician Statement of Medical Necessity form to be filled at by Dr. Kelly. T.C. on 6/19/98 at 3:30pm to let pt know the form was ready to be pecked-up ~~today~~ Pt wife said she will be picking the paper up on 6/20/98 around 9:00 A.M. |
| A.D. Rivera MA |
| |
| |
| 9-11-98  E A E D C form ready to be picked up by patient. M Acevedo, Corr |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

| NAME | Norman Allen |
|---|---|
| D.O.B. | 11/24/47 |

## SUBSEQUENT FINDINGS

### Phone Triage

D:10 Pm

Patient: _Allen Norman_ D.O.B. _11-24-47_ Date & Time: _5-27-97_

Caller & Phone#: _975 7386_ Provider: _Luly_

Pharmacy: _____ Insurance: _____

Symptoms, Medications refills or message: _Diss· hearing is on 6/9/97_
_needs written letter before then to send in._

_Soc· Sexual help Law_

Instructions Given: _____

PVR MK fine        Signature _____

NAME _Allen Norman_

D.O.B. _11-24-47_

## SUBSEQUENT FINDINGS

**Phone Triage**

1520

Patient: Norman Allan D.O.B. 11/24/77 Date & Time: 6/9/98

Caller & Phone #: HEA. Exercise Program Provider: Kelly

Pharmacy: _____ Insurance: _____

Symptoms, Medications refills or message: Pt. is going to bring a referral to continue ~ P.T. Pt. being Rx: Fibro myalgia. I'll be back Thursday to sign it. mffe

Instructions Given: chart requested 1530

Signature: ER Sandoval RN

6/9/98 1620   T.C. to pt. to bring referral for P.T. at HE. the pt is going to bring referral on 6/11/98 A.M. _____ ER Sandoval RN.

NAME Norman Allan

D.O.B. 11/24/77

## SUBSEQUENT FINDINGS

DATE _5-27-97_

AGE ___ YRS B _____   _Smg 5/22 R'd LGH_

HGT ___ IN W ___

T _984_ P _118_

_Vict. on light_

_med_                                    _✓ Arg._

_7-16-97 form sent_

_# 97L6283x0397_

DATE: _7-10-97_

AGE _____ YRS BP: _110/70_

HGT _____ IN WT _155_ LB

T _980_ P _76_ R _20_

NP (PV) SV BY

_Vict. Carl_
_M°_

NAME _Allen, Norman_

D.O.B. _11-24-47_

## GREATER LAWRENCE FAMILY HEALTH CENTER

### SUBSEQUENT FINDINGS

| | |
|---|---|
| DATE: 4/20/98 f/u visit. _____ JL(NK) | |
| AGE _____ YRS BP: 100/70 | |
| HGT _____ IN. WT 157 | |
| 94 SP 60 R | |
| P _____ RV _____ SV _____ BY JL | |
| | |
| | Pexil 30 60 |
| per Dr. Sims ↑ Pexil by 10 | |
| flu shot, PT, Psychiatrist | Ativan 500 60 |
| no improvement | Neurontin 300g 100 |
| Dr. Sims Dr. Lo | Picked May 2 100 |

| | |
|---|---|
| **NAME** Allen Norman | |
| **D.O.B.** 11-24-47 | |

## GREATER LAWRENCE FAMILY HEALTH CENTER

### SUBSEQUENT FINDINGS

3-5-98 Copies to billing for pt. appt. MAcevedo Kor

NO SHOW/....

APR - 3 1998

FILE/RESCHEDULE W/ _____

**NAME**

**D.O.B.**

## SUBSEQUENT FINDINGS

10/4/92

112 74     ① shoulder dislocates

154     greg "20 x's since last visit."

98² 78   20      on reader

Dut. Cup

Mph

| NAME |
| Allen, Norman |
| D.O.B. 11-24-47 |

## SUBSEQUENT FINDINGS

DATE: 1-31-97

AGE 48 YRS BP: 120/80

HGT ___ IN WT 154 LB

T 97.8 P 86 R 20

NP ___ RV ✓ SV ___ BV ___

PT STATES he had a seizure
on 1-23-97.

NOT SLEEPING                                    95 EEG ✓
                                                MRI ✓

Stood up & shook him a while                              100
                                                         ↓
                                                       400 tid

No chest & Ambien

PST?

             Nick Crystal
                 MD/lc

| NAME | Allen |
| --- | --- |
| | Norman |
| D.O.B. | 11-24-47 |



## SUBSEQUENT FINDINGS

3-4-97 form (EADC) mailed to PTA

NAME
Allen, Norman

D.O.B. 11/24/47

## GREATER LAWRENCE FAMILY HEALTH CENTER

### SUBSEQUENT FINDINGS

**Phone Triage**

Patient: _Allen, Norman_  D.O.B. _11/24/47_  Date & Time: _4/14/98_  _9³³_

Caller & Phone #: _Ruth Allen  725.5227_  Provider: _M. Kelly_

Pharmacy: _CVS Bway  681-5543_  Insurance: _____

Symptoms, Medications refills or message: _____ _Dilantin 100 mg II tab_

_ℳ PO BID #150 BRF mp_

_computer shows #150 ~3R usually gives_

Instructions Given: _Chart requested    Caller instructed_

_to call pharmacy before pick up_

Signature _J. Robinson LPN_

_4/14/98 Above order phoned into CVS._  _J. Robinson LPN_

| | |
|---|---|
| **NAME** | _Allen, Norman_ |
| **D.O.B.** | _11/24/47_ |

**SUBSEQUENT FINDINGS**

4-8-97 *[handwritten notation, illegible]*

*[handwritten notation with signature, illegible]*

---

**Phone Triage**

830 AM

Patient: Norman Allen  D.O.B. 11-24-47  Date & Time: 4/11/97

Caller & Phone#: 975-7386  Provider: Kelly

Pharmacy: _____  Insurance: _____

Symptoms, Medications refills or message: Med. for depression
C/o allergy reaction to Zulop every time that he takes the medication rash and itching on all body

Instructions Given: Stop medication.

Kelly - may 9. next appt available

Signature: *[signature]* RN

---

4/11/97  Pts wife was called advised that he can come for a sick visit for evaluation tomorrow morning because pt is out of state.

*[signature]* RN

| NAME | |
|---|---|
| | Allen, Norman |
| **D.O.B.** | 11/24/47 |



GREATER LAWRENCE
FAMILY HEALTH CENTER, INC.

☑ 34 Haverhill Street       ☐ 150 Park Street       ☐ 130 Parker Street       ☐ 101 Amesbury Street
Lawrence, MA 01841          Lawrence, MA 01841        Lawrence, MA 01843        Lawrence, MA 01841
(978) 686-0090              (978) 685-1770            (978) 686-3017            (978) 686-9701
Fax (978) 687-1947          Fax (978) 682-5787        Fax (978) 685-4280        Fax (978) 975-1215

# MEDICAL RECORD RELEASE AUTHORIZATION

## PLEASE PRINT ALL INFORMATION

NAME: _Norman Allen_ S.S.#_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_ D.O.B.: _11-24-47_

ADDRESS: _27 Bourque Street Lawrence MA_ TEL #: _7255227_

I authorize and request the release of the medical records obtained in the course of my treatment at (name of health care facility).

**GREATER LAWRENCE FAMILY HEALTH CENTER, INC.**
**PATIENT ACCOUNTS & REFERRALS**
**34 HAVERHILL ST. FIRST FLOOR**
**LAWRENCE, MA. 01841-2884**

And furnish my medical records to:

_DR FARZAN_
_Pentucket Medical Associates_
_203 Turnpike St. North Andover MA 01845_

The specific information to be released is:

| | | |
|---|---|---|
| ✓ Complete Record | _____ Surgical Report |
| _____ Discharge Summary | _____ Radiology Reports |
| _____ History and Physical | _____ Lab Reports |
| _____ Nurses Notes | _____ Progress Notes |
| _____ Other, specify: _____ | |

If my initials appear here, _____, I specifically authorize the release of drug/alcohol abuse, HIV/AIDS, family planning, and/or psychiatric records. Specify: _____

I have carefully read and understand the above statements, and do herein expressly and voluntarily consent to disclosure of the above information about, or medical records of my condition to those persons or agencies named above. I understand that any records released to the above-named person or agency will be kept confidential and will not be released without my specific authorization.

I understand this consent can be revoked at any time except to the extent that disclosure made in good faith has already occurred in reliance on this consent.

This authorization to release information expires ninety (90) days from today's date of: _11/4/99_

Signature: _Keith Allen_        Witness: _M. Tancas_

Relationship to Patient: _Wife_

4/98

I Norman Allen give my wife
Ruth Allen Permission for Release of my
medical Records.

Sign - Norman Allen

11 - 3-1999

DATE        11-3-99

Allen, Norman
11-24-47

Dr. Kelly                                               6-4-97

Norman Allen went to the DR'S that you recommended Dr. Gavileso — Neurology & he is in with DR Basu, Norman did see him before he was the one that prescribed the Neurontin & also didn't Know much that was going on & also Norman didn't Understand him & does not like him, so when he had realized, when he got there who it was — he would NOT go In & I didn't care because I don't Know what to say to them, because he will NOT go. Maybe you could recimend some one else, I don't Know what else to do. You have our Phone # & address if you want to reply.

Thank you Very much

Rint Allen

Date: _3/24/97_

Dear Provider,

Our Medical Records Department has received a request that
___Norman Allen_____ 's _11 / 24 / 47_____ Record(s) _____Report
be released to: _____. (Request attached)

**Please indicate which portion of the record should be copied and released:**

| Left Side | All | Specify(dates) |
|---|---|---|
| Correspondence | _____ | _____ |
| Off Site Medical Records | _____ | _____ |
| Hozpitalizations | _____ | _____ |
| Data Base, Flow Sheet, Family Profile | _____ | _____ |

**Right Side**

| | | |
|---|---|---|
| Progress Notes | _____ | _____ |
| Social Service | _____ | _____ |
| Laboratory | _____ | _____ |
| Radiology | _____ | _____ |
| Prenatal Record | _____ | _____ |
| Cardiac/Audio | _____ | _____ |
| Consults | _____ | _____ |
| Other:_____ | _____ | _____ |

I have checked the record to be sure all **_CONFIDENTIAL_** information that would require special release is so stamped and accept the responsibility if nonmarked **_CONFIDENTIAL_** information is copied and released.

_____**Need patient's signature on file for release of _confidential_ information.**

_____        3/24/97
Provider's  Signature              Date





# General Instructions to Medical Providers for
# Completing an EAEDC Medical Report Form
**Massachusetts Department of Public Welfare**

**Physicians:**

Your patient has applied for cash and medical assistance under the Emergency Aid to the Elderly, Disabled and Children (EAEDC) program as disabled. To be eligible, your patient must file an EAEDC Medical Report with the Department. Because the medical data included in the report (diagnosis, clinical findings, test results) will be used by the Department to determine disability, it is essential that when you complete the report you supply *all relevant information*.

There are three methods for establishing disability for purposes of EAEDC. The Medical Report asks for an opinion, based on your diagnosis and findings, of whether your patient meets the disability definition (below). The Department's Medical Review Team will review this opinion in light of the medical data you and your patient provide.

**Disability:**   A physical or mental impairment, or combination of impairments, that

    (1)    affects the patient's ability to work;

    (2)    is expected to last for 60 or more days; and

    (3)

        (a)    substantially reduces or eliminates the patient's ability to support him- or herself when consideration is given to his or her functional capacity, age, education and work experience; or

        (b)    meets or is equal in severity to an impairment listed in the Department's Medical Standards (Department Regulation 106 CMR: 320.210); or

        (c)    meets or is equal in severity to an impairment listed in SSI Listing of Impairments as specified in 20 CFR, Part 404, Subpart P. Appendix I.

**Important**

- Complete the Medical Report form in full.

If you need a copy of the Department's Medical Standards, Fax your request using your letterhead which includes your address to (617) 727-0167 or telephone (617) 348-5299 and leave a message.

If you have any questions concerning the completion of the Medical Report or the type of information required to establish disability, telephone 1-800-851-2681.

- Attach examination findings and diagnostic tests to the Medical Report to support your opinions.

- Refer to the Department's Medical Standards and the SSI Listing of Impairments which require that a diagnosis be supported by specific clinical findings.

- More than one doctor may complete and sign the Medical Report.

- A patient may submit more than one Medical Report.

The Department will pay for the medical evaluations needed to complete an EAEDC Medical Report, including diagnostic tests, through its regular medical billing system (MMIS). Please use your regular Medicaid Provider Number when submitting invoices for these services.



# Emergency Aid to the Elderly, Disabled and Children Medical Report
## *Massachusetts Department of Public Welfare*

_D. Kelly, Greater Lawrence Family Health Center_          _(508) 686-0090_
**Physician/Community Health Center**          **Telephone Number**

_34 Haverhill St., Lawrence MA    01810_
**Address (Street, City/Town/State/ZIP)**

**Physicians:** This medical report is needed to verify whether the patient has a physical and/or mental impairment(s) that substantially reduces or eliminates the patient's ability to support him or herself. To complete this medical report refer to the General Instructions for Completing an EAEDC Medical Report, the Department's medical standards, and SSI Listing of Impairments. Complete the medical report in its entirety, sign it and return it to the patient or mail to:

_Richard KAPLAN_          _Lawrence_
**Worker's Name (please print)**          **Local Welfare Office**

_15 Union St Lawrence, MA 01840_          by ___/___/___.
**Address (Street, City/Town/State/ZIP)**

Call 1-800-851-2681 with any questions you may have regarding the completion of this report.

_Norman G. Allen_    _11/24/_    _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_
**Patient's Name (please print)**    **Date of Birth**    **Social Security Number**

_27 Bourque St Lawrence, MA 01843_    _725-3579_
**Complete Address (Street, City/Town/State/ZIP)**    **Telephone Number**

Does the patient speak and read English?    ☑ yes ☐ no    If no, contact to interpret.

**Name** _____    **Telephone Number** _____ **Relationship** _____

| For Department Use Only | MRT Disposition |
|---|---|
| ☐ Applicant    ☐ Recipient<br>☐ Applicant - exam over 30 days ago<br><br>☐ Additional information<br><br>☐ Additional information for appeal rescheduled on ___/___/___<br><br>☐ Additional information for appeal held on ___/___/___<br><br>☐ SSI application filed ___/___/___<br><br>☐ MADA application filed ___/___/___ | Date Received ___/___/___<br>Date Due ___/___/___<br><br>☐ Meets/Equals medical standards (disabled)<br><br>☐ Meets/Equals SSI Listing of Impairments (disabled)<br><br>☐ Meets vocational standards (disabled)<br><br>☐ Does not meet medical/vocational standards (not disabled)<br><br>If disabled, duration _____<br><br>☐ Impairment result of accident/injury<br><br>MRT Signature(s)<br>_____ ___/___/___<br>_____ ___/___/___ |

EAEDC (Rev. 6/93)

## C.    Standards

Check the section(s) of the Department's Medical Standards which you referenced for the completion of this report (106 CMR 320.210). If this medical report is based on Medically Equivalent or Combination of Impairments (0), you must check all the standards to which the impairment or combination of impairments is equivalent and complete D below.

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Musculoskeletal System | (A) | ☐ | Endocrine System | (I) |
| ☐ | Special Senses & Speech | (B) | ☐ | Multiple Body System | (J) |
| ☐ | Respiratory System | (C) | ☑ | Neurological System | (K) |
| ☐ | Cardiovascular System | (D) | ☐ | Mental Disorder | (L) |
| ☐ | Digestive System | (E) | ☐ | Immuno-suppressive Disorder | (M) |
| ☐ | Genitourinary System | (F) | ☐ | Neoplastic Diseases | (N) |
| ☐ | Hemic & Lymphatic Systems | (G) | ☐ | Medically Equivalent/ | |
| ☐ | Skin | (H) | | Combination of Impairments | (O) |

If the SSI Listing of Impairments was referenced, please cite impairment(s)

_____

_____

_____ *Convulsive Disorder* _____

_____

_____

_____

## D.    Medically Equivalent/Combination of Impairments

If the patient has an impairment or combination of impairments that is equivalent to one or more of the medical standards listed above (A) through (N), or to an impairment included in the SSI Listing of Impairments, explain below.

_____

_____

_____

_____

_____

_____

_____

*(3)*

## D.    Treatment

List planned follow-up treatment and frequency.  If no follow-up treatment is planned, indicate so.

| Treatment | Frequency | Duration |
|-----------|-----------|----------|
|           |           |          |

## E.    Medication

List medication(s), strength, frequency and side effects.

| Medication | Strength | Frequency | Side Effects |
|------------|----------|-----------|--------------|
| *Oikertin* | $500_q$ | *handwritten* | |
| *Nanontin* | *handwritten* | | |

## Part III — Assessment of Functional Capacity
## (complete A and B as appropriate)

## A.    Physical Activities

Indicate if patient can sustain the following activities on a regular basis.

**1.    Patient:**

can walk:    □ no restrictions    □ less than 100 ft.    ☑ about 500 ft.    □ 1/4 mile

can stand daily for:    □ 8 hours    □ 6 hours    ☑ 4 hours    □ 2 hours    □ less than 1 hour
(with breaks every two hours)

can sit daily for:    □ 8 hours    □ 6 hours    □ 4 hours    ☑ 2 hours    □ less than 1 hour
(with breaks)

can stand and sit intermittently for _____ hours (with breaks)

can bend/stoop    □ constantly    □ frequently    ☑ occasionally    □ never
(how often per day)

has a significant
restriction of    □ arms    □ reaching    □ handling    ☑ none
                 □ legs    □ gross motor    □ fine motor    □ manipulation

can reasonably be    lift frequently                    lift/carry occasionally
expected to         □ no limit    □ 50 lbs.    □ no limit    □ 50 lbs.
                    ☑ 20 lbs.    □ 10 lbs.    ☑ 20 lbs.    □ 10 lbs.
                    □ cannot lift 10 lbs.    □ cannot lift/carry 10 lbs.

**2.    Other restrictions, if any, on physical or daily living activities**

_____

_____

/5/

## B.    Mental Activities

Indicate if patient can sustain the following activities on a regular basis.

| Activities<br><br>1. Patient has the ability to: | No limitations | Slightly limited | Moderately limited | Markedly limited |
|---|---|---|---|---|
| a.  remember and carry out simple instructions | | | ✓ | |
| b.  maintain attention and concentration in order to complete tasks in a timely manner | | | ✓ | |
| c.  make simple work-related decisions | | | ✓ | |
| d.  interact appropriately with co-workers and supervisors | | | ✓ | |
| e.  work at a consistent pace without extraordinary supervision | | | ✓ | |
| f.  respond appropriately to changes in work routine or environment | | | ✓ | |

2. What is the overall effect of the patient's medication on the above activities?

_____

_____

_____

**Comments**

_____

_____

_____

_____


*Michal J. Kell, MD*
Print Physician's Name

*Jot - 681-0050*
Telephone Number

*34  Haverhill H., Lawrence, MA  01840*
Complete Address (Street/City/Town/State/ZIP)

*Physician's Signature*

*1/31/57*
Date

*110372*
*Medicaid Provider Number

*If this medical exam is given in a community health center, the community center's Medicaid Provider Number is to be used.

You will be contacted if the Department's medical review team has questions about this medical report. It is important to respond to all medical review team inquiries.

## Part II – Clinical Information

### A.   Diagnosis/Findings

For examples of the types of clinical details needed, refer to the Department's Medical Standards and the SSI Listing of Impairments which require that a diagnosis be supported by specific clinical findings.

| Diagnosis | Supporting Symptoms | Pertinent Findings | Supportive Diagnostic Tests and Dates of Findings |
|---|---|---|---|
| Primary *Seizures*<br>Onset date ___/___/___ ?<br>Date of Dx ___/___/___ ? | *Seizures* | *(+)* | *(+) EEG* |
| Secondary<br>Onset date ___/___/___<br>Date of Dx ___/___/___ | | | |
| Other<br>Onset date ___/___/___<br>Date of Dx ___/___/___ | | | |

Patient's height _____     weight_____     blood pressure_____

Are any of these conditions a result of an accident or injury?     ☐ Yes ☐ No

Have you examined or treated this patient before?     ☐ Yes ☐ No

### B.   Medical/Psychiatric History

Include hospitalizations and/or substance abuse history within the past five years.  List facilities, dates and reasons for admission(s).

*None*

### C.   Additional Impairment(s)

Does the patient have any other impairment(s) that may affect the patient's ability to work?  If so, list the impairment(s) and if you know the physician who diagnosed or treated the patient for it, provide the physician's name, address and telephone number.

## Authorization to Release Information

I hereby authorize the release of the medical/psychiatric information requested in this medical report, in writing or by telephone or fax, to the Massachusetts Department of Public Welfare and/or its medical review team.

X _Norman Allen_ _____     | 30.97

**Signature**                                                                                      **Date**

**(A photocopy of this authorization may be substituted for the original.)**

Important:   If this medical report contains information regarding tests for the presence of HTLV-III antibody or antigen, the health care provider must obtain a written informed consent for the release of such information pursuant to Massachusetts General Law Chapter III Section 71.

### Part I – Conclusions

## A.   Disability

1.   ☐   no physical and/or mental impairment(s) affecting ability to work

2.   ☐   has a physical and/or mental impairment(s) affecting ability to work which is not expected to last sixty (60) days or more

3.   ☑   has a physical and/or mental impairment(s) that meets or is equivalent to the Department's Medical Standards or the SSI Listing of Impairments and is expected to last:
     ☐ 60 to 90 days   ☐ 3 to 6 months   ☐ 6 to 12 months   ☑ more than one year

4.   ☐   has a physical and/or mental impairment(s) that does not meet the Department's Medical Standards or the SSI Listing of Impairments, but does affect ability to work and is expected to last:
     ☐ 60 to 90 days   ☐ 3 to 6 months   ☐ 6 to 12 months   ☐ more than one year

## B.   Examination Date

1.   Date of most recent examination _1/31/97_ (should be within 30 days of date of report).

2.   Is the patient's condition chronic and no improvement is expected?  ☐ Yes  ☐ No

*(See page 3 for standards)*

THE COMMONWEALTH OF MASSACHUSETTS
DIS_ILITY DETERMINATION SERVICES D: _ION
110 Chauncy Street - Boston, MA 0_.11
Kasper M. Goshgarian, Deputy Commissioner

March 11, 1997

                                    RE:  Norman G Allen
                                         27 Bourque St 1St Flr
Michael Kelly M.D.                       Laawrence, MA   01843
Greater Lawrence Family H.C.
34 Haverhill Street                 DOB: 11/24/47
Suite C & D                         SSN: 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
Lawrence, MA   01841

Dear Michael Kelly M.D.:

Your patient has applied for Social Security Disability benefits.

We ask your help in supplying us with medical information which will be used
with other evidence to decide if your patient is eligible for benefits.

To make this decision, we will need the following information:

1.  A history of impairment(s), diagnosis and prognosis.
2.  Objective findings based on clinical signs, physical exam(s), supporting
    tests and other data.
3.  Description of the prescribed treating regimen and your patient's response.
4.  A statement, based on your medical findings, expressing your opinion about
    your patient's ability, despite the functional limitations imposed by the
    impairment(s), to do work-related physical activities such as sitting,
    standing, walking, lifting, carrying, handling objects, hearing, speaking
    and traveling; or, if the impairment is mental, mental activities such as
    understanding and memory, sustained concentration and persistence, social
    interaction, and adaption.

This information may be communicated via the enclosed medical form(s),
telephoned directly to the adjudication team, or dictated through our
statewide 24 hour dictation service, 1-800-442-4194.  You may FAX your report
and (top sheet of) invoice using 617-654-7477.  Make sure you include your
patient's name and Social Security number.  If additional information is
needed, we may call.

We are authorized to pay $15.00 for your report.  If it is received within 15
days, we will pay an additional $10.00.

If we need additional information, would you be willing to perform an
examination and/or laboratory testing? If you are willing or have any
questions, call me at (617) 654-7547 between 9:00 A.M. and 4:00 P.M. during
the week or use our toll free number 1-800-882-2040.

Sincerely,

Eileen Daley
Vocational Disability Examine:

Enc:  Authorization, Invoice, Stamped Envelope, Seg: 0500 0521 0571

0401:055/L

(617) 727-1600     TOLL FREE: 1-800-882-2040     HEARING IMPAIRED: 1-800-223-3212

THE COMMONWEALTH OF MASSACHUSE
MASSACHUSETTS REHABILITATION COMMISSION – DISABILITY DETERMINATION SERVICES
110 Chauncy Street, Boston, MA  02111

PAYMENT VOUCHER FORM
PV MRC 3000

**VENDOR INFO**                          **CLAIMANT INFO**

Name:      Michael Kelly M.D.            Name: Norman G Allen
Address:   Greater Lawrence Family H.C.  SSN:  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  04
           34 Haverhill Street
           Suite C & D                   Date of Request:  March 11, 1997
           Lawrence, MA  01841

---

**PAYMENT INFORMATION**

Vendor Code (Tax ID):  0427088240000      Invoice Number:  970311200431

---

- If the above Vendor Code (Tax ID) is blank and you HAVE a
  Massachusetts Tax ID, please enter that number in the space above.

- If you DO NOT HAVE a Massachusetts Tax ID, please call Ms. Sandy
  Price at (617) 654-7867.  She will send you an application form.

- If the above Vendor Code (Tax ID) or your address is incorrect,
  please complete the following:

  _____ __ ___ ____ ___ ____
           Correct Massachusetts Tax ID

  _____
           Correct Address

- If your fee for this service is LESS THAN that provided in the
  accompanying letter, please enter your fee: $ _____

- To be eligible for payment (Early=$25/Reg=$15), you must sign one
  copy of this Payment Voucher Form and return it with your MER
  material.  The Invoice Number is your Payment Reference Number.

I certify that the service was rendered as set forth in the agency's letter of
Request for Medical Evidence of Record.

_____         _____
Vendor Signature        (76162A)      Date

========================================================

FOR AGENCY USE ONLY:

I have received the material
disability benefits claimant                               penalties of
perjury that all laws of the Commonwealth governing disbursements of public
funds and the regulations thereof have been complied with and observed.

_____      _____
Eileen Daley                         Date
Vocational Disability Examiner                      0398:055/L

PATIENT'S NAME AND SOCIAL SECURITY NUMBER:   Norman G Allen
                                             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
----------------------------------------------------------------------

Date of first                Date you first              Date you most recently
signs of illness:_____     examined patient: 1/5/61    examined patient: 1/31/97

What illness?

SIGNATURE: _____

_____

D: _____

0500:7/89:055/L

PATIENT'S NAME AND SOCIAL SECURITY NUMBER:   Norman G Allen
                                            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
------------------------------------------------------------------------

Please specify information on applicable items:  ARTHRITIS

Date of first                Date you first              Date you most recently
signs of illness:_____     examined patient: _1/5/7?_  examined patient: _1/31/9?_

DIAGNOSIS (Please specify): _____

I.   Physical findings by specific joints involved (include any enlargement,
     heat, effusion, tenderness, stiffness, color, crepitus, pain, deformity,
     instability, atrophy, ROM in degrees, etc.):

                         *none*

     If hands are involved, can patient approximate thumb to finger
     tips? Yes_____  No_____   Finger tips to palm?  Yes_____  No_____

II.  Laboratory findings and surgical procedures:

     1.   X-rays (dates, findings, sources):
                                    *eval in progress*

     2.   Sed. Rate, serological tests, uric acid, ANA, etc. (dates, findings,
          sources):
                   *(+) Rheumatoid Factor*

     3.   Surgical procedures performed including dates and findings (please
          enclose copy of operative notes):

III. Pain Factor

     1.   Mechanical factors which incite and relieve pain:

IV.  Is assistive device used?  Yes_____   No_____
     If "yes", can the person ambulate independently?  Yes_____   No_____
     What assistive device is used and why?

V.   Treatment: (include any medication and dosage)

     1.   Current:
                      *Advil*
     2.   Future:     *Coumadin*

                                          PRINT NAME:_____

                                          DATE:_____

0521:7/89:055/L

PATIENT'S NAME AND SC__ _ SECURITY NUMBER:  Norman G _  
005-46-408_

--------------------------------------------------------------------

Please specify information on applicable items:  CONVULSIVE DISORDER

Date of first            Date you first                Date you most recently
signs of illness:_____   examined patient: _1/5/91_    examined patient: _1/11/91_

DIAGNOSIS (Please specify): _____

1.  Type of seizure:  _Generalized Tonic Clonic Seizure_

2.  Description of seizures:  (including loss of consciousness, alteration of
    awareness, muscle movements ley,, incontinence, automatisms, inappropriate
    behavior, diurnal, nocturnal, etc.)

                    _as above_

3.  Frequency of seizures in the past year:

4.  Observed by: Physician/Nurse_____; (Family Member _wife_;
                 Other:_____;   Not Observed:_____

5.  Therapy:

    A.  Medication regimen:  _Neurontin_

    B.  Serial Anti-Convulsive Blood Levels:
                        _See Dr. Kim_
        Date_____/Level_____;  Date_____/Level_____;  Date_____/Level_____

    C.  Patient Compliance: Good _✓_ Poor_____ Other_____. ;
        Describe: (include any idiosyncrasy in absorption or metabolic
        difficulties)

    D.  Side effects of medication: (e.g. drowsiness, fatigue)

6.  Evidence of seizures caused by substance abuse?  Yes_____ No_____.
    If "yes", please describe:

7.  EEG findings and date: (include copy of EEG, if available)
        _(+) EEG , Focal spike & slow Activity_

8.  Describe any concurrent or resulting condition that may help to determine
    your patient's impairment and resulting restrictions:

                                        PRINT NAME: _Michael S. Kelly, MD_
                                            DATE: _3/21/91_

0571:7/89:055/L

TO BE COMPLETED BY SSA

NUMBER HOLDER

NORMAN    ALLEN

SOCIAL SECURITY NUMBER

005— 46 - 4086

EMPLOYEE/CLAIMANT/BENEFICIARY    *(If other than Number Holder)*

# AUTHORIZATION FOR SOURCE TO RELEASE
# INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

## INFORMATION ABOUT MEDICAL OR OTHER SOURCE-PLEASE PRINT, TYPE, OR WRITE CLEARLY

| NAME AND ADDRESS OF SOURCE *(Include Zip Code)* | RELATIONSHIP TO DISABLED PERSON |
|---|---|
| | |

## INFORMATION ABOUT DISABLED PERSON-PLEASE PRINT, TYPE, OR WRITE CLEARLY

| NAME AND ADDRESS (if known) AT TIME DISABLED PERSON HAD CONTACT WITH SOURCE *(Include Zip Code)* | DATE OF BIRTH | DISABLED PERSON'S I.D. NUMBER *(If known and different than SSN) (Clinic/Patient No.)* |
|---|---|---|
| | | |

APPROXIMATE DATES OF DISABLED PERSON'S CONTACT WITH SOURCE *(e.g. dates of hospital admission, treatment, discharge, etc)*

## TO BE COMPLETED BY DISABLED PERSON OR PERSON AUTHORIZED TO ACT IN HIS/HER BEHALF

GENERAL AND SPECIAL AUTHORIZATION TO RELEASE MEDICAL AND OTHER INFORMATION IN ACCORDANCE WITH THE PROVISIONS OF THE SOCIAL SECURITY ACT; THE PUBLIC HEALTH SERVICE ACT, SECTIONS 523 AND 527; AND TITLE 38 U.S.C. VETERANS BENEFITS SECTION 4132.

I hereby authorize the above-named source to release or disclose to the Social Security Administration or State agency the following information for the period(s) identified above:

1) All medical records or other information regarding my treatment, hospitalization, and/or outpatient care for my impairment(s), including psychological or psychiatric impairment(s), drug abuse, alcoholism, sickle cell anemia, or human immunodeficiency virus (HIV) infection, including acquired immunodeficiency syndrome (AIDS), or tests for HIV;

2) Information about how my impairment(s) affects my ability to complete tasks and activities of daily living; and

3) Information about how my impairment(s) affected my ability to work.

I authorize the use of a telefax or photocopy of this form for the release or disclosure of the information described above.

I understand that this authorization, except for action already taken, may be voided by me at anytime. If I do not void this authorization, it will automatically end when a final decision is made on my claim. If I am already receiving benefits, the authorization will end when a final decision is made as to whether I can continue to receive benefits.

### READ IMPORTANT INFORMATION ON REVERSE BEFORE SIGNING FORM BELOW.

| SIGNATURE OF DISABLED PERSON OR PERSON AUTHORIZED TO ACT IN HIS/HER BEHALF | RELATIONSHIP TO DISABLED PERSON (if other than self) | DATE |
|---|---|---|
| X *Norman Allen* | Self | 3/11/97 |

| STREET ADDRESS 27 BOURQUE ST 1st FLR | TELEPHONE NUMBER (Area Code) 508 682-6479 |
|---|---|

| CITY Lawrence | STATE MA | ZIP CODE 01843 |
|---|---|---|

The signature and address of a person who either knows the person signing this form or is satisfied as to that person's identity is requested below. This is not required by the Social Security Administration, but without it the source may not honor this authorization.

| SIGNATURE OF WITNESS | STREET ADDRESS Lawrence SSA office |
|---|---|
| | |

| CITY | STATE | ZIP CODE |
|---|---|---|
| | | |

Form SSA-B27 (8-94) Use Prior Editions    Printed on recycled paper    (OVER)

3

HEALTHPRO/UNITED HEALTHCARE SERVICES, INC.
ONE RESEARCH DRIVE
P.O. BOX 5086                          Date: 02/26/97
WESTBOROUGH, MA 01581                    Re: NORMAN G. ALLEN
                                       Addr: 27 BOURQUE STREET

                                             LAWRENCE, MA 01843
                                        DOB: 11/24/47
                                        SSN: 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
                                      HP ID: 62-12-918 /397


DR. M. KELLY
LAWRENCE FAMILY HEALTH CENTER
34 HAVERHILL ST.
LAWRENCE, MA 01810


Your patient is applying for Emergency Aid to the Elderly, Disabled
and Children through the Massachusetts Department of Transitional
Assistance with the stated impairments of:

CONVULSIVE DISORDER. CLIENT STATES ANXIETY, BODY PAINS,
SHOULDER DISLOCATION, MEMORY LOSS.

HealthPro has been contracted by the Department to conduct the
disability review of your patients application.  Please send copies c
the following, including dates of the appropriate tests:

-  Evidence of joint instability

-  Evidence of significant loss or injury which prohibits
   function of an upper or lower extremity

-  EEG interpretations

-  Serum anti-convulsive medication levels

-  Evidence of significant disorganization of motor
   function in one or more extremities?

-  Evidence of disturbance in gait, gross motor, fine motor
   or handling

-  A clinically detailed description of typical seizure
   pattern, including all associated phenomena

-  Frequency of seizures

-  Date of last seizure

-  Epilepsy daytime or nocturnal episodes?

- Clinical objective evidence of mental status abnormalities with diagnosis

- Is patient markedly impaired in ADL, social functioning, ability to think and/or concentrate and is decompensating in work or work-like setting

- Describe specific objective signs/symptoms of mental disorder

- Evidence of generalized persistent anxiety

- Evidence of motor tension, autonomic hyperactivity, apprehensive expectation and/or vigilance & scanning

- Evidence of a persistent irrational fear of a specific object, activity or situation

- Functional capacity evaluation/physical-RFC enclosed

- Functional capacity evaluation/mental-RFC enclosed

You may respond in any of the following ways:

Mail the requested information to HealthPro at the address above;

Call the case examiner at 1-800-851-2681;

Examiners are available during the hours of 8:00 AM to 4:00 PM;

A message may be left for the examiner during non-business hours b dialing the number shown above and using the extension       ;

FAX number (508) 366-3113 is available for your convenience.

Sincerely,


DIANE LUCHINI, R.N.

*****************************************************************
*    M.G.L. C.112 Sec. 12CC requires that copies of a patient's
*    medical record be provided, at no fee, within 30 days of the
*    request for any federal or state needs based program.   EAEDC
*    is such a program, and your cooperation is greatly appreciated.
*****************************************************************

NORMAN   ALLEN
27 BOURQUE STREET
LAWRENCE     MA 01843
DOB: 11/24/47   SSN:005464086
HealthPro ID: 6212918

# Department of Transitional Assistance
# EAEDC Program

Applicant/Recipient Name: _____

## PHYSICAL RFC WORKSHEET

**Patient can walk daily:**
- [ ] no restriction
- [ ] less than 100 ft.
- [x] about 500 ft.
- [ ] 1/4 mile

**Patient can stand daily (with breaks every two hours) for:**
- [ ] 8 hours
- [ ] 6 hours
- [ ] 4 hours
- [x] 2 hours
- [ ] less than 1 hour

**Patient can sit daily (with breaks) for:**
- [ ] 8 hours
- [ ] 6 hours
- [ ] 4 hours
- [x] 2 hours
- [ ] less than 1 hour

**Patient can stand and sit intermittently (with breaks) for** _____ **hours.**

**Patient can bend/stoop (how often per day):**
- [ ] constantly
- [ ] frequently
- [x] occasionally
- [ ] never

**Patient has a significant restriction of:**
- [ ] arms
- [ ] legs
- [ ] reaching
- [x] none
- [ ] handling
- [ ] gross motor
- [ ] fine motor
- [x] manipulation

**Patient can reasonably be expected to:**

| Lift Frequently | | Lift/Carry Occasionally | |
|---|---|---|---|
| [ ] 10 pounds | [x] 20 pounds | [ ] 10 pounds | [x] 20 pounds |
| [ ] 50 pounds | [ ] no limit | [ ] 50 pounds | [ ] no limit |
| [ ] cannot lift 10 pounds | | [ ] cannot lift/carry 10 pounds | |

Other restrictions, if any, on physical activities or activities of daily living. (Include the effects of pain)

_____
_____
_____
_____

## MENTAL RFC WORKSHEET

| Activities | No Limitation | Slightly Limited | Moderately Limited | Markedly Limited |
|---|---|---|---|---|
| Ability to remember and carry out simple instructions | | | | ✓ |
| Ability to maintain attention and concentration | | ✓ | | |
| Ability to make simple work related decisions | | ✓ | | |
| Ability to interact appropriately with co-workers & supervisors | | ✓ | | |
| Ability to work at a consistent pace without extra supervision | | ✓ | | |
| Ability to respond appropriately to changes in work routine | | ✓ | | |
| The overall effect of the patient's medication on the above activities | | ✓ | | |

Comments: _____

_____

Physician Signature _____   Date __3/7/97__

UNITEDhealthcare™                                    10/17/96

## Part VII—Other Treating Sources

Please identify below any other doctor(s), hospital(s), clinic(s) or outpatient department(s) where you have received care.

1.
_DR Micheal Kelly_      _686 0090_
Name of doctor, hospital, clinic or outpatient department    Telephone number

_34 Haverhill St_      _Lawrence MA 01841_
Street address      City/Town     State/ZIP

**Date(s) seen**      **Reason for visit**

_1 /31/97_    _Siezures - Cannot Remember dates often_

_1 /23/97_    _Date of Last Siezure Law, general_

_/ /_

_/ /_

---

I hereby authorize the release of my medical/psychiatric information requested, in writing, by phone or fax, to the Department of Transitional Assistance and/or its medical review team.

_Norman Allen_      _2/ 7/97_
Signature             Date

(A photocopy of this authorization may be substituted for the original.)

1

HEALTHPRO/UNITED HEALTHCARE SERVICES, INC.
ONE RESEARCH DRIVE
P.O. BOX 5086                    Date: 12/23/97
WESTBOROUGH, MA 01581            Re: NORMAN ALLEN
                                Addr: 27 BOURQUE ST

                                LAWRENCE, MA 01843
                                DOB: 11/24/47
                                SSN: 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
                                HP ID: 63-10-641 /307

MICHAEL KELLEY,MD
34 HAVERHILL STREET
LAWRENCE, MA 01841


Your patient is applying for Emergency Aid to the Elderly, Disabled
and Children through the Massachusetts Department of Transitional
Assistance with the stated impairments of:

FIBROMYALGIA,EPILEPSY;APPLICANT ALSO REPORTS
FEAR,ANGER,POOR MEMORY,SHOULDER DISLOCATION,BACK & JOINT
PAIN,DEPRESSION,AND SOCIAL ISOLATION.

HealthPro has been contracted by the Department to conduct the
disability review of your patients application.  Please send copies of
the following, including dates of the appropriate tests:

-  Clinical objective evidence of mental status abnormalities
   with diagnosis

-  Psychological testing and evaluation

-  Evidence of marked difficulties in maintaining social
   functioning

-  Consultation notes including psychiatric consultation

-  History & physical, diagnosis, treatment plan,
   functioning capacity, prognosis, and any test results
   that support findings

-  Functional capacity evaluation/physical-RFC enclosed

-  Functional capacity evaluation/mental-RFC enclosed


You may respond in any of the following ways:

    Mail the requested information to HealthPro at the address above;

RECEIVED
JAN - 5 1998
By

2

Call the case examiner at 1-800-851-2681;

Examiners are available during the hours of 8:00 AM to 4:00 PM;

A message may be left for the examiner during non-business hours by dialing the number shown above and using the extension 4046;

FAX number (508) 366-3113 is available for your convenience.

Sincerely,


PATRICIA CARROLL, R.N.

```
************************************************************************
*    M.G.L. C.112 Sec. 12CC requires that copies of a patient's       *
*    medical record be provided, at no fee, within 30 days of the     *
*    request for any federal or state needs based program.   EAEDC    *
*    is such a program, and your cooperation is greatly appreciated.  *
************************************************************************
```

## Department of Transitional Assistance
## EAEDC Program

NORMAN    ALLEN
27 BOURQUE ST
LAWRENCE
MA 01843
DOB: 11/24/47    SSN:005464086
HealthPro ID: 6310641    Examiner: 307

Applicant/Recipient Name: _____

## PHYSICAL RFC WORKSHEET

Patient can walk daily:
- [ ] no restriction
- [ ] less than 100 ft.
- [x] about 500 ft.
- [ ] 1/4 mile

Patient can stand daily (with breaks every two hours) for:
- [ ] 8 hours
- [ ] 6 hours
- [x] 4 hours
- [ ] 2 hours
- [x] less than 1 hour

Patient can sit daily (with breaks) for:
- [ ] 8 hours
- [ ] 6 hours
- [ ] 4 hours
- [ ] 2 hours
- [ ] less than 1 hour

Patient can stand and sit intermittently (with breaks) for _____ hours.

Patient can bend/stoop (how often per day):
- [ ] constantly
- [ ] frequently
- [x] occasionally
- [ ] never

Patient has a significant restriction of:
- [x] arms
- [x] legs
- [ ] reaching
- [ ] none
- [x] *handling
- [ ] gross motor
- [ ] fine motor
- [ ] manipulation

Patient can reasonably be expected to:

| Lift Frequently | | Lift/Carry Occasionally | |
|---|---|---|---|
| [x] 10 pounds | [ ] 20 pounds | [x] 10 pounds | [ ] 20 pounds |
| [ ] 50 pounds | [ ] no limit | [ ] 50 pounds | [ ] no limit |
| [ ] cannot lift 10 pounds | | [ ] cannot lift/carry 10 pounds | |

Other restrictions, if any, on physical activities or activities of daily living. (Include the effects of pain)

_____
_____
_____
_____

## MENTAL RFC WORKSHEET

| Activities | No Limitation | Slightly Limited | Moderately Limited | Markedly Limited |
|---|---|---|---|---|
| Ability to remember and carry out simple instructions | | | ✓ | |
| Ability to maintain attention and concentration | | | ✓ | |
| Ability to make simple work related decisions | | | ✓ | |
| Ability to interact appropriately with co-workers & supervisors | | | ✓ | |
| Ability to work at a consistent pace without extra supervision | | | ✓ | |
| Ability to respond appropriately to changes in work routine | | | ✓ | |
| The overall effect of the patient's medication on the above activities | | | ✓ | |

Comments: _____
_____

Physician Signature _____    Date 1/20/98

UNITEDhealthcare

10/17/96

## Part VII—Other Treating Sources

Please identify below any other doctor(s), hospital(s), clinic(s) or other treatment(s) where you have received care.

1.
_Dr Michael Kelley +_
**Name of doctor, hospital, clinic or outpatient department**

_686-0090-6551144_
**Telephone number**

_34 Hamchill ST_
**Street address**

_Lawrence_   _MA   01841_
**City/Town       State/ZIP**

| Date(s) seen | Reason for visit |
|---|---|
| 1/31/97 | CK uP + med.s |
| 3/27/97 | NoT Feeling well (K VP |
| 4/18/97 | MRI Law, ben. |
| 5/22/97 | Law ben Emer. Seizure |

I hereby authorize the release of my medical/psychiatric information requested, in writing, by phone or fax, to the Department of Transitional Assistance and/or its medical review team.

_Norman Alle_
**Signature**

_12/1/97_
**Date**

(A photocopy of this authorization may be substituted for the original.)



# General Instructions to Medical Providers for Completing an EAEDC Medical Report Form
**Massachusetts Department of Transitional Assistance**

*Do Before Dec 72nd*

## Physicians:

Your patient has applied for cash and medical assistance under the Emergency Aid to the Elderly, Disabled and Children (EAEDC) program as disabled. To be eligible, your patient must file an EAEDC Medical Report with the Department. Because the medical data included in the report (diagnosis, clinical findings, test results) will be used by the Department to determine disability, it is essential that when you complete the report you supply *all relevant information.*

There are three methods for establishing disability for purposes of EAEDC. The Medical Report asks for an opinion, based on your diagnosis and findings, of whether your patient meets the disability definition (below). The Department's Medical Review Team will review this opinion in light of the medical data you and your patient provide.

**Disability:**   A physical or mental impairment, or combination of impairments, that

    (1)    affects the patient's ability to work;

    (2)    is expected to last for 60 or more days; and

    (3)

        (a)    substantially reduces or eliminates the patient's ability to support him- or herself when consideration is given to his or her functional capacity, age, education and work experience; or

        (b)    meets or is equal in severity to an impairment listed in the Department's Medical Standards (Department Regulation 106 CMR: 320.210); or

        (c)    meets or is equal in severity to an impairment listed in SSI Listing of Impairments as specified in 20 CFR, Part 404, Subpart P. Appendix I.

## Important

•   Complete the Medical Report form in full.

If you need a copy of the Department's Medical Standards, Fax your request using your letterhead which includes your address to (617) 727-0167 or telephone (617) 348-5299 and leave a message.

If you have any questions concerning the completion of the Medical Report or the type of information required to establish disability, telephone 1-800-851-2681.

•   Attach examination findings and diagnostic tests to the Medical Report to support your opinions.

•   Refer to the Department's Medical Standards and the SSI Listing of Impairments which require that a diagnosis be supported by specific clinical findings.

•   More than one doctor may complete and sign the Medical Report.

•   A patient may submit more than one Medical Report.

The Department will pay for the medical evaluations needed to complete an EAEDC Medical Report, including diagnostic tests, through its regular medical billing system (MMIS). Please use your regular Medicaid Provider Number when submitting invoices for these services.



# Emergency Aid to the Elderly, Disabled and Children Medical Report
*Massachusetts Department of Transitional Assistance*

_Kelly_

Physician/Community Health Center

_681-1150_

Telephone Number

_Rev. Dr. Lawrence_

Address (Street, City/Town/State/ZIP)

**Physicians:** This medical report is needed to verify whether the patient has a physical and/or mental impairment(s) that substantially reduces or eliminates the patient's ability to support him or herself. To complete this medical report refer to the General Instructions for Completing an EAEDC Medical Report, the Department's medical standards, and SSI Listing of Impairments. Complete the medical report in its entirety, sign it and return it to the patient or mail to:

_____

Worker's Name (please print)

Local Welfare Office

by _____/_____/_____ .

_____

Address (Street, City/Town/State/ZIP)

**Call 1-800-851-2681 with any questions you may have regarding the completion of this report.**

_N. Allen_

Patient's Name (please print)

____/____/____

Date of Birth        Social Security Number

_____

Complete Address (Street, City/Town/State/ZIP)

Telephone Number

Does the patient speak and read English?    ☐ yes ☐ no    If no, contact to interpret.

_____

Name

Telephone Number     Relationship

## For Department Use Only

☐ Applicant   ☐ Recipient
☐ Applicant - exam over 30 days ago

☐ Additional Information

☐ Additional information for appeal
scheduled on ____/____/____

☐ Additional information for appeal held
on ____/____/____

☐ SSI application filed ____/____/____

☐ MADA application filed ____/____/____

## MRT Disposition

Date Received ____/____/____
Date Due ____/____/____

☐ Meets/Equals medical standards (disabled)

☐ Meets/Equals SSI Listing of
Impairments (disabled)

☐ Meets vocational standards (disabled)

☐ Does not meet medical/vocational
standards (not disabled)

If disabled, duration _____

☐ Impairment result of accident/injury

MRT Signature(s)

_____  ____/____/____
_____  ____/____/____
_____  ____/____/____

EAEDC (Rev. 6/93)
04-012-0693-05

*(1)*

## C.    Standards

Check the section(s) of the Department's Medical Standards which you referenced for the completion of this report (106 CMR 320.210). If this medical report is based on Medically Equivalent or Combination of Impairments (0), you must check all the standards to which the impairment or combination of impairments is equivalent and complete D below.

| | | | | | |
|---|---|---|---|---|---|
| ☑ Musculoskeletal System | (A) | | ☐ Endocrine System | (I) |
| ☐ Special Senses & Speech | (B) | | ☐ Multiple Body System | (J) |
| ☐ Respiratory System | (C) | | ☐ Neurological System | (K) |
| ☐ Cardiovascular System | (D) | | ☐ Mental Disorder | (L) |
| ☐ Digestive System | (E) | | ☐ Immuno-suppressive Disorder | (M) |
| ☐ Genitourinary System | (F) | | ☐ Neoplastic Diseases | (N) |
| ☐ Hemic & Lymphatic Systems | (G) | | ☐ Medically Equivalent/ | |
| ☐ Skin | (H) | | Combination of Impairments | (O) |

If the SSI Listing of Impairments was referenced, please cite impairment(s)

_Fibromyalgia_

_Epilepsy_

## D.    Medically Equivalent/Combination of Impairments

If the patient has an impairment or combination of impairments that is equivalent to one or more of the medical standards listed above (A) through (N), or to an impairment included in the SSI Listing of Impairments, explain below.

## D.    Treatment

List planned follow-up treatment and frequency.  If no follow-up treatment is planned, indicate so.

| Treatment | Frequency | Duration |
|-----------|-----------|----------|
|           |           |          |

## E.    Medication

List medication(s), strength, frequency and side effects.

| Medication | Strength | Frequency | Side Effects |
|------------|----------|-----------|--------------|
| Elavil , 3/HA<br>Motrin |  |  |  |

## Part III — Assessment of Functional Capacity
### (complete A and B as appropriate)

## A.    Physical Activities

Indicate if patient can sustain the following activities on a regular basis.

**1.    Patient:**

can walk:  ☐ no restrictions    ☐ less than 100 ft.    ☑ about 500 ft.    ☐ 1/4 mile

can stand daily for:  (with breaks every two hours)  ☐ 8 hours    ☐ 6 hours    ☐ 4 hours    ☑ 2 hours    ☐ less than 1 hour

can sit daily for:  (with breaks)  ☐ 8 hours    ☐ 6 hours    ☐ 4 hours    ☑ 2 hours    ☐ less than 1 hour

can stand and sit intermittently for ____ 4 ____ hours (with breaks)

can bend/stoop  (how often per day)  ☐ constantly    ☐ frequently    ☑ occasionally    ☐ never

has a significant restriction of    ☑ arms    ☐ reaching    ☐ handling    ☐ none
☐ legs    ☐ gross motor    ☐ fine motor    ☐ manipulation

can reasonably be expected to

lift frequently
☐ no limit    ☐ 50 lbs.
☑ 20 lbs.    ☐ 10 lbs.
☐ cannot lift 10 lbs.

lift/carry occasionally
☐ no limit    ☐ 50 lbs.
☑ 20 lbs.    ☐ 10 lbs.
☐ cannot lift/carry 10 lbs.

**2.    Other restrictions, if any, on physical or daily living activities**

Date: _7/10/97_

Dear Provider,

Our Medical Records Department has received a request that
_Wilman Allen_____'s __1/1 24/97_____ Record(s) ____Report
be released to: _____. (Request attached)

Please indicate which portion of the record should be copied and released:

| Left  Side | All | Specify(dates) |
|---|---|---|
| Correspondence | | |
| Off Site  Medical  Records | | |
| Hozpitalizations | | |
| Data Base, Flow Sheet, Family Profile | | |

**Right  Side**

| | | |
|---|---|---|
| Progress Notes | | |
| Social Service | | |
| Laboratory | | |
| Radiology | | |
| Prenatal Record | | |
| Cardiac/Audio | | |
| Consults | | |
| Other:_____ | | |

I have  checked  the  record  to  be  sure  all  _CONFIDENTIAL_  information  that  would  require
special  release  is  so  stamped  and  accept  the  responsibility  if  nonmarked  _CONFIDENTIAL_
information  is  copied  and  released.

_____Need  patient's  signature  on  file  for  release  of  _confidential_  information.

Provider's  Signature                    Date

THE COMMONWEALTH OF MASSACHUSETTS
D. .BILITY DETERMINATION SERVICES . ISION
110 Chauncy Street - Boston, MA 02111
Kasper M. Goshgarian, Deputy Commissioner

June 23, 1997

RE: Norman G Allen
27 Bourque St 1St Flr
Lawrence, MA 01843

Michael Kelley MD
Greater Lawrence Family Health
34 Haverhill St.                                    DOB: 11/24/47
Lawrence, MA 01841                                  SSN: 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 05
                                                    MAU: 970623-200397

Dear Michael Kelley MD:

Your patient has applied for Social Security Disability benefits.

We ask your help in supplying us with medical information which will be used
with other evidence to decide if your patient is eligible for benefits.

To make this decision, we will need the following information:

1.  A history of impairment(s), diagnosis and prognosis.
2.  Objective findings based on clinical signs, physical exam(s), supporting
    tests and other data.
3.  Description of the prescribed treating regimen and your patient's response.
4.  A statement, based on your medical findings, expressing your opinion about
    your patient's ability, despite the functional limitations imposed by the
    impairment(s), to do work-related physical activities such as sitting,
    standing, walking, lifting, carrying, handling objects, hearing, speaking
    and traveling; or, if the impairment is mental, mental activities such as
    understanding and memory, sustained concentration and persistence, social
    interaction, and adaption.

This information may be communicated via the enclosed medical form(s),
telephoned directly to the adjudication team, or dictated through our
statewide 24 hour dictation service, 1-800-442-4194. You may FAX your report
and (top sheet of) invoice using 617-654-7477. Make sure you include your
patient's name and Social Security number. If additional information is
needed, we may call.

We are authorized to pay $15.00 for your report. If it is received within 15
days, we will pay an additional $10.00.

If we need additional information, would you be willing to perform an
examination and/or laboratory testing? If you are willing or have any
questions, call me at (617) 654-7554 between 9:00 A.M. and 4:00 P.M. during
the week or use our toll free number 1-800-882-2040.

Sincerely,

Michael Harrison
Vocational Disability Examiner

Enc: Authorization, Invoice, Stamped Envelope, Seg: 0571

0401:057/16

THE COMMONWEALTH OF MASSACHUS. :S
MASSACHUSETTS REHABILITATION COMMISSION - DISABILITY DETERMINATION SERVICES
110 Chauncy Street, Boston, MA  02111

## PAYMENT VOUCHER FORM
### PV MRC 3000

| VENDOR INFO | CLAIMANT INFO |
|---|---|
| Name:     Michael Kelley MD | Name: Norman G Allen |
| Address:  Greater Lawrence Family Health | SSN:  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  05 |
|           34 Haverhill St. | |
|           Lawrence, MA  01841 | Date of Request:  June 23, 1997 |

### PAYMENT INFORMATION

Vendor Code (Tax ID):  0427088240000        Invoice Number:  970623200397

- If the above Vendor Code (Tax ID) is blank and you HAVE a
  Massachusetts Tax ID, please enter that number in the space above.

- If you DO NOT HAVE a Massachusetts Tax ID, please call Ms. Sandy
  Price at (617) 654-7867.  She will send you an application form.

- If the above Vendor Code (Tax ID) or your address is incorrect,
  please complete the following:

  ___ ___ ___ ___ ___ ___ ___   ___ ___ ___ ___
  Correct Massachusetts Tax ID

  _____
  Correct Address

- If your fee for this service is LESS THAN that provided in the
  accompanying letter, please enter your fee: $ _2?_

- To be eligible for payment (Early=$25/Reg=$15), you must sign one
  copy of this Payment Voucher Form and return it with your MER
  material.  The Invoice Number is your Payment Reference Number.

I certify that the service was rendered as set forth in the agency's letter of
Request for Medical Evidence of Record.

_____          _7·16·97_
Vendor Signature            (78322A)        Date

FOR AGENCY USE ONLY:

I have received the materials requested from the vendor concerning the
disability benefits claimant above.  I hereby certify under the penalties of
perjury that all laws of the Commonwealth governing disbursements of public
funds and the regulations thereof have been complied with and observed.

_____          _____
Michael Harrison                            Date
Vocational Disability Examiner                              0398:057/16

PATIENT'S NAME AND ... IAL SECURITY NUMBER:   Norman G  .len
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

--------------------------------------------------------------------------------

Please specify information on applicable items:   CONVULSIVE DISORDER

Date of first                Date you first            Date you most recently
signs of illness:_____      examined patient: 1/5/96  examined patient: 5/27/97

DIAGNOSIS (Please specify): _____

1. Type of seizure: *Tonic- Clonic Seizures*

2. Description of seizures: (including loss of consciousness, alteration of
   awareness, muscle movements rris, incontinence, automatisms, inappropriate
   behavior, diurnal, nocturnal, etc.)

   *Classic Generalized Tonic-Clonic Seizures*
   *loss of consciousness, etc.*

3. Frequency of seizures in the past year:

   *1/ every 2 months*

4. Observed by: Physician/Nurse __✓__   Family Member __✓__ ;
                  Other:_____;   Not Observed:_____

5. Therapy:

   A.  Medication regimen: *Neurontin / Dilantin*

   B.  Serial Anti-Convulsive Blood Levels:

       Date 9/5/96/Level 14.5 ; Date 1/97/Level 13.2 ; Date 5/27/97/Level 11.4

   C.  Patient Compliance: Good __✓__ Poor____ Other____.
       Describe: (include any idiosyncrasy in absorption or metabolic
       difficulties)

   D.  Side effects of medication: (e.g. drowsiness, fatigue)

6. Evidence of seizures caused by substance abuse? Yes____ No __✓__.
   If "yes", please describe:

7. EEG findings and date: (include copy of EEG, if available)
   *⊕ for spike-wave abnormalities*

8. Describe any concurrent or resulting condition that may help to determine
   your patient's impairment and resulting restrictions:

                              SIGNATURE: *M/M Kelly*

                              PRINT NAME: *Michael J. Kelly*

                                   DATE: 7/10/97

| TO BE COMPL    ED BY SSA | |
|---|---|
| NUMBER HOLDER | |
| SOCIAL SECURITY NUMBER | |
| EMPLOYEE/CLAIMANT/BENEFICIARY  (If other than Number Holder) | |

# AUTHORIZATION FOR SOURCE TO RELEASE
## INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

### INFORMATION ABOUT MEDICAL OR OTHER SOURCE-PLEASE PRINT, TYPE, OR WRITE CLEARLY

| NAME AND ADDRESS OF SOURCE (Include Zip Code) | RELATIONSHIP TO DISABLED PERSON |
|---|---|
| | |

### INFORMATION ABOUT DISABLED PERSON-PLEASE PRINT, TYPE OR WRITE CLEARLY

| NAME AND ADDRESS (if known) AT TIME DISABLED PERSON HAD CONTACT WITH SOURCE (Include Zip Code) | DATE OF BIRTH | DISABLED PERSON'S I.D. NUMBER (If known and different than SSN) (Clinic/Patient No.) |
|---|---|---|
| | | |

APPROXIMATE DATES OF DISABLED PERSON'S CONTACT WITH SOURCE (e.g. dates of hospital admission, treatment, discharge, etc)

### TO BE COMPLETED BY DISABLED PERSON OR PERSON AUTHORIZED TO ACT IN HIS/HER BEHALF

GENERAL AND SPECIAL AUTHORIZATION TO RELEASE MEDICAL AND OTHER INFORMATION IN ACCORDANCE WITH THE PROVISIONS OF THE SOCIAL SECURITY ACT; THE PUBLIC HEALTH SERVICE ACT, SECTIONS 523 AND 527; AND TITLE 38 U.S.C. VETERANS BENEFITS SECTION 4132.

I hereby authorize the above-named source to release or disclose to the Social Security Administration or State agency the following information for the period(s) identified above:

1) All medical records or other information regarding my treatment, hospitalization, and/or outpatient care for my impairment(s), including psychological or psychiatric impairment(s), drug abuse, alcoholism, sickle cell anemia, or human immunodeficiency virus (HIV) infection, including acquired immunodeficiency syndrome (AIDS), or tests for HIV;
2) Information about how my impairment(s) affects my ability to complete tasks and activities of daily living;
3) Information about how my impairment(s) affected my ability to work.

I authorize the use of a telefax or photocopy of this form for the release or disclosure of the information described above.

I understand that this authorization, except for action already taken, may be voided by me at anytime. If I do not void this authorization, it will automatically end when a final decision is made on my claim. If I am already receiving benefits, the authorization will end when a final decision is made as to whether I can continue to receive benefits.

### READ IMPORTANT INFORMATION ON REVERSE BEFORE SIGNING FORM BELOW.

| SIGNATURE OF DISABLED PERSON OR PERSON AUTHORIZED TO ACT IN HIS/HER BEHALF | RELATIONSHIP TO DISABLED PERSON (if other than self) | DATE |
|---|---|---|
| _Norman Allen_ | | 5-29-97 |
| STREET ADDRESS | | TELEPHONE NUMBER (Area Code) |
| 27 Bourque ST | | 508-682-6479 |
| CITY  Law. | STATE  MA | ZIP CODE  01843 |

The signature and address of a person who either knows the person signing this form or is satisfied as to that person's identity is requested below. This is not required by the Social Security Administration, but without it the source may not honor this authorization.

| SIGNATURE OF WITNESS | STREET ADDRESS | |
|---|---|---|
| | | |
| CITY | STATE | ZIP CODE |

(OVER)



# General Instructions to Medical Providers for Completing an EAEDC Medical Report Form
**Massachusetts Department of Transitional Assistance**

## Physicians:

Your patient has applied for cash and medical assistance under the Emergency Aid to the Elderly, Disabled and Children (EAEDC) program as disabled. To be eligible, your patient must file an EAEDC Medical Report with the Department. Because the medical data included in the report (diagnosis, clinical findings, test results) will be used by the Department to determine disability, it is essential that when you complete the report you supply *all relevant information*.

There are three methods for establishing disability for purposes of EAEDC. The Medical Report asks for an opinion, based on your diagnosis and findings, of whether your patient meets the disability definition (below). The Department's Medical Review Team will review this opinion in light of the medical data you and your patient provide.

**Disability:**    A physical or mental impairment, or combination of impairments, that

    (1)   affects the patient's ability to work;

    (2)   is expected to last for 60 or more days; and

    (3)

        (a)   substantially reduces or eliminates the patient's ability to support him-or herself when consideration is given to his or her functional capacity, age, education and work experience; or

        (b)   meets or is equal in severity to an impairment listed in the Department's Medical Standards (Department Regulation 106 CMR: 320.210); or

        (c)   meets or is equal in severity to an impairment listed in SSI Listing of Impairments as specified in 20 CFR, Part 404, Subpart P. Appendix 1.

### Important

- Complete the Medical Report form in full.

If you need a copy of the Department's Medical Standards, Fax your request using your letterhead which includes your address to (617) 727-0167 or telephone (617) 348-5299 and leave a message.

If you have any questions concerning the completion of the Medical Report or the type of information required to establish disability, telephone 1-800-888-3420.

- Attach examination findings and diagnostic tests to the Medical Report to support your opinions.

- Refer to the Department's Medical Standards and the SSI Listing of Impairments which require that a diagnosis be supported by specific clinical findings.

- More than one doctor may complete and sign the Medical Report.

- A patient may submit more than one Medical Report.

The Department will pay for the medical evaluations needed to complete an EAEDC Medical Report, including diagnostic tests, through its regular medical billing system (MMIS). Please use your regular MassHealth Provider Number when submitting invoices for these services.



# Emergency Aid to the Elderly, Disabled and Children Medical Report
*Massachusetts Department of Transitional Assistance*

_D. Kelly / CHHK_ _____
Physician/Community Health Center

_686-1050_
Telephone Number

_34 Haverhill St., Lawrence, MA 01841_
Address (Street, City/Town/State/ZIP)

**Physicians:** This medical report is needed to verify whether the patient has a physical and/or mental impairment(s) that substantially reduces or eliminates the patient's ability to support him or herself. To complete this medical report refer to the General Instructions for Completing an EAEDC Medical Report, the Department's medical standards, and SSI Listing of Impairments. Complete the medical report in its entirety, sign it and return it to the patient or mail to:

_____
Worker's Name (please print)

_____
Transitional Assistance Office

_____
Address (Street, City/Town/State/ZIP)

by ____/____/____.

**Call 1-800-888-3420 with any questions you may have regarding the completion of this report.**

---

_Norman Allen_
Patient's Name (please print)

_11/24/17_
Date of Birth

Social Security Number

_27 Bodvigue St. Lawrence_
Complete Address (Street, City/Town/State/ZIP)

_725-5221_
Telephone Number

Does the patient speak and read English?    ☑ yes ☐ no    If no, contact to interpret.

_____
Name

_____
Telephone Number

Relationship

## C.   Standards

Check the section(s) of the Department's Medical Standards which you referenced for the completion of this report (106 CMR 320.210).  If this medical report is based on Medically Equivalent or Combination of Impairments (0), you must check all the standards to which the impairment or combination of impairments is equivalent and complete D below.

| | | | | |
|---|---|---|---|---|
| ☐ Musculoskeletal System | (A) | ☐ Endocrine System | (I) |
| ☐ Special Senses & Speech | (B) | ☐ Multiple Body System | (J) |
| ☐ Respiratory System | (C) | ☐ Neurological System | (K) |
| ☐ Cardiovascular System | (D) | ☐ Mental Disorder | (L) |
| ☐ Digestive System | (E) | ☐ Immuno-suppressive Disorder | (M) |
| ☐ Genitourinary System | (F) | ☐ Neoplastic Diseases | (N) |
| ☐ Hemic & Lymphatic Systems | (G) | ☐ Medically Equivalent/ | |
| ☐ Skin | (H) | Combination of Impairments | (O) |

If the SSI Listing of Impairments was referenced, please cite impairment(s)

A)   Fibromyalgia - severe

B)   Epilepsy

## D.   Medically Equivalent/Combination of Impairments

If the patient has an impairment or combination of impairments that is equivalent to one or more of the medical standards listed above (A) through (N), or to an impairment included in the SSI Listing of impairments, explain below.

## D.    Treatment

List planned follow-up treatment and frequency.  If no follow-up treatment is planned, indicate so.

| Treatment | Frequency | Duration |
|---|---|---|
| P. T. | | |

## E.    Medication

List medication(s), strength, frequency and side effects.

| Medication | Strength | Frequency | Side Effects |
|---|---|---|---|
| Multiple | | | |

## Part III — Assessment of Functional Capacity
## (complete A and B as appropriate)

## A.    Physical Activities

Indicate if patient can sustain the following activities on a regular basis.

**1.    Patient:**

can walk:  ☐ no restrictions    ☐ less than 100 ft.    ☑ about 500 ft.    ☐ 1/4 mile

can stand daily for:  ☐ 8 hours    ☐ 6 hours    ☐ 4 hours    ☑ 2 hours    ☐ less than 1 hour
(with breaks every two hours)

can sit daily for:  ☐ 8 hours    ☐ 6 hours    ☐ 4 hours    ☑ 2 hours    ☐ less than 1 hour
(with breaks)

can stand and sit intermittently for ____2____ hours (with breaks)

can bend/stoop    ☐ constantly    ☐ frequently    ☑ occasionally    ☐ never
(how often per day)

has a significant
restriction of    ☑ arms    ☑ reaching    ☑ handling    ☐ none
    ☑ legs    ☑ gross motor    ☑ fine motor    ☐ manipulation

can reasonably be    lift frequently    lift/carry occasionally
expected to    ☐ no limit    ☐ 50 lbs.    ☐ no limit    ☐ 50 lbs.
    ☑ 20 lbs.    ☐ 10 lbs.    ☑ 20 lbs.    ☐ 10 lbs.
    ☐ cannot lift 10 lbs.    ☐ cannot lift/carry 10 lbs.

**2.    Other restrictions, if any, on physical or daily living activities**

THE COMMONWEALTH OF MASSACHUSETTS

MASSACHUSETTS REHABILITATION COMMISSION - DISABILITY DETERMINATION SERVICES
110 Chauncy Street, Boston, MA 02111

PAYMENT VOUCHER FORM
PV MRC 3000

VENDOR INFO                                CLAIMANT INFO

Name:      Lawrence Family Center
Attn:      Medical Record Dept.
Address:   34 Haverhill Street           Name: Norman G Allen
           Lawrence, MA  01841
                                         SSN:  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  07
                                         Date of Request:  October 30, 1998

PAYMENT INFORMATION

Vendor Code (Tax ID):  0427088240000       Invoice Number:  981030200833

- If the above Vendor Code (Tax ID) is blank and you HAVE a
  Massachusetts Tax ID, please enter that number in the space above.

- If you DO NOT HAVE a Massachusetts Tax ID, please call Ms. Sandy
  Price at (617) 654-7867.  She will send you an application form.

- If the above Vendor Code (Tax ID) or your address is incorrect,
  please complete the following:

  ___ ___ ___ ___ ___ ___ ___ ___ ___
          Correct Massachusetts Tax ID


  _____
                Correct Address

- If your fee for this service is LESS THAN that provided in the
  accompanying letter, please enter your fee: $ 25.00

- To be eligible for payment (Early=$20/Reg=$10), you must sign one
  copy of this Payment Voucher Form and return it with your MER
  material.  The Invoice Number is your Payment Reference Number.

I certify that the service was rendered as set forth in the agency's letter of
Request for Medical Evidence of Record.

_M. Kelly_____        _11-5-98_
Vendor Signature              (50581A)        Date

FOR AGENCY USE ONLY:

I have received the materials requested from the vendor concerning the
disability benefits claimant above.  I hereby certify under the penalties of
perjury that all laws of the Commonwealth governing disbursements of public
funds and the regulations thereof have been complied with and observed.

_____        _____
Kathleen Ngo                               Date
Vocational Disability Examiner

0397:205.15

Massachusetts Rehabilitation Commission
DI: ILITY DETERMINATION SERVICES D: SION
110 Chauncy Street – Boston, MA  02111

October 30, 1998

Registered Records Administrator          RE:   Norman G Allen
Medical Record Dept.                            27A Bourque St
 Lawrence Family Center                         Lawrence, MA  01843
34 Haverhill Street
Lawrence, MA  01841        PATIENT ID:    Unknown
                                  DOB:    11/24/47
                                  SSN:    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  07
                           PATIENT SSN:
                           (If Different)
                                  MAU:    981030-200833


Dear Registered Records Administrator:

The above patient has applied for Social Security Disability benefits. We are
authorized to request medical records for the period 12/31/89 to Present.  If
you charge for this service, complete and return the enclosed invoice. We are
authorized to pay you or your designee $10.00.  In addition, if your report is
received within 10 calendar days and impacts significantly upon our
adjudication, we may pay you or your designee a total of $20.00.

PLEASE SEND COPIES OF THE CHECKED ITEMS BELOW IF AVAILABLE:

✓ Outpatient Records                          ___ Thallium Exercise Test (with
✓ History, Physical Examination,                  tracings)
   and Discharge Summaries                    ___ Arteriography/Angiography
✓ Consultation Notes including                ___ Catherization Studies
   Psychiatric Consultations                  ___ Doppler Test
✓ Psych Progress Notes                        ___ Pulmonary Function Tests and
✓ Psychological Testing & Evaluations             Tracings
✓ Operative Reports                           ___ Blood Gas Studies
___ Pathology Reports                         ___ EEG Interpretations
___ Spine X-Ray                               ___ Serum Anti-Convulsive
✓ Other X-Ray: _all s-l-u-lder_                  Concentration
___ CT Scan                                   ___ Myelogram Reports
___ M.R.I.                                    ___ EMG Interpretations
___ Ultrasound                                ___ G.I. Series
___ Echocardiography                          ___ Audiological Exams
___ RVG                                        ___ Ophthalmological Exams
___ MUGA                                       ✓ Blood Work (e.g. CBC, SMA 12,
✓ Chest X-Ray                                     Serum Electrolytes, tracings
___ EKG (2 or 3 representative                    Rheumatoid Factors)
   tracings, not just an interpretation)      ✓ Other: _all_
___ Exercise Tolerance Test (with tracings)

If you have questions, please call me at (617) 654-7473 between 9:00 A.M. and
4:00 P.M.  If long distance, use our toll free number 1-800-882-2040.

Sincerely,

Kathleen Ngo
Vocational Disability Examiner
Enc:  Authorization, Invoice, Envelope
0409: 205/15



University of Massachusetts ·
Center For Health Care Financing
Disability Evaluation Services
University of Massachusetts Medical Center
419 Belmont Street, Shaw Building
Worcester, MA 01605 ·

March 20, 1998

Dear Health Care Provider:

The UMass Disability Evaluation Services (DES) program conducts disability determinations on behalf of the Commonwealth of Massachusetts Division of Medical Assistance.

The following request for medical records is in support of this individual's application for public benefits. Pursuant to M.G.L. c. 112 § 12 CC, there shall be no charge for the release of the requested records. Pursuant to statute, the records must be produced within 30 days.

If you have any questions please don't hesitate to contact us at 1-800-888-3420.

Sincerely,

UMass Disability Evaluation Services

 **University of Massachusetts**

Disability Evaluation Services
11 Midstate Drive
Auburn, MA 01501

October 27, 1998

Dr. Michael J. Kelly
34 Haverhill St.
Lawrence MA 01840

**Norman Allen**
**27 Bovique St.**
**LAWRENCE, MA  01840**
        **DOB:    11/24/47**
        **SSN:    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**
        **Case#:  21062**

RE:  Massachusetts Benefits Programs

The individual listed above is applying for:  EAEDC benefits through the Department of Transitional Assistance.
You have been listed as a current or recent Medical treating source. The applicant claims the following
symptoms/conditions/disability:

    seizures,fibromyagia,pain in shoulders.,cannot concentrate.

We are requesting medical information within the last 12 months including MD office notes, lab/test
results, history and physical, height/weight, and blood pressure. Attached to this release is a
signed/dated Medical Release.

Information can be mailed to:        **Disability Evaluation Services**
                                     **11 Midstate Drive**
                                     **Auburn, MA  01501**

or faxed to:                         **(508) 721-7292**

or you may call this office at:      **(800) 888-3420**
                                     Ask to speak with Nurse Reviewer ID#  716

Sincerely,

Carmen Roman
at 1(800) 888-3420 ext  17206

**PLEASE RETURN THIS LETTER WITH THE REQUESTED INFORMATION**

# ATTACHMENT  B



## LAWRENCE GENERAL HOSPITAL IMAGING SERVICES

DAVID FARZAN  MD                         Patient Name: ALLEN,NORMAN G
203 TURNPIKE STREET                      Physician: FARZAN,DAVID, MD
N ANDOVER,MA 01845                       Medical Record Number: 23152
                                         11/24/1947 /54Y M  2996352
                                         Outpatients
                                         Date of Service:  04/04/2002

Document Status:  **FINAL**
-----
      02C3271              ALLEN,NORMAN G

EXAMINATION:  CT ABDOMEN AND PELVIS WITH CONTRAST
HISTORY:  RIGHT SIDE LUMP
DATE: 04/04/02

CT OF THE ABDOMEN:

Helical scan was obtained from the dome of the diaphragm to the
iliac crest after ingestion of oral contrast and during bolus
infusion of IV contrast.

The liver and spleen are not enlarged.  There is diffuse low
density nodules throughout the liver strongly suggesting the
presence of metastatic disease.  The pancreas, adrenal glands
and both kidneys are normal.  In the right lower quadrant in the
region of the cecum there is considerable soft tissue density
present.  This could represent retained fecal material in the
cecum, but a mass in the cecum cannot be excluded.  There is no
definite ascites noted.

IMPRESSION:

1.    EXTENSIVE METASTATIC DISEASE IS SEEN THROUGHOUT THE LIVER.

2.    POSSIBLE MASS IN THE CECUM.


CT OF THE PELVIS:

Helical scan was obtained from the iliac crest to the symphysis
pubis after ingestion of oral contrast and during bolus infusion
of IV contrast.  Surgical clips are seen in the rectum.

The soft tissue density in the region of the cecum is again
noted.  The bowel loops are not dilated.  No free fluid is
identified.  The bladder is normal in outline.

IMPRESSION:  POSSIBLE MASS IN THE CECUM.  CT SCAN OF THE PELVIS
IS OTHERWISE NORMAL.


(Page 1 of 2. Continued on next page)



continued   : ALLEN,NORMAN G

John P. Keefe, MD
Radiologist

DD: 04/04/02
DT: 04/05/02
JK/lw
ES/AGP



MICHAEL KELLY MD
34 HAVERHILL STREET
LAWRENCE,MA 01841

Patient Name: ALLEN,NORMAN G
Physician: KELLY,MICHAEL,MD
Medical Record Number: 23152
11/24/1947 /51Y M  2325771
Outpatients

Document Status:  **FINAL**
-----
99R5049              ALLEN,NORMAN G

EXAMINATION: PA & LATERAL CHEST
HISTORY: COUGH
DATE:    February 1, 1999

CHEST:   PA and lateral views of the chest reveal
clear lungs with normal cardiac and mediastinal
outlines and pulmonary vascular distribution.

IMPRESSION: NORMAL CHEST. NO CHANGE FROM 1997.

         Richard M. Faraci, M.D.
         Radiologist

D&T: February 1, 1999

RMF:mh
ES/DMN



MICHAEL KELLY MD                    Patient Name: ALLEN,NORMAN G
34 HAVERHILL STREET                 Physician: KELLY,MICHAEL,MD
LAWRENCE,MA 01841                   Medical Record Number: 23152
                                    11/24/1947/49Y M  2036963
                                    Outpatients

    -----
    97R29765              ALLEN,NORMAN G


EXAMINATION: LEFT SHOULDER
HISTORY: DISLOCATION
DATE: 7/18/97

REPORT:    No dislocation is revealed. The A-C joint shows
moderate osteophyte formation on the Neer view. No fractures are
revealed.

CONCLUSION: NO FRACTURE.


RK/SP
D&T: July 18, 1997           RALPH KOENKER, M. D.
                             Radiologist

ES/AGP



MICHAEL KELLY, MD
34 HAVERHILL STREET
LAWRENCE, MA 01841

Patient Name: ALLEN, NORMAN G
Physician: KELLY, MICHAEL, MD
Medical Record Number: 23152
11/24/1947/49Y M  1990633
Outpatients

-----
97R16085                ALLEN, NORMAN G


EXAMINATION:  ORBITS
HISTORY:  MRI CLEARANCE
DATE:  4-17-97


Examination of the orbits with upper and downward gaze shows no
evidence of an opaque foreign body lying in either orbit.  Bony
structures appear to be intact.  There is mucosal thickening
involving the frontal sinus.

IMPRESSION:

1.  THERE IS NO EVIDENCE OF A FOREIGN BODY IN EITHER ORBIT.

2.  THERE IS EVIDENCE OF CHRONIC SINUSITIS INVOLVING THE FRONTAL
SINUS.


John P. Keefe, M.D.
Radiologist

JPK/JT
D&T:  April 17, 1997
ES/DMN



MICHAEL KELLY MD
34 HAVERHILL STREET
LAWRENCE,MA 01841

Patient Name: ALLEN,NORMAN G
Physician: KELLY,MICHAEL,MD
Medical Record Number: 23152
11/24/1947/49Y M  1984985
Outpatients

-----
97R14536            ALLEN,NORMAN G

EXAMINATION: ORBITS
HISTORY:MRI CLEARANCE
DATE: 4-7-97

REPORT:  Upward and downward looking orbits show no metallic
foreign bodies projected over the orbits. No structural bony
abnormalities are seen.

CONCLUSION:  NO METALLIC FOREIGN BODIES ARE DEMONSTRATED OVER THE
ORBITS.

DMN/ma
DT April 7, 1997

David M. Novick, M.D.
Radiologist
ES/DMN



MICHAEL KELLY MD
34 HAVERHILL STREET
LAWRENCE,MA 01841

Patient Name: ALLEN,NORMAN G
Physician: KELLY,MICHAEL,MD
Medical Record Number: 23152
11/24/1947/49Y M  1982757
Outpatients

-----
97R13811            ALLEN,NORMAN G

EXAMINATION:  C. SPINE SERIES WITH OBLIQUES
HISTORY:   PAIN, POSSIBLE RHEUMATOID ARTHRITIS
DATE:   4/2/97

REPORT: Lateral, AP, oblique  and odontoid views of the cervical
spine were obtained   and are without comparison study.

There is disc height loss at C5-6 and C6-7 levels with associated
anterior osteophyte formation consistent with degenerative disc
disease. The bony neural foramina appear patent with only mild
uncovertebral joint seen at the C5-6 and C6-7 levels bilaterally.
No significant  facet joint degenerative change is identified.

IMPRESSION:   FINDINGS CONSISTENT WITH DEGENERATIVE DISC DISEASE
AT C5-6 AND C6-7 AND MILD BILATERAL UNCOVERTEBRAL JOINT SPUR
FORMATION  WITHOUT  SIGNIFICANT BONY ENCROACHMENT UPON THE NEURAL
FORAMEN BILATERALLY.

DAZ/SP
D&T: April 2, 1997

Domenic Zambuto, M.D.
Radiologist

ES/MMB

*248696*

LAWRENCE GENERAL HOSPITAL
1 GENERAL ST.  P.O. BOX 189
LAWRENCE, MA  01842-0389


### AMBULATORY CARE REPORT

PATIENT: ALLEN, NORMAN G.          023152          THOMAS L. FAZIO, M.D.


ADMIT: 10/20/99      DISCH:  10/20/99

PROCEDURE:
Colonoscopy

INDICATIONS:
This is a 51-year-old male who has had family history of colon
cancer along with some recent hematochezia.  He undergoes
colonoscopy to evaluate him for surveillance and for symptoms of
hematochezia.

PROCEDURE:
After discussion of risks, benefits, consequences and alternatives
to the procedure and the medication and after reviewing the nurses'
evaluation, and with the history and physical from the office in the
chart, the patient was prepped with Versed 5 mg intravenously and
Demerol 50 mg intravenously.  The colonoscope was introduced and
passed to the cecum which was identified by inspection, palpation,
and transillumination.  The scope was then withdrawn.  The cecum was
photographed.  Preparation was good to fair.  There was no
abnormalities except for in the rectum where a 3 cm saddle-like
semi-circumferential mass was seen with the lower edge at 6 cm.
Biopsies and photographs were taken.  The scope was withdrawn, and
no other abnormalities were encountered.  The patient tolerated the
procedure well.  Digital examination of the rectum again confirmed
this lesion at about 6 cm, as it could be felt with the tip of the
finger.

IMPRESSION:
1.  Total colonoscopy with rectum mass at 6 cm - biopsied.

ALLEN, NORMAN G.                 023152                    THOMAS L. FAZIO, M.D.

### AMBULATORY CARE REPORT - Page 2

PLAN:
The plan with be to check on the biopsies.  We will need CT scan and
surgical consultation.

_____
THOMAS L. FAZIO, M.D.

108037
DD: 10/20/99
DT: 10/20/99    22:35
07027

05/13/00 11:19:37    LGH HIS  partment->    978 687 4468  J   Health Info Svs.  Page 003



**Lawrence General Hospital**

1 General Street
PO Box 189
Lawrence, MA 01842-

(978) 946-8115
(978) 946-8169 Fax

## ONCOLOGY CONSULTATION

**NAME:** ALLEN, NORMAN G

**REFERR:** SANZ-ALTAMIRA, PE

**ADMIT:** 05/11/2000

**DOB:** 11/24/1947    **MR#:** 023152
**SEX:** M    **ACCT#:** 2576354
**MSV:** ONC    **PT:** B
**ROOM:** / -
**DISCH:**

FOLLOW UP NOTE

**HISTORY OF PRESENT ILLNESS:** The patient is a fifty-two-year-old man with locally advanced rectal cancer, Stage III (T3 N1, M0), who is undergoing postoperative chemotherapy and radiation. He comes because of very significant symptoms of diarrhea, abdominal cramps, discomfort, and he also has problems of urinary retention and the suprapubic catheter which has not been removed yet because he could not stay without it so far. He tolerated initially, the first two cycles of 5FU chemotherapy well, but has been having a very hard time with the combination of chemotherapy and radiation. He has had approximately 2 ½ weeks of the combined molality treatments and when seen yesterday by Dr. Peterson from radiation oncology, she thought he was having too much toxicity and is going to give him a couple of days off. He feels very week and tired with some occasional dizziness and feels overall doing poorly. He continues to smoke heavily.

**PAST MEDICAL HISTORY:**
1.  Stage III rectal cancer, as above.
2.  Significant toxicity from 5FU and radiation with lower GI toxicity.
3.  Seizure disorder with an episode in 1999.
4.  History of rheumatic pains and fibromyalgia.
5.  Alcoholism in the past.
6.  History of a benign lung tumor removed 10 years ago.
7.  Significant anxiety.

**REVIEW OF SYSTEMS:** Negative for headaches or mental changes. He has a suprapubic catheter, urinary retention, weakness, diarrhea, but no nausea or vomiting.

**PHYSICAL EXAMINATION:** Alert and oriented, thin, pleasant gentleman in no distress. His weight is 137 ½ pounds which is 2 ½ less than last time. Blood pressure is normal at 115/70, respiratory rate 16, pulse 92, mental status normal. Speech normal. Extraocular movement in tact. No jaundice. Mouth clear. No sores. Neck supple. No thyromegaly. No adenopathy and cervical, supraclavicular, or axillary areas.

Lawrence General Hospital

ALLEN, NORMAN G                                                          MR#: 023152

## CONSULTATION

Lungs are grossly clear bilaterally with decreased breath sounds on both sides which is unchanged and is his baseline. The heart is regular without murmurs. The abdomen is soft and he has some abdominal cramps and diffuse tenderness. He has a well-healed surgical scar. There is a suprapubic catheter in place and the site of the catheter is okay. No organomegaly. Hyperactive bowel sounds. Extremities have no edema.

**LABORATORY STUDIES:** Are pending now.

**ASSESSMENT AND PLAN:**
1.  Rectal cancer, I plan to hold the chemotherapy now because of the severe toxicity. We will check the electrolytes, give him intravenous fluids while we wait and hold the chemotherapy until he is back next week. We will see whether he improves with that alone. He will have two days off radiation therapy and then there are the weekends so he will have four days in a row without treatments which will also hopefully let him recover to some extent.
2.  He has urinary retention and a suprapubic catheter in place and he will see Dr. Liam Hurley tomorrow again for follow up.
3.  He will continue his sleeping pills and he will continue to smoke even though I told him again to try to quit. He says maybe one day in the future.

I will see him for follow up in a week and he knows to call if there are any problems.


_____
Pedro M. Sanz-Altamira, M.D.

15537 / CN / cmn
DD: 05/11/2000 10:20
TT: 05/13/2000 11:00

CC:    David R. Farzan, M.D.
       Thomas L. Fazio, M.D.
       Liam J. Hurley, M.D.
       Jonathan D. Mandell, M.D.
       Astrid O. Peterson, M.D.



**Lawrence General Hospital**    $248596$

1 General Street
PO Box 189
Lawrence, MA 01842-0389
(978) 946-8115
(978) 683-5024 Fax

## ONCOLOGY CONSULTATION

**NAME:** ALLEN, NORMAN G

**REFERR:** MANDELL, JONATHAN

**ADMIT:** / /

**DOB:** 11/24/1947    **MR#:** 023152
**SEX:** M          **ACCT#:** 2485440
**MSV:** SUR        **PT:** I
**ROOM:** H4 / 404-2
**DISCH:** 12/11/1999

**DATE OF CONSULTATION:** 12/09/99

**REASON FOR CONSULTATION:** The consultation was requested because of rectal cancer.

**HISTORY OF PRESENT ILLNESS:** Mr. Allen is a fifty-two year old gentleman who has been noticing rectal bleeding for the last five or six months. He has had some discomfort in the pelvic area, but this has been going on for a number of years and does not appear to have changed at all in the last few months. He has also noticed some weight loss, even though he is somewhat unsure of about how much in how long. It sounds like it has been grossly 15 or 20 pounds over the last six months.

He has had both dark blood as well as red blood with bowel movements and this has been intermittent. He was actually seen by Dr. Farzan who performed a rectal examination, which was presumably negative, but because of the history, he sent him for evaluation by Dr. Fazio. Dr. Fazio performed a colonoscopy on October 20th.

Six to eight centimeters from the anal verge a lesion was found. Biopsies were taken which were positive for mucinous adenocarcinoma, which was moderately differentiated. The rest of the colonoscopy was unremarkable.

Of note, a CT scan of the abdomen and pelvis was obtained which was negative for metastatic disease in the liver. There was a question of the area of the seminal vesicles which was brought out by endorectal ultrasound at Lahey Clinic.

He came to the hospital for further treatment. On December 1st he underwent low anterior resection. He has been slowly and progressively recovering from the surgery. The surgical specimen is significant for infiltrating adenocarcinoma, with greater than 50% mucinous component. It is moderately differentiating and infiltrates through the muscularis propria into the perirectal adipose tissue and is also less than 1 mm away from the interserosal margin. Lymphatic invasion was present. There was a large, thrombosed, subserosal vein within the wall, which also contained tumor. There was extensive perineural invasion. Proximal and distal margins were free of tumor.

Lawrence General Hospital

ALLEN, NORMAN G                                        MR#: 023152

### CONSULTATION

One of six lymph nodes that were identified was positive for metastatic
adenocarcinoma. The carcinoma was extending beyond the lymph node capsule in this
particular case. This is, therefore, stage T3 N1 M0 adenocarcinoma of the rectum,
overall stage III.

### PAST MEDICAL HISTORY:
1.   Rectal cancer, as above.
2.   Seizure disorder, last episode one year ago.
3.   History of fibromyalgia, rheumatic pains.
4.   History of a benign lung tumor, removed by thoracotomy ten years ago from the
     left side.

### SOCIAL HISTORY:
He has been a very heavy smoker up until he was admitted this time. He does not drink
any alcohol, but he was an alcoholic in the past. He has also smoked marijuana
occasionally which calms him down, mainly now that he does not drink anymore.

He has two children and overall a supportive family.

### FAMILY HISTORY:
Positive for colon cancer in the patient's father. His two children are healthy.

### REVIEW OF SYSTEMS:
Weight loss. Some weakness. No other constitutional symptoms. No visual changes.
No mouth changes. Poor dentition. No alopecia. No shortness of breath. No chest
pains or palpitations. GI, as above. No nausea or vomiting. He is going through an
episode of urinary retention now. No previous GU complaints. No skin changes. No
underlying endocrine issues. No underlying hematological issues. Negative review of
systems otherwise.

**PHYSICAL EXAMINATION:**  The patient is alert and oriented, thin, pleasant gentleman
in no acute distress.   Mental status normal. Speech normal.

VITAL SIGNS: His weight is 147 lbs and his usual weight is presumably 162 lbs.
Height 5'11".   Vital signs are currently normal with a blood pressure of 135/75,
temperature 98.0, pulse 84, respiratory rate 16.

HEENT: Mouth clear. Poor dentition.

NECK: Supple. No peripheral adenopathy.

LUNGS: Grossly clear bilaterally, in spite of his smoking history. Good air movement
on both sides.

Lawrence General Hospital

ALLEN, NORMAN G                                        MR#: 023152

### CONSULTATION

**PHYSICAL EXAMINATION:**
HEART: Regular. No murmurs.

ABDOMEN: Soft, non-tender. Positive bowel sounds.  The surgical site looks very good. No discharge or evidence of infection.

EXTREMITIES: Have no edema. No calf tenderness. No cyanosis.

NEUROLOGIC: Grossly intact.

**LABORATORY DATA:**
WBC 10.6, hematocrit 34.1%, MCV 89.5, platelet count 262, MPC 10.9. The differential is unremarkable. Sodium 134, potassium 4.6, BUN 7, creatinine 0.8. Dilantin level was 10.0, which is in the lower limit of therapeutic.

Urinalysis was negative taken last week.

Liver function tests were unremarkable.

**IMPRESSION:**
This is a fifty-two year old gentleman with locally advanced rectal cancer, stage III (T3 N1 M0). We had a very extensive discussion about the meaning of this diagnosis and its prognosis. He knows that he has a fairly high risk of relapse, somewhere in the 55 to 60% risk. Adjuvant chemotherapy is able to improve the outcome by decreasing the chances of recurrence by about 1/3. This is what I would strongly recommend at this point. He has already had a CT scan of the abdomen and pelvis and pre-operative CEA, which was 3.5.

I would suggest to obtain a chest x-ray for completeness, if it has not been done.  The overall plan would be to give him adjuvant chemotherapy and radiation therapy. The chemotherapy would be 5FU based, and we had a discussion about the potential toxicities and what to watch for. We would not be starting until he heals completely from his surgery. The chemotherapy is usually started about four to five weeks after the surgery. I am going to have him see me as an outpatient later in the month, and we will go from there.

I also discussed with him the importance of having first degree family members checked for this disease, since both he and his father had the same diagnosis.  He understands and will pass this information to his children.

Lawrence General Hospital

ALLEN, NORMAN G                                              MR#: 023152

## CONSULTATION

Thank you very much for this consultation. It was a pleasure to meet Mr. Norman Allen.

_____

Pedro M. Sanz-Altamira, M.D.

22888 / CN / br
DD: 12/09/1999 15:14
TT: 12/17/1999 13:14

CC:    David R. Farzan, M.D.
       Thomas L. Fazio, M.D.
       Jonathan D. Mandell, M.D.
       Astrid O. Peterson, M.D.
       Santos K. Shetty, M.D.



**Lawrence General Hospital**  *248596*

1 General Street
PO Box 189
Lawrence, MA 01842-0389
(978) 946-8115
(978) 683-5024 Fax

## ONCOLOGY CONSULTATION

**NAME:** ALLEN, NORMAN G

**REFERR:** MANDELL, JONATHAN

**ADMIT:** / /

**DOB:** 11/24/1947     **MR#:** 023152
**SEX:** M                **ACCT#:** 2485440
**MSV:** SUR             **PT:** I
**ROOM:** H4 / 404-2
**DISCH:** 12/11/1999

**DATE OF CONSULTATION:** 12/09/99

**REASON FOR CONSULTATION:** The consultation was requested because of rectal cancer.

**HISTORY OF PRESENT ILLNESS:** Mr. Allen is a fifty-two year old gentleman who has been noticing rectal bleeding for the last five or six months. He has had some discomfort in the pelvic area, but this has been going on for a number of years and does not appear to have changed at all in the last few months. He has also noticed some weight loss, even though he is somewhat unsure of about how much in how long. It sounds like it has been grossly 15 or 20 pounds over the last six months.

He has had both dark blood as well as red blood with bowel movements and this has been intermittent. He was actually seen by Dr. Farzan who performed a rectal examination, which was presumably negative, but because of the history, he sent him for evaluation by Dr. Fazio. Dr. Fazio performed a colonoscopy on October 20th.

Six to eight centimeters from the anal verge a lesion was found. Biopsies were taken which were positive for mucinous adenocarcinoma, which was moderately differentiated. The rest of the colonoscopy was unremarkable.

Of note, a CT scan of the abdomen and pelvis was obtained which was negative for metastatic disease in the liver. There was a question of the area of the seminal vesicles which was brought out by endorectal ultrasound at Lahey Clinic.

He came to the hospital for further treatment. On December 1st he underwent low anterior resection. He has been slowly and progressively recovering from the surgery. The surgical specimen is significant for infiltrating adenocarcinoma, with greater than 50% mucinous component. It is moderately differentiating and infiltrates through the muscularis propria into the perirectal adipose tissue and is also less than 1 mm away from the interserosal margin. Lymphatic invasion was present. There was a large, thrombosed, subserosal vein within the wall, which also contained tumor. There was extensive perineural invasion. Proximal and distal margins were free of tumor.

Page 1 of 4

Lawrence General Hospital

ALLEN, NORMAN G                                    MR#: 023152

## CONSULTATION

One of six lymph nodes that were identified was positive for metastatic adenocarcinoma. The carcinoma was extending beyond the lymph node capsule in this particular case. This is, therefore, stage T3 N1 M0 adenocarcinoma of the rectum, overall stage III.

## PAST MEDICAL HISTORY:
1.    Rectal cancer, as above.
2.    Seizure disorder, last episode one year ago.
3.    History of fibromyalgia, rheumatic pains.
4.    History of a benign lung tumor, removed by thoracotomy ten years ago from the left side.

## SOCIAL HISTORY:
He has been a very heavy smoker up until he was admitted this time. He does not drink any alcohol, but he was an alcoholic in the past. He has also smoked marijuana occasionally which calms him down, mainly now that he does not drink anymore.

He has two children and overall a supportive family.

## FAMILY HISTORY:
Positive for colon cancer in the patient's father. His two children are healthy.

## REVIEW OF SYSTEMS:
Weight loss. Some weakness. No other constitutional symptoms. No visual changes. No mouth changes. Poor dentition. No alopecia. No shortness of breath. No chest pains or palpitations. GI, as above. No nausea or vomiting. He is going through an episode of urinary retention now. No previous GU complaints. No skin changes. No underlying endocrine issues. No underlying hematological issues. Negative review of systems otherwise.

**PHYSICAL EXAMINATION:** The patient is alert and oriented, thin, pleasant gentleman in no acute distress. Mental status normal. Speech normal.

VITAL SIGNS: His weight is 147 lbs and his usual weight is presumably 162 lbs. Height 5'11". Vital signs are currently normal with a blood pressure of 135/75, temperature 98.0, pulse 84, respiratory rate 16.

HEENT: Mouth clear. Poor dentition.

NECK: Supple. No peripheral adenopathy.

LUNGS: Grossly clear bilaterally, in spite of his smoking history. Good air movement on both sides.

03/25/88 18:83:86    LGH HIS   urtment->         9785213218  LGH I   th Info Sus.  Page 803

*# 248596*



**Lawrence**
**General**
**Hospital**

1 General Street
PO Box 189
Lawrence, MA 01842-0389
(978) 946-8115
(978) 946-8169 Fax

## ONCOLOGY REPORT

**NAME:** ALLEN, NORMAN G

**REFERR:** SANZ-ALTAMIRA, PE

**ADMIT:** 03/23/2000

**DOB:** 11/24/1947
**SEX:** M
**MSV:** MED
**ROOM:** / -
**DISCH:**

**MR#:** 023152
**ACCT#:** 2549305
**PT:** B

**HISTORY OF PRESENT ILLNESS:** Mr. Allen is a 52-year-old gentleman with locally advanced rectal cancer, Stage III (T3 N1 M0). He is undergoing postoperative chemotherapy and radiation therapy. He had one out of six lymph nodes involved with tumor. He received the first cycle of 5FU chemotherapy which is five days in a row, end of February and beginning of March, and now comes for follow-up. He tolerated it well with the exception of minimal abdominal discomfort and loose stools but he never became dehydrated. Those symptoms went away and he has had fatigue and weakness and difficulty sleeping but no pains or discomfort whatsoever and no gastrointestinal toxicity. He does not have diarrhea. He is rather, a little bit on the constipated side. We gave him Valium to sleep which had worked in the past but it didn't work this time. He occasionally needs to nap during the day and feels tired most of the time.

**REVIEW OF SYSTEMS:** Headaches. He has a suprapubic catheter and urinary retention. No shortness of breath. No nausea or vomiting now.

**PAST MEDICAL HISTORY:**
1.    Stage III rectal cancer, as above.
2.    Seizure disorder with the last episode a year ago.
3.    History of rheumatic pains and fibromyalgia.
4.    History of a benign lung tumor removed 10 years ago.
5.    Alcoholism in the past.

03/25/00 10:03:31    LGH HIS ~ artment->    9705213210  LGH '  'th Info Svs.  Page 004

Lawrence General Hospital

**ALLEN, NORMAN G**                                    MR#: 023152

### ONCOLOGY REPORT

**PHYSICAL EXAMINATION:**
GENERAL: Alert and oriented, thin, pleasant gentleman in no distress.
WEIGHT: 140 pounds which is 2 more than last time.
VITAL SIGNS: Blood pressure 115/76. Respiratory rate 18. Pulse 85. Afebrile.
MENTAL STATUS: Normal.
SPEECH: Normal.
HEENT: Extra-ocular movements intact. No jaundice. Mouth: Clear. No sores.
NECK: Supple. No thyromegaly. No adenopathy and cervical, supraclavicular or
axillary areas.
LUNGS: Grossly clear bilaterally. Decreased breath sounds on both sides which is
unchanged.
HEART: Regular without murmurs.
ABDOMEN: Soft and nontender. He has a well-healed surgical scar. He has a
suprapubic catheter in place and the side of the catheter is O.K. No tenderness. No
organomegaly. Positive bowel sounds.
EXTREMITIES: No edema.

**LABORATORY STUDIES:** Sodium 140, potassium 4.1, BUN 18, creatine 0.7. WBC
6.9 with a normal differential, hematocrit 48.2%, MCV 91, platelet count 192,000.

**IMPRESSION:** Rectal cancer.

**PLAN:**
1.    Will be back for the second cycle of chemotherapy Monday-Friday next week
      between the 27th and the 31st of March. I plan to see him for follow-up a week or
      two later. He knows to call if there are any problems. He knows that these two
      are the first two cycles of chemotherapy and will eventually be followed by a
      block of combined modality chemotherapy and radiation where the
      chemotherapy will be given as a continuous infusion.
2.    He will continue to follow with Dr. Liam Hurley for the suprapubic catheter.
3.    For the difficulty sleeping, he will try Klonopin since he says now it seems to
      actually have worked a little bit better than Valium. The opposite was apparent
      the last time he was here. He will back off his intake of coffee and will try not to
      nap too much during the day.

03/25/00 18:03:58     LGH HIS   rtment->     9785213218  LGH   th Info Svs.  Page 005

Lawrence General Hospital

**ALLEN, NORMAN G**                                              MR#: 023152

### ONCOLOGY REPORT
In any case, he knows to call if there are any problems before the next visit.

_____
Pedro M. Sanz-Altamira, M.D.

28314 / ON / kmm
DD: 03/23/2000 11:58
TT: 03/25/2000 09:44
CC:     Stephen O. Chastain, M.D.
        Thomas L. Fazio, M.D.
        Liam J. Hurley, M.D.
        Jonathan D. Mandell, M.D.



**Lawrence General Hospital**

1 General Street
PO Box 189
Lawrence, MA 01842-0389
(978) 946-8115
(978) 946-8169 Fax

## ONCOLOGY REPORT

**NAME:** ALLEN, NORMAN G

**REFERR:** SANZ-ALTAMIRA, PE

**ADMIT:** 03/08/2000

**DOB:** 11/24/1947
**SEX:** M
**MSV:** MED
**ROOM:** / -
**DISCH:** / /

**MR#:** 023152
**ACCT#:** 2541350
**PT:** O

### CLINICAL HISTORY:
Mr. Allen is a fifty-two year old gentleman with locally advance rectal cancer, stage 3 (T3-N1-M0). He is undergoing adjuvant chemotherapy and radiation therapy. He had one of the six lymph nodes involved with tumor and the tumor was actually extending beyond the lymph node capsule, in this particular case. He received the first week of 5FU chemotherapy last week and developed some loose stools that lasted for a couple of days and bothered him minimally with abdominal discomfort, but he did not develop watery stools and has not become dehydrated. He also complains of difficulty sleeping, which seems to be a little worse now. He has been taking Klonopin without any benefit. He also has background chronic headaches, for which he takes Tylenol with codeine which seems to help.

### REVIEW OF SYSTEMS:
Headaches. Urinary retention. He has a suprapubic catheter. No shortness of breath. No more abdominal cramps or diarrhea. No nausea or vomiting.

### PAST MEDICAL HISTORY:
1. Rectal cancer, as above.
2. Seizure disorder; last episode one year ago.
3. History of fibromyalgia and rheumatic pains.
4. History of a benign lung tumor, removed by thoracotomy ten years ago from the left side.
5. Alcoholism in the past.

### PHYSICAL EXAMINATION:
Alert and oriented, thin, pleasant gentleman in no distress. Mental status normal. Speech normal.

VITAL SIGNS: blood pressure 110/75, weight 139 lbs., which is stable; respiratory rate 18, pulse 82. He is afebrile.

HEENT: Mouth clear.

NECK: Supple. No thyromegaly. No cervical, supraclavicular, or axillary adenopathy.

Lawrence General Hospital

ALLEN, NORMAN G                                                    MR#: 023152

### ONCOLOGY REPORT

**PHYSICAL EXAMINATION: (CONTINUED)**
LUNGS: Grossly clear bilaterally. Somewhat decreased breath sounds on both sides.

HEART: Regular. No murmurs.

ABDOMEN: Soft. Non-tender. He has a suprapubic catheter in place and the entry site is okay. No tenderness. No organomegaly. Positive bowel sounds.

EXTREMITIES: No edema.

**LABORATORY DATA:**
Sodium 137, potassium 4.3, BUN 12, creatinine 0.7, white blood cell count 7.4, hematocrit 44.6%, MCV 88.8, platelet count 210,000. The differential is normal.

**IMPRESSION:**
1.    Rectal cancer. I will have him back for follow up in two weeks and repeat the numbers. If he is clinically stable, we will give him the second cycle of 5FU chemotherapy just a few days later. He will receive five days in a row of 5FU at the same dose as last week. After that, he will wait three weeks and will be followed by a combined modality part of the treatment with chemotherapy and radiation.

2.    For the difficulty sleeping, he has tried Valium in the past, which helped. He will stop Klonopin and try one Valium tablet at night. We will see what happens. He drinks a lot of coffee and promised to back off and to take only decaffeinated coffee.

In any case, he will be back in two weeks and knows to call if there are any problems.


_____
Pedro M. Sanz-Altamira, M.D.


23159 / ON / br
DD: 03/09/2000 10:46
TT: 03/10/2000 11:38

CC:    Stephen O. Chastain, M.D.
       Thomas L. Fazio, M.D.
       Liam J. Hurley, M.D.
       Jonathan D. Mandell, M.D.

248546

02/24/00 00:29:35    LGH HIS Department->    9785213210  LGH Health Info Sys.  Page 003



**Lawrence General Hospital**

1 General Street
PO Box 189
Lawrence, MA 01842-0389
(978) 946-8115
(978) 683-5024 Fax

## ONCOLOGY CONSULTATION

**NAME:** ALLEN, NORMAN G

**REFERR:** SANZ-ALTAMIRA, PE

**ADMIT:** 01/27/2000

**DOB:** 11/24/1947
**SEX:** M
**MSV:** MED
**ROOM:** / -
**DISCH:** / /

**MR#:** 023152
**ACCT#:** 2505770
**PT:** B

**DATE OF CONSULTATION:** 01/27/2000

**CLINICAL HISTORY:**
Mr. Allen is a fifty-two year old gentleman with urinary obstruction, who needs a TURP soon, as well as a node positive rectal cancer (T3N1, stage 3). He was operated approximately one month ago. The plan is now to have him go through the TURP and then start adjuvant chemotherapy and radiation.

We had a long discussion about the potential plans and we are going to try to schedule the TURP relatively soon, so that we do not delay the initiation of therapy much longer. We will hopefully be able to start within the next two or three weeks, at most.

We went over the plan of treatment, which includes 5FU chemotherapy, giving two cycles at the beginning and then two cycles at the end, with one block of approximately five weeks of continuous infusion of 5FU and daily radiation therapy. We went over the side effects and the patient is actually willing to go through treatments.

We plan to see him for follow up a week after the TURP and plan to start chemotherapy then. We went over all of these issues with the patient for about thirty minutes.

Pedro M. Sanz-Altamira, M.D.

08565 / CN / br
DD: 01/27/2000 12:40
TT: 01/31/2000 11:32

CC:    David R. Farzan, M.D.
       Thomas L. Fazio, M.D.
       Liam J. Hurley, M.D.
       Jonathan D. Mandell, M.D.
       Astrid O. Peterson, M.D.

2⁴8596



**Lawrence General Hospital**

1 General Street
PO Box 189
Lawrence, MA 01842-0389
(978) 946-8115
(978) 946-8169 Fax

## ONCOLOGY CONSULTATION

**NAME:** ALLEN, NORMAN G     **DOB:** 11/24/1947   **MR#:** 023152
                            **SEX:** M          **ACCT#:** 2519722
**REFERR:** SANZ-ALTAMIRA, PE   **MSV:** MED         **PT:** B
                            **ROOM:** / –
**ADMIT:** 02/24/2000          **DISCH:**  / /

**DATE OF CONSULTATION:** 02/24/2000.

**HISTORY OF PRESENT ILLNESS:** Mr. Allen comes for follow-up of his node positive rectal cancer, with one out of six possible nodes. He has Stage III disease (T3 N1 M0). He has recently gone through a transurethral resection of prostate and has a suprapubic catheter. We plan to go ahead with Adjuvant chemotherapy now. We will use the regimen published in the New England Journal of medicine in 1994 where 5FU is given for two cycles initially followed by a continuous infusion of 5FU and concomitant radiation therapy, followed by two additional cycles of 5FU. We will start today.

We had an extensive discussion of about 20 minutes regarding the side effects again and he knows to call when problems develop. I plan to see him for follow-up in two weeks but he will be coming daily for the next few days for the first round of 5 FU chemotherapy.

_____
Pedro M. Sanz-Altamira, M.D.

1B213 / CN / kmm
DD: 02/24/2000 11:17
TT: 02/25/2000 09:19

CC:   David R. Farzan, M.D.
      Thomas L. Fazio, M.D.
      Liam J. Hurley, M.D.
      Jonathan D. Mandell, M.D.
      Astrid O. Peterson, M.D.

# MVHS

### Merrimack Valley
### Health Services, Inc.

Members:
Anna Jacques Hospital • Hale Hospital • Lawrence General Hospital
Lowell General Hospital • Saints Memorial Medical Center

MICHAEL KELLY MD
34 HAVERHILL STREET
LAWRENCE,MA 01841

Patient Name: ALLEN,NORMAN G
Physician: KELLY,MICHAEL,MD
Medical Record Number: 23152
11/24/1947/49Y M  1990633
Outpatients

-----
971618

ALLEN,NORMAN G
25-02-93
MRI OF BRAIN 4-18-97 70551
LAWRENCE GENERAL HOSPITAL 23152
HISTORY: SEIZURE DISORDER/Standard
seizure protocol

Comparison is made with C.T. scan of the head from 3-12-95 which
was unremarkable.

On the current study, patchy areas of mucosal thickening are seen
in multiple ethmoid air cells bilaterally and in both frontal
sinuses. There is mild cortical atrophy over the convexities
bilaterally demonstrated on the coronal images. There is no
evidence of mesial temporal sclerosis demonstrated. There is no
intracranial hemorrhage, other collection, mass, midline shift,
arterial venous malformation, aneurysm, ventriculomegaly, nor
white matter disease demonstrated. The orbits, pituitary gland,
and posterior fossa otherwise appear unremarkable.

CONCLUSION:  MILD BILATERAL CONVEXITY CORTICAL ATROPHY; OTHERWISE
THE EXAM IS UNREMARKABLE WITH NO MASS OR MESIAL TEMPORAL
SCLEROSIS DEMONSTRATED.

Mark G. Goldshein,M.D.
Radiologist

D:4-18/T:4-19-97
MG:mh

* SECOND READ BY/David M. Novick, M.D.
ES/DMN

*16-226 W*                 *Electroencephalographic Laboratory*

| PREVIOUS EEG: (Check and give date(s)) | STAMP PATIENT'S I.D. HERE: |
|---|---|
| ☐ NORMAL    ☐ ABNORMAL    ☐ NONE | ALLEN, NORMAN G |
| **MEDICATION: (Duration and date last given)** | 11-24-47   49Y  01-23-97  CATH/MD |
| *Dilantin 300mg qd.* | EMERGENCY MD |
| *Valium 5mg IV-8ª* | *KR*  23152  ED JID    1947655 |
| | KELLY, MICHAEL MD |

FILE#:  76-226-00

Name:  Allen, Norman                      Age: 49   Sex:  F   Date: 1-23-97

Test #       2            Div. and/or Dr.:  ED Kelly        Hosp.# 23152

Impression:  Testing is abnormal consistent with epileptogenic activity originating possibly subcortically and as technician noted EEG does show evidence of minor motor seizure clinically recorded by technician as well as EEG evidence of seizure disorder, post ictal slowing lasting 1½min. in the theta range slowing seen. Significance of all this will be correlated with other clinical finding.

Details:  Routine awake patient's testing showed excellent well organized 9-10 hz low-moderate voltage alpha.  All throughout the testing as described above there is technician noted minor motor clinically as well as evidence of generalized theta slowing post ictally following patient's blinking of eyes and facial twitch which started after 3 mins. of hyperventilation.  This lasted 1½ mins as recorded before.  But during hyperventilation the patient did not show any seizure activity, and there is no photo myoclonic response or photo convulsive response.  There is driving with strobe seen.  During this testing EKG monitoring showed heart rate regular 72-78/mn.

ELECTROENCEPHALOGRAPHIC LABORATORY       Dibyendu Basu, M.D.       Lawrence
EEG-4                                                                      General
                                                                          Hospital

was patient mentally clear?    Worried?    Uncomfortable?    In pain?
Did patient do anything unusual during the test?  ☐ Yes  ☐ No  If yes, describe.
Did patient become drowsy?    ☐ Yes  ☐ No    If yes, could this be controlled?
In the opinion of the technician, the test was:
  A.  Normal
  B.  Borderline
  C.  Abnormal
      1.  Diffuse                    3.  With differences between the two sides
      2.  Paroxysmal activity        4.  With positive localizing data

COMMENTS:

SIGNED: _____
                                              **TECHNICIAN**

 **Lawrence General Hospital**

1 General Street
PO Box 189
Lawrence, MA 01842-0389
(978) 946-8115
(978) 683-5024 Fax

## ONCOLOGY CONSULTATION

**NAME:** ALLEN, NORMAN G

**REFERR:** SANZ-ALTAMIRA, PE

**ADMIT:** 01/27/2000

**DOB:** 11/24/1947
**SEX:** M
**MSV:** MED
**ROOM:** / -
**DISCH:** / /

**MR#:** 023152
**ACCT#:** 2505770
**PT:** B

**DATE OF CONSULTATION:**  01/27/2000

### CLINICAL HISTORY:

Mr. Allen is a fifty-two year old gentleman with urinary obstruction, who needs a TURP soon, as well as a node positive rectal cancer (T3N1, stage 3). He was operated approximately one month ago. The plan is now to have him go through the TURP and then start adjuvant chemotherapy and radiation.

We had a long discussion about the potential plans and we are going to try to schedule the TURP relatively soon, so that we do not delay the initiation of therapy much longer. We will hopefully be able to start within the next two or three weeks, at most.

We went over the plan of treatment, which includes 5FU chemotherapy, giving two cycles at the beginning and then two cycles at the end, with one block of approximately five weeks of continuous infusion of 5FU and daily radiation therapy. We went over the side effects and the patient is actually willing to go through treatments.

We plan to see him for follow up a week after the TURP and plan to start chemotherapy then. We went over all of these issues with the patient for about thirty minutes.

_____
Pedro M. Sanz-Altamira, M.D.

08565 / CN / br
DD: 01/27/2000 12:40
TT: 01/31/2000 11:32

CC:    David R. Farzan, M.D.
       Thomas L. Fazio, M.D.
       Liam J. Hurley, M.D.
       Jonathan D. Mandell, M.D.
       Astrid O. Peterson, M.D.

02/24/00 08:31:10     LGH HIS Department->          9785213210  LGH Health Info Svs.  Page 003



**Lawrence
General
Hospital**

1 General Street
PO Box 189
Lawrence, MA 01842-0389
(978) 946-8115
(978) 683-5024 Fax

## ONCOLOGY CONSULTATION

| | | |
|---|---|---|
| **NAME:** ALLEN, NORMAN G | **DOB:** 11/24/1947 | **MR#:** 023152 |
| | **SEX:** M | **ACCT#:** 2505770 |
| **REFERR:** SANZ-ALTAMIRA, PE | **MSV:** MED | **PT:** B |
| | **ROOM:** / – | |
| **ADMIT:** 01/27/2000 | **DISCH:** / / | |

**DATE OF CONSULTATION:**  01/27/2000

**CLINICAL HISTORY:**
Mr. Allen is a fifty-two year old gentleman with urinary obstruction, who needs a TURP soon, as well as a node positive rectal cancer (T3N1, stage 3). He was operated approximately one month ago. The plan is now to have him go through the TURP and then start adjuvant chemotherapy and radiation.

We had a long discussion about the potential plans and we are going to try to schedule the TURP relatively soon, so that we do not delay the initiation of therapy much longer. We will hopefully be able to start within the next two or three weeks, at most.

We went over the plan of treatment, which includes 5FU chemotherapy, giving two cycles at the beginning and then two cycles at the end, with one block of approximately five weeks of continuous infusion of 5FU and daily radiation therapy. We went over the side effects and the patient is actually willing to go through treatments.

We plan to see him for follow up a week after the TURP and plan to start chemotherapy then. We went over all of these issues with the patient for about thirty minutes.


_____
Pedro M. Sanz-Altamira, M.D.

08565 / CN / br
DD: 01/27/2000 12:40
TT: 01/31/2000 11:32

CC:  David R. Farzan, M.D.
     Thomas L. Fazio, M.D.
     Liam J. Hurley, M.D.
     Jonathan D. Mandell, M.D.
     Astrid O. Peterson, M.D.

Page 1 of 1

02/25/00 09:48:02    LGH HIS Department->    9785213210  LGH Health Info Sys.  Page 003

24-8596



**Lawrence General Hospital**

1 General Street
PO Box 189
Lawrence, MA 01842-0389
(978) 946-8115
(978) 946-8169 Fax

## ONCOLOGY CONSULTATION

**NAME:** ALLEN, NORMAN G

**REFERR:** SANZ-ALTAMIRA, PE

**ADMIT:** 02/24/2000

**DOB:** 11/24/1947    **MR#:** 023152
**SEX:** M             **ACCT#:** 2519722
**MSV:** MED           **PT:** B
**ROOM:** / -
**DISCH:** / /

**DATE OF CONSULTATION:** 02/24/2000.

**HISTORY OF PRESENT ILLNESS:** Mr. Allen comes for follow-up of his node positive rectal cancer, with one out of six possible nodes. He has Stage III disease (T3 N1 M0). He has recently gone through a transurethral resection of prostate and has a suprapubic catheter. We plan to go ahead with Adjuvant chemotherapy now. We will use the regimen published in the New England Journal of medicine in 1994 where 5FU is given for two cycles initially followed by a continuous infusion of 5FU and concomitant radiation therapy, followed by two additional cycles of 5FU. We will start today.

We had an extensive discussion of about 20 minutes regarding the side effects again and he knows to call when problems develop. I plan to see him for follow-up in two weeks but he will be coming daily for the next few days for the first round of 5 FU chemotherapy.

_____

Pedro M. Sanz-Altamira, M.D.

18213 / CN / kmm
DD: 02/24/2000 11:17
TT: 02/25/2000 09:19

CC:   David R. Farzan, M.D.
      Thomas L. Fazio, M.D.
      Liam J. Hurley, M.D.
      Jonathan D. Mandell, M.D.
      Astrid O. Peterson, M.D.



**Lawrence
General
Hospital**

1 General St.
PO Box 189
Lawrence, MA 01842-0389
(978) 683-4000 X2741

Anatomic Pathology Report

NAME: ALLEN, NORMAN          SEX: M          S99-8199
DOB: 24 NOV 1947             AGE: 51         HOSP#: 23152
CLINICIAN: THOMAS L. FAZIO, M.D.            BILLING#:
ACC. DATE: 20 OCT 1999, 3:00PM   COLL. DATE: 20 OCT 1999

**GROSS DESCRIPTION:**
2464930--L1

CLINICAL HISTORY--RECTAL BLEEDING

SOURCE OF SPECIMEN--RECTAL MASS

Labeled Rectal Mass:  The specimen consists of three biopsies of tan,
soft tissue, the smallest measuring 0.1 cm. in diameter and the largest
measuring 0.2 cm. in diameter.  The entire specimen will be submitted in
a single cassette.

WK:jmd

**DIAGNOSIS:**
FRAGMENTS OF COLONIC MUCOSA WITH MUCINOUS ADENOCARCINOMA, MODERATELY
DIFFERENTIATED, GRADE 2.

(SIGNATURE ON FILE)
CHERYL A. ENNIS, M.D.
jmd
22OCT1999 7:34AM

PROCEDURES: 88305, B

**Anatomic Pathology Report**

PA 15a

*P32089*

LAWRENCE GENERAL HOSPITAL
1 GENERAL ST.  P.O. BOX 189
LAWRENCE, MA  01842-0389

OPERATIVE REPORT

PATIENT: ALLEN, NORMAN          023152    JONATHAN D. MANDELL, M.D.

ADMIT:                   DISCH:

SURGEON:  JONATHAN D. MANDELL, M.D.

OPERATION DATE: 12/01/1999

PREOPERATIVE DIAGNOSIS:     Rectal carcinoma.

POSTOPERATIVE DIAGNOSIS:    Rectal carcinoma.

OPERATION:                  Exploratory    laparotomy,    low    anterior
                            resection of the rectum.

ASSISTANT:                  Dr. Landay

ANESTHESIA:                 General endotracheal.

INDICATIONS:
This is a 51-year-old gentleman who presents with hematochezia.
Colonoscopy showed a rectal carcinoma that was about 8 cm from the
anal verge.  Biopsy was positive for carcinoma.  CT scan showed
negative disease in the liver and a rectal ultrasound showed the
tumor was probably full thickness through the bowel wall with
negative lymph nodes.  He is now for low anterior resection of the
rectum, possible abdominoperineal resection.  Risks of the procedure
were discussed and he agrees to proceed.  He completed a mechanical
bowel preparation as an outpatient.  At the beginning of the
operation, Dr. Liam Hurley of urology placed bilateral ureteral
stents.

PROCEDURE:
On December 1, 1999, the patient was admitted through same day
surgery.  He received 3 grams of Unasyn preoperatively.  He was
brought to the operating room, placed on the operating room table in
the supine position.  Following the smooth induction of general
endotracheal anesthesia, he was placed in a modified perineal
lithotomy position.  First, Dr. Hurley placed bilateral ureteral
stents.  See his portion of dictation for that part of the
procedure.  The abdomen and perineum were then prepped and draped in
a sterile manner.  A lower midline abdominal incision was made.
Peritoneal cavity was entered.  The peritoneal surfaces were smooth
with no studding.  The liver felt normal.  The nasogastric tube was
palpated in good position in the stomach.  The small bowel was run
from the ligament of Treitz to the cecum and was normal.  The
ascending colon, transverse colon, descending colon and sigmoid

ALLEN, NORMAN              023152              JONATHAN D. MANDELL, M.D.

OPERATIVE REPORT - Page 2

colon were palpated and felt normal. At approximately the level of
the peritoneal reflection on the anterior surface of the rectum
there was puckering of the peritoneum and a mass was palpated at
that location consistent with a rectal carcinoma. It was mobile. A
Bookwalter self-retaining retractor was used. The left lateral
peritoneal reflection of the sigmoid colon was incised and the
sigmoid mesentery mobilized. The left ureter was identified and
palpated and visualized. A point of division of the sigmoid colon
was selected at the apex of the sigmoid loop. The serosal surface
at this location was cleaned. A GIA stapler was used to divide the
colon at this location. The mesentery was then scored from this
location down to the sacral promontory and the mesentery to the
colon at this location was divided between Kelly clamps and ligated
between 0 Vicryl ties. Both the left and right ureter were
identified, both by visualization and palpation. A finger was
passed beneath the superior hemorrhoidal vessels and this vascular
pedicle was ligated between Kelly clamps and tied with 0 Vicryl
ties. The peritoneum was then incised down along the left and right
side of the rectum and then around anteriorly. The mesorectum was
then mobilized by first entering the relatively avascular plane in
front of the sacrum with electrocautery and blunt dissection. In
this plane, dissection was then taken down distally in the midline
and on either side was taken down with electrocautery and with large
hemoclips. Care was taken to palpate the left and right ureter
intermittently during this portion of the procedure and these were
kept well lateral to the points of dissection. The left and right
side of the rectum was then mobilized by dividing the mesorectum and
adjacent tissues between right angle clamps and ligated with 0
Vicryl ties. The lateral stalks of the rectum on either side were
identified and divided between right angle clamps and ligated with 0
Vicryl ties. Dissection then proceeded anteriorly with the
electrocautery and with blunt dissection. As this was done, it was
possible to deliver the tumor and rectum up out of the pelvis. The
seminal vesicle on either side was identified and swept off of the
rectum. There was some slight thickening palpated adjacent to the
seminal vesicle on the patient's left side. This was kept in
continuity with the rectum and this thickening was dissected
laterally away from the pelvis, taking care to palpate the ureter
during this portion of the procedure and the ureter was avoided. A
combination of blunt and sharp dissection was then used to dissect
distally beyond the level of the tumor down towards the level of the
coccyx. This was done circumferentially around the rectum. When
all of the rectum mobilization had been completed, it was possible
to see the rectum at a point at least 5-6 cm beyond the palpable
area of the rectal tumor. A finger was passed into the anus and
used to palpate within the rectum and after delivering the rectum
out of the pelvis and delivering the tumor out of the pelvis it was
not possible to palpate the tumor through the anus with the
examining finger. No tumor nodules were palpated within the lumen
of the rectum with this maneuver and the point of the examining

ALLEN, NORMAN                023152              JONATHAN D. MANDELL, M.D.

OPERATIVE REPORT - Page 3

finger was seen on the rectal wall through the pelvis and the tip of
this finger was approximately 5 cm distal to the gross tumor that
was visible and palpable in the rectum.

Decision was made to proceed with low anterior resection of the
rectum with primary re-anastomosis with the EEA circular stapler
device. First, 3-0 silk stay sutures were placed anteriorly and on
each lateral side of the rectum at the point selected for division
of the rectum. The rectum was then divided just proximal to these
stay sutures with electrocautery. The specimen was inspected. The
specimen after removal despite some contraction of the bowel showed
that the gross tumor was at least 3-4 cm proximal to the distal
margin of division. The specimen was sent to pathology. Frozen
section of the distal margin of the specimen at three separate
places was negative for any carcinoma. A 3-0 Prolene suture was
then used in a baseball-type spiral stitch to form a pursestring
using full thickness bites of the distal rectal stump. The proximal
colon was then cleaned on its serosal surface of any fatty tissue
for about 2 cm proximal to the GIA staple line and the GIA staple
line was excised. A 3-0 Prolene suture was then used to create a
pursestring around the end of the proximal colon in a similar
baseball-type running suture. The EEA sizers were then used and the
distal rectal lumen was sized at 31 mm. The 31 mm EEA stapler was
selected. The anvil was removed from the stapler device. The anvil
was placed within the proximal colon lumen and the proximal
pursestring tightened securely. Additional 3-0 Vicryl sutures were
used to cinch up the pursestring around the anvil. The EEA stapler
was then introduced through the anus and the shaft of the stapler
device extended. This was brought through the distal pursestring
and then the distal pursestring was cinched up and tightened around
the shaft of the EEA stapler. After this was done, additional 3-0
Vicryl sutures were used to cinch up the pursestring around the
shaft of the stapler device. The anvil was then attached to the
shaft of the stapler device and the stapler device closed. Care was
taken to see the green bar within the window of the EEA stapler
device. No other tissues were palpated within the EEA anastomosis
and the stapler device was fired after releasing the safety. The
stapler device was then opened two revolutions and stapler device
removed from the rectum. The anvil was removed from the stapler
device and both doughnuts were inspected and were intact. The
Prolene sutures pursestring at each of the doughnuts was cut to
ensure that both doughnuts were intact and these were inspected and
the mucosal ring was intact at both doughnuts. The proximal and
distal doughnut was sent to pathology labeled proximal and distal
doughnut separately. 3-0 silk horizontal mattress sutures were then
placed anteriorly across the anastomosis.

ALLEN, NORMAN                023152            JONATHAN D. MANDELL, M.D.

### OPERATIVE REPORT - Page 4

After this was done, a balloon-tipped rectal insufflation catheter was used.  The tip of the catheter was inserted into the anus with the inflated balloon outside of the anus and air was insufflated through the rectal catheter into the rectum.  The pelvis was filled with fluid and the colon proximal to the anastomosis was palpated and was felt to distend with the insufflated air.  No bubbling of the pelvic fluid was noted indicating that there was no air leak from the anastomosis.  The rectal catheter was removed.

The pelvis was irrigated.      Hemostasis was obtained with electrocautery.    Hemostasis was excellent at the end of the procedure.  The small bowel was placed back in its in situ position. A single #10 flat Jackson-Pratt drain was brought out through a separate right lower quadrant stab wound and the drain was placed in the pelvis but kept away from the anastomosis.  The drain was sutured to the skin with 3-0 Prolene suture.  The midline fascia was closed with a running #2 nylon suture started at either pole of the incision and tied at the midpoint.    The subcutaneous fat was irrigated.    Hemostasis was obtained with electrocautery.  The skin was closed with staples.  Sponge, needle and instrument count were all correct at the end of the procedure.  Plan was for extubation in the operating room and transport to Post-Anesthesia Care Unit in stable condition, having tolerated the procedure well.


                                    _____
                                    JONATHAN D. MANDELL, M.D.

10828
DD: 12/01/1999
DT: 12/02/1999    08:21
Job # 20309

cc: Dr. David Farzan
    Dr. Fazio

LAWRENCE GENERAL HOSPITAL
1 GENERAL ST.  P.O. BOX 189
LAWRENCE, MA  01842-0389

Ch# 248596

## OPERATIVE REPORT

PATIENT: ALLEN, NORMAN            023152        LIAM J. HURLEY, M.D.

ADMIT:                    DISCH:

SURGEON:  LIAM J. HURLEY, M.D.

OPERATION DATE: 12/01/1999

PREOPERATIVE DIAGNOSIS:      Rectal cancer.

POSTOPERATIVE DIAGNOSIS:     Rectal cancer.

OPERATION:                   Cystourethroscopy,     placement    of
                             bilateral   ureteral   stents   for   Dr.
                             Mandell's procedure.

ANESTHESIA:                  GTT

INDICATIONS:
This  is  a 52-year-old white male with rectal cancer who is going to
have  an  endoscopic  pull-through  hopefully  by  Dr. Mandell.   Dr.
Mandell   wishes   to   have   ureteral   stents  placed  for  better
visualization of the ureters.

PROCEDURE:
After  the  patient  successfully induced in anesthesia, the patient
prepped    and    draped    in    sterile    fashion.     A  22-French
cystourethroscope  was  placed  in  the  bladder without difficulty.
There  was no evidence of urethral or bladder lesions seen using the
30  and 70-degree scope.  Ureteral orifices were visualized and a #5
whistle-tip  ureteral  catheter placed up the left and right without
difficulty.    The  scope was removed.  A Foley catheter was placed.
The  stents  were  inserted into the bag of the Foley catheter using
the  adaptor.  The stents and Foley were Steri-Stripped together and
Dr. Mandell went about his procedure.

                              _____
                              LIAM J. HURLEY, M.D.

10828
DD: 12/01/1999
DT: 12/02/1999    05:58
Job # 20128

cc  Dr. Farzan
    Dr. Mandell



**Lawrence General Hospital**

$24859b$

1 General Street
PO Box 189
Lawrence, MA 01842-0389
(978) 946-8115
(978) 683-5024 Fax

## ONCOLOGY CONSULTATION

**NAME**: ALLEN, NORMAN G

**REFERR**: MANDELL, JONATHAN

**ADMIT**: / /

**DOB**: 11/24/1947    **MR#**: 023152
**SEX**: M            **ACCT#**: 2485440
**MSV**: SUR          **PT**: I
**ROOM**: H4 / 404-2
**DISCH**: 12/11/1999

**DATE OF CONSULTATION**: 12/09/99

**REASON FOR CONSULTATION**: The consultation was requested because of rectal cancer.

**HISTORY OF PRESENT ILLNESS**: Mr. Allen is a fifty-two year old gentleman who has been noticing rectal bleeding for the last five or six months. He has had some discomfort in the pelvic area, but this has been going on for a number of years and does not appear to have changed at all in the last few months. He has also noticed some weight loss, even though he is somewhat unsure of about how much in how long. It sounds like it has been grossly 15 or 20 pounds over the last six months.

He has had both dark blood as well as red blood with bowel movements and this has been intermittent. He was actually seen by Dr. Farzan who performed a rectal examination, which was presumably negative, but because of the history, he sent him for evaluation by Dr. Fazio. Dr. Fazio performed a colonoscopy on October 20th.

Six to eight centimeters from the anal verge a lesion was found. Biopsies were taken which were positive for mucinous adenocarcinoma, which was moderately differentiated. The rest of the colonoscopy was unremarkable.

Of note, a CT scan of the abdomen and pelvis was obtained which was negative for metastatic disease in the liver. There was a question of the area of the seminal vesicles which was brought out by endorectal ultrasound at Lahey Clinic.

He came to the hospital for further treatment. On December 1st he underwent low anterior resection. He has been slowly and progressively recovering from the surgery. The surgical specimen is significant for infiltrating adenocarcinoma, with greater than 50% mucinous component. It is moderately differentiating and infiltrates through the muscularis propria into the perirectal adipose tissue and is also less than 1 mm away from the interserosal margin. Lymphatic invasion was present. There was a large, thrombosed, subserosal vein within the wall, which also contained tumor. There was extensive perineural invasion. Proximal and distal margins were free of tumor.

Page 1 of 4

Lawrence General Hospital

ALLEN, NORMAN G                                          MR#: 023152

## CONSULTATION

One of six lymph nodes that were identified was positive for metastatic adenocarcinoma. The carcinoma was extending beyond the lymph node capsule in this particular case. This is, therefore, stage T3 N1 M0 adenocarcinoma of the rectum, overall stage III.

### PAST MEDICAL HISTORY:
1.   Rectal cancer, as above.
2.   Seizure disorder, last episode one year ago.
3.   History of fibromyalgia, rheumatic pains.
4.   History of a benign lung tumor, removed by thoracotomy ten years ago from the left side.

### SOCIAL HISTORY:
He has been a very heavy smoker up until he was admitted this time. He does not drink any alcohol, but he was an alcoholic in the past. He has also smoked marijuana occasionally which calms him down, mainly now that he does not drink anymore.

He has two children and overall a supportive family.

### FAMILY HISTORY:
Positive for colon cancer in the patient's father. His two children are healthy.

### REVIEW OF SYSTEMS:
Weight loss. Some weakness. No other constitutional symptoms. No visual changes. No mouth changes. Poor dentition. No alopecia. No shortness of breath. No chest pains or palpitations. GI, as above. No nausea or vomiting. He is going through an episode of urinary retention now. No previous GU complaints. No skin changes. No underlying endocrine issues. No underlying hematological issues. Negative review of systems otherwise.

**PHYSICAL EXAMINATION**: The patient is alert and oriented, thin, pleasant gentleman in no acute distress. Mental status normal. Speech normal.

VITAL SIGNS: His weight is 147 lbs and his usual weight is presumably 162 lbs. Height 5'11". Vital signs are currently normal with a blood pressure of 135/75, temperature 98.0, pulse 84, respiratory rate 16.

HEENT: Mouth clear. Poor dentition.

NECK: Supple. No peripheral adenopathy.

LUNGS: Grossly clear bilaterally, in spite of his smoking history. Good air movement on both sides.

12/17/99 FRI 15:35 FAX 978 521 3233 Case 1:05-cv-11463-DPW Document 7-3 BILLING DEPT Filed 08/19/2005 Page 39 of 92 ☑016

12/17/99 14:06:07    LGH HIS    artment->    978 521 3233 .    lealth Info Sys.  Page 006

Lawrence General Hospital

ALLEN, NORMAN G                                                    MR#: 023152

## CONSULTATION

Thank you very much for this consultation. It was a pleasure to meet Mr. Norman Allen.


_____

Pedro M. Sanz-Altamira, M.D.

22888 / CN / br
DD: 12/09/1999 15:14
TT: 12/17/1999 13:14

CC:    David R. Farzan, M.D.
       Thomas L. Fazio, M.D.
       Jonathan D. Mandell, M.D.
       Astrid O. Peterson, M.D.
       Santos K. Shetty, M.D.

*sch Fayon*

LAWRENCE GENERAL HOSPITAL
1 GENERAL ST.   P.O. BOX 189
LAWRENCE, MA   01842-0389

*Ch# 248596*

## DISCHARGE SUMMARY

PATIENT: ALLEN, NORMAN            023152       JONATHAN D. MANDELL, M.D.

ADMIT: 12/01/1999    DISCH: 12/11/1999

ADMITTING DIAGNOSIS:
Rectal carcinoma.

SECONDARY DIAGNOSIS:
Postoperative urinary retention, history of seizure disorder.

HISTORY OF THE PRESENT ILLNESS:
This is a 52-year-old gentleman who recently presented with some
hematochezia. Evaluation revealed a rectal carcinoma at about 8 cm
from the anal verge. Biopsy was positive for carcinoma. CT scan
showed no spread to the liver. He was now admitted for low anterior
resection of the colon and possible abdominal perineal resection.
He completed a mechanical bowel preparation as an outpatient.

HOSPITAL COURSE:
The patient was admitted on December 1, 1999. He was taken to the
Operating Room where he underwent low anterior resection of the
colon. He tolerated that procedure well. He had bilateral ureteral
stents placed by Urology at the beginning of the procedure. These
were removed the day following the procedure.

Postoperatively, he was hemodynamically stable. He was initial kept
N.P.O. with a nasogastric tube. Nasogastric tube was removed on
December 7, 1999. He was started on a liquid diet. He had an
intravenous infiltration site on his right forearm which was treated
with warm soaks and intravenous Kefzol. This rapidly improved. He
had a Jackson-Pratt drain in the pelvis postoperatively. This
drained minimally. Diet was advanced. Foley catheter was
subsequently removed, but the patient was unable to void adequately,
and the Foley catheter was re-inserted. Urology consultation felt
that the patient should go home with a leg bag and then follow-up
with Urology as an outpatient. The patient was passing flatus
without problems. The surgical wound was clean without evidence of
infection.

Pathology returned revealing a full thickness rectal tumor with one
positive lymph node and a neural and vascular invasion. Distal and
proximal margins were clear. He was seen by Dr. Sanz of Oncology
and will follow-up with Dr. Sanz of Oncology as an outpatient.

He continued to do well. He was monitored until he moved his
bowels. He had brown bowel movements times two prior to discharge.
The Jackson-Pratt drain was removed. He was afebrile, and he was

ALLEN, NORMAN                023152                JONATHAN D. MANDELL, M.D.

DISCHARGE SUMMARY - Page 2

discharged to home on December 11, 1999.  He will follow-up in my
office in one week.  He will follow-up with Dr. Sanz of Oncology in
one week.  He will also follow-up with Dr. Hurley from Urology in
one week.  He was instructed to resume his pre-operative medications
except for his Effexor, which Dr. Hurley of Urology felt he should
hold given his urinary retention.

Prescriptions at discharge were Duricef 500 mg P.O. B.I.D., Percocet
one to two tablets P.O. Q three hours P.R.N. for pain, and colace
100 mg P.O. T.I.D. P.R.N. for constipation.  He was instructed to
call if he had any abdominal pain, fever, vomiting or other new
symptoms.

_____
JONATHAN D. MANDELL, M.D.

108037
DD: 12/11/1999
DT: 12/11/1999   18:40
Job#023152

cc: DAVID R. FARZAN, M.D.
    LIAM J. HURLEY, M.D.
    PEDRO M. SANZ-ALTAMIRA, M.D.



**Lawrence
General
Hospital**

1 General Street
PO Box 189
Lawrence, MA 01842-0389
(978) 946-8115
(978) 946-8169 Fax

## AMBULATORY CARE REPORT

**NAME:** ALLEN,NORMAN G

**ATTEND:** Thomas Fazio, MD

**ADMIT:** 11/16/2000

**DOB:** 11/24/1947  **MR#:** 23152
**SEX: M**       **ACCT#:** 2682284
**MSV:** MED      **PT: L**
**ROOM:** L1
**DISCH:** 11/16/2000

**PROCEDURE:** Colonoscopy.

**ENDOSCOPIST:** Dr. Fazio.

**HISTORY AND INDICATIONS:** A 52-year-old male who underwent low anterior resection for carcinoma of the rectum about a year ago, and has undergone chemotherapy and radiation therapy for stage III rectal carcinoma. He now undergoes follow up colonoscopy for surveillance.

**PROCEDURE:** After discussion of the risks, benefits, consequences, and alternatives of the procedure and medication, and after review of the nursing evaluation, the patient was prepared with Versed 5 mg intravenously. A colonoscope was introduced and passed through the cecum which was identified by inspection, palpation, and transillumination. The scope was then withdrawn. The cecum was photographed. Preparation was fair. There were no abnormalities encountered. The patient tolerated the procedure well.

**IMPRESSION:** Normal total colonoscopy, status post low anterior resection of the rectum.

**PLAN:** Follow up colonoscopy in 2 years.

Thomas Fazio, MD

DOD: 11/16/00 0907 7138/628:1867933
DOT: 11/22/00 0857

CC: 961 :Mandell,Jonatha
     664 :Peterson,MD,Ast
     329 :Sanz-Altamire,

(22565)



## LAWRENCE GENERAL HOSPITAL IMAGING SERVICES

DAVID FARZAN  MD
203 TURNPIKE STREET
N ANDOVER,MA 01845

Patient Name: ALLEN,NORMAN G
Physician: FARZAN,DAVID, MD
Medical Record Number: 23152
11/24/1947 /54Y M  2996352
Outpatients
Date of Service:  04/04/2002

Document Status:  **FINAL**
-----
    02C3271          ALLEN,NORMAN G

EXAMINATION:  CT ABDOMEN AND PELVIS WITH CONTRAST
HISTORY:  RIGHT SIDE LUMP
DATE: 04/04/02

CT OF THE ABDOMEN:

Helical scan was obtained from the dome of the diaphragm to the
iliac crest after ingestion of oral contrast and during bolus
infusion of IV contrast.

The liver and spleen are not enlarged.  There is diffuse low
density nodules throughout the liver strongly suggesting the
presence of metastatic disease.  The pancreas, adrenal glands
and both kidneys are normal.  In the right lower quadrant in the
region of the cecum there is considerable soft tissue density
present.  This could represent retained fecal material in the
cecum, but a mass in the cecum cannot be excluded.  There is no
definite ascites noted.

IMPRESSION:

1.    EXTENSIVE METASTATIC DISEASE IS SEEN THROUGHOUT THE LIVER.

2.    POSSIBLE MASS IN THE CECUM.


CT OF THE PELVIS:

Helical scan was obtained from the iliac crest to the symphysis
pubis after ingestion of oral contrast and during bolus infusion
of IV contrast.  Surgical clips are seen in the rectum.

The soft tissue density in the region of the cecum is again
noted.  The bowel loops are not dilated.  No free fluid is
identified.  The bladder is normal in outline.

IMPRESSION: POSSIBLE MASS IN THE CECUM.  CT SCAN OF THE PELVIS
IS OTHERWISE NORMAL.


(Page 1 of 2. Continued on next page)



continued   : ALLEN,NORMAN G

John P. Keefe, MD
Radiologist

DD: 04/04/02
DT: 04/05/02
JK/lw
ES/AGP

## Adult Health Maintenance
## Flow Sheet

Name _Norman Allen_

PCP _Dr. Farina_

DOB _11-24-47_

**Smoking Status**

(Current)  Former  Never

| Screening Procedures | Recommended Frequency | Yr 99 | Yr | Yr | Yr | Yr | Yr |
|---|---|---|---|---|---|---|---|
| Cholesterol/ HDL | q 5 yrs Men ( 35 - 64) Women ( 45-64) | ✔ | | | | | |
| FOBT and/or Sigmoidoscopy | q 1 yr > 50 q 5 yr > 50 | ✔ | | | | | |
| Assess for Hearing (whisper at 15 feet) | >65 | ✔ | | | | | |
| Vision Screening | >65 | ✔ | | | | | |
| Pap Smear | q 1 yr x 3 yrs then 3 yrs. after | | | | | | |
| Chlamydia Screening | Females < 20 | | | | | | |
| Mammogram ( and CBE) Counseling SBE | q 1-2 yrs. 50 - 69 | | | | | | |

**Codes**

**Y** = Done

**ND** = Not Done

**R** = Refused

**E** = Done Elsewhere

| Immunizations | | | | | | | |
|---|---|---|---|---|---|---|---|
| TD Booster | Every 10 yr | | | | | | |
| Pneumoccal | >65 | | | | | | |
| Influenza | Annually | | | | | | |
| Hep B >11 | Status | | | | | | |
| MMR | | | | | | | |
| Rubella | and Females > than 12 | | | | | | |
| Varicella | 11 years and over | | | | | | |

## PROBLEM LIST

**Active**

780.3ª 1 _Seizure Dz_ yr

2 _Chronic Interstitial Resp_

34.1 3 _Fibromyalgia_ yr

139 4 _Colon Ca_ yr 99

5 _____ yr

6 _____ yr

7 _____ yr

8 _____ yr

9 _____ yr

**Inactive**

1 _Lung Tumor Benign_ yr _1989_

2 _Hernia Inguinal_ yr

3 _____ yr

4 _____ yr

5 _____ yr

6 _____ yr

7 _____ yr

8 _____ yr

9 _____ yr

# CHRONIC MEDICATION LIST

Pt. Name: _Allen    Norman_
Last    First    MI

DOB: _11-24-47_

**Allergic To:**

NKDA Δ Paxil

| Medication | Dosage | Frequency | DC'd | Medication | Dosage | Frequency | DC'd |
|---|---|---|---|---|---|---|---|
| Dalsalate | 750mg | ii bid | / | | | | |
| Ambien | 10mg | 1hs | / | | | | |
| Effexor | 75mg | 1od | / | | | | |
| Amitriptyline | 10mg | 3hs. | / | | | | |
| Ultram pi-pain | 50mg | 1Q6° | / | | | | |
| Solastin | 100mg | 5qd | | | | | |
| Neurontin | 300mg | 1bid | / | | | | |
| Sonata | 10mg | 1qhs | D/C | | | | |
| Celexa | 20mg | 1OD. | D/C | | | | |
| Tylenol #3 pin | | 1-ii qd | | | | | |
| Diazepam | 5mg | 1hs. | | | | | |
| Oxycontin | 20mg | bd | 9/1/ | | | | |
| Klonoin | 1g | 2qd | | | | | |
| Depakote | 40mg | BID | 5/2/ | | | | |
| Oxycontin | 40mg | 1-2 TID | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**REFILL LIST**

PATIENT: Norman Allen                                    DOB: 11-24-47

| DATE | DRUG | DOSE | # | FREQUENCY | REFILL # | PHARMACY | SIGNATURE |
|------|------|------|---|-----------|----------|----------|-----------|
| 12/29/99 | Dilantin | 100mg | 150 | 5/d | 5 | CVS 681-1024 | CZKy+AP |
| 4/17/00 | Sonata | 10mg | 20 | 1QD | 2 | mailed H | DF/ES |
| 5/1/00 | Tylenol # | #3 | 12 | 1H q4° | 0 | Rx mailed pharm | CZH /DW |
| 4/5/00 | Celexa | 20mg | 30 | 1 po qd | 8 | CVS 681-9943 | CZKy+D/DP |
| 3/1/10 | Phenytoin Sod ext | 100mg | 150 | 5 QD | 11 | CVS 681-5688 Fax | DF/SA |
| 4-6-01 | Tramadol | 100mg | 30 | 1 qhs | 4 | CVS 681-9943 | DF/SB |
| 3-9-01 | Pheytoin | 100mg | 150 | 5 QD | 3 | CVS 681-9943 | DF/SB |
| 6/13/01 | P hinytoin | 100mg | 150 | 5 QD | 3 | 6 at CVS 681-5048 | PMA/gzcm |
| 7/26/01 | trazadone | 100mg | 30 | 1 qhs | 3 | 681-9943 | PMA/gzcm |
| 10/2/01 | trazadone | 100mg | 30 | qhs | 5 | 6 at CVS 681-5048 | PMA/gz |
| 12/3/01 | zoloft | 100mg | 30 | 1/2 q d | 5 | 681-1024 | PMA/g |
| 12/24/01 | zanaflex | 2mg | 120 | 1111 qHS | 6 | 681-9943 | PMA/gzr |
| 12/27/01 | Percocet | 5/325 | 60 | 1/H QHS | 0 | Pt. picked up | PA/ DF |
| 3/19/02 | Oxycontin | 20mg | 60 | 1 po BID | 8 | written | mg/KH re |
| 3/25/02 | Oxycontin | 20mg | 60 | 1 po TID | 8 | written | mg/KH LPU |
| 3/1/02 | Klonopin | 2mg | 30 | 1 po qhs | 5 | CVS 681-1024 | DF/KH re |
| 3/4/02 | Oxym | 20 | 90 | 1 d |  |  |  |
| 5/1/02 | Oxycontin | 40mg | 90 | 1 po TID |  |  |  |
|  | Phenytoin Ext | 100mg |  |  | 11 |  |  |
| 5/4/02 | Oxycontin | 40mg | 90 | 1 po TID | 5 | written | DF/KH UP |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

LAB.. .    PHYSICIAN COPY OF RESULTS              11/05/99
-------------------------------------              001

DOCTOR:  DIRECT REFERRAL DOCTOR          CLINIC #: 000002074747

PATIENT NAME:        ALLEN,NORMAN        PREC/ISO IND: UIP
LOCATION:            OPD                  D.O.B : 11/24/47

== RADIOLOGY RESULTS ==================================================

TRANSRECTAL ULTRASOUND                              *STAT*11/03/99 07:27
ORDER REASON: ENDO RECTAL/TUMOR
              FARZAN,DAVID MD
              PENTUCKET MEDICAL ASSOC.
              NORTH ANDOVER POST OFFICE PARK
              NO.ANDOVER,MA.01845
              978-557-8800
READ BY COSSI,ALDA F

        FINDING:     ENDORECTAL ULTRASOUND EXAMINATION WAS PERFORMED.  THE
                PATIENT IS A 51 YEAR OLD MALE WITH KNOWN ADENOCARCINOMA OF THE
                RECTUM AND THE ULTRASOUND WAS REQUESTED FOR STAGING.  A 7 MHZ
                TRANSDUCER WAS USED.  THE STUDY DEMONSTRATES A MASS IDENTIFIED
                IN THE LEFT POSTERIOR QUADRANT AND POSTERIORLY IN THE RECTUM
                INVOLVING APPROXIMATELY 50% OF THE CIRCUMFERENCE OF THE RECTUM
                LOCATED IN THE MID TO UPPER THIRD OF THE RECTUM.  THE ANTERIOR
                AND RIGHT LATERAL ASPECT OF THE RECTAL WALL IS UNINVOLVED.
                THERE IS EVIDENCE OF INVASION OF THE MUSCULARIS PROPRIA WITH
                THICKENING AND NODULAR APPEARANCE TO THE MUSCULARIS PROPRIA.  NO
                EVIDENCE FOR EXTENSION BEYOND THE MUSCULARIS PROPRIA INTO THE
                PERIRECTAL FAT.  NO PERIRECTAL LYMPH NODES WERE IDENTIFIED.
                    *
                IMPRESSION:  ULTRASOUND STAGING OF THE KNOWN RECTAL LESION
                WOULD BE CONSIDERED A UT2 LESION.  THERE IS EVIDENCE OF INVASION
                AND INVOLVEMENT OF THE MUSCULARIS PROPRIA BUT NO EXTENSION
                BEYOND THE MUSCULARIS PROPRIA AND NO EVIDENCE FOR PERIRECTAL
                ADENOPATHY AS DESCRIBED.  DR. MANDELL OF ANDOVER SURGICAL
                ASSOCIATES IN ANDOVER, MASS. WAS ADVISED OF THE FINDING.
                FD

PHONE:H 978-725-5227  B   -  -   X      DOCTOR: DIRECT REFERRAL DOCTOR
27 BOURQUE ST                         LOCATION DEPT: MIX
LAWRENCE          MA                        FLOOR: 2WC
01843                               PATIENT NAME: ALLEN,NORMAN

NAME: *Norman Allen*
DATE: *4-4-02* CHART#: *24856*
PCP: *Dr* DOB: 11-24-47
WT: 
ALLERGIES: 

Meds: _____ see med list (reviewed)
_____
_____

□ Walk in Visit _____

Soc Hx: smoker    yes    no _____

*lump on ® side - add area pain*

History  *did not like c Dr Senz "like I was supposed to"*
*Prescribed to help pain has not made him gets very turbulent*
*with eating. Bloated remedy but nobody wrong ok*

## ROS  *INDICATE RIGHT, LEFT OR BILATERAL AS APPROPRIATE*

| | CONSTITUTIONAL | | | HEENT | | | RESPIRATORY | | | CARDIOVASCULAR | | | GASTROINTESTINAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | N | | Y | N | | Y | N | | Y | N | | Y | N | |
| ☑ | □ | normal | □ | □ | normal | ☑ | □ | normal | ☑ | □ | normal | □ | □ | normal |
| □ | □ | fever tmax___ | □ | □ | otalgia | □ | □ | cough | □ | □ | chest pain | □ | □ | nausea |
| □ | □ | chills | □ | □ | ear discharge | □ | □ | wheezing | □ | □ | with exertion | □ | □ | vomiting |
| □ | □ | fatigue | □ | □ | eye redness | □ | □ | sputum | □ | □ | edema | □ | □ | diarrhea |
| □ | □ | myalgia | □ | □ | eye discharge | □ | □ | hx of asthma | □ | □ | diaphoresis | □ | □ | constipation |
| □ | □ | weight loss | □ | □ | sore throat | □ | □ | hemoptosis | □ | □ | orthopnea | □ | □ | hematochezia |
| □ | □ | headache | □ | □ | rhinorrhea | □ | □ | dyspnea | □ | □ | PND | □ | □ | melena |
| □ | □ | neck stiffness | □ | □ | conjestion | | | | □ | □ | syncope | | | |
| □ | □ | rash | □ | □ | purulent nas dschrg | | | | | | | | | |

## Physical Exam  *INDICATE RIGHT, LEFT OR BILATERAL AS APPROPRIATE*

| | CONSTITUTIONAL | | | HEENT | | | RESPIRATORY | | | CARDIOVASCULAR | | | ABDOMEN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | N | | Y | N | | Y | N | | Y | N | | Y | N | |
| ☑ | □ | normal | □ | □ | normal | ☑ | □ | normal | ☑ | □ | normal | □ | □ | normal |
| □ | □ | pale | □ | □ | membranes dry | □ | □ | wheezing | □ | □ | murmur | □ | □ | increase BS |
| □ | □ | cyanosis | □ | □ | enlarged tonsil | □ | □ | rhonchi | □ | □ | tachycardia | □ | □ | decreased BS |
| □ | □ | poor skin tugor | □ | □ | pharynx exud/erythe | □ | □ | stridor | □ | □ | dimin pulses | □ | □ | tenderness |
| OTHER | | | □ | □ | TM loss of landmarks | □ | □ | prolonged expiration | □ | □ | poor perfusion | ☑ | □ | enlarged liver |
| | | | □ | □ | TM erthema/fluid | □ | □ | retractions | | Neck | | □ | □ | enlarged spleen |
| | | | □ | □ | conj dschg / eryth | □ | □ | diminished sounds | □ | □ | ant cerv LA | □ | □ | inguinal adenopathy |
| | | | □ | □ | rhinorrhea | □ | □ | bronchial sound | □ | □ | post cerv LA | □ | □ | rebound |
| | | | □ | □ | sinus tenderness | | | | □ | □ | supraclavicular LA | | | |
| | | | □ | □ | purulent nasal dschrg | | | | □ | □ | stiffness | | | |
| | | | | | | | | | □ | □ | meningismus | | | |

*Mass + Black*
*+ Fixate*

A/P:  *Abd Pain   ? ? Pancreas CA*
            *Sent for CT Abd Now*
                  *LFT, CBC*

*603 - 382 - 3119*

If sx worsen □ Call  □ return to clinic  □ Go to ER _____

Follow Up  in ___ day(s) ____ week(s) or if sx worsen ⟨if not resolved in⟩ _____  PRN  with PCP

□ Side effects and interactions of medicines reviewed with patient

David R. Farzan, M.D.

*3pm 8:15  Laura    Dr Senz*
*7 hour late   1.4         48 916-3250*

NAME: _Norman Allen_

DATE: 3/14/02    CHART#: 248596

PCP: DF    DOB: 11/24/47

WT:    BP 94/48 T    P    R

ALLERGIES: Paxil

_Stomach pain steady x 3wks - on +_
_off x 3 mo. - ↑ gurgling sounds_

Meds: _____ see med list (reviewed)

_____

_____

] Walk in Visit

Soc Hx: smoker    yes    no _____

**History** _____

Help by eat

Bony    Onebro

**ROS** *INDICATE RIGHT, LEFT OR BILATERAL AS APPROPRIATE*

| CONSTITUTIONAL | | HEENT | | | RESPIRATORY | | | CARDIOVASCULAR | | | GASTROINTESTINAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | N | | Y | N | | Y | N | | Y | N | | Y | N | |
| ☑ | ☐ | normal | ☐ | ☐ | normal | ☑ | ☐ | normal | ☑ | ☐ | normal | ☐ | ☐ | normal |
| ☐ | ☐ | fever tmax___ | ☐ | ☐ | otalgia | ☐ | ☐ | cough | ☐ | ☐ | chest pain | ☐ | ☐ | nausea |
| ☐ | ☐ | chills | ☐ | ☐ | ear discharge | ☐ | ☐ | wheezing | ☐ | ☐ | with exertion | ☐ | ☐ | vomiting |
| ☐ | ☐ | fatigue | ☐ | ☐ | eye redness | ☐ | ☐ | sputum | ☐ | ☐ | edema | ☐ | ☐ | diarrhea |
| ☐ | ☐ | myalgia | ☐ | ☐ | eye discharge | ☐ | ☐ | hx of asthma | ☐ | ☐ | diaphoresis | ☐ | ☐ | constipation |
| ☐ | ☐ | weight loss | ☐ | ☐ | sore throat | ☐ | ☐ | hemoptosis | ☐ | ☐ | orthopnea | ☐ | ☐ | hematochezia |
| ☐ | ☐ | headache | ☐ | ☐ | rhinorrhea | ☐ | ☐ | dyspnea | ☐ | ☐ | PND | ☐ | ☐ | melena |
| ☐ | ☐ | neck stiffness | ☐ | ☐ | congestion | | | | ☐ | ☐ | syncope | ☐ | ☐ | |
| ☐ | ☐ | rash | ☐ | ☐ | purulent nas dschrg | | | | | | | | | |

**Physical Exam** *INDICATE RIGHT, LEFT OR BILATERAL AS APPROPRIATE*

| CONSTITUTIONAL | | HEENT | | | RESPIRATORY | | | CARDIOVASCULAR | | | ABDOMEN | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | N | | Y | N | | Y | N | | Y | N | | Y | N | |
| ☑ | ☐ | normal | ☐ | ☐ | normal | ☑ | ☐ | normal | ☑ | ☐ | normal | ☐ | ☐ | normal |
| ☐ | ☐ | pale | ☐ | ☐ | membranes dry | ☐ | ☐ | wheezing | ☐ | ☐ | murmur | ☐ | ☐ | increase BS |
| ☐ | ☐ | cyanosis | ☐ | ☐ | enlarged tonsil | ☐ | ☐ | rhonchi | ☐ | ☐ | tachycardia | ☐ | ☐ | decreased BS |
| ☐ | ☐ | poor skin tugor | ☐ | ☐ | pharynx eaud/erythe | ☐ | ☐ | stridor | ☐ | ☐ | dimin pulses | ☐ | ☐ | tenderness |
| **OTHER** | | | ☐ | ☐ | TM loss of landmarks | ☐ | ☐ | prolonged expiration | ☐ | ☐ | poor perfusion | ☐ | ☐ | enlarged liver |
| | | | ☐ | ☐ | TM erthema/fluid | ☐ | ☐ | retractions | Neck | | | ☐ | ☐ | enlarged spleen |
| | | | ☐ | ☐ | conj dischg / eryth | ☐ | ☐ | diminished sounds | ☐ | ☐ | ant cerv LA | ☐ | ☐ | inguinal adenopathy |
| | | | ☐ | ☐ | rhinorrhea | ☐ | ☐ | bronchial sound | ☐ | ☐ | post cerv LA | ☐ | ☐ | rebound |
| | | | ☐ | ☐ | sinus tenderness | | | | ☐ | ☐ | supraclavicular LA | | | |
| | | | ☐ | ☐ | purulent nasal dschrg | | | | ☐ | ☐ | stiffness | | | |
| | | | | | | | | | ☐ | ☐ | meningismus | | | |

A/P: ① Abd p    Remed
② Omputo 20 ; Med Back for 7 to t.d
    "i Mbo

If sx worsen    ☐ Call    ☑ return to clinic    ☐ Go to ER _____

Follow Up    in ____ day(s) ____ week(s) or if sx worsen    if not resolved in _____    PRN    with PCP

☐ Side effects and interactions of medicines reviewed with patient

David R. Farzan, M.D.

NAME: Norman Allen          eds: _____ . _____ see med list (reviewed)
DATE: 2/4/02 CHART#: 248596          _____
PCP: DF    DOB: 11/24/1947          _____
WT:          BP 90/60  T    P    R          _____
ALLERGIES: Paxil          Walk in Visit _____

F/u med  put on _klonopin_ on _1/24_ c Hx: smoker  yes   no _____
reports gd. effect

History _____

_____ Much better  now  on Ozyenta klonopen _____

_____ ber depressed _____

_____ Abd  Pain  vrrishot _____

## ROS  *INDICATE RIGHT, LEFT OR BILATERAL AS APPROPRIATE*

| CONSTITUTIONAL | | HEENT | | RESPIRATORY | | CARDIOVASCULAR | | GASTROINTESTINAL | |
|---|---|---|---|---|---|---|---|---|---|
| Y N | | Y N | | Y N | | Y N | | Y N | |
| ☑ ☐ | normal | ☐ ☐ | normal | ☑ ☐ | normal | ☐ ☑ | normal | ☐ ☐ | normal |
| ☐ ☑ | fever tmax___ | ☐ ☐ | otalgia | ☐ ☑ | cough | ☐ ☐ | chest pain | ☐ ☐ | nausea |
| ☐ ☑ | chills | ☐ ☐ | ear discharge | ☐ ☑ | wheezing | ☐ ☐ | with exertion | ☐ ☐ | vomiting |
| ☐ ☑ | fatigue | ☐ ☐ | eye redness | ☐ ☑ | sputum | ☐ ☐ | edema | ☐ ☐ | diarrhea |
| ☐ ☑ | myalgia | ☐ ☐ | eye discharge | ☐ ☑ | hx of asthma | ☐ ☐ | diaphoresis | ☐ ☐ | constipation |
| ☐ ☐ | weight loss | ☐ ☐ | sore throat | ☐ ☑ | hemoptosis | ☐ ☐ | orthopnea | ☐ ☐ | hematochezia |
| ☐ ☑ | headache | ☐ ☐ | rhinorrhea | ☐ ☑ | dyspnea | ☐ ☐ | PND | ☐ ☐ | melena |
| ☐ ☐ | neck stiffness | ☐ ☐ | congestion | | | ☐ ☐ | syncope | ☐ ☐ | |
| ☐ ☐ | rash | ☐ ☐ | purulent nas dschrg | | | | | | |

## Physical Exam  *INDICATE RIGHT, LEFT OR BILATERAL AS APPROPRIATE*

| CONSTITUTIONAL | | HEENT | | RESPIRATORY | | CARDIOVASCULAR | | ABDOMEN | |
|---|---|---|---|---|---|---|---|---|---|
| Y N | | Y N | | Y N | | Y N | | Y N | |
| ☑ ☐ | normal | ☐ ☐ | normal | ☑ ☐ | normal | ☐ ☐ | normal | ☐ ☐ | normal |
| ☐ ☐ | pale | ☐ ☐ | membranes dry | ☐ ☐ | wheezing | ☐ ☐ | murmur | ☐ ☐ | increase BS |
| ☐ ☐ | cyanosis | ☐ ☐ | enlarged tonsil | ☐ ☐ | rhonchi | ☐ ☐ | tachycardia | ☐ ☐ | decreased BS |
| ☐ ☐ | poor skin tugor | ☐ ☐ | pharynx exud/erythe | ☐ ☐ | stridor | ☐ ☐ | dimin pulses | ☐ ☐ | tenderness |
| OTHER | | ☐ ☐ | TM loss of landmarks | ☐ ☐ | prolonged expiration | ☐ ☐ | poor perfusion | ☐ ☐ | enlarged liver |
| SpO₂ | | ☐ ☐ | TM erthema/fluid | ☐ ☐ | retractions | Neck | | ☐ ☐ | enlarged spleen |
| rhythm | | ☐ ☐ | conj dischg / eryth | ☐ ☐ | diminished sounds | ☐ ☐ | ant cerv LA | ☐ ☐ | inguinal adenopathy |
| | | ☐ ☐ | rhinorrhea | ☐ ☐ | bronchial sound | ☐ ☐ | post cerv LA | ☐ ☐ | rebound |
| | | ☐ ☐ | sinus tenderness | | | ☐ ☐ | supraclavicular LA | | |
| | | ☐ ☐ | purulent nasal dschrg | | | ☐ ☐ | stiffness | | |
| | | | | | | ☐ ☐ | meningismus | | |

A/P: _Bwdh  Pswr  : _Rfld__  Ozyenta 20 b/d_

_Anxty : Rfld  Klozp  2y gbm_

_Abd  Pain : render_

_____

_____

sx worsen   ☐ Call  ☐ return to clinic  ☐ Go to ER

NAME: Norman Al__n

DATE: 1/24/02   CHART#: 248596

PCP: DF   DOB: 11/24/1947

WT:   BP:   T   P   R

ALLERGIES: pcnl

Meds: _____ see med list (reviewed)

☐ Walk in Visit _____

Soc Hx: smoker   yes   no _____

## History

c/o Gen poster pains lat 1-3 mo

## ROS   INDICATE RIGHT, LEFT OR BILATERAL AS APPROPRIATE

| | CONSTITUTIONAL | | HEENT | | RESPIRATORY | | CARDIOVASCULAR | | GASTROINTESTINAL |
|---|---|---|---|---|---|---|---|---|---|
| Y N | | Y N | | Y N | | Y N | | Y N | |
| ☒ ☐ | normal | ☐ ☐ | normal | ☐ ☐ | normal | ☐ ☐ | normal | ☐ ☐ | normal |
| ☐ ☒ | fever tmax | ☐ ☐ | otalgia | ☐ ☐ | cough | ☐ ☐ | chest pain | ☐ ☐ | nausea |
| ☐ ☐ | chills | ☐ ☐ | ear discharge | ☐ ☐ | wheezing | ☐ ☐ | with exertion | ☐ ☐ | vomiting |
| ☐ ☐ | fatigue | ☐ ☐ | eye redness | ☐ ☐ | sputum | ☐ ☐ | edema | ☐ ☐ | diarrhea |
| ☐ ☐ | myalgia | ☐ ☐ | eye discharge | ☐ ☐ | hx of asthma | ☐ ☐ | diaphoresis | ☐ ☐ | constipation |
| ☐ ☐ | weight loss | ☐ ☐ | sore throat | ☐ ☐ | hemoptysis | ☐ ☐ | orthopnea | ☐ ☐ | hematochezia |
| ☐ ☐ | headache | ☐ ☐ | rhinorrhea | ☐ ☐ | dyspnea | ☐ ☐ | PND | ☐ ☐ | melena |
| ☐ ☐ | neck stiffness | ☐ ☐ | conjestion | | | ☐ ☐ | syncope | | |
| ☐ ☐ | rash | ☐ ☐ | purulent nas dschrg | | | | | | |

## Physical Exam   INDICATE RIGHT, LEFT OR BILATERAL AS APPROPRIATE

| | CONSTUTIONAL | | HEENT | | RESPIRATORY | | CARDIOVASCULAR | | ABDOMEN |
|---|---|---|---|---|---|---|---|---|---|
| Y N | | Y N | | Y N | | Y N | | Y N | |
| ☒ ☐ | normal | ☐ ☐ | normal | ☒ ☐ | normal | ☒ ☐ | normal | ☐ ☐ | normal |
| ☐ ☐ | pale | ☐ ☐ | membranes dry | ☐ ☐ | wheezing | ☐ ☐ | murmur | ☐ ☐ | increase BS |
| ☐ ☐ | cyanosis | ☐ ☐ | enlarged tonsil | ☐ ☐ | rhonchi | ☐ ☐ | tachycardia | ☐ ☐ | decreased BS |
| ☐ ☐ | poor skin tugor | ☐ ☐ | pharynx exud/erythe | ☐ ☐ | stridor | ☐ ☐ | dimin pulses | ☐ ☐ | tenderness |
| | OTHER | ☐ ☐ | TM loss of landmarks | ☐ ☐ | prolonged expiration | ☐ ☐ | poor perfusion | ☐ ☐ | enlarged liver |
| | Neck Tend | ☐ ☐ | TM erthema/fluid | ☐ ☐ | retractions | Neck | | ☐ ☐ | enlarged spleen |
| | Full ROM | ☐ ☐ | conj dischg / eryth | ☐ ☐ | diminished sounds | ☐ ☐ | ant cerv LA | ☐ ☐ | inguinal adenopathy |
| | | ☐ ☐ | rhinorrhea | ☐ ☐ | bronchial sound | ☐ ☐ | post cerv LA | ☐ ☐ | rebound |
| | | ☐ ☐ | sinus tenderness | | | ☐ ☐ | supraclavicular LA | | |
| | | ☐ ☐ | purulent nasal dschrg | | | ☐ ☐ | stiffness | | |
| | | | | | | ☐ ☐ | meningismus | | |

A/P: Gen : well by exact — ill DM Controy 50 y/o

Neck pain : Helped by 4 percocet at night ½ : well by Oxycontin Dgt

Insomnia : Zanflex ineffective at 8mg  Klonopin helped to sleep

will try Klonopin 1.5 P.O. Dgt

If sx worsen  ☐ Call  ☑ return to clinic  ☐ Go to ER

Follow Up  in ___ day(s) ___ week(s) or if sx worsen  if not resolved in ___   PRN   with PCP

☐ Side effects and interactions of medicines reviewed with patient

David R. Farzan, M.D.

NAME: *Norman Allen*
DATE: 12/10/01    CHART#: 248596
PCP: *Farzan*    DOB: 11/24/47
WT:    BP 124/78    T    P    R
ALLERGIES: *Paxil → RASH*

Meds: _____ see med list (reviewed)

_____ *Zyrtec Z    ?? qh* _____
_____ *Zoloft 100/2* _____

☐ Walk in Visit _____

Soc Hx: smoker    yes    no _____

History    *Still c/o Ned par cough*
*Zyrtec*
*C-spin x/ray ? corguld defined*

ROS  *INDICATE RIGHT, LEFT OR BILATERAL AS APPROPRIATE*

| CONSTITUTIONAL | HEENT | RESPIRATORY | | CARDIOVASCULAR | | GASTROINTESTINAL |
|---|---|---|---|---|---|---|
| | | Y N | | Y N | | |
| normal | normal | ☑ ☐ normal | | ☑ ☐ normal | | ☐ ☐ normal |
| fever tmax ____ | otalgia | ☐ ☐ cough | | ☐ ☐ chest pain | | ☐ ☐ nausea |
| chills | ear discharge | ☐ ☐ wheezing | | ☐ ☐ with exertion | | ☐ ☐ vomiting |
| fatigue | eye redness | ☐ ☐ sputum | | ☐ ☐ edema | | ☐ ☐ diarrhea |
| myalgia | eye discharge | ☐ ☐ hx of asthma | | ☐ ☐ diaphoresis | | ☐ ☐ constipation |
| weight loss | sore throat | ☐ ☐ hemoptosis | | ☐ ☐ orthopnea | | ☐ ☐ hematochezia |
| headache | rhinorrhea | dyspnea | | PND | | melena |
| neck stiffness | congestion | | | ☐ ☐ syncope | | |
| rash | purulent nas dschrg | | | | | |

Physical Exam  *INDICATE RIGHT, LEFT OR BILATERAL AS APPROPRIATE*

| CONSTITUTIONAL | HEENT | RESPIRATORY | | CARDIOVASCULAR | | ABDOMEN |
|---|---|---|---|---|---|---|
| | | Y N | | Y N | | Y N |
| normal | normal | ☑ normal | | ☑ normal | | ☐ ☐ normal |
| pale | membranes dry | ☐ wheezing | | murmur | | increased BS |
| cyanosis | enlarged tonsil | rhonchi | | tachycardia | | ☐ ☐ decreased BS |
| poor skin turgor | pharynx exud/erythe | stridor | | dimin pulses | | tenderness |
| HEENT | ____ es of landmarks | prolonged expiration | | poor perfusion | | enlarged liver |
| | TM erthema/fluid | retractions | | Neck | | ☐ ☐ enlarged spleen |
| | cong discrg / eryth | diminished sounds | | ant cerv LA | | ☐ ☐ inguinal adenopathy |
| | rhinorrhea | bronchial sound | | post cerv LA | | ☐ ☐ rebound |
| | sinus tenderness | | | supraclavicular LA | | |
| | purulent nasal dschrg | | | stiffness | | |
| | | | | meningismus | | |

A/P  ① Ned  *spould par x 72 : ? Zyrtec hlp Percd 30/5 i ch ≠ 8*
② *Dyren : cont Zoloft*
③ *Inomr : ? Zyrtec ↑ qh (8mg)*

___ sx worsen    Call    return to clinic    ☐Go to ER _____

Follow Up  in ___ day(s) ___week(s) or if sx worsen    if not resolved in _____    PRN    with PCP

Side effects and interactions of medicines reviewed with patient

David R. Farzan, M.D.

NAME: _Dorman Sally_
DATE: 11/26/01  CHART:
PCP:              DOB: 11/24/47
WT:        BP 9/60  T    P    R
ALLERGIES: _Paxil_

Meds: _____ see med list (reviewed)
_____
_____
_____

☐ Walk in Visit _____
Soc Hx: smoker   yes   no _____

_F/u for infection - abd?_

History   _C/o bad pain - spasm_
_c/o Depone    et_
_⊕ spasm c/y eg   ⊕ aches_

**ROS**  *INDICATE RIGHT,LEFT OR BILATERAL AS APPROPRIATE*

| CONSTITUTIONAL | | HEENT | | RESPIRATORY | | GASTROINTESTINAL | | CARDIOVASCULAR | |
|---|---|---|---|---|---|---|---|---|---|
| Y  N | | Y  N | | Y  N | | Y  N | | Y  N | |
| ✓ | normal | normal | | normal | | normal | | normal | |
| | fever/max | cephalgia | | cough | | vomiting | | chest pain | |
| | chills | ear discharge | | wheezing | | diarrhea | | with exertion | |
| | fatigue | eye redness | | sputum | | constipation | | edema | |
| | myalgia | eye discharge | | hx of asthma | | abdominal pain | | diaphoresis | |
| | weight loss | congestion | | fam hx asthma | | cramps | | orthopnea | |
| | headache | rhinorrhea | | dyspnea | | | | syncope | |
| | neck stiffness | sore throat | | | | | | | |
| | rash | | | | | | | | |

**Physical Exam**  *INDICATE RIGHT, LEFT OR BILATERAL AS APPROPRIATE*

| CONSTITUTIONAL | | HEENT | | RESPIRATORY | | CARDIOVASCULAR | | ABDOMEN | |
|---|---|---|---|---|---|---|---|---|---|
| Y  N | | Y  N | | Y  N | | Y  N | | Y  N | |
| ✓ | normal | normal | | normal | | normal | | normal | |
| | pale | membranes dry | | wheezing | | murmur | | increase BS | |
| | cyanosis | enlarged tonsil | | rhonchi | | tachycardia | | decreased BS | |
| | poor skin tugor | pharynx exud/erythe | | stridor | | dimin pulses | | tenderness | |
| **OTHER** | | TM loss of landmarks | | prolonged expiration | | poor perfusion | | enlarged liver | |
| _Tender_ | | sinus tenderness | | retractions | | **Neck** | | enlarged spleens | |
| _paraspinous_ | | diarrhea | | diminished sounds | | ant cerv LA | | inguinal adenopathy | |
| _m Bx_ | | nasal discharge | | bronchial sound | | post cerv LA | | rebound | |
| | | TM erythema/fluid | | supraclavicular LA | | stiffness | | | |
| | | conj discharge/ erythe | | | | meningismus | | | |

A/P   _Dyprnum    2 left  100  1/2  10 µl_
_wal  pril   spm ;  2 mg/02  2 g  T q h_

If sx worsen  ☐ Call  ☐ return to clinic  ☐ Go to ER _____

Follow Up  in _10_ day(s) ____ week(s)   if sx worsen   PRN   with PCP

Side effects and interactions of medicines reviewed with patient

David R. Farzan, M.D.

**NAME:** Norman Allen

**DATE:** 10/16/01 **CHART#:** 248596

**PCP:** DF  **DOB:** 11/24/1947

**WT:**  **BP:** 122  **T  P  R**

**ALLERGIES:** Phy Ill

? Pain medicine

**Meds:** _____ see med list (reviewed)

_____

_____

_____

**Walk in Visit** _____

**oc Hx:** smoker   yes   no _____

**History** _____

c/o Neck + Back pain

**ROS** *COMPLETE RIGHT LEFT OR BILATERAL AS APPROPRIATE*

| CONSTITUTIONAL | HEENT | | RESPIRATORY | | | | CARDIOVASCULAR | | | | GASTROINTESTINAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Y N | | | Y | N | | Y | N | | | Y | N | |
| | | normal | | ✓ | : | normal | ✓ | ☐ | normal | | ☐ | ☐ | normal |
| | | otalgia | | ☐ | | cough | ☐ | ☐ | chest pain | | ☐ | ☐ | nausea |
| chills | | ear discharge | | ☐ | ☐ | wheezing | ☐ | ☐ | with exertion | | ☐ | ☐ | vomiting |
| fatigue | | eye redness | | ☐ | | sputum | ☐ | ☐ | edema | | ☐ | ☐ | diarrhea |
| myalgia | | eye discharge | | ☐ | ☐ | hx of asthma | ☐ | ☐ | diaphoresis | | ☐ | ☐ | constipation |
| weight loss | | sore throat | | ☐ | ☐ | hemoptosis | ☐ | ☐ | orthopnea | | ☐ | ☐ | hematochezia |
| headache | | rhinorrhea | | ☐ | ☐ | dyspnea | ☐ | ☐ | PND | | ☐ | ☐ | melena |
| neck stiffness | | conjestion | | | | | ☐ | ☐ | syncope | | ☐ | ☐ | |
| rash | | purulent nas dschrg | | | | | | | | | | | |

**PHYSICAL EXAM** *COMPLETE RIGHT LEFT OR BILATERAL AS APPROPRIATE*

| CONSTITUTIONAL | HEENT | | RESPIRATORY | | | | CARDIOVASCULAR | | | | ABDOMEN | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Y N | | | Y | N | | Y | N | | | Y | N | |
| normal | | normal | | | | normal | ☐ | ☐ | normal | | ☐ | ☐ | normal |
| pale | | membranes dry | | ☐ | | wheezing | ☐ | ☐ | murmur | | ☐ | ☐ | increase BS |
| cyanosis | | enlarged tonsil | | ☐ | | rhonchi | ☐ | | tachycardia | | ☐ | ☐ | decreased BS |
| acute distress | | pharynx exuderythe | | ☐ | | stridor | ☐ | ☐ | dimin pulses | | ☐ | ☐ | tenderness |
| OTHER | | TM loss of landmarks | | ☐ | | prolonged expiration | ☐ | | poor perfusion | | ☐ | ☐ | enlarged liver |
| | | TM erthema fluid | | | | retractions | | Neck | | | ☐ | ☐ | enlarged spleen |
| | | conj dschrg cervth | | ☐ | | diminished sounds | ☐ | ☐ | ant cerv LA | | ☐ | ☐ | inguinal adenopathy |
| | | rhinorrhea | | ☐ | ☐ | bronchial sound | ☐ | ☐ | post cerv LA | | ☐ | ☐ | rebound |
| | | sinus tenderness | | | | | ☐ | | supraclavicular LA | | | | |
| | | purulent nasal dschrg | | | | | ☐ | ☐ | stiffness | | | | |
| | | | | | | | ☐ | ☐ | meningismus | | | | |

A/P ① Back + Neck pain — Vicodin ES q6h

② Colon Ca told to go for scheduled (redo?)

rectoure

Consider Zanaflex 4mg hs

Call  return to clinic    Go to ER _____

**Follow Up** in ___ day(s)  ___ week(s) or if sx worsen   if not resolved in _____  PRN   with PCP

Side effects and interactions of medicines reviewed with patient

David R. Farzan, M.D.

NAME: Norman Allen
DATE: 5-16-01    CHART#:
PCP:              DOB:
WT:       BP        T    P    R
**ALLERGIES:**

N\S

NORMAN allen

NAME:
DATE: 3.16 C1  CHART#: 248596
PCP: Dc.    DOB: 11.24.47
WT:    BP 122/70 T 98.8  R
ALLERGIES: Paxil

unot able to Sleep.

Motron taron in sleep
& Restory sleep x24 hour
still not refd Ø snoring
Hx Franodom
USS-AF
voi IRR5 m

voi S upt 8↑↑
∂t 1 3 edon

Hont: NL

.T

① Insomnia
     smoba Ø help
     Valum help but only at 30y
     Trosodon Ø help at 100g
     Ø drove 30y
     CPE recort

② Colon CA & followy
     by Dr. Markel +Smb

Ref. Dr. Farzon
Allergies; Papil

Meds: see med list.

Norman Allen P320899
11-24-47
978-725-5227
Ins: MH

10/30/00   Dr: Hx colon Ca
F/u Colon sched. at LGH 11/16, Fleet phosphosoda
prep info mailed to pt. no visit prior to exam,
no referral or auth nec. abalerno HF

NAME: Norman Allen

DATE: 4-26-00  CHART#: 248596

PCP: DF          DOB: 11/24/47

WT:        BP          T      P      R

ALLERGIES:

MEDS:

No Show

Norman Allen

1-2500 . T.C. Med. # for rad: therapy. given MH.
cath # x30; s4s per D/ea LPN. ————————

Norman Allen
DATE 12/4/00          248596
POB                   11-24-47
WT.          100/70
ALLERGIES NKDA

Ativan
Sonata

pre-op Dr Harley   Date of
                   Surg. 2/6/00

PRE -20

Allen Norman

12/27/99  RF Percocet #100  T-TT q 6° PRN pain #100
R-ø renew ———————————————— K Eeker

Norman Allen  #248596

10/22/99 Dr. Fazio spoke c pts. wife & told her her
husband has rectal Ca. She will call Dr. Mandell's
office for an appt.  Dr. Mandell's office notified-
will fax results as they come in. no alemo/tF

ofc. appt. c Dr. Mandell 10/28/99 -
records fax'd  —  CC

11-29-99 T.C. from LGH SVc. stating pt needs
chest film for Surg 12/1 Dr. Mandell- Stat Chest
X-ray req. left on ground floor for pt. who
will present today. EKG faxed. E.F. RN. ————

```
Patient: ALLEN,NORMAN          ge: 51(11/24/1947) Sex: I      tient ID: P320899
Accession:  L6072577      ordered Date: 09/27/1999 Time: 10:12 AM
Dr: FARZAN,DAVID         Collected Date: 09/27/1999 Time: 1011A
Comments:
```

| Test Procedure | Results | Units | Normal Range | |
|---|---|---|---|---|
| CBC with Differential | | | | |
| White Blood Count | 9.5 | x1000/uL | 3.8-11.0 | R |
| Red Blood Cell Count | 5.01 | mil/uL | 4.4-5.9 | R |
| Hemoglobin | 15.7 | g/dL | 13.0-18.0 | R |
| Hematocrit | 44.9 | % | 40-52 | R |
| MCV | 90 | fL | 80-99 | R |
| MCH | 31 | pg | 26-34 | R |
| MCHC | 35 | g/dL | 32-36 | R |
| Platelet Count | 215 | x1000/uL | 130-400 | R |
| Neutrophils | 66 | % | 45-70 | R |
| Lymphocytes | 26 | % | 20-44 | R |
| Monocytes | 6 | % | 2-12 | R |
| Eosinophils | 1 | % | 0-4 | R |
| Basophils | 1 | % | 0-2 | R |
| Neutrophils (#) | 6.3 | x1000/uL | 1.8-7.0 | R |

<CR> to continue:



```
Accession:  L6072577      Ordered Date: 09/27/1999 Time: 10:12 AM
Dr: FARZAN,DAVID      Cc     ted Date: 09/27/1999 Ti:   .011A
Comments:
Test Procedure                Results        Units        Normal Range
---------------               -------        -----        ------------
CBC with Differential
 Lymphocytes (#)               2.5           x1000/uL     1.0-4.0                R
 Monocytes (#)                 0.6           x1000/uL     0-0.8                  R
 Eosinophils (#)               0.1           x1000/uL     0-0.45                 R
 Basophils (#)                 0.1           x1000/uL     0-0.20                 R
 RBC Morphology                NORM                                             R

Cardiac Risk/Lipid Profile
 Cholesterol, Total            269      H    mg/dL        <200                   R
 Triglycerides                 81            mg/dL        Fasting: <200          R
 Cholesterol, HDL (Direct)     48            mg/dL        >35                    R
 Cholesterol, LDL (Calculated) 205           mg/dL                              R
                     Without CHD        <2 risk factors       <160 mg/dL

                     Without CHD        2 or more             <130 mg/dL


<CR> to continue: or
or
```

Comments:

| Test Procedure | Results | | Units | Normal Range | |
| --- | --- | --- | --- | --- | --- |
| -------------- | ------- | | ----- | ------------ | |
| CBC with Differential | | | | | |
| Lymphocytes (#) | 2.5 | | x1000/uL | 1.0-4.0 | R |
| Monocytes (#) | 0.6 | | x1000/uL | 0-0.8 | R |
| Eosinophils (#) | 0.1 | | x1000/uL | 0-0.45 | R |
| With CHD | | | | <100 mg/dL | |
| Chol/HDL Ratio | 5.6 | H | | <4.97 | R |
| LDL/HDL Ratio | 4.3 | H | | <3.55 | R |
| Prostate Specific Antigen | 0.3 | | ng/mL | 0-4.0 | R |
| Glucose | 89 | | mg/dL | Fasting: 65-109 | R |

<CR> to continue:

11/04/99  09:51 FAX 1617744538⁻                                          ⌀02
                                    TRANSCRIPTION --        248590

_AHEY CLINIC - BUR          ·TRANSCRIPTIO'     ·ITS:                RADUNV
=======================     DATE/TIME:   ,, ,4/99   0838

        ***** S T A T  P R I N T  O F  F I N D I N G S  ****
RADIOLOGY DEPARTMENT:   RADIOGRAPHIC FINDING AND SUMMARY         7 Q

PATIENT NAME:  ALLEN,NORMAN              PATIENT LOCATION: OPD   ROOM :

    MRN:  000002074747  SEX:  M  BIRTHDATE:  11/24/947   AGE:   051

ORDER REASON:                       ALLER & CHRON COND:
  ENDO RECTAL/TUMOR                    NKMA
FARZAN,DAVID MD
PENTUCKET MEDICAL ASSOC.             PRECAUT/ISOLAT: UIP,
NORTH ANDOVER POST OFFICE PARK       PATIENT HISTORY:
NO.ANDOVER,MA.01845                    NO NURSING HX,
978-557-8860

PROCEDURE PERFORMED:                 RED ±        REQUESTING PHYSICIAN:
    TRANSRECTAL ULTRASOUND           Q973940      DIRECT REFERRAL DOCTOR

PERFORM DATE/TIME  11/03/99  0737
================================================ REPORT ================================================

      ENDORECTAL ULTRASOUND EXAMINATION WAS PERFORMED.   THE
PATIENT IS A 51 YEAR OLD MALE WITH KNOWN ADENOCARCINOMA OF THE
RECTUM AND THE ULTRASOUND WAS REQUESTED FOR STAGING.   A 7 MHZ
TRANSDUCER WAS USED.   THE STUDY DEMONSTRATES A MASS IDENTIFIED
IN THE LEFT POSTERIOR QUADRANT AND POSTERIORLY IN THE RECTUM
INVOLVING APPROXIMATELY 50% OF THE CIRCUMFERENCE OF THE RECTUM
LOCATED IN THE MID TO UPPER THIRD OF THE RECTUM.   THE ANTERIOR
AND RIGHT LATERAL ASPECT OF THE RECTAL WALL IS UNINVOLVED.
THERE IS EVIDENCE OF INVASION OF THE MUSCULARIS PROPRIA WITH
THICKENING AND NODULAR APPEARANCE TO THE MUSCULARIS PROPRIA.   NO
EVIDENCE FOR EXTENSION BEYOND THE MUSCULARIS PROPRIA INTO THE
PERIRECTAL FAT.   NO PERIRECTAL LYMPH NODES WERE IDENTIFIED.

      IMPRESSION:   ULTRASOUND STAGING OF THE KNOWN RECTAL LESION
WOULD BE CONSIDERED A UT2 LESION.   THERE IS EVIDENCE OF INVASION
AND INVOLVEMENT OF THE MUSCULARIS PROPRIA BUT NO EXTENSION
BEYOND THE MUSCULARIS PROPRIA AND NO EVIDENCE FOR PERIRECTAL
ADENOPATHY AS DESCRIBED.   DR. MANDELL OF ANDOVER SURGICAL
ASSOCIATES IN ANDOVER, MASS. WAS ADVISED OF THE FINDING.

ED

RADIOLOGISTS:
STAFF   COSSI,ALDA F        M.D.  RESIDENT                      M.D.

SNED ON BY  : LINDSTROM, PATRICIA A.

* *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
                                    STAT PRINT OF RESULTS
* *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
-DEST65
-DEST    HOME
-DEST67  NPRT
-UNV    RADUNV

RADRSLC1

 **Lawrence General Hospital**

1 General St.
PO Box 189
Lawrence, MA 01842-0389
(978) 683-4000 X2741

Anatomic Pathology Report

NAME: ALLEN, NORMAN                         SEX: M              S99-8199
DOB: 24 NOV 1947                            AGE: 51             HOSP#: 23152
CLINICIAN: THOMAS L. FAZIO, M.D.                                BILLING#:
ACC. DATE: 20 OCT 1999, 3:00PM              COLL. DATE: 20 OCT 1999


**GROSS DESCRIPTION:**
2464930--L1

CLINICAL HISTORY--RECTAL BLEEDING

SOURCE OF SPECIMEN--RECTAL MASS

Labeled Rectal Mass:  The specimen consists of three biopsies of tan,
soft tissue, the smallest measuring 0.1 cm. in diameter and the largest
measuring 0.2 cm. in diameter.  The entire specimen will be submitted in
a single cassette.

WK:jmd


**DIAGNOSIS:**
FRAGMENTS OF COLONIC MUCOSA WITH MUCINOUS ADENOCARCINOMA, MODERATELY
DIFFERENTIATED, GRADE 2.

(SIGNATURE ON FILE)
CHERYL A. ENNIS, M.D.
jmd
22OCT1999 7:34AM

PROCEDURES: 88305, H


Anatomic Pathology Report

PA 15a

**NAME:** NORMAN ALLEN          **DOB:** 11/24/1947          **MR#** 031444
**DATE:** 04/05/2002

**IMPRESSION & PLAN:**     Metastatic rectal cancer, a year and a half after having completed postoperative treatments.  I had a very extensive discussion with the patient and his wife regarding where to go from here.  We talked about the potential benefit and palliative effect of chemotherapy and the modest prolongation of survival.  We talked about the likelihood of response and the patient and his wife understood.  He is going to think about it for a few days and I plan to see him on Thursday and we will then go from there.

_____
Pedro M. Sanz-Altamira, M.D.

PMS/cr
DD:     04/05/2002
DT:     04/11/2002

cc:     Jonathan Mandell, M.D.
        David Farzan, M.D.
        Liam J. Hurley, M.D.
        Astrid O. Peterson, M.D.

**PROGRESS NOTE**

248596

**NAME:** NORMAN ALLEN          **DOB:** 11/24/1947          **MR#** 031444
**DATE:** 04/05/2002

**HISTORY OF PRESENT ILLNESS:**     He comes for follow-up of his rectal cancer. He initially had a T3 N1 M0 grade 2 invasive adenocarcinoma of the rectum. He had one positive node. He had surgery, postoperative 5-FU and radiation, with the standard regimen where the 5-FU is given as a continuous infusion and the radiation is given daily in the middle of the adjuvant treatments, and finished a year and a half ago. He was doing initially well. He did not come for follow-up six months ago and did not have staging studies at that point. He has been feeling very poorly lately, has lost about 15 pounds, has some abdominal discomfort, and has noticed some fullness or possible masses in the epigastric area. He has been recently seen by Dr. Farzan who sent him for laboratory studies and a CT scan of the abdomen and pelvis and he has been found to have lesions in the liver. He continues to smoke. He actually never quit.

**PAST MEDICAL HISTORY:**

1.   Rectal cancer, as above.
2.   Seizure disorder with the last episode three years ago.
3.   Anxiety and alcoholism in the past.
4.   COPD and smoking history.
5.   Benign lung tumor removed 12 years ago.
6.   Urinary retention, which required a suprapubic catheter for a number of months, resolved over a year ago.

**REVIEW OF SYSTEMS:**   Negative now for mental changes, chest pains, palpitations, ophthalmology changes, or skin changes.

**PHYSICAL EXAMINATION:**     Alert and oriented pleasant gentleman in no distress. His weight is 132 pounds, which is 10 pounds less on our scale. Blood pressure is 98/60. Respiratory rate and pulse are normal. Mental status normal. Speech normal.
HEENT:  Extraocular movements intact. No jaundice. Mouth clear. No sores.
NECK:  Supple. No cervical, supraclavicular or axillary adenopathy.
LUNGS:  Clear with decreased breath sounds on both sides; his baseline from the COPD.
HEART:  Regular without murmurs.
ABDOMEN:  Soft, but he has a fullness in the right upper quadrant and epigastric area.
EXTREMITIES:  No edema. No calf tenderness.

**LABORATORY DATA:**     Review of the CT scan at the Radiology Department actually does show significant liver involvement. This is totally consistent with metastatic disease from the rectal cancer. He has several lesions in both lobes.

**CONTINUED:**

**PROGRESS NOTE**

Page 1 of 2

248596

**NAME:** NORMAN ALLEN          **DOB:** 11/24/1947          **MR#** 031444
**DATE:** 03/23/2001

**HISTORY OF PRESENT ILLNESS:**     He comes for follow-up of his rectal cancer.  He had a T3 N1 M0 grade II invasive adenocarcinoma of the rectum.  He had one positive node.  He underwent surgery, postoperative 5-FU and radiation as published in the New England Journal in 1994 with the concomitant radiation and continuous infusion of 5-FU in the middle of the regimen.  He finished about six months ago and has been doing well.  He has had problems with bowel movements, which have improved very clearly with Imodium, which he now only takes on a p.r.n. basis.  A recent colonoscopy was negative even though he was found to have a little bit of blood in his stool.  He has no new issues with the urine in spite of the previous retention and the suprapubic catheter that was pressing there for a number of months.  He has been having a hard time sleeping for which he has been using a high dose of benzodiazepines, and he has been having a very erratic sleeping pattern.  He denies other issues.  He continues to smoke.

**PAST MEDICAL HISTORY:**

1.    Rectal cancer, as above.
2.    Seizure disorder with the last episode in 1999.
3.    Anxiety and alcoholism in the past.
4.    A benign lung tumor removed 11 years ago.

**REVIEW OF SYSTEMS:**   Negative for mental changes, speech problem, shortness of breath or vomiting.

**PHYSICAL EXAMINATION:**     Alert and oriented pleasant gentleman in no distress.  His weight is 141 pounds, which is a few less than last time.  Blood pressure is 100/50.  Mental status normal.  Speech normal.
HEENT:     Extraocular movements intact.  Mouth clear.  No sores.
NECK:     Supple.  No cervical, supraclavicular or axillary adenopathy.  He has very poor dentition.  No thyromegaly.
LUNGS:     Clear bilaterally with decreased breath sounds on both sides, which is his baseline from the heavy smoking history.
HEART:     Regular without murmurs.
ABDOMEN:     Soft and nontender.  No organomegaly.  Very well healed surgical scars.  Positive bowel sounds.  He has a Port-a-Cath in place in the left upper part of the chest.
EXTREMITIES:     No calf tenderness.

**PROGRESS NOTE**

**NAME:** NORMAN ALLEN       **DOB:** 11/24/1947       **MR#** 031444
**DATE:** 03/23/2001

**IMPRESSION:**    53-year-old gentleman with rectal cancer with no evidence of disease right now coming for follow-up. I plan to obtain scans and laboratory studies again in six months and go from there. He knows to call if there are any problems. I will send him to see Dr. Mandell for removal of the Port-a-Cath. I told him to try to stay away from all of those benzodiazepines and try to fall asleep more or less at the same time in the evening everyday. Will see what happens.

Pedro M. Sanz-Altamira, M.D.

PMS/cr
DD:   03/23/2001
DT:   03/25/2001

cc:   Jonathan Mandell, M.D.
      David Farzan, M.D.
      Liam John Hurley, MD
      Thomas Fazio, M.D.
      Astrid O. Peterson, M.D.

**PROGRESS NOTE**

*Ch # 248596*

*cy, Farzon*

LAWRENCE GENERAL HOSPITAL
1 GENERAL ST.   P.O. BOX 189
LAWRENCE, MA   01842-0389

## OPERATIVE REPORT

PATIENT: ALLEN, NORMAN            023152    JONATHAN D. MANDELL, M.D.

ADMIT:                  DISCH:

SURGEON:   JONATHAN D. MANDELL, M.D.

OPERATION DATE: 12/01/1999

PREOPERATIVE DIAGNOSIS:      Rectal carcinoma.

POSTOPERATIVE DIAGNOSIS:     Rectal carcinoma.

OPERATION:                   Exploratory   laparotomy,   low   anterior
                             resection of the rectum.

ASSISTANT:                   Dr. Landay

ANESTHESIA:                  General endotracheal.

INDICATIONS:
This is a 51-year-old gentleman who presents with hematochezia.
Colonoscopy showed a rectal carcinoma that was about 8 cm from the
anal verge.   Biopsy was positive for carcinoma.   CT scan showed
negative disease in the liver and a rectal ultrasound showed the
tumor was probably full thickness through the bowel wall with
negative lymph nodes. He is now for low anterior resection of the
rectum, possible abdominoperineal resection.  Risks of the procedure
were discussed and he agrees to proceed.   He completed a mechanical
bowel preparation as an outpatient.    At the beginning of the
operation, Dr. Liam Hurley of urology placed bilateral ureteral
stents.

PROCEDURE:
On December 1, 1999, the patient was admitted through same day
surgery.   He received 3 grams of Unasyn preoperatively.   He was
brought to the operating room, placed on the operating room table in
the supine position.     Following the smooth induction of general
endotracheal anesthesia, he was placed in a modified perineal
lithotomy position.    First, Dr. Hurley placed bilateral ureteral
stents.    See his portion of dictation for that part of the
procedure.   The abdomen and perineum were then prepped and draped in
a sterile manner.    A lower midline abdominal incision was made.
Peritoneal cavity was entered.   The peritoneal surfaces were smooth
with no studding.   The liver felt normal.   The nasogastric tube was
palpated in good position in the stomach.   The small bowel was run
from the ligament of Treitz to the cecum and was normal.    The
ascending colon, transverse colon, descending colon and sigmoid

ALLEN, NORMAN                023152            JONATHAN D. MANDELL, M.D.

OPERATIVE REPORT - Page 2

colon were palpated and felt normal. At approximately the level of
the peritoneal reflection on the anterior surface of the rectum
there was puckering of the peritoneum and a mass was palpated at
that location consistent with a rectal carcinoma. It was mobile. A
Bookwalter self-retaining retractor was used. The left lateral
peritoneal reflection of the sigmoid colon was incised and the
sigmoid mesentery mobilized. The left ureter was identified and
palpated and visualized. A point of division of the sigmoid colon
was selected at the apex of the sigmoid loop. The serosal surface
at this location was cleaned. A GIA stapler was used to divide the
colon at this location. The mesentery was then scored from this
location down to the sacral promontory and the mesentery to the
colon at this location was divided between Kelly clamps and ligated
between 0 Vicryl ties. Both the left and right ureter were
identified, both by visualization and palpation. A finger was
passed beneath the superior hemorrhoidal vessels and this vascular
pedicle was ligated between Kelly clamps and tied with 0 Vicryl
ties. The peritoneum was then incised down along the left and right
side of the rectum and then around anteriorly. The mesorectum was
then mobilized by first entering the relatively avascular plane in
front of the sacrum with electrocautery and blunt dissection. In
this plane, dissection was then taken down distally in the midline
and on either side was taken down with electrocautery and with large
hemoclips. Care was taken to palpate the left and right ureter
intermittently during this portion of the procedure and these were
kept well lateral to the points of dissection. The left and right
side of the rectum was then mobilized by dividing the mesorectum and
adjacent tissues between right angle clamps and ligated with 0
Vicryl ties. The lateral stalks of the rectum on either side were
identified and divided between right angle clamps and ligated with 0
Vicryl ties. Dissection then proceeded anteriorly with the
electrocautery and with blunt dissection. As this was done, it was
possible to deliver the tumor and rectum up out of the pelvis. The
seminal vesicle on either side was identified and swept off of the
rectum. There was some slight thickening palpated adjacent to the
seminal vesicle on the patient's left side. This was kept in
continuity with the rectum and this thickening was dissected
laterally away from the pelvis, taking care to palpate the ureter
during this portion of the procedure and the ureter was avoided. A
combination of blunt and sharp dissection was then used to dissect
distally beyond the level of the tumor down towards the level of the
coccyx. This was done circumferentially around the rectum. When
all of the rectum mobilization had been completed, it was possible
to see the rectum at a point at least 5-6 cm beyond the palpable
area of the rectal tumor. A finger was passed into the anus and
used to palpate within the rectum and after delivering the rectum
out of the pelvis and delivering the tumor out of the pelvis it was
not possible to palpate the tumor through the anus with the
examining finger. No tumor nodules were palpated within the lumen
of the rectum with this maneuver and the point of the examining

ALLEN, NORMAN            023152            JONATHAN D. MANDELL, M.D.

OPERATIVE REPORT - Page 3

finger was seen on the rectal wall through the pelvis and the tip of
this finger was approximately 5 cm distal to the gross tumor that
was visible and palpable in the rectum.

Decision was made to proceed with low anterior resection of the
rectum with primary re-anastomosis with the EEA circular stapler
device.    First, 3-0 silk stay sutures were placed anteriorly and on
each lateral side of the rectum at the point selected for division
of the rectum.    The rectum was then divided just proximal to these
stay sutures with electrocautery.    The specimen was inspected.    The
specimen after removal despite some contraction of the bowel showed
that the gross tumor was at least 3-4 cm proximal to the distal
margin of division.    The specimen was sent to pathology.    Frozen
section of the distal margin of the specimen at three separate
places was negative for any carcinoma.    A 3-0 Prolene suture was
then used in a baseball-type spiral stitch to form a pursestring
using full thickness bites of the distal rectal stump.    The proximal
colon was then cleaned on its serosal surface of any fatty tissue
for about 2 cm proximal to the GIA staple line and the GIA staple
line was excised.    A 3-0 Prolene suture was then used to create a
pursestring around the end of the proximal colon in a similar
baseball-type running suture.    The EEA sizers were then used and the
distal rectal lumen was sized at 31 mm.    The 31 mm EEA stapler was
selected.    The anvil was removed from the stapler device.    The anvil
was placed within the proximal colon lumen and the proximal
pursestring tightened securely.    Additional 3-0 Vicryl sutures were
used to cinch up the pursestring around the anvil.    The EEA stapler
was then introduced through the anus and the shaft of the stapler
device extended.    This was brought through the distal pursestring
and then the distal pursestring was cinched up and tightened around
the shaft of the EEA stapler.    After this was done, additional 3-0
Vicryl sutures were used to cinch up the pursestring around the
shaft of the stapler device.    The anvil was then attached to the
shaft of the stapler device and the stapler device closed.    Care was
taken to see the green bar within the window of the EEA stapler
device.    No other tissues were palpated within the EEA anastomosis
and the stapler device was fired after releasing the safety.    The
stapler device was then opened two revolutions and stapler device
removed from the rectum.    The anvil was removed from the stapler
device and both doughnuts were inspected and were intact.    The
Prolene sutures pursestring at each of the doughnuts was cut to
ensure that both doughnuts were intact and these were inspected and
the mucosal ring was intact at both doughnuts.    The proximal and
distal doughnut was sent to pathology labeled proximal and distal
doughnut separately.    3-0 silk horizontal mattress sutures were then
placed anteriorly across the anastomosis.

ALLEN, NORMAN                023152                JONATHAN D. MANDELL, M.D.

OPERATIVE REPORT - Page 4

After this was done, a balloon-tipped rectal insufflation catheter was used. The tip of the catheter was inserted into the anus with the inflated balloon outside of the anus and air was insufflated through the rectal catheter into the rectum. The pelvis was filled with fluid and the colon proximal to the anastomosis was palpated and was felt to distend with the insufflated air. No bubbling of the pelvic fluid was noted indicating that there was no air leak from the anastomosis. The rectal catheter was removed.

The pelvis was irrigated. Hemostasis was obtained with electrocautery. Hemostasis was excellent at the end of the procedure. The small bowel was placed back in its in situ position. A single #10 flat Jackson-Pratt drain was brought out through a separate right lower quadrant stab wound and the drain was placed in the pelvis but kept away from the anastomosis. The drain was sutured to the skin with 3-0 Prolene suture. The midline fascia was closed with a running #2 nylon suture started at either pole of the incision and tied at the midpoint. The subcutaneous fat was irrigated. Hemostasis was obtained with electrocautery. The skin was closed with staples. Sponge, needle and instrument count were all correct at the end of the procedure. Plan was for extubation in the operating room and transport to Post-Anesthesia Care Unit in stable condition, having tolerated the procedure well.


_____
JONATHAN D. MANDELL, M.D.

10828
DD: 12/01/1999
DT: 12/02/1999    08:21
Job # 20309

cc: Dr. David Farzan
    Dr. Fazio


**Lawrence General Hospital**

1 General Street
PO Box 189
Lawrence, MA 01842-0389
(978) 946-8115
(978) 946-8169 Fax

## ONCOLOGY REPORT

**NAME:** ALLEN, NORMAN G

**REFERR:** SANZ-ALTAMIRA, PEDRO

**ADMIT:** 07/13/2000

**DOB:** 11/24/1947
**SEX:** M
**MSV:** ONC
**ROOM:** / -
**DISCH:**

**MR#:** 023152
**ACCT#:** 2598624
**PT:** B

This is a 52 -year-old man with stage 3 rectal cancer, undergoing postoperative chemotherapy and radiation. He has had a very hard time with the combined modality part of the treatment which was finally completed in the last few weeks. He has had episodes of diarrhea, abdominal cramps, dehydration, nausea, vomiting and abnormalities in his electrolytes. He was also having a hard time with suprapubic catheter and urinary retention which has finally been resolved. He is now feeling much better, eating well, gaining weight without nausea or vomiting but is still smoking very heavily.

**PAST HISTORY:**
1. Stage 3 rectal cancer as above
2. Seizure disorder, last episode in 1999
3. History of rheumatic pain and fibromyalgia
4. Alcoholism in the past
5. Anxiety
6. History of benign lung tumor removed 10 years ago



Review of systems is negative for mental changes, speech problems, shortness of breath, vomiting and skin problems.

Physical examination reveals an alert, oriented, pleasant gentleman in no distress. Mental status is normal. Speech is normal. Weight is 146 lbs. BP is 111/51, respiratory rate is 16, pulse 84. Mouth is clear; no sores. EOMs intact. There is no jaundice. Neck is supple. There is no cervical, supraclavicular or axillary adenopathy. Lungs are grossly clear bilaterally with somewhat decreased breath sounds on both sides which is baseline. The heart is regular; there are no murmurs. Abdomen is soft and nontender. There is no organomegaly. There are positive bowel sounds. There is a well-healed midline surgical scar. A suprapubic catheter scar has healed completely. Extremities have no edema. There is no tenderness.

**LABORATORY STUDIES:**  CEA 2.1, WBC 6.9, hematocrit 43.7%, platelet count 112, differential is normal.  This is a 52 -year-old male coming in for follow-up of his rectal cancer. We will continue with chemotherapy as planned. Starting next Monday he is due to receive five days of 5-FU given as IV push doses. We will give him appropriate

Lawrence General Hospital

ALLEN, NORMAN G                                                MR#: 023152

### ONCOLOGY REPORT

antiemetics before the chemotherapy. I will see him in follow-up after these five days
and about a week later to check electrolytes, blood counts and his overall clinical
condition.

<u>Pedro M. Sanz-Altamira, M.D.</u>

7870 / ON / bjs
DD: 07/13/2000 11:02
TT: 08/02/2000 12:50

CC:     David R. Farzan, M.D.
        Thomas L. Fazio, M.D.
        Liam J. Hurley, M.D.
        Jonathan D. Mandell, M.D.
        Astrid O. Peterson, M.D.

248596



**Lawrence
General
Hospital**

1 General Street
PO Box 189
Lawrence, MA 01842-0389
(978) 946-8115
(978) 946-8169 Fax

---

## ONCOLOGY CONSULTATION

**NAME:** ALLEN, NORMAN G

**REFERR:** SANZ-ALTAMIRA, PEDRO

**ADMIT:** 06/15/2000

**DOB:** 11/24/1947      **MR#:** 023152
**SEX:** M                **ACCT#:** 2596188
**MSV:** ONC              **PT:** B
**ROOM:** / -
**DISCH:**

**DATE OF CONSULTATION:** 06/15/00

The patient is a 52 -year-old gentleman with stage III rectal cancer, undergoing postoperative chemotherapy and radiation. He has received two full cycles of 5-FU followed by continuous infusion of 5-FU with radiation therapy. He has had two major interruptions because of toxicity and is finally finishing radiation this week. He is still due to get one additional week of continuous infusion of chemotherapy as part of his regimen. He has been getting a little bit better over the last several days and a problem with urinary retention with a stone and suprapubic catheter is now resolved and he is also ore optimistic. He has been noticing burning when passing urine over the past day or two and continues to smoke heavily.

**PAST MEDICAL HISTORY:**
1. Stage III rectal cancer as above
2. Seizure disorder, the last episode of which happened in 1999
3. History of rheumatic pain and fibromyalgia
4. Alcoholism in the past
5. History of a benign lung tumor removed 10 years ago

**REVIEW OF SYSTEMS:** Negative for mental changes, speech problems, shortness of breath or vomiting.

**PHYSICAL EXAMINATION:** This is an alert, oriented, oriented, pleasant gentleman in no distress. Pulse is 72, respiratory rate is18, BP 94/59, weight 138½ lbs., which is 2½ lbs. more than the last time he was here. Mental status normal. Speech normal. EOMs intact. No jaundice. Mouth clear; no sores. Neck is supple; no thyromegaly. No cervical, supraclavicular or axillary adenopathy. Lungs are significant for decreased breath sounds on both sides and scattered wheezes, crackles and rhonchi. Heart is regular; no murmurs. Abdomen is soft and nontender. The site of the suprapubic catheter does not appear infected. The catheter is no longer there and the opening is closing well. He has a well-healed surgical scar. No organomegaly, positive bowel sounds. Extremities have no edema. No calf tenderness.

**LABORATORY STUDIES:** Sodium 138, potassium 4.9, BUN 13, creatinine .6, calcium 9.7, WBC 6.5, hematocrit 44.3%, MCV 96.5, platelet count 259; differential is normal.

Lawrence General Hospital

**ALLEN, NORMAN G**                                                    MR#: 023152

### CONSULTATION

**IMPRESSION:** This is a 52 -year-old gentleman coming in for adjuvant therapy of stage III (T3 N1) rectal cancer. We plan to continue he treatments; he needs to finish the radiation which will happen this week and continued infusion of chemotherapy today, which will finish next week. He will be back for follow-up in four weeks and will then be due to get another five days in a row treatment of 5-FU.

I plan to collect a sample of urine because of his symptoms and culture it. I will start him on Bactrim for five days.

He will let me know should any problems develop or should this urinary complaint not clear.

_____

Pedro M. Sanz-Altamira, M.D.

28102 / CN / bjs
DD: 06/15/2000 11:04
TT: 06/15/2000 13:26

CC:     David R. Farzan, M.D.
        Thomas L. Fazio, M.D.
        Liam J. Hurley, M.D.
        Jonathan D. Mandell, M.D.
        Astrid O. Peterson, M.D.



## Lawrence General Hospital

1 General Street
PO Box 189
Lawrence, MA 01842-0389
(978) 946-8115
(978) 946-8169 Fax



# ONCOLOGY REPORT

**NAME**: ALLEN, NORMAN G

**REFERR**: SANZ-ALTAMIRA, PE

**ADMIT**: 05/25/2000

**DOB**: 11/24/1947    **MR#**: 023152
**SEX**: M              **ACCT#**: 2583558
**MSV**: ONC            **PT**: B
**ROOM**: / -
**DISCH**: 5/25/00

## CLINICAL HISTORY:

This is a fifty-two year old man with stage III rectal cancer, undergoing post-operative chemotherapy and radiation. He became dehydrated following significant diarrhea with the combined radiation and chemotherapy treatment. We had to delay the chemotherapy and stop the radiation for a few days and he has been recently restarted. He is due to get two more weeks of the combined modality treatment and following that, he will have the last two cycles of 5FU chemotherapy. He continues to smoke heavily. The patient is now better than what he was two weeks ago.

## PAST MEDICAL HISTORY:

1. Stage III rectal cancer, as above.
2. Seizure disorder; last episode 1999.
3. History of rheumatic pains and fibromyalgia.
4. Alcoholism in the past.
5. History of benign lung tumor removed ten years ago.
6. Anxiety.

## REVIEW OF SYSTEMS:

Negative for mental changes, speech problems, shortness of breath or vomiting. He has a suprapubic catheter with urinary retention.

## PHYSICAL EXAMINATION:

Alert and oriented, pleasant gentleman, in no distress. Mental status normal. Speech normal.

VITAL SIGNS: Normal with a blood pressure of 96/67, pulse 86, respiratory rate 18, temperature 98 degrees. His weight is 136 lbs.

HEENT: Extraocular movements intact. No jaundice. No alopecia. Mouth clear. No sores.
NECK: Supple. No thyromegaly. No cervical, supraclavicular, or axillary adenopathy.
LUNGS: Significant for decreased breath sounds on both sides and scattered wheezes and crackles.
HEART: Regular. No murmurs.

Lawrence General Hospital

ALLEN, NORMAN G                                                    MR#: 023152

## ONCOLOGY REPORT

**PHYSICAL EXAMINATION:** (Continued)
ABDOMEN: Soft. Non-tender. The suprapubic catheter site does not appear infected
or irritated. He has a well healed surgical scar. No organomegaly. Positive bowel
sounds.
EXTREMITIES: No edema. No calf tenderness.

### LABORATORY DATA:
White blood cell count 7.0, hematocrit 41.2%, MCV 94.6, platelet count 246,000, BUN
10, creatinine 0.7, sodium 140, potassium 4.2.

### IMPRESSION:
Stage III (T3-N1) rectal cancer, undergoing chemotherapy and radiation. We plan to
continue the treatments for now. I plan to have him back for follow up in three weeks
when he will be completely done, hopefully, with the combined modality part of the
protocol and we will recheck his electrolytes and blood counts. In any case, he knows
to call should any problem develop again between now and then.


                                        _____
                                        Pedro M. Sanz-Altamira, M.D.


20831 / ON / br
DD: 05/25/2000 13:02
TT: 05/26/2000 11:41
CC:    David R. Farzan, M.D.
       Thomas L. Fazio, M.D.
       Liam J. Hurley, M.D.
       Jonathan D. Mandell, M.D.
       Astrid O. Peterson, M.D.

LAWRENCE GENERAL HOSPITAL
1 GENERAL ST.   P.O. BOX 189
LAWRENCE, MA   01842-0389

## DISCHARGE SUMMARY

PATIENT: ALLEN, NORMAN             023152 PEDRO M. SANZ-ALTAMIRA, M.D.

ADMIT: 04/24/2000    DISCH: 04/25/2000

The patient is a 52-year-old male who came for initiation of
chemotherapy for his rectal cancer.  He initially had rectal
bleeding in the second half of 1999 and weight loss and had both
dark as well as red blood with bowel movements which was
intermittent.  He underwent a rectal exam which was initially
negative, a colonoscopy which showed a lesion 6-8 cm from the anal
verge, and underwent biopsies which were positive for
adenocarcinoma.  He had a negative colonoscopy otherwise.  A CT scan
of the abdomen and pelvis was negative for metastatic disease to the
liver and he underwent low anterior resection in December 1999.  He
had adenocarcinoma of the rectum that had infiltrated into the
perirectal adipose tissue and it was identified less than 1 mm away
from the inked serosal margin of excision.  He had lymphatic
invasion and one out of six lymph nodes was involved.  He therefore
has stage 3 (T3 N1 M0, G2 with very close margins) and has been
receiving postoperative chemotherapy with 5-FU.  He was now due to
start a block of treatments where 5-FU is given as a continuous
infusion for 35 days in a row with a pump and the help of a home
infusion company.  He will also have five weeks of radiation therapy
Monday through Friday.  He was started on chemotherapy yesterday,
has tolerated it very well, and is now ready to be discharged home
in a stable clinical condition to continue his chemotherapy there.
I will follow him as an outpatient at the Oncology Clinic in about
two weeks.

PROBLEM LIST:
1.   Stage 3 rectal cancer, as above.
2.   Seizure disorder, last episode 1 1/2 years ago.
3.   History of rheumatic pains and fibromyalgia.
4.   History of a benign lung tumor removed by thoracotomy ten years
ago from the left side.
5.   Urinary retention.  He has a suprapubic catheter in place.

In any case, he will come to the clinic in two weeks and knows to
call if there are any problems.

                         PEDRO M. SANZ-ALTAMIRA, M.D.

10828
DD: 04/25/2000
DT: 04/25/2000   11:14
Job#09543

ALLEN, NORMAN              023152              PEDRO M. SANZ-ALTAMIRA, M.D.

DISCHARGE SUMMARY - Page 2

cc: Astrid Peterson, M.D.
    David Farzan, M.D.
    Jonathan Mandell, M.D.
    Santos Shetty, M.D.
    Thomas Fazio, M.D.

248596

**NAME:** NORMAN ALLEN          **DOB:** 11/24/1947          **MR#** 031444
**DATE:** 04/05/2002

**HISTORY OF PRESENT ILLNESS:**     He comes for follow-up of his rectal cancer. He
initially had a T3 N1 M0 grade 2 invasive adenocarcinoma of the rectum. He had one positive
node. He had surgery, postoperative 5-FU and radiation, with the standard regimen where the 5-
FU is given as a continuous infusion and the radiation is given daily in the middle of the adjuvant
treatments, and finished a year and a half ago. He was doing initially well. He did not come for
follow-up six months ago and did not have staging studies at that point. He has been feeling
very poorly lately, has lost about 15 pounds, has some abdominal discomfort, and has noticed
some fullness or possible masses in the epigastric area. He has been recently seen by Dr. Farzan
who sent him for laboratory studies and a CT scan of the abdomen and pelvis and he has been
found to have lesions in the liver. He continues to smoke. He actually never quit.

**PAST MEDICAL HISTORY:**

1.      Rectal cancer, as above.
2.      Seizure disorder with the last episode three years ago.
3.      Anxiety and alcoholism in the past.
4.      COPD and smoking history.
5.      Benign lung tumor removed 12 years ago.
6.      Urinary retention, which required a suprapubic catheter for a number of months, resolved
        over a year ago.

**REVIEW OF SYSTEMS:**  Negative now for mental changes, chest pains, palpitations,
ophthalmology changes, or skin changes.

**PHYSICAL EXAMINATION:**     Alert and oriented pleasant gentleman in no distress. His
weight is 132 pounds, which is 10 pounds less on our scale. Blood pressure is 98/60.
Respiratory rate and pulse are normal. Mental status normal. Speech normal.
HEENT: Extraocular movements intact. No jaundice. Mouth clear. No sores.
NECK: Supple. No cervical, supraclavicular or axillary adenopathy.
LUNGS: Clear with decreased breath sounds on both sides; his baseline from the COPD.
HEART: Regular without murmurs.
ABDOMEN: Soft, but he has a fullness in the right upper quadrant and epigastric area.
EXTREMITIES: No edema. No calf tenderness.

**LABORATORY DATA:**     Review of the CT scan at the Radiology Department actually does
show significant liver involvement. This is totally consistent with metastatic disease from the
rectal cancer. He has several lesions in both lobes.

**CONTINUED:**


# PROGRESS NOTE

LAWRENCE GENERAL HOSPITAL
1 GENERAL ST.  P.O. BOX 189
LAWRENCE, MA  01842-0389

*Approved*
*248 596*

DISCHARGE SUMMARY

PATIENT: ALLEN, NORMAN                023152 PEDRO M. SANZ-ALTAMIRA, M.D.

ADMIT: 04/24/2000    DISCH: 04/25/2000

The patient is a 52-year-old male who came for initiation of
chemotherapy for his rectal cancer.  He initially had rectal
bleeding in the second half of 1999 and weight loss and had both
dark as well as red blood with bowel movements which was
intermittent.  He underwent a rectal exam which was initially
negative, a colonoscopy which showed a lesion 6-8 cm from the anal
verge, and underwent biopsies which were positive for
adenocarcinoma.  He had a negative colonoscopy otherwise.  A CT scan
of the abdomen and pelvis was negative for metastatic disease to the
liver and he underwent low anterior resection in December 1999.  He
had adenocarcinoma of the rectum that had infiltrated into the
perirectal adipose tissue and it was identified less than 1 mm away
from the inked serosal margin of excision.  He had lymphatic
invasion and one out of six lymph nodes was involved.  He therefore
has stage 3 (T3 N1 M0, G2 with very close margins) and has been
receiving postoperative chemotherapy with 5-FU.  He was now due to
start a block of treatments where 5-FU is given as a continuous
infusion for 35 days in a row with a pump and the help of a home
infusion company.  He will also have five weeks of radiation therapy
Monday through Friday.  He was started on chemotherapy yesterday,
has tolerated it very well, and is now ready to be discharged home
in a stable clinical condition to continue his chemotherapy there.
I will follow him as an outpatient at the Oncology Clinic in about
two weeks.

PROBLEM LIST:
1.  Stage 3 rectal cancer, as above.
2.  Seizure disorder, last episode 1 1/2 years ago.
3.  History of rheumatic pains and fibromyalgia.
4.  History of a benign lung tumor removed by thoracotomy ten years
ago from the left side.
5.  Urinary retention.  He has a suprapubic catheter in place.

In any case, he will come to the clinic in two weeks and knows to
call if there are any problems.

_____
PEDRO M. SANZ-ALTAMIRA, M.D.

10828
DD: 04/25/2000
DT: 04/25/2000   11:14
Job#09543

ALLEN, NORMAN                023152            PEDRO M. SANZ-ALTAMIRA, M.D.

DISCHARGE SUMMARY - Page 2

cc: Astrid Peterson, M.D.
    David Farzan, M.D.
    Jonathan Mandell, M.D.
    Santos Shetty, M.D.
    Thomas Fazio, M.D.



**Lawrence General Hospital**

1 General Street
PO Box 189
Lawrence, MA 01842-0389
(978) 946-8115
(978) 946-8169 Fax

## ONCOLOGY REPORT

**NAME:** ALLEN, NORMAN G

**REFERR:** SANZ-ALTAMIRA, PE

**ADMIT:** 05/25/2000

**DOB:** 11/24/1947    **MR#:** 023152
**SEX:** M    **ACCT#:** 2583558
**MSV:** ONC    **PT:** B
**ROOM:** / -
**DISCH:** 5/25/00

### CLINICAL HISTORY:
This is a fifty-two year old man with stage III rectal cancer, undergoing post-operative chemotherapy and radiation. He became dehydrated following significant diarrhea with the combined radiation and chemotherapy treatment. We had to delay the chemotherapy and stop the radiation for a few days and he has been recently restarted. He is due to get two more weeks of the combined modality treatment and following that, he will have the last two cycles of 5FU chemotherapy. He continues to smoke heavily. The patient is now better than what he was two weeks ago.

### PAST MEDICAL HISTORY:
1. Stage III rectal cancer, as above.
2. Seizure disorder; last episode 1999.
3. History of rheumatic pains and fibromyalgia.
4. Alcoholism in the past.
5. History of benign lung tumor removed ten years ago.
6. Anxiety.

### REVIEW OF SYSTEMS:
Negative for mental changes, speech problems, shortness of breath or vomiting. He has a suprapubic catheter with urinary retention.

### PHYSICAL EXAMINATION:
Alert and oriented, pleasant gentleman, in no distress. Mental status normal. Speech normal.

VITAL SIGNS: Normal with a blood pressure of 96/67, pulse 86, respiratory rate 18, temperature 98 degrees. His weight is 136 lbs.

HEENT: Extraocular movements intact. No jaundice. No alopecia. Mouth clear. No sores.
NECK: Supple. No thyromegaly. No cervical, supraclavicular, or axillary adenopathy.
LUNGS: Significant for decreased breath sounds on both sides and scattered wheezes and crackles.
HEART: Regular. No murmurs.

Lawrence General Hospital

ALLEN, NORMAN G                                                    MR#: 023152

## ONCOLOGY REPORT

**PHYSICAL EXAMINATION:** (Continued)
ABDOMEN: Soft. Non-tender. The suprapubic catheter site does not appear infected or irritated. He has a well healed surgical scar. No organomegaly. Positive bowel sounds.
EXTREMITIES: No edema. No calf tenderness.

**LABORATORY DATA:**
White blood cell count 7.0, hematocrit 41.2%, MCV 94.6, platelet count 246,000, BUN 10, creatinine 0.7, sodium 140, potassium 4.2.

**IMPRESSION:**
Stage III (T3-N1) rectal cancer, undergoing chemotherapy and radiation. We plan to continue the treatments for now. I plan to have him back for follow-up in three weeks when he will be completely done, hopefully with the combined modality part of the protocol and we will recheck his electrolytes and blood counts. In any case, he knows to call should any problem develop again between now and then.


_____
Pedro M. Sanz-Altamira, M.D.


20831 / ON / br
DD: 05/25/2000 13:02
TT: 05/26/2000 11:41
CC:    David R. Farzan, M.D.
       Thomas L. Fazio, M.D.
       Liam J. Hurley, M.D.
       Jonathan D. Mandell, M.D.
       Astrid O. Peterson, M.D.

05/19/00 12:36:45    LGH HIS    artment->        9785213218  LGH I   th Info Svs.  Page 003

248596



**Lawrence General Hospital**

1 General Street
PO Box 189
Lawrence, MA 01842-0389
(978) 946-8115
(978) 946-8169 Fax

## ONCOLOGY REPORT

**NAME:** ALLEN, NORMAN G

**REFERR:** SANZ-ALTAMIRA, PE

**ADMIT:** 05/18/2000

**DOB:** 11/24/1947      **MR#:** 023152
**SEX:** M                        **ACCT#:** 2580039
**MSV:** MED               **PT:** B
**ROOM:** / -
**DISCH:**

**HISTORY OF PRESENT ILLNESS:** The patient is a 52-year-old man with locally advanced rectal cancer, Stage 3 (T3 N1 M0) who is undergoing postoperative chemotherapy and radiation. He had too many problems with nausea, vomiting, diarrhea, abdominal cramps, dehydration and was feeling really bad and we held both the chemotherapy and the radiation for a number of days. He had no radiation Thursday and Friday last week which, added to the weekend, gave him four days off. I also stopped the chemotherapy for a week. He has been getting a little bit better now, the stools have been more formed, and essentially his symptoms are otherwise gone. He continues to smoke heavily.

**REVIEW OF SYSTEMS:** Negative for mental status changes, speech problems. He has a suprapubic catheter with urinary retention. He has no nausea or vomiting.

**PAST MEDICAL HISTORY:**
1. Stage 3 rectal cancer, as above.
2. Significant lower gastrointestinal toxicity from 5FU and radiation, as above.
3. Seizure disorder, last episode in 1999.
4. History of rheumatic pains and fibromyalgia.
5. Alcoholism in the past.
6. Significant anxieties.
7. History of benign lung tumor removed 10 years ago.

**PHYSICAL EXAMINATION:**
GENERAL: Alert and oriented, thin, pleasant gentleman in no distress.
WEIGHT: 134 pounds which is 3 less than last time he was here.
VITAL SIGNS: Blood pressure 115/73. Respiratory rate 16. Pulse 86.
MENTAL STATUS: Normal.
SPEECH: Normal.
HEENT: Extra-ocular movements intact. No jaundice. No alopecia. Mouth: Clear. No sores.

05/19/00 12:37:13   LGH HIS   irtment->          9785213210  LGH f   th Info Svs.   Page 004

Lawrence General Hospital

**ALLEN, NORMAN G**                                              MR#: 023152

## ONCOLOGY REPORT

NECK: Supple. No thyromegaly. No cervical, supraclavicular, axillary adenopathy.
LUNGS: Clear bilaterally but he has decreased breath sounds on both sides which is baseline.
HEART: Regular.
ABDOMEN: Soft and nontender. The suprapubic catheter site does not appear infected or irritated. He has a well-healed surgical scar. No organomegaly. Hyperactive bowel sounds.
EXTREMITIES: No edema. No calf tenderness.

**LABORATORY STUDIES:** Sodium 138, potassium 4.2, creatinine 0.7, BUN 13, WBC 7.7, hematocrit 40.1%, MCV 91, platelet count 216,000. The differential is normal.

**IMPRESSION:** Rectal cancer with significant toxicity from chemotherapy and radiation with now significant improvement in his symptoms after giving him some time off. I plan to restart the chemotherapy now. He will hopefully be able to complete the second half of the part of the treatment that involves combined modality radiation and chemotherapy. I will see him for follow-up in a week and re-check the electrolytes just in case. He will continue his daily radiation which is expected to be completed some time in the middle of June. He knows to call should any problem develop anyway.


_____
Pedro M. Sanz-Altamira, M.D.

18141 / ON / kmm
DD: 05/18/2000 10:09
TT: 05/19/2000 12:22
CC:   David R. Farzan, M.D.
       Thomas L. Fazio, M.D.
       Liam J. Hurley, M.D.
       Jonathan D. Mandell, M.D.
       Astrid O. Peterson, M.D.

04/14/00 13:22:19    LGH HIS I    rtment→    9785213218  LG    ealth Info Sus.  Page 003

 **Lawrence General Hospital**

$248596$

1 General Street
PO Box 189
Lawrence, MA 01842-

(978) 946-8115
(978) 946-8169 Fax

## HEMATOLOGY/ONCOLOGY CONSULTATION

**NAME**: ALLEN, NORMAN G        **DOB**: 11/24/1947    **MR#**: 023152
                                 **SEX**: M           **ACCT#**: 2562420
**REFERR**: MANDELL, JONATHAN    **MSV**: SUR         **PT**: S
                                 **ROOM**: / -
**ADMIT**: 04/14/2000            **DISCH**:

**DATE OF CONSULTATION**: 04/13/00

Mr. Allen is a 52 -year-old gentleman with stage III rectal cancer undergoing postoperative chemotherapy as part of an overall plan of chemotherapy and radiation therapy. He had one out of six lymph nodes involved. He has gone through two cycles of 5-FU chemotherapy and is now due to get a porta cath to start a continuous infusion of 5-FU daily for 35 days as well as daily radiation therapy for the same period. The plan is to start these treatments towards the last week of April. He has been having weakness and difficulty sleeping but no pain or discomfort. He has had no GI toxicity. He still has a suprapubic catheter and has not been able to urinate appropriately yet.

**REVIEW OF SYSTEMS**: GU and GI as above. No mental changes, skin changes or other issues.

**PAST HISTORY:**
1. Stage 3 rectal cancer, T3 N1 M0 as above
2. Seizure disorder with the last episode one year ago
3. History of rheumatic pain and fibromyalgia
4. History of a benign lung tumor removed 10 years ago
5. History of alcoholism in the past
6. Suprapubic catheter for urinary retention

**PHYSICAL EXAMINATION**: This is an alert, oriented, thin, pleasant gentleman in no distress. His weight is 137½ lbs. which is stable. BP is 112/70, respiratory rate and pulse are normal. Temperature is 99.0, height is 5' 11". Mental status is normal, speech is normal. EOMs intact. There is no jaundice. Mouth is clear. There are no sores. Neck is supple. There is no thyromegaly. There is no adenopathy in the cervical, supraclavicular or axillary areas. Lungs clear bilaterally. There are decreased sounds on both sides which are unchanged. There is a regular heart without murmurs. Abdomen is soft and nontender. There is a well-healed surgical scar. There is a suprapubic catheter in place. The catheter site is OK. There is no tenderness; no organomegaly. There are positive bowel sounds. Extremities have no edema.

04/14/00 13:22:51    LGH HIS I    rtment->    9785213218 LG ealth Info Sus. Page 004

Lawrence General Hospital

**ALLEN, NORMAN G**                                                  MR#: 023152

<div align="center">

## CONSULTATION

</div>

**LAB STUDIES:** WBC 5.9, hematocrit 44%, platelet count 168; differential is unremarkable. Creatinine is 0.9, BUN 13, calcium 9, total protein 7, alkaline phosphatase 113, total bilirubin 0.3, AST 16, sodium 133, potassium 4.4.

**IMPRESSION:** Rectal cancer, stage 3, undergoing postoperative treatment. Will have him started on continuous infusion of 5-FU for 35 days in a row later in the month. Plan is to start on the 24th of April at dose of 225 mg per meter sq. daily which comes up to 400 mg total dose daily as a continuous infusion for 24 hours. This will be continued for 34 days and he will be receiving radiation for that same period of time. He will need a porta cath and I will consult Dr. Mandell or one of his associates to place it some time early next week so that he is ready for the Monday after. I will see him for follow-up in the clinic the first week of May.

pe                                      _____
                                        Pedro M. Sanz-Altamira, M.D.

5885 / CN / bjs
DD: 04/13/2000 09:30
TT: 04/14/2000 13:06

CC:    David R. Farzan, M.D.
       Jonathan D. Mandell, M.D.
       Astrid O. Peterson, M.D.

# ATTACHMENT C



MCMLXXV

STYLE OF   **IN RE:**
CASE :

**ESTATE OF NORMAN ALLEN**

PERTAIN TO :   **Norman Allen**

FROM :   **Pentucket Medical Associates (Medical Records)**
**(978) 521-3250**

DELIVER TO :   **Diane Cahalane**
**Lubin & Meyer, P.C.**
**100 City Hall Plaza**
**Boston, MA  02108**

CASE NO :

COURT :

Order No.   **01-28702-001**   

# PMA
## PENTUCKET MEDICAL
## ASSOCIATES

Date: _6/22/04_

_Luban & Meyer, P.C._
_100 City Hall Plaza_
_Boston, Ma 02108_

Dear Sir/Madam:

We are in receipt of your request for medical information on:

_Norman Allen_ DOB _11/24/47_

( ) The information you requested is enclosed.

(✓) The information requested is enclosed. **This information may not be copied or transferred to anyone other than the recipient noted above.**

( ) In order to comply with your request, a medical record release signed by the patient is required. Please send this release to my attention.

( ) It is the policy of this practice to require prepayment on all requests for medical records. We will be happy to comply with your request upon the receipt of $_____.

( ) Your request cannot be processed because we have been unable to locate a health record on this patient. Please contact us if you are still interested in obtaining this information.

( ) Your request cannot be processed because the authorization for release of information is not valid. Please ask the patient to contact us.

( ) Your request cannot be processed because the patient has denied the disclosure of medical information.

( ) Your request cannot be processed as the patient is deceased. We require a court-attested copy of the appointment of Executor or Administrator before we comply with this request.

( ) Other:

_____
_____
_____

If you have any questions, please call me at _537-8816_.

Sincerely,

_Yvzala_
Correspondence Secretary
Medical Records Department
**Pentucket Medical Associates**
4/03/03

# PCHI
COLLABORATION, INNOVATION — EXCELLENCE

*A member of Partners HealthCare System, Inc., PCHI is a network of physicians and hospitals founded by Massachusetts General Hospital and Brigham and Women's Hospital*

## P.A.A. Deceased Patient Form.

*Complete as much information as possible.*

Patient's Name: Norman Allen

DOB: 11-24-47                    DOD: 5-18-02

Address: 27 Bouque St          Laurence Mass

SS #: 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              PCP: Dr Saujan

Account # / Chart #: P-320899          248596

Completed By: KM, PW

Source Info:
    1.   Newspaper    ☐
    2.   Physician    ☐
    3.   Hospital/Nursing Home    ☐
    4.   Coding Staff/Business Office    ☐
    5.   Phone call from family or friend    ☑ Hospice nurse

Pink - Nurses' copy          Yellow - Chart Room          White - Patient Accounts

*[Handwritten notes:]*

NAME: Norman Allen
DATE: 9/27/99 CHART#: 248596
PCP: 
WT: 152 lbs  BP 102/72  T    P    R
ALLERGIES: NKDA
MEDS:
See profile.

09/27/1999
NORMAN ALLEN
CHART #248596

Medications, allergies and vital signs are reviewed.

The patient comes in for a physical examination.

PAST MEDICAL HISTORY:
1.    Seizure disorder.
2.    Chronic back and neck pain.
3.    Question if fibromyalgia.

PAST SURGICAL HISTORY:
1.    Inguinal hernia.
2.    Lung tumor, benign, removed in 1989.

MEDICATIONS:
1.    SALSALATE 750 mg, two tablets p.o. b.i.d.
2.    AMBIEN 10 mg p.o. q.h.s.
3.    EFFEXOR 75 mg p.o. q.d.
4.    AMITRIPTYLINE 10 mg p.o. q.h.s.
5.    ULTRAM 50 mg p.o. q 6 hours.
6.    DILANTIN 100 mg, five p.o. q.d.
7.    NEURONTIN 300 mg, one p.o. b.i.d.  He is followed by a neurologist.

ALLERGIES:         **No known allergies**.
CONTINUED:

248596

09/27/1999                                          CONTINUED:
NORMAN ALLEN
CHART #248596

SOCIAL HISTORY:        The patient smokes 3-4 packs a day. He quit drinking heavily two
years ago.

FAMILY HISTORY:        Positive for rectal cancer in father. Myocardial infarction in father
in his 60's. Negative for cerebrovascular accident or diabetes mellitus.

REVIEW OF SYSTEMS:    CARDIAC:    The patient denies chest pain, diaphoresis, dyspnea
on exertion, paroxysmal nocturnal dyspnea, peripheral edema or orthopnea. GI: The patient
denies nausea, vomiting, diarrhea, abdominal pain, irregularities of stool, hematochezia, melena
or any other gastrointestinal symptoms. GU: The patient denies dysuria, hematuria, frequency,
nocturia or any other difficulty with bladder function. NEUROLOGIC: The patient denies
numbness, weakness, difficulty with gait or balance, vision and has no radicular symptoms.
PULMONARY: Patient denies shortness of breath, cough, wheezing, congestion or any other
pulmonary symptoms. ENDOCRINE: Patient denies polydipsia, polyuria, weight gain, weight
loss, increase or decrease in activity or fatigue.

O:      HEENT: Scalp negative. Ears—Tympanic membranes and canals unremarkable. Eyes—
        Conjunctivae and eyelids unremarkable. Funduscopy normal. Mouth, tongue, pharynx
        and buccal mucosa normal. NECK: Supple without tenderness, masses or adenopathy.  ·
        CHEST: Chest wall unremarkable. Lungs clear to auscultation and percussion. No rales
        or adventitial lung sounds. Breath sounds normal in all areas. HEART: Normal size,
        shape and position with no gallops, rubs or murmurs. Regular sinus rhythm.
        ABDOMEN: Soft, bowel sounds positive. No tenderness, masses or organomegaly. No
        hernias or distention. Percussion normal. EXTREM: Symmetrical function. Hands
        unremarkable. Nail beds normal. Pulses good in hands and feet. No trophic changes.
        SPINE: Straight without deformity or tenderness. NEURO: Cranial nerves, gait and
        balance normal. No pathologic reflexes. Strength and sensation normal. Deep tendon
        reflexes symmetrical, oriented x3. Cranial nerves II-XII intact. Rectal with normal size
        prostate without nodules. No masses are noted. Hemoccult negative.

A&P:

1.      Family history of rectal cancer and a history of hematochezia. He has had hemorrhoids
        in the past, but at this point I have sent him to Gastroenterology for a barium and he
        probably will need a colonoscopy.
2.      Seizure disorder. He has been seizure-free for some time. It is possible this could be
        related to his alcohol use, but we he will continue to follow with the neurologist.
3.      Chronic back and neck pain. He says that some doctors think that he is depressed. He
        does note anhedonia and some spontaneous crying. At this point, I have increased his
        EFFEXOR from 75 mg to 150 mg. I will see him back in three weeks' time to see if this
        has made an effect.

                                                        David Farzan, M.D.

DF/tc1
D:      09/27/1999
T:      09/30/1999

**MICHAEL A. GIORGETTI, MD**

DEA No. _____

PENTUCKET MEDICAL ASSOCIATES

North Andover Office Park

203 Turnpike Street          North Andover, MA 01845          Tel. (978) 557-8800

Reg. # 11 24 47

Name _Naman Allen_          Date _2-22-02_

Address _____

**Rx**

# 60
(Sixty)

Oxycontin 20mg
1 po BID

_[signature]_ M.D.

Refills _None_

BG 3689383     Interchange is mandated unless the practitioner
writes the words "no substitution" in this space.

**SHOPPING LIST**

Dr Farzan
Norman is In
Terrible Pain - Back
Neck whole body, Sleeps
only 3-4 hrs a nite
Pain wakes him up
Eats 1 meal a day.
Please Cut his Stitches out
On Stomach, also needs
New Presciption for Dilantin
his wife
Ruth

Thomas L. Fazio, M.D.

**CONSULT**

*Norman Allen*
*11/24/47*
*978 725 5227*

DATE: *10/4/99*
WT: *150*
BP: *110/70*  AGE *51*
REASON FOR VISIT

FROM: *Dr Farzan*
RE: *Blood in stool*

ALLERGIES: *nka*

*Colon LGH 10/20, Fleet phosphosoda*
*prep info given to pt.*

MEDICATIONS: *Dilantin*
*Neurontin*
*amitriptyline*
*Ambien*

*more meds. - doesn't know names*
*Effexor*
*ULTRAM*
*Zoloft*

*V16.0*
*578.9*

10/04/1999
NORMAN ALLEN

This is a 51-year-old male that Dr. Farzan has asked me to see in consultation. He has noticed over the last 4 months small amounts of blood per rectum, often times associated with frequent bowel movements and relieved with Preparation H. Has recently had a problem with a feeling of incomplete bowel movement with some alternating diarrhea and constipation and some lower abdominal cramps. Denies any nausea or vomiting. Medications: As above. Allergies: As above. Smokes 2 to 4 packs of cigarettes per day. Alcohol: Negative. Weight: May be down about 10 lb.

PMH: Positive for seizures, question fibromyalgia. Used to see Dr. Kelly at Greater Lawrence Family Health Center, back and legs pains and benign lung tumor years ago.

FH: Positive for father with rectal cancer diagnosed in his 50s.

ROS: Positive for trouble sleeping, otherwise negative except for above.

PHYSICAL EXAMINATION: This is a 51-year-old well-developed, well-nourished male who is alert, cooperative, in NAD. Lungs: Clear to P&A. Heart: S1, S2 WNL; no thrills, rubs, gallops or murmurs. Abdomen: Soft, nontender without palpable masses; bowel sounds normal with no bruits.

IMPRESSION:    1.    Hematochezia with family history of colonic neoplasia.
              2.    History of seizure disorder.

CONTINUED:

10/04/1999
NORMAN ALLEN
PAGE 2

SUGGESTION: Will proceed with colonoscopy. Discussed risks, benefits, consequences and alternatives to the procedure and medications. Will get the lab that Dr. Farzan has done.

$c \beta \in$

Thomas L. Fazio, M.D.

TLF/STAT:bs
D: 10/04/99
T: 10/06/99
CC: Dr. Farzan

248596

| CLIENT | | PATIENT |
|---|---|---|
| PMA-NORTH ANDOVER<br>DR. FARZAN,DAVID<br>203 TURNPIKE ST.<br>N.ANDOVER, MA 01845<br><br>3642 | | ALLEN,NORMAN<br>27 BOURQUE ST<br><br>LAWRENCE, MA 01843<br>PHONE #: 603-382-3119 |

| AGE, DATE OF BIRTH | SEX |
|---|---|
| 54, 11/24/1947 | M |

| ACCESSION | DATE COLL. | REPORT STATUS | REPORT DATE | PATIENT ID |
|---|---|---|---|---|
| T3117766 | 04/04/2002<br>10:26AM | ** FINAL ** | 04/04/2002<br>3:31PM | P320899<br>5395317 |

Unless otherwise noted, test performed at Pentucket Med. Assoc. One Parkway
Haverhill, MA, 01830,  CLIA Number: 22D0071593. George F. Kwass, MD, Medical Director.

| Tests | Results | Reference Values | |
|---|---|---|---|
| **CBC with Differential** | | | |
| White Blood Count | 7.6 | *x1000/uL* | *4.5-11.0* |
| Red Blood Cell Count | 5.28 | *mil/uL* | *4.4-5.9* |
| Hemoglobin | 16.1 | *g/dL* | *13.5-17.5* |
| Hematocrit | 48.2 | *%* | *41.0-53.0* |
| MCV | 91 | *fL* | *80-100* |
| MCH | 31 | *pg* | *26-34* |
| MCHC | 34 | *g/dL* | *31-37* |
| Platelet Count | 282 | *x1000/uL* | *130-400* |
| Neutrophils | 67 | *%* | *45-70* |
| Lymphocytes | 22 | *%* | *20-44* |
| Monocytes | 8 | *%* | *2-12* |
| Eosinophils | 2 | *%* | *0-4* |
| Basophils | 1 | *%* | *0-2* |
| Neutrophils (#) | 5.1 | *x1000/uL* | *1.8-7.0* |
| Lymphocytes (#) | 1.7 | *x1000/uL* | *1.0-4.0* |
| Monocytes (#) | 0.6 | *x1000/uL* | *0-0.8* |
| Eosinophils (#) | 0.2 | *x1000/uL* | *0-0.45* |
| Basophils (#) | 0.1 | *x1000/uL* | *0-0.20* |
| RBC Morphology | NORM | | |
| **Hepatic Function Panel** | | | |
| Total Protein | 7.2 | *g/dL* | *6.2-8.3* |
| Albumin | 4.2 | *g/dL* | *3.4-5.2* |
| Bilirubin, Total | 0.3 | *mg/dL* | *0.0-1.4* |
| Bilirubin, Direct | 0.1 | *mg/dL* | *0.0-0.3* |
| Alkaline Phosphatase | 174    **H** | *U/L* | *0-125* |
| SGPT (ALT) | 38 | *U/L* | *0-50* |
| SGOT (AST) | 32 | *U/L* | *0-45* |

```
        *** FINAL REPORT FOR: ALLEN,NORMAN (T3117766) ***
```

*248596*

| CLIENT | PATIENT |
|---|---|
| PMA-NORTH ANDOVER<br>DR. FARZAN, DAVID<br>203 TURNPIKE ST.<br>N.ANDOVER, MA 01845<br><br>3642 | ALLEN, NORMAN<br>27 BOURQUE ST<br><br>LAWRENCE, MA 01843<br>PHONE #: 603-382-3119 |

| AGE, DATE OF BIRTH | SEX |
|---|---|
| 53,11/24/1947 | M |

| ACCESSION | DATE COLL. | REPORT STATUS | REPORT DATE | PATIENT ID |
|---|---|---|---|---|
| R6385656 | 10/16/2001<br>10:15AM | ** FINAL ** | 10/16/2001<br>3:31PM | P320899<br>4403618 |

| Tests | Results | | Reference Values |
|---|---|---|---|

**Unless otherwise noted, test performed at Pentucket Med. Assoc. One Parkway
Haverhill, MA, 01830, CLIA Number: 22D0071593. George F. Kwass, MD, Medical Director.**

| Dilantin | 8.4 | L | ug/mL | 10-20 |
|---|---|---|---|---|

**CBC with Differential**

| Test | Result | | Unit | Reference |
|---|---|---|---|---|
| White Blood Count | 6.2 | | x1000/uL | 4.5-11.0 |
| Red Blood Cell Count | 4.82 | | mil/uL | 4.4-5.9 |
| Hemoglobin | 15.5 | | g/dL | 13.5-17.5 |
| Hematocrit | 43.5 | | % | 41.0-53.0 |
| MCV | 90 | | fL | 80-100 |
| MCH | 32 | | pg | 26-34 |
| MCHC | 36 | | g/dL | 31-37 |
| Platelet Count | 242 | | x1000/uL | 130-400 |
| Neutrophils | 66 | | % | 45-70 |
| Lymphocytes | 22 | | % | 20-44 |
| Monocytes | 9 | | % | 2-12 |
| Eosinophils | 2 | | % | 0-4 |
| Basophils | 1 | | % | 0-2 |
| Neutrophils (#) | 4.1 | | x1000/uL | 1.8-7.0 |
| Lymphocytes (#) | 1.4 | | x1000/uL | 1.0-4.0 |
| Monocytes (#) | 0.6 | | x1000/uL | 0-0.8 |
| Eosinophils (#) | 0.1 | | x1000/uL | 0-0.45 |
| Basophils (#) | 0.1 | | x1000/uL | 0-0.20 |
| RBC Morphology | NORM | | | |

*** FINAL REPORT FOR: ALLEN,NORMAN (R6385656) ***



| CLIENT | PATIENT |
|---|---|
| PMA-NORTH ANDOVER<br>DR. FARZAN,DAVID<br>203 TURNPIKE ST.<br>N.ANDOVER, MA 01845<br><br>3642 | ALLEN,NORMAN<br><br>PHONE #: 978-725-5227 |

| AGE,DATE OF BIRTH | SEX |
|---|---|
| 52,11/24/1947 | M |

| ACCESSION | DATE COLL. | REPORT STATUS | REPORT DATE | PATIENT ID |
|---|---|---|---|---|
| O6808514 | 10/30/2000<br>11:17AM | ** FINAL ** | 10/30/2000<br>3:32PM | P320899<br>3479859 |

| **Tests** | **Results** | **Reference Values** |
|---|---|---|

**Unless otherwise noted, test performed at Pentucket Med. Assoc. Inc. Haverhill, MA.**
**CLIA Number: 22D0071593. George F. Kwass, MD, Medical Director.**

**\*\*\* COMMENT \*\*\***
3HR PC

**CBC with Differential**

| | | | | |
|---|---|---|---|---|
| White Blood Count | 6.9 | | x1000/uL | 4.5-11.0 |
| Red Blood Cell Count | 4.56 | | mil/uL | 4.4-5.9 |
| Hemoglobin | 14.8 | | g/dL | 13.5-17.5 |
| Hematocrit | 42.7 | | % | 41.0-53.0 |
| MCV | 94 | | fL | 80-100 |
| MCH | 33 | | pg | 26-34 |
| MCHC | 35 | | g/dL | 31-37 |
| Platelet Count | 242 | | x1000/uL | 130-400 |
| Neutrophils | 71 | H | % | 45-70 |
| Lymphocytes | 15 | L | % | 20-44 |
| Monocytes | 10 | | % | 2-12 |
| Eosinophils | 2 | | % | 0-4 |
| Basophils | 2 | | % | 0-2 |
| Neutrophils (#) | 4.9 | | x1000/uL | 1.8-7.0 |
| Lymphocytes (#) | 1.0 | | x1000/uL | 1.0-4.0 |
| Monocytes (#) | 0.7 | | x1000/uL | 0-0.8 |
| Eosinophils (#) | 0.1 | | x1000/uL | 0-0.45 |
| Basophils (#) | 0.1 | | x1000/uL | 0-0.20 |
| RBC Morphology | NORM | | | |

**Dilantin**        5.1        L        ug/mL        10-20

\*\*\* FINAL REPORT FOR: ALLEN,NORMAN (06808514) \*\*\*

*248596*

| CLIENT | | PATIENT |
|---|---|---|
| PMA-NORTH ANDOVER<br>DR. FARZAN,DAVID<br>203 TURNPIKE ST.<br>N.ANDOVER, MA 01845<br><br>3642 | | ALLEN,NORMAN<br><br>PHONE #: 978-725-5227 |

| | AGE,DATE OF BIRTH | SEX |
|---|---|---|
| | 52,11/24/1947 | M |

| ACCESSION | DATE COLL. | REPORT STATUS | REPORT DATE | PATIENT ID |
|---|---|---|---|---|
| N3038297 | 05/09/2000<br>10:41AM | ** FINAL ** | 05/09/2000<br>3:31PM | P320899<br>2556355 |

| Tests | Results | | Reference Values |
|---|---|---|---|

**Unless otherwise noted, test performed at Pentucket Med. Assoc. Inc. Haverhill, MA.**
**CLIA Number: 22D0071593**

| Dilantin | 10.9 | ug/mL | 10-20 |
|---|---|---|---|

**Hepatic Function Panel**

| Total Protein | 7.0 | g/dL | 6.2-8.3 |
|---|---|---|---|
| Albumin | 4.5 | g/dL | 3.4-5.2 |
| Bilirubin, Total | 0.2 | mg/dL | 0.0-1.4 |
| Bilirubin, Direct | 0.1 | mg/dL | 0.0-0.3 |
| Alkaline Phosphatase | 118 | U/L | 0-125 |
| SGPT (ALT) | 12 | U/L | 0-50 |
| SGOT (AST) | 17 | U/L | 0-45 |

                *** FINAL REPORT FOR: ALLEN,NORMAN (N3038297) ***



| CLIENT | | | PATIENT |
| --- | --- | --- | --- |
| PMA-NORTH ANDOVER<br>DR. FARZAN,DAVID<br>203 TU:NPIKE ST.<br>N.ANDOVER, MA 01845<br><br>3642 | | | ALLEN,NORMAN<br><br>PHONE #: 978-725-5227 |

| | AGE DATE OF BIRTH | SEX |
| --- | --- | --- |
| | 52,11/24/1947 | M |

| ACCESSION | DATE COLL. | REPORT STATUS | REPORT DATE | PATIENT ID |
| --- | --- | --- | --- | --- |
| M3953351 | 01/24/2000<br>10:12AM** FINAL **1:55PM2537595 | | 01/24/2000 | P320899 |

## Tests                 Results              Reference Values

**Unless otherwise noted, test performed at Pentucket Med. Assoc. Inc. Haverhill, MA.
CLIA Number: 22D0071593**

\*\*\* COMMENT \*\*\*
PRE=OP  2/11/00   DR.HURLEY,LIAM LGH

**Electrolytes**

| Test | Result | Units | Reference |
| --- | --- | --- | --- |
| Sodium | 140 | mEq/L | 134-146 |
| Potassium | 4.6 | mEq/L | 3.5-5.3 |
| Chloride, Serum | 101 | mEq/L | 96-110 |
| Carbon Dioxide | 29 | mEq/L | 21-31 |

**CBC with Differential**

| Test | Result | Units | Reference |
| --- | --- | --- | --- |
| White Blood Count | 8.1 | x1000/uL | 3.8-11.0 |
| Red Blood Cell Count | 5.03 | mil/uL | 4.4-5.9 |
| Hemoglobin | 15.0 | g/dL | 13.0-18.0 |
| Hematocrit | 45.6 | % | 40-52 |
| MCV | 91 | fL | 80-99 |
| MCH | 30 | pg | 26-34 |
| MCHC | 33 | g/dL | 32-36 |
| Platelet Count | 237 | x1000/uL | 130-400 |
| Neutrophils | 52 | % | 45-70 |
| Lymphocytes | 37 | % | 20-44 |
| Monocytes | 7 | % | 2-12 |
| Eosinophils | 2 | % | 0-4 |
| Basophils | 2 | % | 0-2 |
| Neutrophils (#) | 4.2 | x1000/uL | 1.8-7.0 |
| Lymphocytes (#) | 3.0 | x1000/uL | 1.0-4.0 |
| Monocytes (#) | 0.6 | x1000/uL | 0-0.8 |
| Eosinophils (#) | 0.2 | x1000/uL | 0-0.45 |
| Basophils (#) | 0.2 | x1000/uL | 0-0.20 |
| RBC Morphology | NORM | | |

| Test | Result | Units | Reference |
| --- | --- | --- | --- |
| **Glucose** | 83 | mg/dL | Fasting: 65-109 |

| Test | Result | Units | Reference |
| --- | --- | --- | --- |
| **PT** | 11.8 | sec | 10.8-12.8 |
| **INR** | 1.0 | | |

General Prophylaxis:          2.0-3.0
Mechanical Prosthetic Valve:  3.0-4.5

| Test | Result | Units | Reference |
| --- | --- | --- | --- |
| **PTT(Part Throm Time)** | 32.0 | sec | 25.0-35.0 |

\*\*\* FINAL REPORT FOR: ALLEN,NORMAN (M3953351) \*\*\*



| CLIENT | | | |
|---|---|---|---|
| PMA-NORTH ANDOVER<br>DR. FARZAN,DAVID<br>203 TURNPIKE ST.<br>N.ANDOVER, MA 01845<br><br>3642 | | | PATIENT<br>ALLEN,NORMAN<br><br>PHONE #: 978-725-5227 |

| | AGE,DATE OF BIRTH | SEX |
|---|---|---|
| | 52,11/24/1947 | M |

| ACCESSION | DATE COLL. | REPORT STATUS | REPORT DATE | PATIENT ID |
|---|---|---|---|---|
| M3033601 | 01/10/2000<br>10:20AM** | FINAL **3:32PM2595142 | 01/10/2000 | P320899 |

| Tests | Results | Reference Values |
|---|---|---|

**Unless otherwise noted, test performed at Pentucket Med. Assoc. Inc. Haverhill, MA.**
**CLIA Number: 22D0071593**

**Dilantin**                     10.2              ug/mL      10-20


                    *** FINAL REPORT FOR: ALLEN,NORMAN (M3033601) ***

2 2

248596



| | CLIENT |
|---|---|
| PMA-NORTH ANDOVER | |
| DR. WILLIAMSVALE, JANE | |
| 203 TURNPIKE ST. | |
| N.ANDOVER, MA 01845 | |
| 3642 | |

| PATIENT |
|---|
| ALLEN, NORMAN |
| PHONE #: 978-725-5227 |

| AGE/DATE OF BIRTH | SEX |
|---|---|
| 51,11/24/1947 | M |

70

| ACCESSION | DATE COLL | REPORT STATUS | REPORT DATE | PATIENT ID |
|---|---|---|---|---|
| L7504225 | 10/29/1999 7:50AM** FINAL **3:31PM112702 | | 10/29/1999 | P320899 |

Lab/Test Reviewed

MD Initials / Date

| Tests | Results | | Reference Values |
|---|---|---|---|

Notify Patient:
YES ___ NO ___

**Unless otherwise noted, test performed at Pentucket Med. Assoc. Inc. Haverhill, MA.**
  **CLIA Number: 22D0071593**

*** COMMENT ***
Send Copy to: DR MANDELL

Letter Sent:
OA   11/3/05
Initials   Date

**Electrolytes**

| | | | |
|---|---|---|---|
| Sodium | 139 | | $mEq/L$ | 134-146 |
| Potassium | 3.9 | | $mEq/L$ | 3.5-5.3 |
| Chloride, Serum | 100 | | $mEq/L$ | 96-110 |
| Carbon Dioxide | 28 | | $mEq/L$ | 21-31 |

**CBC with Differential**

| | | | | |
|---|---|---|---|---|
| White Blood Count | 11.3 | H | $x1000/uL$ | 3.8-11.0 |
| Red Blood Cell Count | 4.64 | | $mil/uL$ | 4.4-5.9 |
| Hemoglobin | 14.6 | | $g/dL$ | 13.0-18.0 |
| Hematocrit | 41.5 | | % | 40-52 |
| MCV | 89 | | $fL$ | 80-99 |
| MCH | 32 | | $pg$ | 26-34 |
| MCHC | 35 | | $g/dL$ | 32-36 |
| Platelet Count | 200 | | $x1000/uL$ | 130-400 |
| Neutrophils | 79 | H | % | 45-70 |
| Lymphocytes | 15 | L | % | 20-44 |
| Monocytes | 5 | | % | 2-12 |
| Eosinophils | 0 | | % | 0-4 |
| Basophils | 1 | | % | 0-2 |
| Neutrophils (#) | 8.9 | H | $x1000/uL$ | 1.8-7.0 |
| Lymphocytes (#) | 1.7 | | $x1000/uL$ | 1.0-4.0 |
| Monocytes (#) | 0.6 | | $x1000/uL$ | 0-0.8 |
| Basophils (#) | 0.1 | | $x1000/uL$ | 0-0.20 |
| RBC Morphology | NORM | | | |

| | | | |
|---|---|---|---|
| **CEA** | 3.5 | $ng/mL$ | 0-5.0 |

| | | | |
|---|---|---|---|
| **PT** | 11.8 | $sec$ | 10.8-12.8 |
| INR | 1.0 | | |

General Prophylaxis:            2.0-3.0
  Mechanical Prosthetic Valve:  3.0-4.5

| | | | |
|---|---|---|---|
| **PTT(Part Throm Time)** | 32.7 | $sec$ | 25.0-35.0 |

*** FINAL REPORT FOR: ALLEN,NORMAN (L7504225) ***

*Dr. Fazio*

REPRINT CLIENT
PMA-NORTH ANDOVER
DR. FARZAN,DAVID
203 TURNPIKE ST.
N.ANDOVER, MA 01845

3642

PATIENT
ALLEN,NORMAN

PHONE #: 978-725-5227

| AGE,DATE OF BIRTH | SEX |
|---|---|
| 51,11/24/1947 | M |

| ACCESSION | DATE COLL. | REPORT STATUS | REPORT DATE | PATIENT ID |
|---|---|---|---|---|
| L6072577 | 09/27/1999 10:11AM | ** FINAL ** | 10/05/1999 9:41AM | P320899 103413 |

## Tests                     Results                   Reference Values

**Unless otherwise noted, test performed at Pentucket Med. Assoc. Inc. Haverhill, MA.**
**CLIA Number: 22D0071593**

**CBC with Differential**

| Test | Result | Units | Reference |
|---|---|---|---|
| White Blood Count | 9.5 | x1000/uL | 3.8-11.0 |
| Red Blood Cell Count | 5.01 | mil/uL | 4.4-5.9 |
| Hemoglobin | 15.7 | g/dL | 13.0-18.0 |
| Hematocrit | 44.9 | % | 40-52 |
| MCV | 90 | fL | 80-99 |
| MCH | 31 | pg | 26-34 |
| MCHC | 35 | g/dL | 32-36 |
| Platelet Count | 215 | x1000/uL | 130-400 |
| Neutrophils | 66 | % | 45-70 |
| Lymphocytes | 26 | % | 20-44 |
| Monocytes | 6 | % | 2-12 |
| Eosinophils | 1 | % | 0-4 |
| Basophils | 1 | % | 0-2 |
| Neutrophils (#) | 6.3 | x1000/uL | 1.8-7.0 |
| Lymphocytes (#) | 2.5 | x1000/uL | 1.0-4.0 |
| Monocytes (#) | 0.6 | x1000/uL | 0-0.8 |
| Eosinophils (#) | 0.1 | x1000/uL | 0-0.45 |
| Basophils (#) | 0.1 | x1000/uL | 0-0.20 |
| RBC Morphology | NORM | | |

**Cardiac Risk/Lipid Profile**

| Test | Result | | Units | Reference |
|---|---|---|---|---|
| Cholesterol, Total | 269 | H | mg/dL | <200 |
| Triglycerides | 81 | | mg/dL | Fasting: <200 |
| Cholesterol, HDL (Direct) | 48 | | mg/dL | >35 |
| Cholesterol, LDL (Calculated) | 205 | | mg/dL | |
| | Without CHD | <2 risk factors | | <160 mg/dL |
| | Without CHD | 2 or more | | <130 mg/dL |
| | With CHD | | | <100 mg/dL |
| Chol/HDL Ratio | 5.6 | H | | <4.97 |
| LDL/HDL Ratio | 4.3 | H | | <3.55 |

| Test | Result | Units | Reference |
|---|---|---|---|
| **Prostate Specific Antigen** | 0.3 | ng/mL | 0-4.0 |
| **Glucose** | 89 | mg/dL | Fasting: 65-109 |

*** FINAL REPORT FOR: ALLEN,NORMAN (L6072577) ***



**CLIENT**
PMA-NORTH ANDOVER
DR. FARZAN,DAVID
203 TURNPIKE ST.
N.ANDOVER, MA 01845

3642

**PATIENT**
ALLEN,NORMAN

PHONE #: 978-725-5227

**AGE DATE OF BIRTH**  **SEX**
51,11/24/1947   M

**ACCESSION**  **DATE COLL**  **REPORT STATUS**  **REPORT DATE**  **PATIENT ID**
L6072577   09/27/1999   ** FINAL **   09/28/1999   P320899
            10:11AM**      0:08AM103413

| Tests | Results | Reference Values |
|---|---|---|

Unless otherwise noted, test performed at Pentucket Med. Assoc. Inc. Haverhill, MA.
CLIA Number: 22D0071593

**CBC with Differential**

| Test | Result | Unit | Reference |
|---|---|---|---|
| White Blood Count | 9.5 | x1000/uL | 3.8-11.0 |
| Red Blood Cell Count | 5.01 | mil/uL | 4.4-5.9 |
| Hemoglobin | 15.7 | g/dL | 13.0-18.0 |
| Hematocrit | 44.9 | % | 40-52 |
| MCV | 90 | fL | 80-99 |
| MCH | 31 | pg | 26-34 |
| MCHC | 35 | g/dL | 32-36 |
| Platelet Count | 215 | x1000/uL | 130-400 |
| Neutrophils | 66 | % | 45-70 |
| Lymphocytes | 26 | % | 20-44 |
| Monocytes | 6 | % | 2-12 |
| Eosinophils | 1 | % | 0-4 |
| Basophils | 1 | % | 0-2 |
| Neutrophils (#) | 6.3 | x1000/uL | 1.8-7.0 |
| Lymphocytes (#) | 2.5 | x1000/uL | 1.0-4.0 |
| Monocytes (#) | 0.6 | x1000/uL | 0-0.8 |
| Eosinophils (#) | 0.1 | x1000/uL | 0-0.45 |
| Basophils (#) | 0.1 | x1000/uL | 0-0.20 |
| RBC Morphology | NORM | | |

**Cardiac Risk/Lipid Profile**

| Test | Result | | Unit | Reference |
|---|---|---|---|---|
| Cholesterol, Total | 269 | H | mg/dL | <200 |
| Triglycerides | 81 | | mg/dL | Fasting: <200 |
| Cholesterol, HDL (Direct) | 48 | | mg/dL | >35 |
| Cholesterol, LDL (Calculated) | 205 | | mg/dL | |

        Without CHD      <2 risk factors      <160 mg/dL

        Without CHD      2 or more      <130 mg/dL

        With CHD      <100 mg/dL

| Test | Result | | Reference |
|---|---|---|---|
| Chol/HDL Ratio | 5.6 | H | <4.97 |
| LDL/HDL Ratio | 4.3 | H | <3 |

**Prostate Specific Antigen**   0.3   ng/mL   0-4.0

**Glucose**   89   mg/dL   Fasting: 70-109

*** FINAL REPORT FOR: ALLEN,NORMAN (L6072577) ***

Lab/Test Reviewed

Letter Sent:

| To: | Pentucket | From: | LGH Health Info Svs. |
|---|---|---|---|
| Fax Number: | 9,5565744 | Subject: | 765*CN*347796 |
| Date: | 12/17/1999 | Pages: | 5 |
| Time: | 12:43:16 PM | | |

## CONFIDENTIAL NOTICE

This Transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is  privileged, confidential, or exempt from disclosure under applicable law.  Unauthorized dissemination, distribution, or copying of any of the information contained in this transmission is strictly prohibited.

If you have received this transmission in error, please notify the        **Health Information Services Department immediately.**

### (978) 946-8115

LANIER Cqusnce™ Transcription Fax Services

all Pentucketay,Gemis,Mandell,Twomey,Walker

NAME: *Norman Allen*
DATE: *1-10-00*    CHART#: *248596*
PCP: *SS*    DOB: *11-24-47*
WT: ___    BP *90/64* T    P    R
ALLERGIES: *NKDA*
MEDS: — *See list & Percocet*

*Personal*
*Cancer: Monded*
*Chemo  Sanz*
*Urinary retent*
*Hurly*
*Hyper*
*Diabetic 700*
*5/02*

*Seizure*
*Not young*
*D. but*

*Down*
*DF fever or Myby*
*My Dad*

01/10/2000
NORMAN ALLEN
CHART #

Medications, allergies and vital signs are reviewed.

The patient comes in for a follow-up.

ROS:   Cardiac, pulmonary and gastrointestinal otherwise within normal limits.

O:    HEENT exam shows pupils equal, round and reactive to light, extraocular movements are
       intact. Heart: Regular rate and rhythm. Lungs: Clear to auscultation bilaterally.
       Abdomen: Abdominal scar is slightly tender. Soft. Bowel sounds are positive. No
       hepatosplenomegaly. Extremities showed no peripheral edema.

A&P:

1.     Urinary retention. He continues to see Dr. Hurley for this and will continue to follow
       with him. They are unsure why he has had this problem still post surgery, but it may be
       related to the surgery.
2.     Colon cancer. He has an appointment with Dr. Sanz and a referral is made for this. We
       will continue to follow him. I have asked him to discontinue his pain medications, which
       apparently he is taking to help him to sleep.

CONTINUED:

01/10/2000                                          CONTINUED:
NORMAN ALLEN
CHART #

3.  Insomnia. He has a history of heavy alcoholism, which obviously is a factor. AMBIEN
    didn't help him, so we will try SONATA 10 mg p.o. q.d. I have asked him to stop his
    PERCOCET, as this may be aggravating him. It has been going on for approximately
    two years.

4.  Depression. He has discontinued his EFFEXOR and AMITRIPTYLINE because they do
    not do anything for him.

5.  Seizure disorder. He discontinued his NEURONTIN on his own, but he has not had a
    seizure for several years. He is on DILANTIN 100 mg tablets, five daily, so we will
    check a DILANTIN level on him. I have advised him not to drive particularly as he has
    discontinued his NEURONTIN. He absolutely refuses to take it because he does not trust
    the doctors who put him on it and the diagnosis did sound somewhat dubious.

6.  Status-post colon resection. He has a follow-up appointment with Dr. Mandell. He
    seems to be doing well. I will see him back if I can be of help.

                                                    David Farzan, M.D.

DF/STAT/tc
D:    01/10/2000
T:    01/13/2000

Norman Allen
1-2500 · I.C. res. # for rad. therapy. given MH.
auth # x30 sits per Dr Huff RN

Norman Allen
ipff/00            248596
If             11-24-99
100/70
PEDM
Utanita
Sonata

Pre op Dr Hurley  Date of
surg. 2/11/01

PRE -29

3

248597

01/24/2000
NORMAN ALLEN
CHART # 248596

Medications, allergies, and vital signs are reviewed.

The patient comes in for a pre-op physical.

O:    HEENT, heart, lungs, abdomen, and extremities found to be within normal limits.  See separate
      pre op blood work and EKG and chest x-ray as per recommendation of Dr. Hurley.  I'll see him
      back if I can be of help.

                                                                    David Farzan, M.D.

DF/tc/rr
D:    01/24/00
T:    01/25/00

NAME: *Norman Allen*
DATE: 4/5/200  CHART#: 248596
PCP: DF    DOB: 11/24/47
WT:    BP 00/18
ALLERGIES: nka
MEDS: Dilantin    Tylenol #3
      Diazepam
      ? Bactrim

*cloanxiety attacks*

04/05/2000
NORMAN ALLEN
CHART # 248596

Medications, allergies, and vital signs are reviewed.

The patient comes in for anhedonia, insomnia, and anxiety attacks. It's been going on for months.

ROS:  Cardiac, pulmonary, and GI otherwise within normal limits.

O:  HEENT exam shows PERRL, EOMI. Heart: Regular rate and rhythm. Lungs: Clear to auscultation bilaterally. Abdomen: Soft. Bowel sounds are positive. No hepatosplenomegaly. Extremities showed no peripheral edema.

A:  Insomnia/anxiety/depression.

P:  Paxil, 20 mg p.o. q.d. Follow up in 3 weeks time.

David Farzan, M.D.

DF/tc/rr
D:    04/05/00
T:    04/06/00

*4-13-00 received called from the Nurdilles re. Dilantin level 33.7*
*Dr. Farzan aware*

NAME: Norman Allen
DATE: 4-26-00   CHART#: 248596
POP: DF         DOB: 11/24/47
WT:        BP:        T        P        R
ALLERGIES:
MEDS:

NAME: *Norman Allen*
DATE: *5/9/00* CHART#: *248596*
PCP:
WT:
ALLERGIES: *Paxil*
MEDS:
*Pre-profile*

[handwritten clinical notes]

5/09/2000
NORMAN ALLEN
248596

Medications, allergies and vital signs are reviewed.

Patient comes in for multiple problems.

ROS: Cardiac, pulmonary, and GI otherwise within normal limits.

O: HEENT exam shows PERRL, EOMI. Heart: Regular rate and rhythm. Lungs: Clear to auscultation bilaterally. Abdomen: Soft. Bowel sounds are positive. No hepatosplenomegaly. Extremities showed no peripheral edema.

A&P: 1. Insomnia. He notes generalized insomnia with difficulty falling asleep. He has Valium, which does not do him any good. **He stopped Paxil because he is allergic to it.** He thought Celebrex was a sleeping pill, which he says does not work for this. At this point, I have trazodone 50 mg p.o. q.d.

2. Elevated Dilantin level and seizure disorder. He saw Dr. Mandell, who told him his dilantin level was a little bit high. He notes some ataxia. He decreased his Dilantin from 500 mg a day to 400 mg a day, but the ataxia has not resolved. We will check a Dilantin level on him.

CONTINUED

7

5/09/2000
NORMAN ALLEN
248596
Page 2

3.  Ataxia. He has had a history of cancer, so I have done an MRI on his head to make sure there are no abnormalities there.
4.  Stone in bladder. Dr. Hurley cannot seem to remove his catheter because the stone is adherent to it, so he is going to continue to follow with Dr. Hurley.
5.  Status post colon cancer. He continues to follow with his oncologist.
6.  Chronic neck and back pain. He cannot take Celebrex, so I have recommended no particular medication for this, but talked to him at length about this as well as physical therapy exercises.

David Farzan, M.D.

DF/kj
D: 5/09/2000
T: 5/12/2000

5-22-00  Pcc approval # given for LGH Paid Clinic
Dr. Sands oncology X 6 visits DFK/Dr. KPD

8

*[handwritten notes]*

NAME: Norman Allen    CHART#: 248596
DATE: 7/3/00
PCP:
WT:    BP 92/62 T    P
ALLERGIES: Partil
MEDS: See list

*[handwritten clinical notes]*

7/03/2000
NORMAN ALLEN
248596

Medications, allergies and vital signs are reviewed.

Patient comes in for a follow-up. He notes that he has severe trouble sleeping. He also says his bladder stone is improving. His ataxia is improving as well. He could not get the MRI that was ordered because of the catheter in his chest. He is doing better on lower doses of Dilantin from the ataxia. He also continues to follow-up for a seizure disorder.

ROS:    Cardiac, pulmonary, and GI otherwise within normal limits.

O:    HEENT exam shows PERRL, EOMI. Heart: Regular rate and rhythm. Lungs: Clear to auscultation bilaterally. Abdomen: Soft. Bowel sounds are positive. No hepatosplenomegaly. Extremities showed no peripheral edema.

A&P:    1.    Severe insomnia. Increase trazodone from 50 mg to 100 mg tablet at nighttime.
2.    Bladder stone. This is resolved. He will continue to follow with urology.
3.    Ataxia. Complete neurologic examination is intact and nonfocal at this time; so at this point, I will recommend that he get an MRI at some point when his catheter is out of his chest.

CONTINUED

7/03/2000
NORMAN ALLEN
248596
Page 2

4.   Colon cancer. He is going to undergo another bout of chemotherapy and
     continues to follow with Dr. Sanz.

5.   Seizure disorder. I have again recommended that he does not drive. He
     understands this and says he will not.

David Farzan, M.D.

DF/kj
D:  7/03/2000
T:  7/06/2000

NAME: *Norman Allen* (handwritten)
DATE: 10/30/00  CHART#: 248596
PCP: *(illegible)*  DOB: 11-24-41
WT: *(illegible)*  BP  97²  100/70
ALLERGIES: Zoloft
MEDS: Dilantin, trazadone, Diazepam

Pt states Dr. Mendell referred him to Dr. Farzan for scheduling of colonoscopy

*(handwritten notes)*
Ataxia   Resolved                    Fibromyalgia
                                      Polymyositis
Seizure                               Pred
         Dilantin 400
            No MRI - Catheter in Chest

10/30/2000
NORMAN ALLEN
248596

Medications, allergies, and vital signs are reviewed.

Patient comes in for complaints of aches and pains throughout his entire body. He says his back hurts, his legs and arms hurt. He has fibromyalgia.

ROS:   Cardiac, pulmonary, and GI otherwise within normal limits.

O:     HEENT exam shows PERRL, EOMI. Heart: Regular rate and rhythm. Lungs: Clear to auscultation bilaterally. Abdomen: Soft. Bowel sounds are positive. No hepatosplenomegaly. Extremities showed no peripheral edema.

A&P: 1.   Fibromyalgia. He may even have polymyalgia rheumatica, so I have given him a course of prednisone 40 mg p.o. q.d. to try for 2 weeks to see if this does help his symptoms.
     2.   Ataxia. This is resolving. Cannot get an MRI again because he has a catheter in his chest. Since he is doing well, I have recommended no treatment for it. He dropped his Dilantin level to 400 mg at the suggestion of his neurologist, which may also be helping him.

                                                      CONTINUED

Ref. Dr. Farzan
Allergies: Papil

Norman Allen P320899
11-24-47
978-725-5227
Int: MH

Meds: see med list.

10/30/00   Dr: Hx Colon Ca
F/u Colon sched. at LGH 11/16, Fleet phosphosoda
prep info mailed to pt. No visit prior to exam.
No referral or auth nec. Abalerno HF

X

Norman Allen

248596

DATE: 11-20-00 CHART#

PCP: DF DOB:

BP: /11 /70

ALLERGIES: Paxil

MEDS:

See profile.

F/U Dilantin level

Colonoscopy last

c/o CA

11/20/2000
NORMAN ALLEN
248596

Medications, allergies, and vital signs are reviewed.

Patient comes in for follow-up of his neck and back. He says the prednisone really helped him a lot, so he may have polymyalgia rheumatica. He is again warned not to drive.

ROS: Cardiac, pulmonary, and GI otherwise within normal limits.

O: HEENT exam shows PERRL, EOMI. Heart: Regular rate and rhythm. Lungs: Clear to auscultation bilaterally. Abdomen: Soft. Bowel sounds are positive. No hepatosplenomegaly. Extremities showed no peripheral edema.

A&P:

1. Seizure disorder. Dilantin level is low, but does not want to take any more of it because it makes him wobbly and ataxic, so at this point, I recommended he stop driving. He accepts the risk of having a seizure.
2. PMR. Since prednisone helped him, and he is off it, I recommended a trial of this from time to time when he gets bad.
3. Colon cancer. He had a colonoscopy, which was normal. I will see him back on a 3-6 month basis.

David Farzan, M.D.

DF/tc4
D: 11/20/2000
T: 11/28/2000

0/30/2000
NORMAN ALLEN
248596
Page 2

3.    Seizure disorder. Check Dilantin level on him. He has had no further seizures,
      but I have advised him not to drive.
4.    Status post colon cancer. He needs a colonoscopy and is referred for this

David Farzan, M.D.

DF/tc4
D:  10/30/2000
T:  11/04/2000

14

NORMAN allen

**NAME:**
**DATE:** 3.16.01  **CHART#:** 248596
**PCP:** Db.  **DOB:** 11.24.47
**WT:**  **BP** 122/70 T 98.4  R
**ALLERGIES:** Paxil

unot able to sleep.

Morton taken in sleep
& keeps sleep ×2 hem
still not rested Ø snoring
Hx FAN chan
USS-AF
Vin: RRS m

RRS left B.S
ext: 3 edn

T         Hent: NL

① Insomnia
        smoke Ø help
        Valium help but oly at 20y
        Trazodone Ø help at 100y
        Dihane 30y
        CPE recomet

② Colon CA & followup
    by Dr. Madd + Smly

15

NAME: Norman Allen
DATE: 5-16-01   CHART:
PCP:              DOB:
WT:        BP        T    P    R
ALLERGIES:

NAME: *Norman allen*

DATE: 10/16/01 CHART#: 248576

PCP: *Dr*    DOB: 11/24/1947

WT:    BP    T    P    R

ALLERGIES: *Percocet*

*? Pain medicine*

Teds: _____ see med list (reviewed)
_____
_____
_____

Walk in Visit _____

oc Hx: smoker    yes    no _____

History _____

*c/o Neck & Back pain*

ROS _____ *OR BILATERAL AS APPROPRIATE*

| CONSTITUTIONAL | HEENT | RESPIRATORY | | | CARDIOVASCULAR | | | GASTROINTESTINAL | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Y | N | | Y | N | | Y | N |
| normal | normal | normal | | | normal | | | normal | | |
| | otalgia | cough | | | chest pain | | | nausea | | |
| chills | ear discharge | wheezing | | | with exertion | | | vomiting | | |
| thirsts | eye redness | sputum | | | edema | | | diarrhea | | |
| myalgia | eye discharge | hx of asthma | | | diaphoresis | | | constipation | | |
| weight loss | sore throat | hemoptosis | | | orthopnea | | | hematochezia | | |
| headache | rhinorrhea | dyspnea | | | PND | | | melena | | |
| neck stiffness | congestion | | | | syncope | | | | | |
| rash | purulent nas dschrg | | | | | | | | | |

Physical Exam _____ *OR BILATERAL AS APPROPRIATE*

| CONSTITUTIONAL | HEENT | RESPIRATORY | | | CARDIOVASCULAR | | | ABDOMEN | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Y | N | | Y | N | | Y | N |
| normal | normal | normal | | | normal | | | normal | | |
| pale | membrane dry | wheezing | | | murmur | | | increase BS | | |
| cyanosis | enlarged tonsil | rhonchi | | | tachycardia | | | decreased BS | | |
| acute distress | pharynx erythema | prolonged expiration | | | poor perfusion | | | tenderness | | |
| OTHER | TM loss of landmarks | retractions | | | | | | enlarged liver | | |
| | middle ear fluid | diminished sounds | | | ant cerv LA | | | enlarged spleen | | |
| | ear dschrg / cervth | bronchial sound | | | post cerv LA | | | inguinal adenopathy | | |
| | rhinorrhea | | | | supraclavicular LA | | | rebound | | |
| | sinus tenderness | | | | stiffness | | | | | |
| | purulent nasal dschrg | | | | meningismus | | | | | |

AP ① *Back & Neck pain    Vicodin ES gld*

② *Colon Ca told to go for scheduled (elected) refused*

*Consider Zanflex 4mg hs*

_____ Call _____ Go to ER _____

follow up in ____ days ___ **3** week(s) or if sx worsen    if not resolved in _____    PRN    with PCP

side effects and interactions of medicines reviewed with patient

David R. Farzan, M.D.

17

NAME: _Dorran Sill H_
DATE: _11/26/01_  CHART#: _____
PCP: _____  DOB: _11/24/47_
WT: _____  BP _90/60_  T  P  R
ALLERGIES: _Paxil_

Meds: _____  □ see med list (reviewed)
_____
_____
_____

_Flu for injection — advd?_

□ Walk in Visit_____
Soc Hx: smoker   yes   no  _____

History  _C/o bad  pain - spasm_
_c/o Depress  etc_
_① spasm  ② ??? ③ dental ._

## ROS  *INDICATE RIGHT, LEFT OR BILATERAL AS APPROPRIATE*

| CONSTITUTIONAL | | HEENT | | RESPIRATORY | | GASTROINTESTINAL | | CARDIOVASCULAR | |
|---|---|---|---|---|---|---|---|---|---|
| Y | N | Y | N | Y | N | Y | N | Y | N |
| normal | | normal | | normal | | normal | | normal | |
| fever/chxs | | otalgia | | cough | | vomiting | | chest pain | |
| chills | | ear discharge | | wheezing | | diarrhea | | with exertion | |
| fatigue | | eye redness | | sputum | | constipation | | edema | |
| malgia | | eye discharge | | hx of asthma | | abdominal pain | | diaphoresis | |
| weight loss | | congestion | | fam hx asthma | | cramps | | orthopnea | |
| headache | | rhinorrhea | | dyspnea | | | | syncope | |
| neck stiffness | | sore throat | | | | | | | |
| rash | | | | | | | | | |

## Physical Exam  *INDICATE RIGHT, LEFT OR BILATERAL AS APPROPRIATE*

| CONSTITUTIONAL | | HEENT | | RESPIRATORY | | CARDIOVASCULAR | | ABDOMEN | |
|---|---|---|---|---|---|---|---|---|---|
| Y | N | Y | N | Y | N | Y | N | Y | N |
| normal | | normal | | normal | | normal | | normal | |
| pale | | membranes dry | | wheezing | | murmur | | increase BS | |
| cyanosis | | enlarged tonsil | | rhonchi | | tachycardia | | decreased BS | |
| poor skin turgor | | pharynx exud/erythe | | stridor | | dimin pulses | | tenderness | |
| OTHER | | TM loss of landmarks | | prolonged expiration | | poor perfusion | | enlarged liver | |
| _Tenb_ | | sinus tenderness | | retractions | | Neck | | enlarged spleens | |
| _pharyngx_ | | rhinorrhea | | diminished sounds | | ant cerv LA | | inguinal adenopathy | |
| _m ℞_ | | nasal discharge | | bronchial sound | | post cerv LA | | rebound | |
| | | TM erythema/fluid | | supraclavicular LA | | stiffness | | | |
| | | conj discharge/erythe | | | | meningismus | | | |

A/P  _Dyspnea ___ 2 wks ??? 1/2 10 ?_
_well tol  spasm ; L maybe 2y ??? ?_

If sx worsen  □ Call  □ return to clinic  □ Go to ER  _____

Follow Up  in __10__ day(s)  ____ week(s)  if sx worsen  PRN  with PCP

Side effects and interactions of medicines reviewed with patient

David R. Farzan, M.D.

NAME: _Norman Allen_
DATE: _12/10/01_  CHART#: _248596_
PCP: _Farzan_  DOB: _11/24/47_
WT: ___  BP _104/78_  T ___ P ___ R ___
ALLERGIES: _Paxil → Rash_

Meds: _____ see med list (reviewed)
_____
_____
☐ Walk in Visit _____
Soc Hx: smoker  yes  no _____

History _____

**ROS** *INDICATE PERTINENT(S) OR BILATERAL AS APPROPRIATE*

| CONSTITUTIONAL | | HEENT | | RESPIRATORY | | | | CARDIOVASCULAR | | | GASTROINTESTINAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Y | N | | | Y | N | | Y | N |
| | normal | | normal | | ☐ | ☐ | normal | | ☐ | ☐ | normal | ☐ | ☐ | normal |
| | fever/chills | | otalgia | | ☐ | ☐ | cough | | ☐ | ☐ | chest pain | ☐ | ☐ | nausea |
| | chills | | ear discharge | | ☐ | ☐ | wheezing | | ☐ | ☐ | with exertion | ☐ | ☐ | vomiting |
| | fatigue | | eye redness | | ☐ | ☐ | sputum | | ☐ | ☐ | edema | ☐ | ☐ | diarrhea |
| | myalgia | | eye discharge | | ☐ | ☐ | hx of asthma | | ☐ | ☐ | diaphoresis | ☐ | ☐ | constipation |
| | weight loss | | sore throat | | ☐ | ☐ | hemoptysis | | ☐ | ☐ | orthopnea | ☐ | ☐ | hematochezia |
| | headache | | rhinorrhea | | | | dyspnea | | | | PND | | | melena |
| | neck stiffness | | congestion | | | | | | ☐ | ☐ | syncope | ☐ | ☐ | |
| | rash | | purulent nas dschrg | | | | | | | | | | | |

**Physical Exam** *INDICATE RIGHT, LEFT OR BILATERAL AS APPROPRIATE*

| CONSTITUTIONAL | | HEENT | | RESPIRATORY | | | | CARDIOVASCULAR | | | ABDOMEN | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Y | N | | | Y | N | | Y | N |
| | well/ill | | normal | | | | normal | | | | normal | | | normal |
| | pale | | membranes dry | | ☐ | ☐ | wheezing | | | | murmur | | | increase BS |
| | diaphoretic | | enlarged tonsil | | ☐ | ☐ | rhonchi | | ☐ | ☐ | tachycardia | ☐ | ☐ | decreased BS |
| | poor skin turgor | | pharynx exud/erythe | | ☐ | ☐ | stridor | | ☐ | ☐ | dimin pulses | ☐ | ☐ | tenderness |
| STABLE R | | ☐ tonsillar exud/drank | | | | prolonged expiration | | | | poor perfusion | | | enlarged liver |
| | | TM erythema/fluid | | ☐ | ☐ | retractions | | **Neck** | | | | ☐ | ☐ | enlarged spleen |
| | | cory dischg / eryth | | ☐ | ☐ | diminished sounds | | ☐ | ☐ | ant cerv LA | ☐ | ☐ | inguinal adenopathy |
| | | rhinorrhea | | ☐ | ☐ | bronchial sound | | ☐ | ☐ | post cerv LA | ☐ | ☐ | rebound |
| | | sinus tenderness | | | | | | ☐ | ☐ | supraclavicular LA | | | |
| | | purulent nasal dschrg | | | | | | ☐ | ☐ | stiffness | | | |
| | | | | | | | | ☐ | ☐ | meningismus | | | |

A/P ① Neck _____
② _____
③ _____

___ worsen  Call  return to clinic  ☐ Go to ER _____

Follow Up  in ___ day(s) ___ week(s) or if ___ worsen  if not resolved in _____  PRN  with PCP

Side effects and interactions of medicines reviewed with patient        David R. Farzan, M.D.

19

NAME: *Norman Alin*
DATE: 1/24/02   CHART#: 248596
PCP: DF   DOB: 11/24/1947
WT:   BP:   T   P   R
ALLERGIES: *penil*

Meds: _____ see med list (reviewed)
_____
_____
_____

☐ Walk in Visit _____
Soc Hx: smoker   yes   no _____

**History** _____

c/o *Gen prior pains laf c-3 d*

**ROS**   *INDICATE RIGHT, LEFT OR BILATERAL AS APPROPRIATE*

| CONSTITUTIONAL | | HEENT | | RESPIRATORY | | CARDIOVASCULAR | | GASTROINTESTINAL | |
|---|---|---|---|---|---|---|---|---|---|
| Y N | | Y N | | Y N | | Y N | | Y N | |
| ☑ ☐ normal | | ☐ ☐ normal | | ☐ ☐ normal | | ☐ ☐ normal | | ☐ ☐ normal | |
| ☐ ☐ fever tmax | | ☐ ☐ otalgia | | ☐ ☐ cough | | ☐ ☐ chest pain | | ☐ ☐ nausea | |
| ☐ ☐ chills | | ☐ ☐ ear discharge | | ☐ ☐ wheezing | | ☐ ☐ with exertion | | ☐ ☐ vomiting | |
| ☐ ☐ fatigue | | ☐ ☐ eye redness | | ☐ ☐ sputum | | ☐ ☐ edema | | ☐ ☐ diarrhea | |
| ☐ ☐ myalgia | | ☐ ☐ eye discharge | | ☐ ☐ hx of asthma | | ☐ ☐ diaphoresis | | ☐ ☐ constipation | |
| ☐ ☐ weight loss | | ☐ ☐ sore throat | | ☐ ☐ hemoptysis | | ☐ ☐ orthopnea | | ☐ ☐ hematochezia | |
| ☐ ☐ headache | | ☐ ☐ rhinorrhea | | ☐ ☐ dyspnea | | ☐ ☐ PND | | ☐ ☐ melena | |
| ☐ ☐ neck stiffness | | ☐ ☐ conjestion | | | | ☐ ☐ syncope | | ☐ ☐ | |
| ☐ ☐ rash | | ☐ ☐ purulent nas dschrg | | | | | | | |

**Physical Exam**   *INDICATE RIGHT, LEFT OR BILATERAL AS APPROPRIATE*

| CONSTITUTIONAL | | HEENT | | RESPIRATORY | | CARDIOVASCULAR | | ABDOMEN | |
|---|---|---|---|---|---|---|---|---|---|
| Y N | | Y N | | Y N | | Y N | | Y N | |
| ☑ ☐ normal | | ☐ ☐ normal | | ☐ ☐ normal | | ☑ ☐ normal | | ☐ ☐ normal | |
| ☐ ☐ pale | | ☐ ☐ membranes dry | | ☐ ☐ wheezing | | ☐ ☐ murmur | | ☐ ☐ increase BS | |
| ☐ ☐ cyanosis | | ☐ ☐ enlarged tonsil | | ☐ ☐ rhonchi | | ☐ ☐ tachycardia | | ☐ ☐ decreased BS | |
| ☐ ☐ poor skin tugor | | ☐ ☐ pharynx exud/erythe | | ☐ ☐ strider | | ☐ ☐ dimin pulses | | ☐ ☐ tenderness | |
| **OTHER** | | ☐ ☐ TM loss of landmarks | | ☐ ☐ prolonged expiration | | ☐ ☐ poor perfusion | | ☐ ☐ enlarged liver | |
| | | ☐ ☐ TM erthema/fluid | | ☐ ☐ retractions | | **Neck** | | ☐ ☐ enlarged spleen | |
| *Neck Tender* | | ☐ ☐ conj dischg / eryth | | ☐ ☐ diminished sounds | | ☐ ☐ ant cerv LA | | ☐ ☐ inguinal adenopathy | |
| *Full Ron* | | ☐ ☐ rhinorrhea | | ☐ ☐ bronchial sound | | ☐ ☐ post cerv LA | | ☐ ☐ rebound | |
| | | ☐ ☐ sinus tenderness | | | | ☐ ☐ supracla vicular LA | | | |
| | | ☐ ☐ purulent nasal dschrg | | | | ☐ ☐ stiffness | | | |
| | | | | | | ☐ ☐ meningismus | | | |

A/P: _____

If sx worsen   ☐ Call   ☑ return to clinic   ☐ Go to ER _____

Follow Up   in ___ day(s) ___ week(s) or if sx worsen / if not resolved in ___   PRN   with PCP

☐ Side effects and interactions of medicines reviewed with patient

David R. Farzan, M.D.

20

NAME: Norman Allen
DATE: 2/4/02 CHART#: 248596    eds: _____ see med list (reviewed)
PCP: DF    DOB: 11/24/1947
WT:    BP 90/60 T    P    R
ALLERGIES: Palit    Walk in Visit _____

Phr med put on klonopin on 1/29 c Hx: smoker  yes   no
reports gd. effect

History _____

Much better wt on Oxycotin ibuprofin.
km domerene
Abd for visited

ROS  *INDICATE RIGHT, LEFT OR BILATERAL AS APPROPRIATE*

| CONSTITUTIONAL | | HEENT | | RESPIRATORY | | CARDIOVASCULAR | | GASTROINTESTINAL | |
|---|---|---|---|---|---|---|---|---|---|
| Y N | | Y N | | Y N | | Y N | | Y N | |
| ☑ ☐ normal | | ☐ ☐ normal | | ☐ ☐ normal | | ☐ ☐ normal | | ☐ ☐ normal | |
| ☐ ☐ fever tmax___ | | ☐ ☐ otalgia | | ☐ ☐ cough | | ☐ ☐ chest pain | | ☐ ☐ nausea | |
| ☐ ☐ chills | | ☐ ☐ ear discharge | | ☐ ☐ wheezing | | ☐ ☐ with exertion | | ☐ ☐ vomiting | |
| ☐ ☐ fatigue | | ☐ ☐ eye redness | | ☐ ☐ sputum | | ☐ ☐ edema | | ☐ ☐ diarrhea | |
| ☐ ☐ myalgia | | ☐ ☐ eye discharge | | ☐ ☐ hx of asthma | | ☐ ☐ diaphoresis | | ☐ ☐ constipation | |
| ☐ ☐ weight loss | | ☐ ☐ sore throat | | ☐ ☐ hemoptosis | | ☐ ☐ orthopnea | | ☐ ☐ hematochezia | |
| ☐ ☐ headache | | ☐ ☐ rhinorrhea | | ☐ ☐ dyspnea | | ☐ ☐ PND | | ☐ ☐ melena | |
| ☐ ☐ neck stiffness | | ☐ ☐ congestion | | | | ☐ ☐ syncope | | ☐ ☐ | |
| ☐ ☐ rash | | ☐ ☐ purulent nas dschrg | | | | | | | |

Physical Exam  *INDICATE RIGHT, LEFT OR BILATERAL AS APPROPRIATE*

| CONSTITUTIONAL | | HEENT | | RESPIRATORY | | CARDIOVASCULAR | | ABDOMEN | |
|---|---|---|---|---|---|---|---|---|---|
| Y N | | Y N | | Y N | | Y N | | Y N | |
| | | | | | | normal | | ☐ ☐ normal | |
| | | | | | | murmur | | ☐ ☐ increase BS | |
| | | | | | | tachycardia | | ☐ ☐ decreased BS | |
| | | | | | | dimin pulses | | ☐ ☐ tenderness | |
| | | | | | | poor perfusion | | ☐ ☐ enlarged liver | |
| | | | | | | | | ☐ ☐ enlarged spleen | |
| | | | | | | ant cerv LA | | ☐ ☐ inguinal adenopathy | |
| | | | | | | post cerv LA | | ☐ ☐ rebound | |
| | | | | | | supraclavicular LA | | | |
| | | | | | | stiffness | | | |
| | | | | | | meningismus | | | |

**MICHAEL A. GIORGETTI, MD**
DEA No.
PENTUCKET MEDICAL ASSOCIATES
North Andover Office Park
North Andover, MA 01845
203 Turnpike Street     Tel. (978) 557-8800

Reg. # 11/24/47
Date 2-22-02

Name  Norman Allen
Address _____

Rx
Oxycontin 20mg
1 po BID

#60
(Sixty)

Refills  None
AG 3089x3     Interchange is mandated unless the practitioner
writes the words "no substitution" in this space.

_____ M.D.

___ PRN    with PCP

David R. Farzan, M.D.

NAME: Norman Allen
DATE: 3/14/02    CHART#: 248586
PCP: DF    DOB: 11/24/47
WT:    BP 94/48 T    P    R
ALLERGIES: Paxil
Stomach pain steady x 3 wks - on +
off x 3 mo. - + gurgling sounds

feds: _____ see med list (reviewed)
_____
_____
_____
] Walk in Visit_____
Soc Hx: smoker    yes    no _____

**History** _____
_____ Help __by__ eat _____
_____ Burn _____ Jnelson _____ - ___

**ROS**  *INDICATE RIGHT,LEFT OR BILATERAL AS APPROPRIATE*

| CONSTITUTIONAL | | HEENT | | | RESPIRATORY | | | CARDIOVASCULAR | | | GASTROINTESTINAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | N | Y | N | | Y | N | | Y | N | | Y | N | |
| ☑ | ☐ | normal | ☐ | ☐ | normal | ☑ | ☐ | normal | ☑ | ☐ | normal | ☐ | ☐ | normal |
| ☐ | ☐ | fever tmax___ | ☐ | ☐ | otalgia | ☐ | ☐ | cough | ☐ | ☐ | chest pain | ☐ | ☐ | nausea |
| ☐ | ☐ | chills | ☐ | ☐ | ear discharge | ☐ | ☐ | wheezing | ☐ | ☐ | with exertion | ☐ | ☐ | vomiting |
| ☐ | ☐ | fatigue | ☐ | ☐ | eye redness | ☐ | ☐ | sputum | ☐ | ☐ | edema | ☐ | ☐ | diarhea |
| ☐ | ☐ | myalgia | ☐ | ☐ | eye discharge | ☐ | ☐ | hx of asthma | ☐ | ☐ | diaphoresis | | | constipation |
| ☐ | ☐ | weight loss | ☐ | ☐ | sore throat | ☐ | ☐ | hemoptysis | ☐ | ☐ | orthopnea | | | hematochezia |
| ☐ | ☐ | headache | ☐ | ☐ | rhinorrhea | ☐ | ☐ | dyspnea | ☐ | ☐ | PND | ☐ | ☐ | melena |
| ☐ | ☐ | neck stiffness | ☐ | ☐ | conjestion | | | | ☐ | ☐ | syncope | ☐ | ☐ | |
| ☐ | ☐ | rash | ☐ | ☐ | purulent nas dschrg | | | | | | | | | |

**Physical Exam**  *INDICATE RIGHT, LEFT OR BILATERAL AS APPROPRIATE*

| CONSTUTIONAL | | HEENT | | | RESPIRATORY | | | CARDIOVASCULAR | | | ABDOMEN | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Y | N | Y | N | | Y | N | | Y | N | | Y | N | |
| ☑ | ☐ | normal | ☐ | ☐ | normal | ☑ | ☐ | normal | ☑ | ☐ | normal | ☐ | ☐ | normal |
| ☐ | ☐ | pale | ☐ | ☐ | membranes dry | ☐ | ☐ | wheezing | ☐ | ☐ | murmur | ☐ | ☐ | increase BS |
| ☐ | ☐ | cyanosis | ☐ | ☐ | enlarged tonsil | ☐ | ☐ | rhonchi | ☐ | ☐ | tachycardia | ☐ | ☐ | decreased BS |
| ☐ | ☐ | poor skin tugor | ☐ | ☐ | pharynx exud/erythe | ☐ | ☐ | stridor | ☐ | ☐ | dimin pulses | ☐ | ☐ | tenderness |
| **OTHER** | | ☐ | ☐ | TM loss of landmarks | ☐ | ☐ | prolonged expiration | ☐ | ☐ | poor perfusion | ☐ | ☐ | enlarged liver |
| | | ☐ | ☐ | TM erthema/fluid | ☐ | ☐ | retractions | **Neck** | | | ☐ | ☐ | enlarged spleen |
| | | ☐ | ☐ | conj dischg / eryth | ☐ | ☐ | diminished sounds | ☐ | ☐ | ant cerv LA | ☐ | ☐ | inguinal adenopathy |
| | | ☐ | ☐ | rhinorrhea | ☐ | ☐ | bronchial sound | ☐ | ☐ | post cerv LA | ☐ | ☐ | rebound |
| | | ☐ | ☐ | sinus tenderness | | | | ☐ | ☐ | supraclavicular LA | | | |
| | | ☐ | ☐ | purulent nasal dschrg | | | | ☐ | ☐ | stiffness | | | |
| | | | | | | | | ☐ | ☐ | meningismus | | | |

A/P: ① Abd pain _____ Abnorm _____
② Organ 20 ? Med rBack fm 7 p t.d
_____ isatis _____

If sx worsen   ☐ Call  ☐ return to clinic   ☐ Go to ER _____

Follow Up   in ____ day(s) ____ week(s) of if sx worsen   if not resolved in _____   PRN   with PCP

☐ Side effects and interactions of medicines reviewed with patient

David R. Farzan, M.D.

22

NAME: _Norman Allen_   Meds: _____ see med list (reviewed)
DATE: 4-4-02   CHART#: 24856   _____
SSN: DF   DOB: 11-24-47   _____
WT:   BP: 78  T  P  R   _____
ALLERGIES:   □ Walk in Visit _____
   Soc Hx: smoker  yes  no _____

_cramp on ⊙ side - abd area pain_

History _did not flu c Dr. Senz "like I was supposed to"_
_Prand did help pm_ _dan lot meds_ _Now gets_ _very disturbed_
_with eating_ _Bloated_ _sometimes, but_ _usually_ _now ok_

## ROS  *INDICATE RIGHT, LEFT OR BILATERAL AS APPROPRIATE*

| CONSTITUTIONAL | | HEENT | | RESPIRATORY | | CARDIOVASCULAR | | GASTROINTESTINAL |
|---|---|---|---|---|---|---|---|---|
| Y | N | Y | N | Y | N | Y | N | Y N |
| ☑ ☐ normal | ☐ ☐ normal | ☐ ☐ normal | ☑ ☐ normal | ☐ ☐ normal |
| ☐ ☐ fever tmax ___ | ☐ ☐ otalgia | ☐ ☐ cough | ☐ ☐ chest pain | ☐ ☐ nausea |
| ☐ ☐ chills | ☐ ☐ ear discharge | ☐ ☐ wheezing | ☐ ☐ with exertion | ☐ ☐ vomiting |
| ☐ ☐ fatigue | ☐ ☐ eye redness | ☐ ☐ sputum | ☐ ☐ edema | ☐ ☐ diarrhea |
| ☐ ☐ myalgia | ☐ ☐ eye discharge | ☐ ☐ hx of asthma | ☐ ☐ diaphoresis | ☐ ☐ constipation |
| ☐ ☐ weight loss | ☐ ☐ sore throat | ☐ ☐ hemoptosis | ☐ ☐ orthopnea | ☐ ☐ hematochezia |
| ☐ ☐ headache | ☐ ☐ rhinorrhea | ☐ ☐ dyspnea | ☐ ☐ PND | ☐ ☐ melena |
| ☐ ☐ neck stiffness | ☐ ☐ conjestion | | ☐ ☐ syncope | |
| ☐ ☐ rash | ☐ ☐ purulent nas dschg | | | |

## Physical Exam  *INDICATE RIGHT, LEFT OR BILATERAL AS APPROPRIATE*

| CONSTITUTIONAL | | HEENT | | RESPIRATORY | | CARDIOVASCULAR | | ABDOMEN |
|---|---|---|---|---|---|---|---|---|
| Y | N | Y | N | Y | N | Y | N | Y N |
| ☑ ☐ normal | ☐ ☐ normal | ☐ ☐ normal | ☑ ☐ normal | ☐ ☐ normal |
| ☐ ☐ pale | ☐ ☐ membranes dry | ☐ ☐ wheezing | ☐ ☐ murmur | ☐ ☐ increase BS |
| ☐ ☐ cyanosis | ☐ ☐ enlarged tonsil | ☐ ☐ rhonchi | ☐ ☐ tachycardia | ☐ ☐ decreased BS |
| ☐ ☐ poor skin tugor | ☐ ☐ pharynx exud/erythe | ☐ ☐ stridor | ☐ ☐ dimin pulses | ☐ ☐ tenderness |
| OTHER | ☐ ☐ TM loss of landmarks | ☐ ☐ prolonged expiration | ☐ ☐ poor perfusion | ☑ ☐ enlarged liver |
| | ☐ ☐ TM erthema/fluid | ☐ ☐ retractions | Neck | ☐ ☐ enlarged spleen |
| | ☐ ☐ conj dischg / eryth | ☐ ☐ diminished sounds | ☐ ☐ ant cerv LA | ☐ ☐ inguinal adenopathy |
| | ☐ ☐ rhinorrhea | ☐ ☐ bronchial sound | ☐ ☐ post cerv LA | ☐ ☐ rebound |
| | ☐ ☐ sinus tenderness | | ☐ ☐ supraclavicular LA | _Mass + Block_ |
| | ☐ ☐ purulent nasal dschrg | | ☐ ☐ stiffness | _+ fßóter_ |
| | | | ☐ ☐ meningismus | |

A/P: _Abd Pain_ _? ? Become CA_
_Sent for CT Abd Now_
_LFT, CBC_

_603-282 - 3119_

If sx worsen  □ Call  □ return to clinic  □ Go to ER

Follow Up  in ____ day(s) ____ week(s) or if sx worsen  if not resolved in _____ PRN  with PCP

□ Side effects and interactions of medicines reviewed with patient   David R. Farzan, M.D.
_3pm 8/15  Lawrence  D. Senz_
_CT liver bile  L4_                    _98 916-8282_

23

248596

P320899          24-Jan-2000  10:22:04 AM    ALLEN,NORMAN        PRE-OP          Pentucket Medical Asssociates,Inc.
                 52 Years                    Male

Operator: EDT

| | | |
|---|---|---|
| Rate | 60 | . Normal sinus rhythm, rate 60...................Normal P axis, PR, rate & rhythm |
| PR | 168 | . Probable early repolarization pattern...................ST elevation, age 16 - 55 |
| QRSD | 91 | |
| QT | 384 | |
| QTc | 384 | |

Pre-op Date:
   2-11-00   LGH
Sergion's Name:
   DR.HURLEY,LIAM
Requested by:
   DR.FARZAN

--Axis--
P    45
QRS  67
T    43

NSR

AF

- OTHERWISE NORMAL ECG -                    Unconfirmed diagnosis.



902

*Jarkurd.*
*2/10/2000*

P320899

24-Jan-2000   10:22:04 AM    ALLEN,NORMAN                           Pentucket Medical Asssociates,Inc.
52 Years              Male

Operator: EDT

| Rate | 60 | . Normal sinus rhythm, rate 60....................Normal P axis, PR, rate & rhythm |
|------|-----|
| PR | 168 | . Probable early repolarization pattern...................ST elevation, age 16 - 55 |
| QRSD | 91 | |
| QT | 384 | |
| QTc | 384 | |

Pre-op Date:
2-11-00  LGH
Sergion's Name:
DR.HURLEY,LIAM
Requested by:
DR.FARZAN

--Axis--
P    45
QRS  67
T    43

- OTHERWISE NORMAL ECG -                    Unconfirmed diagnosis.

248596

P320899          27-Sep-1999  08:41:34    ALLEN,NORMAN                        Pentucket Medical Asssociates,Inc.
                 51 Years                  Male

                                                                              Operator: EDT

| Rate | 68 | . Normal sinus rhythm, rate  68....................Normal P axis, PR, rate & rhythm |
| PR | 174 | . Probable early repolarization pattern....................ST elevation, age 16 - 55 |
| QRSD | 92 | |
| QT | 364 | |
| QTc | 387 | |

--Axis--                                                                      Requested by:
P      72                          C No onto                                    DF
QRS    57                            of DF
T      38                     - OTHERWISE NORMAL ECG -              Unconfirmed diagnosis.

# ATTACHMENT D



**Andover Surgical Associates, Inc.**

Michael J. Twomey, M.D., F.A.C.S.                                    General Surgery
George M. Walker, II, M.D.
Brian T. Callahan, Jr., M.D., F.A.C.S.
Paul J. Gemis, M.D., F.A.C.S.
Jonathan D. Mandell, M.D., F.A.C.S.
Nancy Cho Landay, M.D.

October 28, 1999


David Farzan, M.D.
203 Turnpike Street
North Andover, MA 01845

Dear David:

It was a pleasure to see your patient, Norman Allen in the office today.  Please see the following office note.

Norman is a 51-year-old gentleman referred for rectal carcinoma. He has a family history of colon cancer in a father in his fifties.  He's had hematochezia for about four to five months with each bowel movement, some dark blood as well as red blood. Colonoscopy by Dr. Fazio, October 20th, showed a satellite lesion occupying about one-half of the circumference of the bowel at what he describes as 6 cm from the anal verge.  Biopsy is positive for mucinous adenocarcinoma, moderately differentiated. The remainder of the colonoscopy was unremarkable.

Allergies, none.  Medications:  Dilantin 500 mg once a day, Neurotin two daily, he is not sure of the dose, Ultram for fibromyalgia, Exxor 150 mg once a day, amitriptyline and Ambien. Past medical history:  Seizure disorder, last seizure was one year ago, Fibromyalgia, no history of diabetes mellitus, no asthma, no myocardial infarction, no CVA.  He has a history of a benign lung tumor on the left side removal by thoracotomy in 1989.  Past surgical history:  Left thoracotomy in 1989. Tobacco, three packs per day.  Alcohol, none.  I strongly emphasized that he cut down on this smoking as he is going to have surgery because of the risk of pneumonia and other complications.

**PHYSICAL EXAMINATION:**  He is a thin gentleman in no acute distress.  Lungs are clear bilaterally.  Cardiac exam is regular. He has a left thoracotomy scar.  There is no cervical, supraclavicular, axillary or inguinal adenopathy.  Abdomen is soft, nontender, no masses, no umbilical hernia, no inguinal hernia.  GU exam, unremarkable.  Pedal pulses are palpable bilaterally.  Femoral pulses palpable bilaterally.  Rectal exam: normal sphincter tone, prostate symmetric.  On the left side of the rectum at the tip of the examining finger there is a palpable mass, it is mobile.  Guaiac negative exam today.

Norman Allen
Page 2
October 28, 1999


**PROCEDURE:** Rigid proctoscopy performed after explaining routine risks. The proctoscope was used to identify the location of the mass. By proctoscopic measurement the distal most portion of the mass is about at 8.2 to 8.5 cm from the anal verge. He is a thin-body habitus. The mass appears to be just about the level of the first rectal valve.

**IMPRESSION:** Rectal carcinoma. I discussed with him the nature of rectal carcinoma and the treatment options. The primary treatment in this case is going to be surgery. He may also need chemotherapy and radiation. Additional information at the present time is needed including pathology from the subsequent specimen. The location of his tumor is right on the border between requiring abdominal perineal resection and low anterior resection. I discussed with him that I will try at surgery to reconnect his bowel but he understands that the ultimate surgical procedure is going to have to wait until the time of surgery. Possible abdominal perineal resection was discussed. Even if his bowel is connected he understands he may get a temporary colostomy. He understands that with abdominal perineal resection a colostomy is permanent. Risks of surgery were discussed including bleeding, infection, reaction to the anesthesia, myocardial infarction, stroke, pneumonia and other complications. Possible sexual dysfunction and bladder dysfunction were also discussed from low pelvic surgery. We discussed that I would like to obtain additional information before surgery. We will order a CT scan of the abdomen and pelvis as well as an endorectal ultrasound to evaluate the tumor. We will also have him seen by Dr. Hurley of urology for a brief visit as I would like bilateral ureteral stents placed at the beginning of surgery given the low nature of the pelvic operation. Given his thin-body habitus and the appearance of the tumor and the distance from the anal verge by proctoscopy I think that we can try to perform a low anterior resection possibly with a staple anastomosis. We will also obtain some baseline labs including CEA and I will see him back in about a week. Mr. Allen and his wife understand.

Thank you for the privilege of allowing me to care for your patient.

Sincerely,

Jonathan D. Mandell, M.D., F.A.C.S.

JDM/jll

CC: Thomas Fazio, M.D.

**ANDOVER**                    **6.**
**SURGICAL ASSOCIATES, INC.**
**140 HAVERHILL STREET**
**ANDOVER, MA 01810-1589**
**(978) 475-4202**

**NORMAN ALLEN**
**DOB:  11/24/47**

*248596*

**January 3, 2000**                              **J D MANDELL MD**

Status post low anterior resection.  Doing well.  Moving his
bowels.  He denies any fever.  He still has a Foley catheter.  He
will follow-up with urology and he's going to follow-up with
oncology and radiation therapy next week.  His abdomen is soft
and nontender.  Incision looks excellent.   Return in two weeks.

**COPY TO DR. FARZAN AND DR. HURLEY.**

*248596*                                                 5.

**ANDOVER**
**SURGICAL ASSOCIATES, INC.**
**140 HAVERHILL STREET**
**ANDOVER, MA 01810-1589**
**(978) 475-4202**

**NORMAN ALLEN**
**DOB:  11/24/1947**


**December 22, 1999**                          **G M WALKER MD**

Status post low anterior resection for carcinoma of the rectum.
This was done on 12/1/1999.  He says he is moving his bowels
somewhat slowly, but is eating, and having no crampy abdominal
pain.  He is taking Colace as a stool softener.

**PHYSICAL EXAMINATION:**  The abdomen is benign.  The wound is
nicely healed.  Digital rectal examination shows formed, brown
hemocult-negative stool in the ampulla, though it is somewhat
firm.

**PLAN:**  I have started him on Metamucil once a day and told him
to increase his fluid intake to at least 3 liters of fluid a day
to help keep his stool moist and bulky.  Return to see us in
two weeks time.



**December 27, 1999**                          **J D MANDELL MD**

Norman still has the Foley leg bag in otherwise he is doing quite
well, feeling better each day.   Still some postoperative
discomfort which is variable.  No vomiting, no fever.  He is
moving his bowels daily and taking a stool softener.   On
examination his abdomen is soft and nontender, no guarding.
Rectal exam performed:  Some soft stool in the rectum.
Anastomosis is patent, no focal tenderness or fluctuance.
Overall doing quite well.  He is going to see the urologist
towards the end of this week.  I would like to see him back in
one week.  He missed his follow-up appointment with Dr. Sanz of
oncology and I strongly emphasize that he contact Dr. Sanz for
follow-up appointment as he needs further treatment.

**COPY TO DR. FARZAN, DR. HURLEY AND DR. SANZ.**

044420        248596

4.

**ANDOVER**
**SURGICAL ASSOCIATES, INC.**
**140 HAVERHILL STREET**
**ANDOVER, MA 01810-1589**
**(978) 475-4202**

**NORMAN ALLEN**
**DOB:  11/24/1947**


December 16, 1999                                    **J D MANDELL MD**

Status post low anterior resection.  He left the hospital
with a leg bag Foley catheter.  This was removed on Tuesday.
It sounds like he has had some retention type symptoms since
then.  He strains to urinate.  He is able to void some.  He is
moving his bowels.  He denies any fever.  No vomiting.  He was
uncomfortable last night with pressure from his bladder.

**PHYSICAL EXAMINATION:**  His lungs are clear.  He is not
tachycardiac.  His abdomen is soft and nondistended.  He has
some fullness and discomfort over his bladder-suprapubic area.
He does not have any peritoneal signs but he does have some
midline suprapubic discomfort, probably related to his distended
bladder.

He has an appointment to see the urologist, Dr. Hurley,
immediately following this appointment.  I have sent him over to
Dr. Hurley for probable Foley catheter reinsertion and asked him
to return to see me immediately thereafter this morning for
reassessment.


**ADDENDUM:**  Follow-up from this morning.  He went to the
urologist, where a Foley catheter was reinserted.  It sounds like
a huge amount of urine was evacuated.  He has a leg bag in place.
It sounds like he had almost a liter of urine in his bladder.
He feels much better.

**PHYSICAL EXAMINATION:**  His abdomen is soft without peritoneal
signs.  It is nondistended.  Rectal exam performed.  Some soft
stool.  No focal tenderness.  No fluctuance.

**IMPRESSION/PLAN:**  Overall he appears to be doing fairly well.
Still has urinary retention.  I instructed him to call if he has
any fever or abdominal pain, vomiting.  He is moving his bowels
with soft stool.  I would like to have him checked here in the
office next week.  Temperature today is 97.6.

**COPY TO DR. FARZAN AND TO DR. HURLEY.**

248596

7.Q   6.

**ANDOVER
SURGICAL ASSOCIATES, INC.
140 HAVERHILL STREET
ANDOVER, MA 01810-1589
(978) 475-4202**

**NORMAN ALLEN**
**DOB:  11/24/47**

**January 3, 2000**                                            **J D MANDELL MD**

Status post low anterior resection.  Doing well.  Moving his
bowels.  He denies any fever.  He still has a Foley catheter.  He
will follow-up with urology and he's going to follow-up with
oncology and radiation therapy next week.  His abdomen is soft
and nontender.  Incision looks excellent.    Return in two weeks.

**COPY TO DR. FARZAN AND DR. HURLEY.**

**January 24, 2000**                                           **J D MANDELL MD**

Doing quite well moving his bowels.  He has not yet seen Dr. Sanz
but he is going to see him this Thursday.  I also received a
letter from Dr. Hurley stating that his bladder sensation was
good and there may be a component of prostate obstruction.  TURP
is planned.  He still has a Foley catheter in place.  I discussed
with him that he is now at least six weeks after surgery and he
has not yet followed up with radiation therapy and oncology.  I
strongly emphasized that he needs to do this.  He needs to see
Dr. Sanz and Dr. Peterson and begin his treatment.  He
understands this and he is going to see Dr. Sanz this Thursday.
I performed a rectal exam today and his anastomosis feels
excellent.  It is widely patent.  No fluctuance.  No focal
tenderness.  Soft stool.  I will see him back in two weeks.

**COPY TO DR. FARZAN, DR. SANZ, AND DR. HURLEY.**

2/7/00 _____ L.m. on A. ___

LGH 2/11/2000
EVALUATE RECTAL FUNCTION S/P LOW ANTERIOR                  J D MANDELL
RESECTION

**February 17, 2000**                                          **J D MANDELL MD**

Status post TURP.  He is quite pleased.  He is voiding some.  He
has a suprapubic catheter, which he uses occasionally.  He has
seen Dr. Hurley for this.  He says his bowel movements are
becoming more normal in appearance.  He moved his bowels twice
yesterday.  He has no abdominal pain.                    (continued)

7.

**ANDOVER SURGICAL ASSOCIATES, INC.**
**140 Haverhill Street, Andover, MA 01810 (978)475-4202**
**One Parkway, Haverhill, MA 01830 (978)372-8200**

**NORMAN ALLEN**
**DOB:  11/24/47**

**February 17, 2000(continued)**                    **J D MANDELL MD**

**PHYSICAL EXAMINATION:** His abdomen is soft.  He is in good
spirits.  Plan is start radiation therapy next week.  He asked me
about some occasional burning sensation on the skin of his
buttocks at night, which is brief.  It only happened a few times.
He does not have any rash in this area.  I think we can just
follow that for now.

**PLAN:**  I will see him back in two weeks.

**COPY TO DR. FARZAN, DR. SANZ, AND DR. HURLEY.**

247594

**Andover Surgical Associates, Inc.**

Michael J. Twomey, M.D., F.A.C.S.                                    General Surgery
George M. Walker, II, M.D.
Brian T. Callahan, Jr., M.D., F.A.C.S.
Paul J. Gemis, M.D., F.A.C.S.
Jonathan D. Mandell, M.D., F.A.C.S.
Nancy Cho Landay, M.D.


October 28, 1999


David Farzan, M.D.
203 Turnpike Street
North Andover, MA 01845

Dear David:

It was a pleasure to see your patient, Norman Allen in the office
today. Please see the following office note.

Norman is a 51-year-old gentleman referred for rectal carcinoma.
He has a family history of colon cancer in a father in his
fifties. He's had hematochezia for about four to five months
with each bowel movement, some dark blood as well as red blood.
Colonoscopy by Dr. Fazio, October 20th, showed a satellite lesion
occupying about one-half of the circumference of the bowel at
what he describes as 6 cm from the anal verge. Biopsy is
positive for mucinous adenocarcinoma, moderately differentiated.
The remainder of the colonoscopy was unremarkable.

Allergies, none. Medications: Dilantin 500 mg once a day,
Neurotin two daily, he is not sure of the dose, Ultram for
fibromyalgia, Exxor 150 mg once a day, amitriptyline and Ambien.
Past medical history: Seizure disorder, last seizure was one
year ago, Fibromyalgia, no history of diabetes mellitus, no
asthma, no myocardial infarction, no CVA. He has a history of a
benign lung tumor on the left side removal by thoracotomy in
1989. Past surgical history: Left thoracotomy in 1989.
Tobacco, three packs per day. Alcohol, none. I strongly
emphasized that he cut down on this smoking as he is going to
have surgery because of the risk of pneumonia and other
complications.

**PHYSICAL EXAMINATION:** He is a thin gentleman in no acute
distress. Lungs are clear bilaterally. Cardiac exam is regular.
He has a left thoracotomy scar. There is no cervical,
supraclavicular, axillary or inguinal adenopathy. Abdomen is
soft, nontender, no masses, no umbilical hernia, no inguinal
hernia. GU exam, unremarkable. Pedal pulses are palpable
bilaterally. Femoral pulses palpable bilaterally. Rectal exam:
normal sphincter tone, prostate symmetric. On the left side of
the rectum at the tip of the examining finger there is a palpable
mass, it is mobile. Guaiac negative exam today.

Norman Allen
Page 2
October 28, 1999


**PROCEDURE:**  Rigid proctoscopy performed after explaining routine
risks.  The proctoscope was used to identify the location of the
mass.  By proctoscopic measurement the distal most portion of the
mass is about at 8.2 to 8.5 cm from the anal verge.  He is a
thin-body habitus.  The mass appears to be just about the level
of the first rectal valve.

**IMPRESSION:**  Rectal carcinoma.  I discussed with him the nature
of rectal carcinoma and the treatment options.  The primary
treatment in this case is going to be surgery.  He may also need
chemotherapy and radiation.  Additional information at the
present time is needed including pathology from the subsequent
specimen.  The location of his tumor is right on the border
between requiring abdominal perineal resection and low anterior
resection.  I discussed with him that I will try at surgery to
reconnect his bowel but he understands that the ultimate surgical
procedure is going to have to wait until the time of surgery.
Possible abdominal perineal resection was discussed.  Even if his
bowel is connected he understands he may get a temporary
colostomy.  He understands that with abdominal perineal resection
a colostomy is permanent.  Risks of surgery were discussed
including bleeding, infection, reaction to the anesthesia,
myocardial infarction, stroke, pneumonia and other complications.
Possible sexual dysfunction and bladder dysfunction were also
discussed from low pelvic surgery.  We discussed that I would
like to obtain additional information before surgery.  We will
order a CT scan of the abdomen and pelvis as well as an
endorectal ultrasound to evaluate the tumor.  We will also have
him seen by Dr. Hurley of urology for a brief visit as I would
like bilateral ureteral stents placed at the beginning of surgery
given the low nature of the pelvic operation.  Given his thin-
body habitus and the appearance of the tumor and the distance
from the anal verge by proctoscopy I think that we can try to
perform a low anterior resection possibly with a staple
anastomosis.  We will also obtain some baseline labs including
CEA and I will see him back in about a week.  Mr. Allen and his
wife understand.

Thank you for the privilege of allowing me to care for your
patient.

Sincerely,

Jonathan D. Mandell, M.D., F.A.C.S.

JDM/jll

CC:  Thomas Fazio, M.D.

**ANDOVER**                                          **6.**
**SURGICAL ASSOCIATES, INC.**
**140 HAVERHILL STREET**
**ANDOVER, MA 01810-1589**
**(978) 475-4202**

NORMAN ALLEN
DOB:  11/24/47


**January 3, 2000**                                    **J D MANDELL MD**

Status post low anterior resection.  Doing well.  Moving his
bowels.  He denies any fever.  He still has a Foley catheter.  He
will follow-up with urology and he's going to follow-up with
oncology and radiation therapy next week.  His abdomen is soft
and nontender.  Incision looks excellent.    Return in two weeks.

**COPY TO DR. FARZAN AND DR. HURLEY.**


**January 24, 2000**                                   **J D MANDELL MD**

Doing quite well moving his bowels.  He has not yet seen Dr. Sanz
but he is going to see him this Thursday.  I also received a
letter from Dr. Hurley stating that his bladder sensation was
good and there may be a component of prostate obstruction.  TURP
is planned.  He still has a Foley catheter in place.  I discussed
with him that he is now at least six weeks after surgery and he
has not yet followed up with radiation therapy and oncology.  I
strongly emphasized that he needs to do this.  He needs to see
Dr. Sanz and Dr. Peterson and begin his treatment.  He
understands this and he is going to see Dr. Sanz this Thursday.
I performed a rectal exam today and his anastomosis feels
excellent.  It is widely patent.  No fluctuance.  No focal
tenderness.  Soft stool.  I will see him back in two weeks.

**COPY TO DR. FARZAN, DR. SANZ, AND DR. HURLEY.**



**Andover Surgical Associates, Inc.**

248596

General Surgery

Michael J. Twomey, M.D., F.A.C.S.
George M. Walker, II, M.D.
Brian T. Callahan, Jr., M.D., F.A.C.S.
Paul J. Gemis, M.D., F.A.C.S.
Jonathan D. Mandell, M.D., F.A.C.S.
Nancy Cho Landay, M.D., F.A.C.S.

January 17, 2001


Norman Allen
27A Bourque Street
Lawrence, MA 01841

Dear Mr. Allen:

I am writing to you as we have found that your phone is
disconnected and you did not return for your follow-up
appointment that was scheduled for earlier this month.  I
recommend that you continue your follow-up for your rectal
carcinoma with us in our office and recommend that you contact
our office to schedule an appointment.  I will leave further
follow-up on this issue up to you.

Sincerely,

Jonathan Mandell, MD

JDM/lw

CC:  Dr. Farzan and Dr. Sanz.

2 8596

7.

**ANDOVER SURGICAL ASSOCIATES, INC.**
**140 Haverhill Street, Andover, MA 01810 (978)475-4202**
**One Parkway, Haverhill, MA 01830 (978)372-8200**

**NORMAN ALLEN**
**DOB:  11/24/47**

**February 17, 2000(continued)**                **J D MANDELL MD**

**PHYSICAL EXAMINATION:**  His abdomen is soft.  He is in good
spirits.  Plan is start radiation therapy next week.  He asked me
about some occasional burning sensation on the skin of his
buttocks at night, which is brief.  It only happened a few times.
He does not have any rash in this area.  I think we can just
follow that for now.

**PLAN:**  I will see him back in two weeks.

**COPY TO DR. FARZAN, DR. SANZ, AND DR. HURLEY.**

**March 6, 2000**                               **J D MANDELL MD**

Norman is in better spirits.  He had some diarrhea last week from
the chemotherapy.  She has been using a suprapubic catheter to
empty his residual after voiding.  He has been going about half
voiding and half emptying by catheter.  However, he says over the
last day he is doing much better.  He emptied all but one ounce
of urine from his bladder by voiding.  He is very pleased.  He
currently has no discomfort.  His abdomen is soft.  He is in
better spirits.  I will see him back in one month.  He will
follow-up with Dr. Sanz and Dr. Hurley as well.

**COPY TO DR. FARZAN, DR. SANZ, AND DR. HURLEY.**

248596

10.

**ANDOVER SURGICAL ASSOCIATES, INC.**
**140 Haverhill Street, Andover, MA 01810 (978)475-4202**
**One Parkway, Haverhill, MA 01830 (978)372-8200**

**NORMAN ALLEN**
**DOB:  11/24/47**

**May 9, 2001**          **(Andover Office)**          **J D MANDELL MD**

Norman returns to discuss removal of his porta-cath.  He says his
porta-cath has not been used for almost a year.  He states Dr.
Sanz told him he should have this taken out.

Allergies:  Paxil.  Medications:  Dilantin 500 mg a day.  He is
not on any other medications currently.

**PAST MEDICAL HISTORY:**  Seizure disorder, fibromyalgia, rectal
carcinoma.  No diabetes mellitus.  No asthma.  No history of
myocardial infarction.  Past surgical history:  Left lung tumor,
which was benign.  He is also status post porta-cath insertion
April 2000.  Low anterior resection December 1999.

**PHYSICAL EXAMINATION:**  Lungs are clear bilaterally.  Cardiac exam
is regular.  Porta-cath in the left anterior chest is intact.  No
signs of infection.

**IMPRESSION:**  For removal of porta-cath.  Risks were discussed
including bleeding, infection, reaction to the anesthesia,
catheter refracture with distal embolization requiring separate
procedure for removal and other complications.  He understands
and agrees to proceed.  We will schedule removal of porta-cath.

**COPY TO DR. FARZAN AND DR. SANZ.**

**LGH 5/15/2001**
**REMOVAL OF PORTA CATH**                         **J D MANDELL MD**

**May 21, 2001**          **(Andover Office)**          **N C LANDAY MD**

Mr. Allen is now one week out from removal of his left subclavian
porta cath by Dr. Mandell which was placed for a rectosigmoid
carcinoma.  His incision is healing nicely.  The sutures are
removed and the wound steri-stripped.  I've asked him to remove
these in one week.  He will return to see us if there are any
questions or problems.

**COPY TO DR. FARZAN AND DR. SANZ.**

*, 320899*

**ANDOVER**
**SURGICAL ASSOCIATES, INC.**          3.
**140 HAVERHILL STREET**
**ANDOVER, MA 01810-1589**
**(978) 475-4202**

**NORMAN G ALLEN**
**DOB:   11/24/1947**

**November 4, 1999**                    **J D MANDELL MD**

No complaints.

CT scan of the abdomen and pelvis did not show any metastatic
disease in the liver. There is a suggestion of some left sided
extension from the primary tumor in the rectum toward the seminal
vesical. However, endorectal ultrasound at Lahey Clinic shows a
T2 lesion invading to the perirectal fat, but no lymph nodes were
identified. CEA is 3.5, PT is 11.8, PTT 32.7, hematocrit 41.
He has not yet seen Dr. Hurley of urology.

I have discussed with Norman and his wife once again the nature
of his low rectal carcinoma. We will try to perform low anterior
resection with primary anastomosis. However, he understands
he is right on the borderline and may end up with an abdominal-
perineal resection. Also a temporary colostomy might be a
possibility with a low anterior resection. Risks of surgery
were discussed, including bleeding, infection, reaction to the
anesthesia, pelvic abscess, pneumonia, myocardial infarction
and other complications. Possible sexual dysfunction, erectile
dysfunction and bladder dysfunction, as well as anal sphincter
dysfunction, were discussed.

He understands the issues involved and wishes to proceed.
We will arrange for him to see Dr. Hurley of urology, and I have
given him instructions on a mechanical bowel preparation before
surgery.

**PLAN:** Low anterior resection of the rectum, possible abdominal-
perineal resection, possible colostomy.

**COPY TO DR. FARZAN AND DR. FAZIO.**

248596

9.

**ANDOVER SURGICAL ASSOCIATES, INC.**
**140 Haverhill Street, Andover, MA 01810 (978)475-4202**
**One Parkway, Haverhill, MA 01830 (978)372-8200**

**NORMAN ALLEN**
**DOB:  11/24/47**

**October 25, 2000   (continued) (Andover Office)    J D MANDELL MD**

**PHYSICAL EXAMINATION:**  His abdomen is soft and non-tender.  No
inguinal adenopathy.  No incisional hernia.  Lungs are clear
bilaterally.  Cardiac exam is regular.  Rectal exam:  He has good
sphincter tone, no palpable mass, no fecal impaction, stool
guaiac negative.

**IMPRESSION:**  Overall doing quite well.  I would like to see him
back in three months.  I reminded that he needs to discuss with
Dr. Farzan referral back to Dr. Fazio for endoscopy early next
year.  He is also following up with Dr. Sanz.

**COPY TO DR. FARZAN, DR. SANZ, AND DR. HURLEY.**

*1/11/01 - pt DNKA   1/16/01 - phone # disconnected LMC*
*1/17/01 - Letter sent to pt - copy in chart (LD)*

**March 14, 2001      (Andover Office)        J D MANDELL MD**

Norman is doing quite well.  He says he is moving his bowels and
voiding without much problem.  He also had a recent colonoscopy
by Dr. Fazio, which he says was excellent.  He is scheduled to
see Dr. Sanz in the near future.

**PHYSICAL EXAMINATION:**  His lungs are clear.  Cardiac exam is
regular.  Abdomen soft, non-tender.  No incisional hernia.  His
Prolene suture is palpable under his skin along the length of his
incision because he is so thin.  Rectal exam normal sphincter
tone.  No palpable mass.  Some soft brown stool, trace guaiac
positive.  He had a recent colonoscopy, which was negative.

**IMPRESSION:**  Overall he is doing quite well.  He is going to see
Dr. Sanz next week and I have asked him to have Dr. Sanz forward
me any tests that he does.  His porta-cath site on his left
anterior chest looks good.  He will discuss that with Dr. Sanz as
well.  I will see Norman back in six months.

**COPY TO DR. FARZAN AND DR. PEDRO SANZ.**

248596

8.

**ANDOVER SURGICAL ASSOCIATES, INC.**
**140 Haverhill Street, Andover, MA 01810 (978)475-4202**
**One Parkway, Haverhill, MA 01830 (978)372-8200**

**NORMAN ALLEN**
**DOB:  11/24/47**

**July 10, 2000**          **(Andover Office)**          **J D MANDELL MD**

Norman is actually doing much better. His suprapubic catheter is
out. He is moving his bowels, sometimes bowel movements,
sometimes large bowel movements. He had previously some diarrhea
and some fecal incontinence but this was probably related to the
pelvic radiation. He has not had that recently, and he has not
had any incontinence recently.

**PHYSICAL EXAMINATION:** His lungs are clear. Cardiac exam is
regular. Abdomen soft, non-distended, non-tender. He has a few
prolene sutures that are palpable beneath the skin. There is no
erythema. I reassured him regarding this. There is no
incisional hernia. No inguinal adenopathy. Rectal exam shows
good spinchter tone. He shows good contraction of the sphincter
to voluntary squeeze. I can put my finger through the
anastomosis without any problem. There is no stenosis. Stool is
guaiac negative. No tenderness.

**IMPRESSION:** Doing well following low anterior resection. I
would like to see him back in three months. He is going to have
some labs drawn by Dr. Sanz later today. I have asked him to be
sure to get a CEA with that and have the results sent to me. His
porta cath site looks excellent. No signs of infection.

**COPY TO DR. FARZAN, DR. SANZ, AND DR. HURLEY.** *JW*

*7/19/00 Reards copied & mailed to Univ of mass*
*Disability Eval. Servics, auth in chart — gmt*

**October 25, 2000**          **(Andover Office)**          **J D MANDELL MD**

Doing fairly well. Occasionally loses some stool in his pants,
but most of the time has good rectal function and knows when he
needs to go the bathroom. Occasional sharp discomfort near the
surgical scar consistent with postoperative scar. He is voiding
without problem. He gets what he describes as half erections and
I advised him to talk to Dr. Hurley about his sexual function.

                                             (continued)

9.

**ANDOVER SURGICAL ASSOCIATES, INC.**
**140 Haverhill Street, Andover, MA 01810 (978)475-4202**
**One Parkway, Haverhill, MA 01830 (978)372-8200**

**NORMAN ALLEN**
**DOB:  11/24/47**

**October 25, 2000  (continued) (Andover Office)     J D MANDELL MD**

**PHYSICAL EXAMINATION:**  His abdomen is soft and non-tender.  No inguinal adenopathy.  No incisional hernia.  Lungs are clear bilaterally.  Cardiac exam is regular.  Rectal exam:  He has good sphincter tone, no palpable mass, no fecal impaction, stool guaiac negative.

**IMPRESSION:**  Overall doing quite well.  I would like to see him back in three months.  I reminded that he needs to discuss with Dr. Farzan referral back to Dr. Fazio for endoscopy early next year.  He is also following up with Dr. Sanz.

**COPY TO DR. FARZAN, DR. SANZ, AND DR. HURLEY.**

**ANDOVER
SURGICAL ASSOCIATES, INC.**      *248596*      3.
**140 HAVERHILL STREET
ANDOVER, MA 01810-1589
(978) 475-4202**

*z.Q.*

**NORMAN G ALLEN
DOB:  11/24/1947**

**November 4, 1999**                                **J D MANDELL MD**

No complaints.

CT scan of the abdomen and pelvis did not show any metastatic
disease in the liver.  There is a suggestion of some left sided
extension from the primary tumor in the rectum toward the seminal
vesical.  However, endorectal ultrasound at Lahey Clinic shows a
T2 lesion invading to the perirectal fat, but no lymph nodes were
identified.  CEA is 3.5, PT is 11.8, PTT 32.7, hematocrit 41.
He has not yet seen Dr. Hurley of urology.

I have discussed with Norman and his wife once again the nature
of his low rectal carcinoma.  We will try to perform low anterior
resection with primary anastomosis.  However, he understands
he is right on the borderline and may end up with an abdominal-
perineal resection.  Also a temporary colostomy might be a
possibility with a low anterior resection.  Risks of surgery
were discussed, including bleeding, infection, reaction to the
anesthesia, pelvic abscess, pneumonia, myocardial infarction
and other complications.  Possible sexual dysfunction, erectile
dysfunction and bladder dysfunction, as well as anal sphincter
dysfunction, were discussed.

He understands the issues involved and wishes to proceed.
We will arrange for him to see Dr. Hurley of urology, and I have
given him instructions on a mechanical bowel preparation before
surgery.

**PLAN:**  Low anterior resection of the rectum, possible abdominal-
perineal resection, possible colostomy.

**COPY TO DR. FARZAN AND DR. FAZIO.**

8.

**ANDOVER SURGICAL ASSOCIATES, INC.**
**140 Haverhill Street, Andover, MA 01810 (978)475-4202**
**One Parkway, Haverhill, MA 01830 (978)372-8200**

NORMAN ALLEN
DOB:  11/24/47

July 10, 2000          (Andover Office)          J D MANDELL MD

Norman is actually doing much better. His suprapubic catheter is
out. He is moving his bowels, sometimes bowel movements,
sometimes large bowel movements.  He had previously some diarrhea
and some fecal incontinence but this was probably related to the
pelvic radiation.  He has not had that recently, and he has not
had any incontinence recently.

**PHYSICAL EXAMINATION:** His lungs are clear.  Cardiac exam is
regular.  Abdomen soft, non-distended, non-tender.  He has a few
prolene sutures that are palpable beneath the skin. There is no
erythema.  I reassured him regarding this.  There is no
incisional hernia.  No inguinal adenopathy.  Rectal exam shows
good spinchter tone.  He shows good contraction of the sphincter
to voluntary squeeze.  I can put my finger through the
anastomosis without any problem.  There is no stenosis.  Stool is
guaiac negative.  No tenderness.

**IMPRESSION:**  Doing well following low anterior resection.  I
would like to see him back in three months.  He is going to have
some labs drawn by Dr. Sanz later today.  I have asked him to be
sure to get a CEA with that and have the results sent to me.  His
porta cath site looks excellent. No signs of infection.

**COPY TO DR. FARZAN, DR. SANZ, AND DR. HURLEY.**

# ATTACHMENT E

# Holy Family Hospital
# and Medical Center

70 East Street, Methuen, Massachusetts 01844-4597   (508) 687-0151
(508) 687-0156 Direct Dial

## PHYSICAL THERAPY EVALUATION

ALLEN, Norman
DOB: 11/24/47
GLFHC
MR: 444532
5/12/98
DIAGNOSIS: Fibromyalgia
Date of onset: A little more than 1 year ago.
Patient History: Diagnosed about 2-3 months ago. Recently started with headaches.
Medication: Dilantin, Neurontin, Paxil.
Past Medical History: 1990 benign tumor removed left thorax posterior to lung. Smoker
with shortness of breath; seizures; dislocating shoulders-right anterior, left anterior and
posterior; decreased short term memory.
Precautions: Seizures, dizziness with bending over at the waist and neck extension.
OBJECTIVE FINDINGS (most normal findings omitted)

Pain:           7/10 neck and left levator scapula most painful. Also complaint of
                pain both shoulders; low back, hands, knees, ankles.

ROM:*denotes pain with movement
                Lumbar spine: marked limitation backward bending *most painful.
                Moderate/marked limitation forward bending*
                Marked limitation sidebend bilaterally*
                Cervical spine: flexion 60 degrees; extension 35 degrees*,
                dizziness; rotation right 55 degrees, left 55 degrees;
                lateral flexion right 28 degrees, left 32 degrees.
                Straight leg raise 60 degrees, left 70 degrees,
                ankle dorsiflexion right 3 degrees, left 0 degrees.

Palpation:      Mild tenderness left levator scapula;sinus tarsi bilaterally.

Posture:        Anterior view      sternum cavum.
                Posterior view     left shoulder high with increased tone upper
                                   trapezius.
                                   Shortening latissimus dorsi right.
                                   Increased tone right levator scapula.
                                   Calcaneus-valgus left.
                                   Slight winging medial border scapula.

Page 2

ALLEN, Norman
MR:  444532

Side view  Genu recurvatum left.
Anterior displacement of humeral head in glenoid
left greater than right with slight inferior
displacement.
Mild pes planus.

Function: (relative to premorbid capacity)
Sleeps 2 hours or less-gets up at 2:30-3:30.
Sits up to 1 hour in a comfortable chair.
Walks 1/4 mile.

TREATMENT TODAY: Evaluation, begin exercise program and recommendations for
sleep management. Recommend trial Temperpedic pillow and cushioned, supportive
footwear.

CLINICAL ASSESSMENT: 50 year old male with history of marked instability bilateral
shoulders; complaint of severe neck pain as well as overall body pain and marked
limitation spine ROM. Presents with marked difficulty sleeping and performing overhead
UE activities. Will benefit from PT to learn home exercise program and pain management.

SHORT TERM GOALS:
Independent home exercise program.
Sleep 3 hours.
Decrease pain 1 grade.

LONG TERM GOALS:
Ambulate 1 mile.
Decrease pain to 5/10.

TREATMENT PLAN: Frequency 2 x a week. Duration 8 weeks
ROM exercises.
Scapular/shoulder stabilization exercises.
Conditioning program.
Posture training.
Modalities as indicated for pain reduction with spine and left levator scapular.
Soft tissue mobilization.

Clinical findings and treatment plan have been discussed with patient. Patient agrees with
plan.

Julie Zdlla, P.T.
0512;0520-8



Holy Family Hospital
and Medical Center

248596

# CANCER MANAGEMENT CENTER - RADIATION ONCOLOGY

| | | | |
|---|---|---|---|
| Date: | February 28, 2001 | | |
| Patient Name: | ALLEN, NORMAN | ID#: | 00-044 |
| Radiation Oncologist: | Astrid O. Peterson, MD | DOB: | 11-24-47 |
| Note: | Follow-up | | |

It has been 8 months since the patient completed concurrent 5FU chemotherapy and post-op pelvic radiotherapy following low anterior resection and 2 cycles of up front 5FU chemotherapy for a T3N1M0 Grade II invasive adenocarcinoma of the rectum.

S: Patient was last seen by Dr. Sanz in 9/00 and has missed one follow-up appointment in between. He has had a colonoscopy on 11-16-00 which was normal. He has 10-14 soft bowel movements per day. Unfortunately he continues to have some difficulty with anal continence. He does not take Imodium consistently but notices on the days he does take it. The stool is more formed and has more control. Unfortunately, he continues to smoke 3 packs of cigarettes daily. He also drinks a tremendous amount of coffee and continues to have problems with sleeping.

O: On exam, patient's weight is stable at 142 pounds. There is no peripheral adenopathy. Auscultation of the lungs reveals occasional crackles and no significant wheezing. Abdomen is nontender with no organomegaly. No inguinal adenopathy is noted. Rectal exam reveals a low-lying anastomosis without obvious disease recurrence.

A: Patient now 8 months S/P treatment with no obvious disease recurrence locally or other disease by colonoscopy from 11/00. Unfortunately he has missed his follow-up with Dr. Sanz and I have urged him to make a follow-up appointment and that he should be consistent for follow-ups.

I have stressed the importance of smoking cessation with the patient and his wife. I have told him that unless they both give up smoking at the same time, that I doubt they will be successful. In addition, he drinks a tremendous amount of coffee and this I suspect is adding to his problems with insomnia. I have urged that he switch to decaf coffee.

P: Patient will be seen for follow-up in 6 months.
AOP/kl
Cc: Dr. Mandell, Tumor Registry
     Dr. Sanz/LGH, Dr. Farzan
     Dr. Hurley, Dr. fazio

Astrid O. Peterson, MD

and Medical Center

## *CANCER MANAG\_.MENT CENTER - RADIA1 .'N ONCOLOGY*

| | | | |
|---|---|---|---|
| Date: | July 5, 2000 | | |
| Patient Name: | ALLEN, NORMAN | ID#: | 00-044 |
| Radiation Oncologist: | Astrid O. Peterson, MD | DOB: | 11-24-47 |
| Note: | Follow-up | | |

It has been 2 weeks since the patient completed concurrent chemotherapy and radiotherapy following low anterior resection and two initial cycles of 5FU chemotherapy for T3N1M0, Grade II invasive adenocarcinoma of the rectum.

S: Patient states that he is feeling much better than during and on completion of treatment. He had no significant diarrhea or fatigue for the first week following treatment. He states that he is having smaller, more frequent bowel movements but they are soft and well formed. Patient does have complaints of continued insomnia and was seen several days ago by Dr. Farzan and put on Trazodone. He just started this yesterday and did not have a significant improvement in his night sleep last night.

O: On exam, his weight is up 3 pounds over the past several weeks and he now weighs 141 pounds. Abdomen is soft and non-tender. There is no inguinal adenopathy. Examination of the perianal area reveals no skin reaction. Rectal exam reveals no obvious lesions in the distal rectal vault.

A: Patient is starting to show improvement in both bowel and overall clinical status 2 weeks post treatment. He does have continued mild problems with fatigue but this appears to be related more to his ongoing problems with insomnia. Patient will be seen by Dr. Sanz in another weeks time. He will possibly start the last 2 cycles of chemotherapy at that time.

P: Follow-up here in 5-1/2 months time.

AOP/kl
Cc: Dr. Mandell
    Dr. Farzan
    Dr. Sanz/LGH
    Dr. Hurley
    Dr. Fazio
    Tumor Registry

Astrid O. Peterson, MD

Caritas Christi · A Catholic Health Care System · Member

and Medical Center

## CANCER MANAGEMENT CENTER - RADIATION ONCOLOGY

Date: June 20, 2000

Patient Name: **ALLEN, NORMAN**         ID#: 00-044

Radiation Oncologist: Astrid O. Peterson, MD    DOB: 11-24-47

Note: Discharge Summary

---

PATIENT ONCOLOGIC PROFILE: Patient is a 52 year old gentleman with T3N1M0 Grade II invasive adenocarcinoma of the rectum. S/P low anterior resection. Patient received 2 cycles of 5FU chemotherapy prior to radiation and then concurrent 5FU with his radiation.

RADIATION CALENDAR: Started 4-25-00         Completed 6-19-00

DOSE: Using 18Mv photons and a combination of 16x21.5cm PA treatment portals combined with 13x21.5cm parallel opposed right and left lateral treatment portals, patient received 4500 cGy in 25 fractions over 48 elapsed days. Custom blocking technique was used on all portals and 30 degree wedge was used daily on both lateral portals.

Using 18Mv photons and cone down 9.5x15cm right and left lateral treatment portals covering primary site, patient received another 540 cGy in 3 fractions over 3 elapsed days. Again, custom blocking technique was used for both portals.

Finally, using 18Mv photons and further cone down 9.5x9cm right and left lateral treatment portals covering primary tumor site, patient received a final 360 cGy in 2 fractions over 2 elapsed days. Custom blocking technique was again used for portals. A total of 5400 cGy in 30 fractions over 55 elapsed days was given to primary tumor site.

A: Patient had multiple problems during his course of treatment. He had indwelling cystoscopy tube since prior to treatment which developed a large bladder stone and was unable to be pulled. Because of increase in pain, he ultimately went to the OR and had the tube removed, much to his relief. He also had difficulties with diarrhea which cause a one week break in both chemotherapy and radiotherapy.

P: Follow-up in 2 weeks time.
AOP/kl
Cc: Dr. Mandell
    Dr. Hurley
    Dr. Farzan, Tumor Registry
    Dr. Sanz, Dr. Fazio

_Astrid O. Peterson_, ms
Astrid O. Peterson, MD

) and Medical Center

### *CANCER MANAGEMENT CENTER - RADIATION ONCOLOGY*

| | | | |
|---|---|---|---|
| Date: | July 5, 2000 | | |
| Patient Name: | ALLEN, NORMAN | ID#: | 00-044 |
| Radiation Oncologist: | Astrid O. Peterson, MD | DOB: | 11-24-47 |
| Note: | Follow-up | | |

It has been 2 weeks since the patient completed concurrent chemotherapy and radiotherapy following low anterior resection and two initial cycles of 5FU chemotherapy for T3N1M0, Grade II invasive adenocarcinoma of the rectum.

S: Patient states that he is feeling much better than during and on completion of treatment. He had no significant diarrhea or fatigue for the first week following treatment. He states that he is having smaller, more frequent bowel movements but they are soft and well formed. Patient does have complaints of continued insomnia and was seen several days ago by Dr. Farzan and put on Trazodone. He just started this yesterday and did not have a significant improvement in his night sleep last night.

O: On exam, his weight is up 3 pounds over the past several weeks and he now weighs 141 pounds. Abdomen is soft and non-tender. There is no inguinal adenopathy. Examination of the perianal area reveals no skin reaction. Rectal exam reveals no obvious lesions in the distal rectal vault.

A: Patient is starting to show improvement in both bowel and overall clinical status 2 weeks post treatment. He does have continued mild problems with fatigue but this appears to be related more to his ongoing problems with insomnia. Patient will be seen by Dr. Sanz in another weeks time. He will possibly start the last 2 cycles of chemotherapy at that time.

P: Follow-up here in 5-1/2 months time.

AOP/kl
Cc: Dr. Mandell
    Dr. Farzan
    Dr. Sanz/LGH
    Dr. Hurley
    Dr. Fazio
    Tumor Registry

Astrid O. Peterson, MD

Caritas Christi • A Catholic Health Care System • Member

and Medical Center

## CANCER MANAGEMENT CENTER - RADIATION ONCOLOGY

Date:             June 20, 2000     # 248596

Patient Name:       **ALLEN, NORMAN**      ID#:    00-044

Radiation Oncologist:    Astrid O. Peterson, MD     DOB:   11-24-47

Note:             Discharge Summary

PATIENT ONCOLOGIC PROFILE: Patient is a 52 year old gentleman with T3N1M0 Grade II invasive adenocarcinoma of the rectum. S/P low anterior resection. Patient received 2 cycles of 5FU chemotherapy prior to radiation and then concurrent 5FU with his radiation.

RADIATION CALENDAR: Started 4-25-00          Completed 6-19-00

DOSE: Using 18Mv photons and a combination of 16x21.5cm PA treatment portals combined with 13x21.5cm parallel opposed right and left lateral treatment portals, patient received 4500 cGy in 25 fractions over 48 elapsed days. Custom blocking technique was used on all portals and 30 degree wedge was used daily on both lateral portals.

Using 18Mv photons and cone down 9.5x15cm right and left lateral treatment portals covering primary site, patient received another 540 cGy in 3 fractions over 3 elapsed days. Again, custom blocking technique was used for both portals.

Finally, using 18Mv photons and further cone down 9.5x9cm right and left lateral treatment portals covering primary tumor site, patient received a final 360 cGy in 2 fractions over 2 elapsed days. Custom blocking technique was again used for portals. A total of 5400 cGy in 30 fractions over 55 elapsed days was given to primary tumor site.

A: Patient had multiple problems during his course of treatment. He had indwelling cystoscopy tube since prior to treatment which developed a large bladder stone and was unable to be pulled. Because of increase in pain, he ultimately went to the OR and had the tube removed, much to his relief. He also had difficulties with diarrhea which cause a one week break in both chemotherapy and radiotherapy.

P: Follow-up in 2 weeks time.
AOP/kl
Cc: Dr. Mandell
     Dr. Hurley
     Dr. Farzan, Tumor Registry
     Dr. Sanz, Dr. Fazio

Astrid O. Peterson, MD

Holy Family Hospital
and Medical Center

## CANCER MANAGEMENT CENTER - RADIATION ONCOLOGY

Date: March 29, 2000

Patient Name: **ALLEN, NORMAN**    ID#: 00-044

Radiation Oncologist: Astrid O. Peterson, MD    DOB: 11-24-47

Note: Follow-up

Patient is a 52-year-old gentleman seen for initial consultation on 1-26-00. At that time, he was S/P low anterior resection for a T3N1M0 Grade II invasive adenocarcinoma of the rectum. Tumor had greater than 50% mucinous component and 1/6 lymph nodes were positive for metastatic disease. The patient has since undergone TURP with placement of a cystoscopy catheter. He has received one full cycle of 5FU and is midway through his second cycle.

S: Patient denies difficulty with abdominal pain, diarrhea or rectal bleeding. Patient notes that he will be giving a urine specimen today to rule of infection.

O: On exam, patient's weight is down several pounds to 140 pounds. There is no peripheral adenopathy. Lungs are clear to auscultation. Abdomen is scaphoid, nontender with no organomegaly. No inguinal adenopathy is noted. Patient has an indwelling cystoscopy tube. Rectal exam reveals a low-lying anastomosis without obvious disease recurrence. There is no stool for guaiac.

A: Patient with Stage III, T3N1M0, Grade II invasive adenocarcinoma of the rectum with 50% mucinous component and 1/6 lymph nodes positive for metastatic disease. Patient is completing his second cycle of 5FU chemotherapy and will be having placement of a portacath so that he can receive infusion 5FU chemotherapy during his course of radiotherapy. I have discussed the course of radiation and potential side effects with patient and his wife. Patient does consent to proceed with treatment as currently outlined.

P: Patient will be booked for pelvic simulation next week. He will have opacification of small bowel with barium as well as rectal opacification at the time of simulation. Patient will start his course of treatment between 3-4 weeks post completion of this cycle of chemotherapy.

AOP/kl
Cc: Dr. Mandell
    Dr. Sanz/LGH
    Dr. Hurley
    Dr. Fazio
    Tumor Registry

Astrid O. Peterson, M.
Astrid O. Peterson, MD

Holy Family Hospital
and Medical Center

## *CANCER MANAGEMENT CENTER - RADIATION ONCOLOGY*

| | |
|---|---|
| Date: | January 26, 2000 |
| Patient Name: | ALLEN, NORMAN    ID#:    00-044 |
| Radiation Oncologist: | Astrid O. Peterson, MD    DOB:    11-24-47 |
| Note: | Initial Evaluation    548996 |

PATIENT ONCOLOGIC PROFILE: Patient is a 52 year old gentleman referred by Dr. Mandell for discussions regarding post-op radiotherapy following resection for rectal carcinoma.

Patient's history dates to mid 1999 when he noted onset of rectal bleeding and gradual change in bowel habits with change in stool caliber and shape. Patient changed PCP and was seen by Dr. Farzan. With the description of these symptoms he was referred to Dr. Fazio and underwent colonoscopy on 10-20-99. He was found to have a semi-circumferential mass in the rectum with lower edge at 6cm and palpable on digital exam. Biopsies revealed mucinous adenocarcinoma, Grade II. On 12-1-99 patient underwent resection of the primary tumor by low anterior resection. Final histology revealed a grade II invasive adenocarcinoma with greater than 50% mucinous component. Tumor measured 5.5cm in greatest diameter and infiltrated into the perirectal adipose tissue. There was lymphatic and extensive perineural invasion noted. Distal and proximal margins of resection were free of tumor but 1/6 lymph nodes was positive for metastatic carcinoma. Pre-op abdominal and pelvic CT revealed no evidence of metastatic disease outside of the rectal area. Patient had voiding problems post-op and currently has an indwelling Foley catheter. Patient relates that he will undergo prostate surgery on 2-10-00 by Dr. Hurley.

PAST MEDICAL HISTORY: 5-7 year history of fibromyalgia, History of seizures which began as adult while he was drinking heavily.

PRIOR SURGERY: Thoracotomy in 1994. Benign chest tumor.

MEDICATIONS: Dilantin ? 500mg q d. and sleeping pill for which he does not know the name.

ALLERGIES: None.

FAMILY HISTORY: Patient's father with colon carcinoma and mother with carcinoma, unknown type.

SOCIAL HISTORY: Patient is married and lives with his wife. He has 2 adult children, a son age 30 and a daughter age 25. Patient previously worked as a contractor but has been unemployed for many years secondary to his seizure

Holy Family Hospital
and Medical Center

## *CANCER MANAGEMENT CENTER - RADIATION ONCOLOGY*

Date:

Patient Name:  **ALLEN, NORMAN**          ID#:   00-044

Radiation Oncologist:                              DOB:

Note:

history.  Tobacco: currently 2 packs per day, down from 3-4 packs daily for approximately 30 years.  ETOH: Quit one year ago except for an occasional beer, but prior heavy use.  Patient does smoke marijuana on occasion.

REVIEW OF SYSTEMS: 20+ pound weight loss both prior to and following surgery ( approximately 6 months).  Patient has discomfort in the perineal area when sitting.  Patient also has discomfort from an indwelling Foley catheter.

O: Pleasant, alert, gentleman weighing 143 pounds at time of examination. There is no peripheral adenopathy.  Lungs are clear to ausculation.  Abdomen is nontender with no inguinal adenopathy is noted.  Rectal exam reveals a very low lying anastomosis within several cm of the anal verge.

A: Stage III, T2N1 mucinous adenocarcinoma of the rectum, S/P low anterior resection.  I would recommend consideration of post-op chemotherapy to be followed by combined chemoradiation to decrease the chance of both systemic and locally recurrent disease.  The timing of this is somewhat problematic since the patient still has an indwelling Foley catheter and is scheduled for TURP on 2-10-00.  This is of some concern since the patient is already 8 weeks out from his low anterior resection and delay in onset of treatment carries a greater risk for locally recurrent disease.  I have discussed these issues with Dr. Sanz who will also discuss the timing of chemotherapy and surgery with the patient and with Dr. Hurley.  As discussed with the patient, he will receive 2 up front cycles of chemotherapy prior to beginning concurrent chemo and radiation together for treatment of the pelvis and primary tumor site.  I have discussed the course of treatment and potential side effects with the patient and his wife who is also in attendance.  This will be discussed again when he comes in for follow-up.

P: He will be booked for follow-up here in approximately 5 weeks time .

Thank you for your referral.
AOP/kl
cc:  Dr. Mandell
     Dr. Hurley
     Dr. Farzan
     Dr. Sanz/LGH
     Dr. Fazio
     Tumor Registry

Astrid O. Peterson, MD

Holy Family Hospital
and Medical Center

## CANCER MANAGEMENT CENTER - RADIATION ONCOLOGY

| | | | |
|---|---|---|---|
| Date: | January 26, 2000 | | |
| Patient Name: | ALLEN, NORMAN | ID#: | 00-044 |
| Radiation Oncologist: | Astrid O. Peterson, MD | DOB: | 11-24-47 |
| Note: | Initial Evaluation | | |

PATIENT ONCOLOGIC PROFILE: Patient is a 52 year old gentleman referred by Dr. Mandell for discussions regarding post-op radiotherapy following resection for rectal carcinoma.

Patient's history dates to mid 1999 when he noted onset of rectal bleeding and gradual change in bowel habits with change in stool caliber and shape. Patient changed PCP and was seen by Dr. Farzan. With the description of these symptoms he was referred to Dr. Fazio and underwent colonoscopy on 10-20-99. He was found to have a semi-circumferential mass in the rectum with lower edge at 6cm and palpable on digital exam. Biopsies revealed mucinous adenocarcinoma, Grade II. On 12-1-99 patient underwent resection of the primary tumor by low anterior resection. Final histology revealed a grade II invasive adenocarcinoma with greater than 50% mucinous component. Tumor measured 5.5cm in greatest diameter and infiltrated into the perirectal adipose tissue. There was lymphatic and extensive perineural invasion noted. Distal and proximal margins of resection were free of tumor but 1/6 lymph nodes was positive for metastatic carcinoma. Pre-op abdominal and pelvic CT revealed no evidence of metastatic disease outside of the rectal area. Patient had voiding problems post-op and currently has an indwelling Foley catheter. Patient relates that he will undergo prostate surgery on 2-10-00 by Dr. Hurley.

PAST MEDICAL HISTORY: 5-7 year history of fibromyalgia, History of seizures which began as adult while he was drinking heavily.

PRIOR SURGERY: Thoracotomy in 1994. Benign chest tumor.

MEDICATIONS: Dilantin ? 500mg q d. and sleeping pill for which he does not know the name.

ALLERGIES: None.

FAMILY HISTORY: Patient's father with colon carcinoma and mother with carcinoma, unknown type.

SOCIAL HISTORY: Patient is married and lives with his wife. He has 2 adult children, a son age 30 and a daughter age 25. Patient previously worked as a contractor but has been unemployed for many years secondary to his seizure

Holy Family Hospital
and Medical Center

## CANCER MANAGEMENT CENTER - RADIATION ONCOLOGY

Date:

Patient Name:          ALLEN, NORMAN          ID#:   00-044

Radiation Oncologist:                          DOB:

Note:

history. Tobacco: currently 2 packs per day, down from 3-4 packs daily for
approximately 30 years. ETOH: Quit one year ago except for an occasional
beer, but prior heavy use. Patient does smoke marijuana on occasion.

REVIEW OF SYSTEMS: 20+ pound weight loss both prior to and following
surgery ( approximately 6 months). Patient has discomfort in the perineal area
when sitting. Patient also has discomfort from an indwelling Foley catheter.

O: Pleasant, alert, gentleman weighing 143 pounds at time of examination.
There is no peripheral adenopathy. Lungs are clear to ausculation. Abdomen is
nontender with no inguinal adenopathy is noted. Rectal exam reveals a very low
lying anastomosis within several cm of the anal verge.

A: Stage III, T2N1 mucinous adenocarcinoma of the rectum, S/P low anterior
resection. I would recommend consideration of post-op chemotherapy to be
followed by combined chemoradiation to decrease the chance of both systemic
and locally recurrent disease. The timing of this is somewhat problematic since
the patient still has an indwelling Foley catheter and is scheduled for TURP on 2-
10-00. This is of some concern since the patient is already 8 weeks out from his
low anterior resection and delay in onset of treatment carries a greater risk for
locally recurrent disease. I have discussed these issues with Dr. Sanz who will
also discuss the timing of chemotherapy and surgery with the patient and with
Dr. Hurley. As discussed with the patient, he will receive 2 up front cycles of
chemotherapy prior to beginning concurrent chemo and radiation together for
treatment of the pelvis and primary tumor site. I have discussed the course of
treatment and potential side effects with the patient and his wife who is also in
attendance. This will be discussed again when he comes in for follow-up.

P: He will be booked for follow-up here in approximately 5 weeks time .

Thank you for your referral.
AOP/kl
cc: Dr. Mandell
    Dr. Hurley
    Dr. Farzan
    Dr. Sanz/LGH
    Dr. Fazio
    Tumor Registry

Astrid O. Peterson, MD

# Holy Family Hospital and Medical Center

# ADMISSION RECORD

**PATIENT**

| Patient Type and Service | | Patient Account Number | | Medical Record Number |
|---|---|---|---|---|
| SURGICAL DAY CARE | | 41462557 | | 44-49-99 |

| Room / Bed Accom. | Clerk | Mother's Med Rec # | Adm Date & Time | CC | PC |
|---|---|---|---|---|---|
| / | JT | | 06/06/00  2:32 PM | | |

| Patient Name | Previous Name | Date of Birth | Age - Sex - Race - Marital |
|---|---|---|---|
| ALLEN, NORMAN G | | 11/24/1947 | 52Y M  W  M |

| Address | City | State | Zip Code | Home Phone |
|---|---|---|---|---|
| 27 BOURQUE ST | LAWRENCE | MA | 01843 | 978-725-5227 |

| Occupation | Prev Adm | Soc. Sec. No. | Smoke | Religion - Church |
|---|---|---|---|---|
| | 05/31/00 | 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 | | CATH NO SPECIAL |

| Employer | Addr | | Bus Phone |
|---|---|---|---|
| NONE | | 00000 | |

| Next of Kin | Addr | | | |
|---|---|---|---|---|
| ALLEN, RUTH | 27 BOURQUE ST | LAWRENCE | MA | 01843 |

| NoK Home Phone | Bus Phone | Relationship |
|---|---|---|
| 978-725-5227 | | WIFE |

| ADVANCE DIRECTIVE | NO |
|---|---|

| Pt. Maiden Name | Birthplace | Newborn Weight | Psy Adm Type | Lang |
|---|---|---|---|---|
| | CALAIS, ME | | | ENGLISH |

**GUAR**

| Guarantor Name | Relationship | Guar. Soc. Sec. No. | Occupation |
|---|---|---|---|
| ALLEN, NORMAN G | PATIENT | 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 | |

| Guar's Addr | | | | Home Phone |
|---|---|---|---|---|
| 27 BOURQUE ST | LAWRENCE | MA | 01843 | 508-682-6479 |

| Guar's Employer Name | Employer's Addr | | Bus Phone |
|---|---|---|---|
| NONE | | 00000 | |

**INSURANCE**

| Pri Ins Co. | Subscriber | Ins No. / Grp No. & Name |
|---|---|---|
| MEDICAID MANAGED CAR | ALLEN, NORMAN G | 0054640862    / 7051040001 01 |

| Pri Ins Addr | | | Bus Phone |
|---|---|---|---|
| P O BOX 9013 | SOMERVILLE | MA  02145 | 800-325-5231 |

| 2nd Ins Co | Subscriber | Ins No. / Grp No. & Name |
|---|---|---|
| SELF PAY | ALLEN, NORMAN G | / |

| 2nd Ins Addr | | Bus Phone |
|---|---|---|
| | | |

| 3rd Ins Co | Subscriber | Ins No. / Grp No. & Name |
|---|---|---|
| | | |

| 3rd Ins Addr | | Bus Phone |
|---|---|---|
| | | |

**MED**

| Admitting Phys | Office Phone | Attending Phys | Office Phone |
|---|---|---|---|
| HURLEY, LIAM J. | | HURLEY, LIAM J. | |

| Admitting Diagnosis |
|---|
| URINARY RETENTION |

| Remarks |
|---|
| |

| Arrived by |
|---|
| |

Additional insurance information and notes:

# MEDICAL RECORDS

*Caritas Christi · A Catholic Health Care System · Member*

Rev 6/95

## CONSENT FOR TREATMENT AND ASSIGNMENT OF BENEFITS

1. The undersigned patient (if a minor, the undersigned parents or guardians), knowing that I, (or_____ a minor) am (is) suffering from a condition requiring hospital care, do hereby voluntarily consent to such hospital care and medical treatment encompassing diagnostic procedures and medical treatment by Dr._____ , his assistants, his designees and hospital consultants and personnel, as is deemed necessary in the judgement of said physician and hospital personnel.

2. I am aware that the practice of medicine is not an exact science and I acknowledge that no guarantees have been made to me in regard to the result of treatments or examination in the hospital.

3. I consent to the presence and involvement of medical students, interns and other health care professionals and students in the diagnosis and treatment of my condition.

4. I have read this form and it has been fully explained to me, and I certify that I understand its contents.

5. I hereby assign, unto the Holy Family Hospital all hospital insurance benefits now due and to become due and payable to me by virtue of my treatment by said hospital and I hereby direct the insuror to pay such benefits directly to said hospital, in consideration of the hospital care and services, furnished and to be furnished by said hospital. Said insuror is authorized to deduct such payments from its obligation to me for hospital benefits under the above numbered policy. I understand that I remain financially responsible to the hospital for charges not met by the proceeds of this assignment.

6. I authorize Holy Family Hospital and Medical Center to release such diagnostic and therapeutic information, including mental health, developmental disabilities, alcohol and drug abuse, Acquired Immune Deficiency Syndrome (AIDS), and / or HIV test results or other information as may be necessary for reimbursement. This authorization shall be valid as specified by the patient but not to exceed a period of two years, or until such time as revoked by the patient within said two-year period, unless action on it has already begun. This authorization constitutes a waiver of the provisions of Massachusetts General Laws Chapter 111, Section 70F.

7. I hereby release the Holy Family Hospital from all responsibility for loss of valuables and money kept in my possession during my stay in hospital.

8. ( ) I am legally an emancipated minor, living apart from parents. I am self-supporting and responsible for my food, shelter, and medical treatment

Witness:_____ Signature of patient_____ Date:_____

Responsible party, if other than patient:_____ Relationship:_____

---

### AMA

This is to certify that I,_____ , a patient at Holy Family Hospital, am leaving against the advice of the attending physician and hospital authorities. I also acknowledge that I have been informed of the risk involved, and thereby release the attending physician and hospital from all responsibility for any consequences which may result.

Witness:_____ Signature of Patient:_____ Date:_____

Or:

Signature of Responsible Party:_____ Relationship:_____

---

### SACRAMENTS

Sacrament of the Sick:    Yes ____ No ____    Other:_____

Date:_____ Administered by:_____

Addressograph

**Holy Family Hospital and Medical Center·**
70 East Street, Methuen, Massachusetts 01844-4597 (978) 687-0151

4146?557·   SOC   06/06/2000
ALLEN,NORMAN G
9? LAWRENCE ST LAWR MA
M SEY 1?/241/1947  444532 CAT
HURLEY,LIAM J.
2000/28007

**Authorization for Administration of Anesthesia and for Performance of Operations and Other Procedures**

1. The undersigned patient (if a minor, the undersigned ), knowing that I (or *Norman Allen*, a minor,_____ years of age), haye (has) a condition requiring a operation or procedure, do hereby consent to such operation or procedure by Dr. *Hurley*, his/her assistants, or his/her designees, as is necessary in his/her judgment.

2. I consent to the administration of such anesthesia as may be considered necessary or desirable in the judgment of the physician and/or the anesthesiologist.

3. Dr. *Hurley* has explained to me the nature and purpose of the operation or procedure to be performed, namely *Cysto Removal SP tube XXX Removel Cath. from bladder*
_____
*(State nature of operation or procedure)*

the material risks associated with this type of operation or procedure, and alternative means of therapy. I also understand the material risks associated with not having the operation or procedure performed. I do hereby voluntarily consent to such operation or procedure. I acknowledge that no guarantee or assurance has been given to me by anyone as to the result of this operation or procedure.

4. I understand that during the course of the operation or procedure, unforeseen conditions may develop which could require an extension of the original operation or procedure, or a different operation or procedure from that described above. I therefore authorize my physician, his/her associates or assistants, to perform such operation or procedure as they, in the exercise of their professional judgment, deem necessary and desirable.

5. I also consent to the disposal, in accordance with hospital procedure, of any tissues or parts which may be removed in any operation or procedure.

6. I understand that the hospital has affiliations with schools relating to health care. I consent to the presence and participation of students and other health care professionals for the purpose of advancing medical education.

7. I consent to the presence of technical representatives in the room in which the operation or procedure is performed, if my physician requests advice on instrumentation and/or equipment.

8. For the purpose of medical teaching or documentation, I hereby authorize the photography and/or videotaping of the operation or procedure.

9. **I CERTIFY THAT I UNDERSTAND THE CONTENTS OF THIS FORM.**

_____          _____          _____
Witness                  Signature of Patient     Date  10/11/02

_____          _____          _____
Witness                  Signature of Parent / Guardian    Date

FORM # AD6A (6/98)

Caritas Christi · A Catholic Health Care System Member

**HOLY FAMILY HOSPITAL AND MEDICAL CENTER**
**70 East Street**
**Methuen, MA 01844**
**508-687-0151**

_(handwritten addressograph stamp area)_
_(Addressograph stamp)_

**HISTORY:**

Chief Complaint: _____

Present Illness: _____

Past Medical History: _____

Social History: _____

Family History: _____

Review of Systems: _____

**PHYSICAL EXAMINATION:**

HEENT: _____

Chest: _____

Heart: _____

Lungs: _____

Abdomen: _____

Gastrointestinal: _____

Genitourinary: _____

Extremities: _____

Neurological: _____

Skin and Lymph: _____

**PRINCIPAL DIAGNOSIS:** _____

**OPERATIONS:** _____

Signature: _____
Physician        Date

3/92; Revised 11/92; revised 1/93
revised 5/93
C:\Misc\0550

**SHORT - STAY RECORD**

**PROGRESS NOTES:** _____ (1) _Brief of nts_ _____

10/6/00 _In g At - many refedion_ _____

_____ _Pstop tx - SHP_ _____

_____ _procedure - uster removal of SHP_ _____

_____ _Anes - MAC_ _____

_____ _Surgeon - Hurly_ _____

_____ _Finding -_ _____

_____ _____

_____ _____

**DISCHARGE SUMMARY:** _____ _____

_____ _____

_____ _____

_____ _____

_____ _____

_____ _____

_____ _____

**CONDITION ON DISCHARGE (include mental status relative to anesthesia recovery):**

_____ _Stable_ _____

**INSTRUCTIONS TO PATIENT/PATIENT'S SPONSOR:** _____ _____

_____ _PM - I adm._ _____

_____ _____

_____ _____

_____ _____

Signature: _____ _Hurly_ _____
                        Physician                    Date

**SHORT - STAY RECORD**

**HOLY FAMILY HOSPITAL** - 70 East St - Methuen, MA 01844 - TEL:(978) 687-0156 x2455

## LABORATORY REPORT

| PATIENT | SEX | AGE | DATE OF BIRTH | LOCATION | PRINT DATE |
|---|---|---|---|---|---|
| ALLEN,NORMAN G | M | 52 | 11/24/1947 | PAT | 06/02/00 |
| | | | | | @ 0532 |

| MED REC # / ACCT # | ADMIT DATE | DISCH DATE | SUBMITTING DOCTOR |
|---|---|---|---|
| 444532 / 41462557 | 06/01/00 | | HURLEY,LIAM J. |

---

**Specimen: 0601:C00220R  COMP    Collected: 06/01/00-1442    Received:  06/01/00-1442**

| — TEST — | — RESULTS — | — REFERENCE RANGE — |
|---|---|---|
| | CHEMISTRY | |
| CRE | 0.7 | L 0.8-1.3 mg/dl |

---

**Specimen: 0601:H00200R  COMP    Collected: 06/01/00-1442    Received:  06/01/00-1442**

| — TEST — | — RESULTS — | | | — REFERENCE RANGE — |
|---|---|---|---|---|
| | | HEMATOLOGY | | |
| *HEMOGRAM* | | | | |
| WBC | 6.6 | | | 4.8-10.8 k/ul |
| RBC | | 4.04 | L | 4.70-6.10 m/ul |
| HGB | | 13.1 | L | 14.0-18.0 g/dl |
| HCT | | 38.3 | L | 42.0-52.0 % |
| MCV | | 94.8 | H | 80.0-94.0 fL |
| MCH | | 32.4 | H | 27.0-31.0 pg |
| MCHC | 34.1 | | | 33.0-37.0 g/dl |
| RDW | | 17.3 | H | 11.5-14.5 % |
| PLT | 185 | | | 150-450 k/ul |
| *AUTO DIFF* | | | | |
| POLY | 72.2 | | | 40-74 % |
| LYMPH | | 11.4 | L | 20-50 % |
| MONO | | 8.9 | H | 1-8 % |
| EOS | | 6.4 | H | 0-4 % |
| BASO | | 1.1 | H | 0-1 % |
| POLY # | 4.7 | | | k/ul |
| LYMPH# | 0.8 | | | k/ul |
| MONO# | 0.6 | | | k/ul |
| EOS# | 0.4 | | | k/ul |
| BASO# | 0.1 | | | k/ul |
| | | COAGULATION | | |
| PT | 12.5 | | | 11.6-13.2 secs |
| PTT | 24.5 | | | 21.3-30.0 secs |

** END OF REPORT **
Caritas Christi * A Catholic Health Care System * Member

HOLY FAMILY HOSPITAL - 70 East St - Methuen, MA 01844 - TEL:(978) 687-0156 x2455

## LABORATORY REPORT

| PATIENT | SEX | AGE | DATE OF BIRTH | LOCATION | PRINT DATE |
|---|---|---|---|---|---|
| ALLEN, KIRKLAND | M | 7M 21 | 10/13/1999 | PAT | 06/03/00 |
| | | | | | ● 0532 |

| MED REC # / ACCT # | ADMIT DATE | DISCH DATE | SUBMITTING DOCTOR |
|---|---|---|---|
| 594960 / 41465121 | 06/02/00 | | ZAPPALA, STEPHEN M |

**Specimen:** 0602:H00093R COMP **Collected:** 06/02/00-0734 **Received:** 06/02/00-0734

| — TEST — | — RESULTS — | | — REFERENCE RANGE — |
|---|---|---|---|
| | **HEMATOLOGY** | | |
| *HEMOGRAM* | | | |
| WBC | 9.3 | | 4.5-13.5 k/ul |
| RBC | 4.77 | | 4.00-5.20 m/ul |
| HGB | 12.0 | | 11.5-15.5 g/dl |
| HCT | 36.1 | | 35.0-45.0 % |
| MCV | 75.6 | | 75.0-87.0 fL |
| MCH | 25.1 | | 23.0-30.0 pg |
| MCHC | 33.2 | | 30.0-36.0 g/dl |
| RDW | 13.2 | | 11.5-14.5 % |
| PLT | 383 | | 150-450 k/ul |
| *AUTO DIFF* | | | |
| POLY | 42.6 | | 40-74 % |
| LYMPH | | 41.5 | L 45-75 % |
| MONO | | 13.4 | H 1-8 % |
| EOS | 2.1 | | 0-4 % |
| BASO | 0.4 | | 0-1 % |
| POLY # | 4.0 | | k/ul |
| LYMPH# | 3.9 | | k/ul |
| MONO# | 1.2 | | k/ul |
| EOS# | 0.2 | | k/ul |
| BASO# | 0.0 | | k/ul |

** END OF REPORT **
Caritas Christi * A Catholic Health Care System * Member

**HOLY FAMILY HOSPITAL** - 70 East St - Methuen, MA 01844 - TEL:(978) 687-0156 x2455

## LABORATORY REPORT

| PATIENT | SEX | AGE | DATE OF BIRTH | LOCATION | PRINT DATE |
|---|---|---|---|---|---|
| ALLEN,NORMAN G | M | 52 | 11/24/1947 | PAT | 06/03/00 |
| | | | | | ● 0532 |

| MED REC # / ACCT # | ADMIT DATE | DISCH DATE | SUBMITTING DOCTOR |
|---|---|---|---|
| 444532 / 41462557 | 06/01/00 | | HURLEY,LIAM J. |

**Specimen: 0602:U00010R  COMP   Collected: 06/02/00-0804   Received:  06/02/00-0804**

| — TEST — | — RESULTS — | | | — REFERENCE RANGE — |
|---|---|---|---|---|
| | **URINALYSIS** | | | |
| UA | | | | |
| COLOR | YELLOW | | | |
| CLARITY | CLOUDY | | | |
| GLUCOSE | NORM | | | NEGATIVE (mg/dl) |
| BILIRUBIN | NEG | | | NEGATIVE (mg/dl) |
| KETONES | NEG | | | NEGATIVE (mg/dl) |
| SGU | 1.015 | | | 1.005-1.030 |
| BLOOD | | 150 | H | NEGATIVE (/ul) |
| PH,URINE | 7 | | | 6-8 |
| PROTEIN (U) | | 100 | H | NEGATIVE (mg/dl) |
| UROBILINOGEN | NORM | | | NORMAL (mg/dl) |
| NITRITE | | POS | H | NEGATIVE |
| LEUK ESTERASE | | 500 | H | NEGATIVE (/ul) |
| URIN MICR | | | | |
| RBCU | 11-20 | | | 0-3 /hpf |
| WBCU | GREATER THAN 100 | | | 0-5 /hpf |
| CASTS | 0-2 COARSE GRANULAR | | | /lpf |
| BACTERIA | 3+ | | | NONE SEEN |

**\*\* END OF REPORT \*\***
Caritas Christi \* A Catholic Health Care System \* Member



HOLY FAMILY HOSPITAL & MEDICAL CENTER
RESULTS FOR RESULT DATE 05/24/2000
RESULTS REPORTING
Thu Jun 1, 2000 2:40 PM
Printed By: CAD,PAT



Name= ALLEN,NORMAN G          Age= 52Y    Sex= M    MRUN 44-45-32
Adm Dt= 06/01/2000 Loc= PAT       Acct#= 41462557    Phys= HURLEY,LIAM J.
---------------------------------------------------------------------------

Ord #= L977335-1                              Sched D/T= 05/24/2000 1156
Ord Phys= PETERSON,ASTRID O.       RESULTED   Collect D/T= 05/24/2000 1201
Resulted by= SYS,LAB                          Result D/T= 05/24/2000 1251

**CHEM7**                                              (1 of 2)
 GLU:                    * 113               (70 - 110)  mg/dl
 BUN:                      10                (7 - 18)    mg/dl
 CRE:                    * 0.7               (0.8 - 1.3) mg/dl
 NA:                      140                (140 - 148) mEq/L
 K:                       4.2                (3.6 - 5.0) mEq/L
 L:                       101                (100 - 108) mEq/L
 O2:                       28                (21 - 32)   mmol/L
 AGAP:                     11                (5 - 15)    mEq/L


Ord #= L977336-1                              Sched D/T= 05/24/2000 1156
Ord Phys= PETERSON,ASTRID O.       RESULTED   Collect D/T= 05/24/2000 1201
Resulted by= SYS,LAB                          Result D/T= 05/24/2000 1215

**HEMOGRAM**                                          (2 of 2)
 WBC:                      7.0               (4.8 - 10.8) k/ul
 RBC:                    * 4.36              (4.70 - 6.10) m/ul
 HGB:                    * 13.6              (14.0 - 18.0) g/dl
 HCT:                    * 41.2              (42.0 - 52.0) %
 MCV:                    * 94.6              (80.0 - 94.0) fL
 MCH:                    * 31.2              (27.0 - 31.0) pg
 HC:                      33.0              (33.0 - 37.0) g/dl
 DW:                     * 17.8              (11.5 - 14.5) %
 PLT:                     246               (150 - 450)  k/ul
 MPV:                     7.9               (6.2 - 10.4) fL


* System: HF LIVE ********************************* For: DOLAN,CAROL A *
*                 End: RR RSLT BY RESULT DATE (SCRN/PRT)
*********************************************************** *************

PRE EVALUATION - ANESTHESIA DEPARTMENT

Information obtained from:

Patient ( ) Speaks and Understands English ( )

Other ( )

41478557   SOC  06/06/2000
ALLEN,NORMAN G
27 COURTUE ST LAWR MA
M  Y 11/24/1947 444532 CAT
HULLEY,LIAM J.
3000:30007
(addressograph stamp)

Name and Relationship

(PLEASE COMPLETE IN INK)

| Previous Operations (Please List) | Approximate Year | Type of Anesthesia (Asleep or Spinal) | List Any Complications |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Do you take any drugs or medications regularly?                         Yes  No

If yes, please list name and dose.  Important: Note any oral steroids.

MEDICATION INVENTORY                    Last Dose to be completed by RN

| Drug | Dose | Frequency | Reason | Date | Time | Amount |
|---|---|---|---|---|---|---|
| Dilantin | 400 mg | Day | Siezures | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| To be completed by RN | RN Signature: |
|---|---|
| Height _____  Weight _____  (actual) | Attending MD Initials |

CIRCLE

Have you ever had an allergy or bad reaction to a drug/medicine/tropical fruit/latex balloons?                                              (Yes) No

If yes, please specify reaction: Turned Red — Paxil

Do you smoke or have you ever smoked?                                    (Yes) No

If yes, how much each day? Yes      For how many years? 20

If stopped, for how many years _____

Do you drink alcoholic beverages?                                       Yes (No)

If yes, how often? _____

Has a close relative ever had a problem with anesthesia?                Yes (No)

If yes, please specify: _____

Do you have diabetes?                                                   Yes (No)

If yes, how id your diabetes managed: diet _____  medication _____

Are you pregnant?    Date of Last Menstrual Cycle _____               Yes (No)

Do you have asthma?                                                    Yes (No)

If yes, please specify: _____

Do you have hay fever and/or environmental allergies?                  Yes (No)

If yes, please specify: _____

Have you had a cold, sore throat or hoarseness in the past two weeks?  Yes (No)

Do you have a chronic cough?                                           Yes (No)

Do you have heartburn?                                                 Yes (No)

Revised 11/92; 5/93; 2/97;11/97; 12/98

Do you have high blood pressure? ................................... Yes No

Have you had a heart murmur? ...................................... Yes No

Do you get short of breath? ....................................... Yes No

 Climbing one flight of stairs? ................................... Yes No

 Climbing two flights of stairs? .................................. Yes No

Have you had a heart attack?  If yes, when? _____ Yes No

Do you have angina?  If yes, when _____ Yes No

Do you get episodes of pain or heaviness in your chest? .......... Yes No

Have you fainted recently? ....................................... Yes No

Do you have a history of a spinal cord defect? ................... Yes No

Have you had any trouble with numbness, tingling or loss of strength     Yes No
 in arms, legs or any muscles? — ONLY SINCE OPERATION - Colon Cancer

Have you had a convulsion or seizure?  Last seizure: ____2YRS about   Yes No

Have you ever had yellow jaundice, hepatitis, cirrhosis, or ...... Yes No
 trouble with the liver?

Have you ever had a blood transfusion?  When?_____ Yes No

Have you ever had kidney trouble? ................................ Yes No

Do you have contact lenses? ...................................... Yes No

Do you have dental plates, bridges, caps or any loose teeth? ..... Yes No
 Please list_____

Do you have any other medical problems or concerns? .............. Yes No
 If so, please list_____

Have you had a major illness or major accident?  If so, please state:  Yes No
CANCER ( Colon )

Do you live alone? ............................................... Yes No
Any concerns?  Please explain _____

NOTE: IF IT IS NECESSARY TO USE AN "AIRWAY" DURING SURGERY, THERE IS A POSSIBILITY
      THAT YOUR TEETH COULD BE INJURED.  THAT IS A RISK YOU MUST AGREE TO ACCEPT.

Please sign: _Norman Allen_____  Date: 6-1-00_____
              Patient's Signature

_____  Date:_____
              Physician's Signature

Arrangements for Discharge:  (to be completed by Pre Admission or SDC nurse only)

To Where _____Hum._____

With Whom: ____Ruth_____ Relationship: _____ Phone: _____
            Name

Anesthesia Machine # _____ N2-1 _____

Check-out completed by _____ Robt _____

```
                              SDC   06/06/2000
ALLEN,NORMAN G
    PURDUE ST LAWR MA
        1347 444532 CAT
HURLEY,LIAM J
```

# ● HOLY FAMILY HOSPITAL & MEDICAL CENTER ANESTHESIA RECORD

## Anesthesia Apparatus Checkout Recommendations

*1. **Inspect anesthesia machine for:**
machine identification number
valid inspection sticker
undamaged flowmeters, vaporizers, gauges, supply hoses
complete, undamaged breathing system with adequate $CO_2$ absorbent
correct mounting of cylinders in yokes
presence of cylinder wrench

*2. **Inspect and turn on:**
electrical equipment requiring warm-up
(ECG/pressure monitor, oxygen monitor, etc.)

*3. **Connect waste gas scavenging system:**
adjust vacuum as required

*4. **Check that:**
flow-control valves are off
vaporizers are off
vaporizers are filled (not overfilled)
filler caps are sealed tightly
$CO_2$ absorber by-pass (if any) is off

*5. **Check oxygen ($O_2$) cylinder supplies:**
a. Disconnect pipeline supply (if connected) and return cylinder and pipeline pressure gauges to zero with $O_2$ flush valve.
b. Open $O_2$ cylinder; check pressure; close cylinder and observe gauge for evidence of high pressure leak.
c. With the $O_2$ flush valve, flush to empty piping.
d. Repeat as in b. and c. above for second $O_2$ cylinder, if present.
e. Replace any cylinder less than about 600 psig. At least one should be nearly full.
f. Open less full cylinder.

*6. **Turn on master switch (if present):**

*7. **Check nitrous oxide ($N_2O$) and other gas cylinder supplies:**
Use same procedure as described in 5a. & b. above, but open and CLOSE flow-control valve to empty piping.
Note: $N_2O$ pressure below 745 psig. indicates that the cylinder is less than ¼ full.

*8. **Test flowmeters:**
a. Check that float is at bottom of tube with flow-control valve closed (or at min. $O_2$ flow if so equipped).
b. Adjust flow of all gases through their full range and check for erratic movements of floats.

*9. **Test ratio protection/warning system (if present):**
Attempt to create hypoxic $O_2/N_2O$ mixture, and verify correct change in gas flows and/or alarm.

*10. **Test $O_2$ pressure failure system:**
a. Set $O_2$ and other gas flows to mid-range.
b. Close $O_2$ cylinder and flush to release $O_2$ pressure.
c. Verify that all flows fall to zero. Open $O_2$ cylinder.
d. Close all other cylinders and bleed piping pressures.
e. Close $O_2$ cylinder and bleed piping pressure.
f. CLOSE FLOW CONTROL VALVES.

*11. **Test central pipeline gas supplies:**
a. Inspect supply hoses (should not be cracked or worn).
b. Connect supply hoses, verifying correct color coding.
c. Adjust all flows to at least mid-range.
d. Verify that supply pressures hold (45-55 psig).
e. Shut off flow control valves.

*12. **Add any accessory equipment to the breathing system:**
Add PEEP valve, humidifier, etc., if they might be used (if necessary remove after step 18 until needed).

13. **Calibrate $O_2$ monitor:**
*a. Calibrate $O_2$ monitor to read 21% in room air.
*b. Test low alarm.
c. Occlude breathing system at patient end; fill and empty system several times with 100% $O_2$.
d. Check that monitor reading is nearly 100%.

14. **Sniff inspiratory gas:**
There should be no odor.

*15. **Check unidirectional valves:**
a. Inhale and exhale through a surgical mask into the breathing system (each limb individually, if possible).
b. Verify unidirectional flow in each limb.
c. Reconnect tubing firmly.

†16. **Test for leaks in machine and breathing system:**
a. Close APL (pop-off) valve and occlude system at patient end.
b. Fill system via $O_2$ flush until bag just full, but negligible pressure in system. Set $O_2$ flow to 5 L/min.
c. Slowly decrease $O_2$ flow until pressure no longer rises above about 20 cm $H_2O$. This approximates total leak rate, which should be no greater than a few hundred ml/min. (less for closed circuit techniques).
CAUTION: Check valves in some machines make it imperative to measure flow in step c. above when pressure just stops rising.
d. Squeeze bag to pressure of about 50 cm $H_2O$ and verify that system is tight.

17. **Exhaust valves and scavenger system:**
a. Open APL valve and observe release of pressure.
b. Occlude breathing system at patient end and verify that negligible positive or negative pressure appears with either zero or 5 L/min. flow and that exhaust relief valve (if present) opens with flush flow.

18. **Test ventilator:**
a. If switching valve is present, test function in both bag and ventilator mode.
b. Close APL valve if necessary and occlude system at patient end.
c. Test for leaks and pressure relief by appropriate cycling (exact procedure will vary with type of ventilator).
d. Attach reservoir bag at mask fitting, fill system and cycle ventilator. Assure filling/empty of bag.

19. **Check for appropriate level of patient suction.**

20. **Alarms on.**

21. **Check, connect, and calibrate other electronic monitors.**

22. **Check final position of all controls.**

23. **Turn on and set other appropriate alarms for equipment to be used.**
(Perform next two steps as soon as is practical)

24. **Set $O_2$ monitor alarm limits.**

25. **Set airway pressure and/or volume monitor alarm limits (if adjustable).**

26. **Checkout completed.**

---

If an anesthetist uses the same machine in successive cases, the steps marked with an asterisk (*) need not be repeated or may be abbreviated after the initial checkout.

† A vaporizer leak can only be detected if the vaporizer is turned on during this test. Even then, a relatively small but clinically significant leak may not be obscured.

FDA—August

| | | ANESTHESIOLOGIST: R HARE MD | 6/06/2000 | | 1489552   SOC   08/06/2000 |
|---|---|---|---|---|---|
| 8:38 | 8:51 | ANESTHETIST: | | | LENIN, NORMAN G |
| AN.END 9:12 | OP.END 8:58 | | | | TORTUE ST LAWR MA |
| ☑ IDENT: | ☑ PERMIT: | SURGEONS: HURLEY | | | DOB 11/18/1947 444532 CAT |
| ☑ MACHINE # | ☑ ROOM # 6 | PROCEDURE: CYSTO / REMOVAL OF SUPRAPUBIC TUBE | | | DR WILLIAM J |
| N 2-1 | | | | | |

**Checklist:**
- ☑ GAS SCAV.   ARM / LEG
- ☑ NIBP ⏱ R
- ☐ A-LINE L   R
- ☑ EYE PROTECTION  TAPE
- ☑ IV SITES ② F. arm
- ☑ SCCS - ABS   ☐ NRBS
- ☐ N. STIMULATOR
- ☐ TEMP-PROBE: ESO/SKN/RECT
- ☑ ALL MONITORS OPERATIVE
- ☐ MONITOR FAILURE (EXPL. OVER)
- ☐ AIRWAY
- ☑ ENDOTRACHEAL TUBE
- SIZE:   CUFF VOL:
- EASY/DIFF.
- WHY?

**TOTAL**
- PRE OP: P 75
- BP 140/88  SAO₂ (RA)

**ANESTHESIA AGENTS - DRUGS**

| | EVENTS : | |
|---|---|---|
| | O₂ / N₂O | 7/2 3/1 4/1 1/9 |
| | SEVOFLURANE | 3/3 4/5 SP |
| 200 | PROPOFOL | 200 |
| 100 | FENTANYL | 100 |

**MONITORS**

| ECG | 52 | 52 | 52 |
|---|---|---|---|
| FIO₂ | 1 | .32 | 1 |
| Steth. Eso/Precord | | | |
| SaO₂ | 47 | 97 | 98 |
| EtCO₂ | | 36 | 38 |
| MV | | | |
| PIP | U/A | | |
| Temp. | | | |
| Urine | | | |
| EBL: | | | |

**FLUIDS**

| RL | - - - - - - - - - - 300 |
|---|---|

**EVENTS**

OPER R with O₂ / Sevorane
Induced with Propofol IO₂ N₂O/Sevoflurane
oral cath'd via mask & bag
Spontaneous + assisted ventilation

Antibiotics Levaquin 500 mg RO @ 8:45AM

TOTAL FLUIDS  RL 300
POST-OP CONDITION  P 76

**Holy Family Hospital and Medical Center**     **ANESTHESIA RECORD**

**PRE-ANESTHETIC EVALUATION**

ASA CLASS     1     ②     3     4     5     E

AGE _52_     NPO STATUS _at 5mm reo_

HEIGHT _5-10_          WEIGHT _137 lb_

PROPOSED SURGERY _cysto Removal of Suprapubic Tube_

**ALLERGIES**

_NKDA_

**MEDICATIONS**

_Diazepam_
_Tylenol + Cod_
_Trazadone_
_Oxycodone_
_Sulfromethoxazole_

**LABS**

| | | | |
|---|---|---|---|
| A | CXR | ☐ checked | |
| B | EKG | ☐ checked | |
| C | Lytes | ☐ checked | |
| D | CBC | ☐ checked | |
| E | Blood Sugar | ☐ checked | |
| F | Blood Gasses | ☐ checked | |
| G | PT/PTT | ☐ checked | |

**CARDIOVASCULAR**

_Denies MI, angina_
_at H.N_

**RESPIRATORY**

_Cig Smoker_
_COPD_

**CNS**

_Hx Seizure disorder_

**NECK, AIRWAY, TEETH**  _own teeth_
_adequate airway / F.R.on neck_

**ENDOCRINE**  _Denies diabetes_
_or Thyroid disease_

**PREVIOUS SURGERY**
_Thoracotomy ⓛ_
_TURP_
_Colectomy_

**MISCELLANEOUS**
_Colon Ca_

**ANESTHETIC PLAN**          ⓖⒶ          RA          MAC

Technique, risks, alternatives and side effects, including but not limited to vein injury, nerve injury, tooth damage, sore throat, hoarseness, parasthesia, headache, infection, allergic reactions, and need for post-op ventilation has been explained. Patient or patient's guardian understands and accepts. All questions answered.

_Ruby_     _6/6/2000_

**POST OPERATIVE VISIT**

_9:12 AM Uneventful gen. an. Brought to RR awake._
_alert  vital signs stable_     _Ruby_

PF-148  (6/99)

## HOLY FAMILY HOSPITAL AND MEDICAL CENTER
### 70 East St.
### Methuen, MA 01844
### (978) 687-0151

## OPERATIVE NOTE

Patient Name:  ALLEN,NORMAN                    Admission Date:  06/06/00
Med. Rec. # :  27-66-35                        Attending Phys.:  Liam J. Hurley, M.D.
Date of Birth:  11/24/1955                     Date of Operation:  06/06/00
    Room No.:                                  Surgeon:  Liam J. Hurley, M.D.

DATE OF SURGERY:    06/06/00

SURGEON:  DR. LIAM J. HURLEY

PREOPERATIVE DIAGNOSIS:  URINARY RETENTION

POSTOPERATIVE DIAGNOSIS:  SAME

PROCEDURE:  CYSTOURETHROSCOPY  AND REMOVAL  OF SUPRAPUBIC
TUBE

ANESTHESIA:

I was unable to remove the surpapubic tube in the office. The patient is now here for
anesthesia to remove this.

PROCEDURE:  With the patient subsequently introduced under anesthesia, prepped
and draped in sterile fashion. A #22 French cystourthroscope was placed in the bladder
without difficulty. The tip of the suprapubic tube was identified and was very encrusted
resulting in inability to remove it in the office. I then resected the suprapubic tube at
the skin level and pulled out the tip of the suprapubic tube through his penis. The
patient tolerated the procedure well and was given antibiotics and will be following up
with me in 2 weeks to let me know how well things are progressing.  The bladder wall
was examined and found to contain no evidence of bleeding or any other masses.


_____
Liam J. Hurley, M.D.

LJH/lmf
D: 06/06/00
T: 06/11/00
cc: Dr. David Farzan


cc:    Liam J. Hurley, M.D.                              (F)


## OPERATIVE NOTE

**Holy Family Hospital and Medical Center**
70 East Street
Methuen, MA 01844

## PERIOPERATIVE NURSING DOCUMENTATION

DATE 6-6-00   OPERATING ROOM # 6

TIME IN 0838   TIME OUT 9/2

INCISION TIME 0851

☐ SCHEDULED   ☐ EMER/URGENT
☐ IN-PT.   ☑ SURGICAL DAY   ☐ OUT PT.

SDC  06/06/2000
ALLEN, NORMAN G
DOB 11/26/1947  444532 CAT
HUSLEY, LIAM J.

### CHART REVIEW
☑ CONSENTS  ☑ H&P  ☑ EKG  ☑ CHEST X-RAY

LAB DATA: ☑ HGB  ☑ HCT  ☑ LYTES  ☑ PT  ☑ PTT  ☐ BLOOD PRODUCTS # UNITS _____ ID # _____

☐ ENT  ☐ ORTHO  ☐ NEURO  ☑ UROLOGY  ☐ OPTHALMIC  ☐ ORAL
☐ VASCULAR  ☐ GENERAL  ☐ OB/GYN  ☐ PLASTIC  ☐ THORACIC  ☐ PODIATRY  ☐ OTHER

### PT. INTERVIEW
☐ WRISTBAND ID  ☐ VERBAL ID  ☐ OP SITE VERIFIED  NPO AFTER MN  ☐ YES  ☐ NO  SINCE _____
ALLERGIES  ☐ NKA  ☑ YES Paxil

PHYSICAL ASSESSMENT:  SKIN: ☐ PALE  ☐ COOL  ☑ DRY  ☐ DIAPHORETIC  ☑ WARM  ☐ FLUSHED
☐ CYANOTIC  ☐ BRUISE  ☐ RASH  ☐ REDDENED AREA  SKIN INTEGRITY: ☑ INTACT  ☐ OTHER

COMMENTS: Hx colon ca. Tebetted catheter Left chest

LEVEL OF RESPONSIVENESS: ☑ AWAKE  ☑ ORIENTED  ☐ RESPONSIVE  ☐ DISORIENTED  ☐ UNRESPONSIVE  ☐ DROWSY
LEVEL OF EMOTIONAL STATUS: ☑ COOPERATIVE  ☐ ANXIOUS  ☐ CALM  ☐ CRYING  ☐ OTHER _____

LIMITATIONS:  ☐ NONE  ☐ AUDITORY  ☐ VISUAL  ☐ LANGUAGE _____  ☐ MOBILITY _____
☐ OTHER: _____  ☐ IMPLANTS: _____  ☐ PROSTHESIS: _____
☐ URINARY CATHETER   AMT. IN BAG _____ cc
INVASIVE LINES  ☐ NONE  ☐ A-LINE  ☐ CENTRAL  ☐ SWAN-GANZ  ☑ PERIPHERAL  ☐ OTHER

COMFORT MEASURES: ☑ WARM BLANKET  ☐ OTHER

### NSG. DIAGNOSIS: POTENTIAL FOR ANXIETY RELATED TO KNOWLEDGE DEFICIT:
☑ COMMUNICATE PATIENT CONCERNS TO OTHER
   HEALTH CARE MEMBERS

GOAL: DEMONSTRATES DECREASED ANXIETY THRU BODY LANGUAGE AND VERBALIZATION

EVALUATION: DEMONSTRATES UNDERSTANDING OF EXPLANATIONS
☑ YES  ☐ NO  ☐ COMMENT _____
mask.

☑ CONVEY CARING SUPPORTIVE ATTITUDE
☑ REMAIN WITH PATIENT DURING INDUCTION
☐ OTHER _____

ANESTHESIA TYPE: ☑ GENERAL  ☐ MAC  ☐ SPINAL  ☐ BLOCK/REGIONAL  ☐ EPIDURAL

PRE-OPERATIVE DIAGNOSIS: urinary retention

SURGICAL PROCEDURE: cystoscopy, Removal of subra pubic tube.

POST OPERATIVE DIAGNOSIS: Same

SURGEON: Dr. Hurley   ASSISTANT _____
ANESTHESIOLOGIST: Dr. Hogue   CRNA _____
CIRCULATING NURSE: C.Behprincipl   RELIEF _____ IN _____ OUT _____
                                    RELIEF _____ IN _____ OUT _____
SCRUB NURSE: M. Lynch CST   RELIEF R.Dupont IN 0800 OUT _____
                             RELIEF Thompson IN _____ OUT _____
LASER NURSE _____
OTHER AUTHORIZED PERSONNEL _____

☐ CELL SAVER  ☐ ANTIEMBOLISM STOCKINGS  ☐ SEQUENTIAL STOCKINGS

**INTRA-OP**

**DRUGS AND SOLUTIONS (OTHER THAN THOSE GIVEN BY ANESTHESIA)**

| TIME | TYPE | AMOUNT | ROUTE | IRRIGATIONS |
|------|------|--------|-------|-------------|
| | | | | NACL |
| | | | | |
| | | | | |

SPECIMENS: ∅

IMPLANTS/PROTHESIS: ☐ YES ☑ NO ☐ EXP. DATE _____   X-RAYS: ☐ YES ☑ NO

MANUFACTURE _____   TYPE _____

TYPE _____   DYE/TYPE _____ ☐ NA

SIZE _____   REACTION NOTED _____

SERIAL #/LOT _____   _____ ☐ NO

☐ SEE OTHER SIDE

**POTENTIAL FOR INJURY**

**NSG. DIAGNOSIS: POTENTIAL FOR INJURY    GOAL: PATIENT WILL REMAIN FREE FROM INJURY**

PLAN AND IMPLEMENTATION

PATIENT SURGICAL POSITION: ☐ SUPINE ☐ PRONE ☑ LITHOTOMY ☐ JACKKNIFE ☐ LEFT SIDE ☐ RT. SIDE

OTHER/COMMENT: _____

POSITIONAL AIDS: ☐ SAFETY BELT ☐ BEAN BAG ☑ ARM BOARDS ☑ STIRRUPS ☐ PADS ☐ PILLOWS ☐ LAM FRAME

OTHER _____   POSITIONED BY: HBLK

GROUNDING PAD: ☑ NA ☐ SITE _____ ESU # _____ BIPOLAR # _____

SETTINGS: COAG _____ CUTTING _____ BIPOLAR _____

GROUNDING PAD SITE POST OP: ☐ INTACT ☐ OTHER _____

LASER: ☐ ARGON ☐ CO2 ☐ YAG   OTHER EQUIPMENT: _____

TOURNIQUET: UNIT # _____ APPLIED BY: _____

SITE: _____ PRESSURE _____

INFLATED: _____ DEFLATED _____ SCRUB N. Lynchart

COUNTS: SET UP BY CIRCULATOR G.B.Bahirwu   SCRUB N. Lynchart

| | CORRECT (INITIALS) | | | UNRESOLVED (INITIALS) | | | |
|---|---|---|---|---|---|---|---|
| | NA | #1 | #2 | #3 | #1 | #2 | #3 |
| INSTRUMENTS | ✓ | | | | | | |
| SPONGES | ✓ | | | | | | |
| SHARPS | ✓ | | | | | | |

☑ SURGEON NOTIFIED OF COUNTS
IF UNRESOLVED X-RAY TAKEN
☐ YES ☐ NO  IF NO, EXPLAIN _____

EVALUATION/OUTCOME: TOLERATED WITH NO APPARENT INJURY ☑ YES ☐ NO

**POTENTIAL FOR INFECTION**

**NSG. DIAGNOSIS: POTENTIAL FOR INFECTION    GOAL: PATIENT IS FREE FROM INFECTION**

PLAN AND IMPLEMENTATION

SKIN PREPARATION: ☐ SHAVE   AREA: _____ BY _____

PREP: ☑ BETADINE SOLUTION ☐ BETADINE SCRUB ☐ OTHER _____ BY Dr Husky

URINARY CATHETER ☑ NONE ☐ TYPE _____ SIZE _____ INSERTED BY: _____ D/C'd: ☐ YES ☐ NO OUTPUT _____ cc

DRAINS/TUBES: SIZE/TYPE/SITE _____

PACKING: SIZE/TYPE/SIZE _____

CAST: TYPE _____

DRESSING TYPE: 4x4  paper tape

EVALUATION: PRINCIPLES OF MICROBIOLOGY AND ASEPSIS APPLIED ☑ YES ☐ NO COMMENT: _____

WOUND CLASSIFICATION: ☑ CLEAN ☐ CLEAN/CONTAMINATED ☐ CONTAMINATED ☐ DIRTY

PATIENT DISCHARGED TO: PACU   TIME: 912   REPORT TO: L.Patton RN

CONDITION: ☐ INTUBATED ☐ EXTUBATED ☑ AWAKE ☐ ALERT ☐ OTHER _____

METHOD OF DISCHARGE: ☑ STRETCHER ☐ BED ☐ W/C ☐ CRIB ☐ AMBULATE

COMMENTS: _____

CIRCULATOR SIGNATURE: HBahirwu   RELIEF _____

Holy Family Hospital and Medical Center
70 East Street
Methuen, MA 01844
508-687-0151
**Same Day Surgery**

ALLEN, NORMAN G
27 CHAPLIN ST LAWR MA
SDC  06/06/2000

| | |
|---|---|
| How Admitted | Ambulatory From Home ☐  Other |
| Admitting Diagnosis: | _____ Nerve Stroke |
| Date Admitted: | 6/6/00  Time Admitted: _____ AM PM  NPO Since _____ |
| Arrangements for Discharge.  Name: | _____ |
| Drug or Food Allergies /Bracelet On | PCN |
| | Ht. 5  10  W. 137 |

**Nurse's Pre op Checklist:**
- Identification bracelet correct on patient
- Blood Band on _____  Consent Signed
- Patient dressed in snap hospital gown
- Contact Lenses  placed_____
- Eye Glasses  placed_____
- Dentures removed: _____ uppers_____ lowers
  partial
- Loose teeth / caps, bridges
- Jewelry secured with tape
- Describe: _____
- Thigh high elastic stockings (if indicated)

- History and physical on chart
- Pre-operative chest x-ray on chart
- Admission blood work on chart
- Pre-operative EKG on chart
- Consent form signed and dated
- On carrier / side rails up
- Prep (if indicated)
- Oriented to SDC unit and safety limitations
- Oriented to pen-operative routines
- Patient verbalizes understanding
- Date L.M.P _____

**Medication Inventory**

| Name of Drug, Dose, Frequency | Time of Last Dose | Name of Drug, Dose, Frequency | Time of Last Dose |
|---|---|---|---|
| | | | |
| | | | |

Comments _____

RN Signature _____

**Pre Procedure Care Plan**

| Nursing Diagnosis | Intervention | Outcome | Outcome Met | Comments |
|---|---|---|---|---|
| Knowledge deficit R/T Surgical Procedure | Determine patients knowledge of surgical procedure and which preop teaching methods done.  ☐ Video  ☑ Teaching  ☐ Demonstration  ☐ Hand out | Patient demonstrates and verbalizes an understanding of surgical procedure through interactive discussion | YES / NO | Pain score reviewed c pt + demonstrates understanding! |
| Alteration in level of emotional status  Calm ☐  Anxious ☐  Crying ☐  Agitated ☐ | Encourage patient to verbalize concerns and fears  Demonstrate caring and supportive approach | Patient will verbalize and demonstrate decrease in physiologic signs / symptoms of anxiety | YES / NO | |

T 97  P 75  R 12  BP 140/84  SaO2 100  Diagnostic Test ☑No ☐Yes

| Physical Assessment | Comments | | |
|---|---|---|---|
| Skin | ☑ Warm & Dry  ☐ Diaphoretic  ☐ Other | | N N N |
| Respiratory / Breath sounds | ☑ Clear  ☐ Diminished  ☐ Other | | N N N |
| Circulatory / Apical Pulse | ☑ Regular  ☐ Irregular  ☐ Other | | N N N |
| Neurological / level of responsiveness | ☑ Alert  ☐ Oriented  ☐ Other | | N N N |
| GI GU GYN | ☑ Abdomen soft  ☐ Distended  ☐ Other | | N N N |
| Endocrine | ☐ Diabetic  ☑ NA  ☐ Other | | N N N |

Comments _____

RN Signature _____

**Pre Operative**

| Time | Drug / Infusion | Dose | Route | Site | RN Initial |
|------|-----------------|------|-------|------|------------|
|      |                 |      |       |      |            |
|      |                 |      |       |      |            |
|      |                 |      |       |      |            |

## Post Operative / Phase II Nurses Notes

| Time | Drug / Infusion | Dose | Route | Site | RN Initial |
|------|-----------------|------|-------|------|------------|
| 1000 | 500 LR ↑        |      |       |      |            |

| | N/A | Yes | N N N |
|---|-----|-----|-------|
| IV / Patent | N/A | Yes | N N N |
| Dressing/D&I | N/A | Yes | N N N |
| Voided post-op | N/A | Yes | N N N |
| Oriented to Unit/Equipment | N/A | Yes | N N N |

| Post - Anesthesia Discharge Scoring ( PADS ) System | Arrival | Dch |
|---|---|---|
| 1 Vital Signs<br>2 = Within 20% of preoperative value<br>1 = 20 - 40 % of preoperative value<br>0 = > 40 % of preoperative value | 2 | 2 |
| 2 Activity and Mental Status<br>2 = Oriented x 3 and has steady gait<br>1 = Oriented x 3 or has steady gait<br>0 = Neither | 2 | 2 |
| 3 Pain, Nausea, and/or vomiting<br>2 = Minimal<br>1 = Moderate, having required treatment<br>0 = Severe, requiring treatment | 2 | 2 |
| 4 Surgical Bleeding<br>2 = Minimal<br>1 = Moderate<br>0 = Severe | 2 | 2 |
| 5 Intake and Output<br>2 = Has had fluids per os and voided<br>1 = Has had fluids per os or voided<br>0 = Neither | 2 | 2 |
| Total P A D S | | |
| RN Initial | | |

The total score is 10  Patients scoring =>8 are considered fit for discharge

### Narrative Nurses Notes (sign each entry)

---

| POST-PROCEDURE CARE PLAN | | | | |
|---|---|---|---|---|
| NURSING DIAGNOSIS | INTERVENTION | OUTCOME | OUTCOME MET? | COMMENTS |
| Alteration in comfort level Due to procedure | Let Patient know that pain / antiemetic medication is available. Medicate patient as necessary to relieve pain or nausea/vomiting. Position patient for comfort | Patient will verbalize reduction in pain level to a comfortable level. Patient will verbalize tolerance of nausea or vomiting | YES / NO | |
| Knowledge Deficit R/T post-discharge care | Assess patient's ability to learn and learning needs.<br>• Explain discharge instructions<br>• Give printed instruction sheet | Patient and / or sponsor will verbalize or express an understanding of post-discharge care | YES / NO | |

| Dch./Note Key | | | RN Initial | RN Signature |
|---|---|---|---|---|
| A - IV Patent V'S & Cond Stable Side Rails Up Trans To Report to | B - Disch Via W/C with Instructions V'S & Condition Stable To Care Of | C - Disch Criteria Post Anesthesia Phase II Recovery Score not | | |

Holy Family Hospital & Medical Center
70 East Street
Methuen, MA 01844
(508) 687-0151

41462557 SDC 06/06/2005
ALLEN, NORMAN G
27 BOURQUE ST LAWR MA
M 57Y 11/24/1947 444532 CA
HURLEY, DIAN J.

# Post Anesthesia Care Unit Record

| Anesthesia | | | | P.A.R.S. | | Admit | | Disch |
|---|---|---|---|---|---|---|---|---|
| Local | | Propofol | 300 mc | Motor | 4 Extremities Voluntarily/Command | 2 | | 2 |
| MAC | | | | | 2 Extremities Voluntarily/Command | 1 | | 1 |
| Spinal | | | | | 0 Extremities Voluntarily/Command | 0 | | 0 |
| | | | | Resp. | Able to Deep Breathe & Cough Freely | 2 | | 2 |
| | | Musc. Relaxant | Urine / Urine | | Dyspneic Or Limited Breathing, Dysphagia | 1 | | 1 |
| | | | | | Apneic | 0 | | 0 |
| General | X | | E.B.L. | LOC | Fully Awake & Oriented | 2 | | 2 |
| E.T. | | Reversal | (*Total Intra-Op + PAC I.V. = 500 ml) | | Arousable On Calling | 1 | | 1 |
| Mask | X | | (*Total Intra-Op + PAC Urine = ) | | Not Responding | 0 | | 0 |
| Procedure | | | | Circ | BP +/- 20 mm of Preanesthetic Level | 2 | | 2 |
| Anesthesiologist | Haddad | Pre-Op V/S | 145/88 | | BP +/- 20 - 50 mm of Pre-op Level | 1 | | 1 |
| Sign. Hx.* | NO | YES | Colon CA, Arthritis Disorder | | BP +/- 50 mm of Preanesthetic Level | 0 | | 0 |
| Pre-Op Impairment | NO | YES | Porta cath, COPD | Color | Pink | 2 | | 2 |
| Diabetic | NO | YES | | | Pale, Dusky, Blotchy, Jaundiced, Other | 1 | | 1 |
| Allergies/Bracelet | NO | YES | PAXIL | | Cyanotic | 0 | | 0 |
| Non-English Speaking | NO | YES | | Total P.A.R.S. | | 10 | | 9 |
| Pain Medication Ordered | | | | RN Initial | | | | |

| Time | Drug / Infusion | Dose | Route | Site | Initials | Up/Dch. |
|---|---|---|---|---|---|---|
| | 1000 ml NS | | | | | SW |
| 935 | Demerol | 12.5 | IV | | | |
| 940 | Demerol | 12.5 | IV | | | |
| 945 | Demerol | 12.5 mg | IV | | | |
| 950 | Demerol | 12.5 mg | IV | | | |

Conscious / Unconsc. / Semiconsc. / On Arrival
(Reaction Time)
Airway / Oral / Nasal / E.T.
(Extubation Time)
Resp. / Spont. / Vented
O2 ___ L/MIN Via room air

| | Complete | | |
|---|---|---|---|
| Skin Integrity / Dry + Intact | | Yes | NNH |
| Airway/Patent | | Yes | NNH |
| I.V./Patent | | Yes | NNH |
| Breath Sounds/Clear | | Yes | NNH |
| Abdomen/Unremarkable | | Yes | NNH |
| Side Rails/Up | | Yes | NNH |
| Position (See Key) | B | Yes | NNH |
| Bair Hugger | N/A | Yes | NNH |
| T.H.E.S. | N/A | Yes | NNH |
| Dressing/D&I | N/A | Yes | NNH |
| Urinary Cath. | N/A | Yes | NNH |
| Chest Tube | N/A | Yes | NNH |
| N.G. Tube | N/A | Yes | NNH |
| Hemovac | N/A | Yes | NNH |
| Jackson Pratt Drain | N/A | Yes | NNH |
| Penrose Drain | N/A | Yes | NNH |
| Packs | N/A | Yes | NNH |
| CSM | N/A | Yes | NNH |
| Peripad | N/A | Yes | NNH |
| | N/A | Yes | NNH |
| | N/A | Yes | NNH |

Diagnostic Test/PACU NO YES
ECG Monitor NO YES

| | | | |
|---|---|---|---|
| Temp | 98.3 | | |
| RESP | 18 | 18 | |
| % SaO2 | 98 | 98 | 98 |

Time: 9 15 30 45 10 15 30 45 15 30 45
Scale: 240 220 200 180 160 140 120 100 80 60 40 20

PACU R.N.
Arrival Date 6/6/05 912 AM PM | Dch. Time 1000 AM PM
Dch. R.N.:
Dch./Note (See Key) A
Dch. PACU MD:

Codes: IBP, Pulse, NIBP

Position/Activity Key: A - HOB Flat, D - HOB 45, G - Lt. Side, B - HOB 20, E - HOB 90, H - Prone, C - HOB 30, F - Rt. Side

Dch./Note Key: A - I.V. Patent V/S & Cond. Stable, Side Rails Up, Trans To: SDC; B - Disch.; Via W/C with Instructions, V/S & Condition Stable, To Care Of: ; C - Disch. Criteria Post Anesthesia Recovery Score not <9

MC

NARRATIVE NURSES NOTES

| DATE | TIME | NURSING OBSERVATIONS (Sign each entry) | DATE | TIME | NURSING OBSERVATIONS (Sign each entry) |
|------|------|----------------------------------------|------|------|----------------------------------------|
| 6/6 | 935 | Pain score 7/10. Medicated | | | |
| 6/6 | | = Lortab | | | |
| | 0900 | Pain level 5/10. CN | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## POST-PROCEDURE CARE PLAN

| NURSING DIAGNOSIS | INTERVENTION | OUTCOME | OUTCOME MET? | COMMENTS |
|-------------------|--------------|---------|--------------|----------|
| Alteration in comfort level due to procedure | Let patient know that pain/antiemetic medication is available. Medicate patient as necessary to relieve pain or nausea/vomiting. Position patient for comfort. | Patient will verbalize reduction in pain level to a comfortable level. Patient will verbalize tolerance of nausea or vomiting. | YES ✓ / NO | |
| Alteration of Thermoregulation | Take temperature of patient upon arrival. If temperature < 95, shivering is observed, or patient complains of cold, place patient on warming therapy as per PACU procedure. | Patient will maintain temperature of 96.8 degrees or above. | YES ✓ / NO | |
| Alteration in level of Emotional Status: Calm Anxious Crying Agitated | Encourage patient to verbalize concerns and fears. Demonstrate caring and supportive approach. Include family/pastorial support when applicable. | Patient will verbalize and demonstrate decrease in physiologic signs/ symptoms of anxiety. | YES ✓ / NO | |

| TIME | DRUG / INFUSION | DOSE | ROUTE | SITE | RN INITIAL | Up@Dch | | RN INITIAL | RN SIGNATURE |
|------|-----------------|------|-------|------|------------|--------|---|------------|--------------|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**Holy Family Hospital and Medical Center**

Methuen, Massachusetts

## PRE OPERATIVE ORDERS:

### SDC/SURGICAL INPT/OPOR

ALLERGIES (FOOD AND/OR DRUG): ☐ NKA

_Norman Allen_

HEIGHT:                WEIGHT:

DIAGNOSIS(ES)

| Date | Order | Ordered | Done | Order | Ordered | Orders Done |
|------|-------|---------|------|-------|---------|-------------|
| 6/1/00 | Profile #1: | | | | | |
| | CBC | ✓ | ✓ | | | |
| | BS | ✓ | ✓ | | | |
| | PT | ✓ | ✓ | | | |
| | EB | ✓ | ✓ | | | |
| | UA | ✓ | ✓ | | | |
| | Chest X-ray on patients 60 or older (must be done within 6 months of surgical date). | ✓ | ✓ | | | |
| | EKG on patients 40 and older (must be done within 3 months of surgical date). | ✓ | ✓ | | | |
| | OPOR | | | | | |
| | All testing at the discretion of the surgeon. | | | | | |

Physician _Hurley_

_____ Testing RN _Attirebura_

Date Completed  6/1/00

✓ ORDERS CARRIED OUT      (SHADED AREA MUST BE COMPLETED ON ALL ADMISSION ORDERS AND UPDATED AS NECESSARY)

PRF 884A

**Holy Family Hospital and Medical Center**
Methuen, Massachusetts

## PHYSICIAN ORDER SHEET
**Post-op Pain Management**
**for Adult Patients**

ALLERGIES (FOOD AND/OR DRUG):  [   ] NKA

```
41462557    SDC   06/06/2000
ALLEN,NORMAN G
27 BOURQUE ST LAWR MA
M 53Y 11/24/1947 444532 CAT
HURLEY,LIAM J.
2000-23-07
```

DIAGNOSIS(ES):

HEIGHT:                    WEIGHT:

| MEDICATION ORDERS | |
|---|---|
| [ ✓ ] Meperidine 12.5 mg IV up to 75 mg PRN for pain management while in PACU | |
| [ ] Compazine 2.5 mg IV up to 10 mg PRN for nausea while in PACU | Continuous infusion of present IV at 100 cc/hour while in PACU. |
| Post PACU: [ ] O2 2-4 L/min. nasal cannula X 24 hrs. [ ] O2 6 L/min. mask x 24 hrs. | [ ] Call anesthesiologist for further orders. |

M.D. Signature

[ √ ] ORDERS CARRIED OUT
(Allergies, Ht., Wt., & Diagnosis(es) must be completed on all admission orders and updated as necessary)

MF     Rev: 1/00

**Holy Family Hospital and Medical Center**
Methuen, Massachusetts

**PHYSICIAN ORDER SHEET**

ALLERGIES (FOOD AND/OR DRUG): [ .. ] NKA

SDC   06/06/2000
ALLEN, NORMAN G
PLE ST LAWR MA
4/1947  444532 CAT
WILLIAM J.

HEIGHT:  5 10    WEIGHT:  137
DIAGNOSIS(ES):  Gastr Neurol  (P tube

| DATE | MEDICATION ORDERS | ALL OTHER ORDERS |
|------|-------------------|------------------|
| 6/6/00 | *(illegible handwriting)* | |

[ √ ] ORDERS CARRIED OUT

(Allergies, Ht., Wt., & Diagnosis(es) must be completed on all admission orders and updated as necessary)

Revised 1/00                                                MF 655

SOC 06/06/2000

Norman Allen

Diazepam 5 mg 1 Bed Time — To Sleep

Sulf...therapide...

Acetaminophen/cod #3 1-2 Tabs every 4 hrs P.rn

Trazodone 50 mg 1-2 every day — To Sleep

Oxy/Codone 1-2 Tab every 4-6 hrs — P...

Dilantin 100 mg × 4 at nite — Seizures
(Generic phenytoin)

Ketorolac 10 mg 3 times — Bladder + bone + P.i.u

Holy Family Hospital
ALLEN, NORMAN G
27 BOURQUE ST LAWR MM
70 East Street, Methuen, Massachusetts 01844-4597   (978) 687-0156   Y 10/24/1947 444532 CAT
(978) 687-0156
2000/90097

## SURGICAL DAY CARE DISCHARGE INSTRUCTIONS

We have prepared the following guidelines to assist you. Please call the Surgical Day Care (978) 687-0156, extension 2525 if you have any questions.

( ) You may have some pain. Take your pain medication as suggested by your doctor. If your pain is not relieved by medication, call your doctor.

(✓) Prescriptions given      BACTRIM   PERCOCET
( ) May use tylenol for your pain
( ) Resume your regular medications
( ) Dizziness is not unusual after taking pain medication
(✓) Call for an appointment to see your doctor    Ap, t   2 weeks
( ) Check with your doctor in regards to returning to work and other activities
(✓) Follow your doctor's printed instruction sheet
(✓) Report the following signs or any questions regarding your physical condition to your doctor **IMMEDIATELY**.
  a. Excessive swelling in or around your wound area
  b. Temperature of 101° F or above
  c. Excessive pain
  d. Excessive bleeding
  e. Persistent nausea or vomiting
( ) Dressing.
  ( ) May shower          ( ) May tub bathe
  ( ) Keep your dressing dry     ( ) Apply cold packs to wound
  ( ) Do not change your dressing until you see your doctor
  ( ) Remove your dressing in 24 hours
  ( ) Other: _____

( ) In case of an emergency and you are unable to go to your physician, please go to the nearest Emergency Department or call Holy Family Hospital Emergency Department at 978-687-0151.

Comments: _____
_____
_____
_____

_____
Surgeon's Signature

## ANESTHESIA INSTRUCTIONS

1. Discharge to the care of a responsible adult.
2. You may experience lightheadedness, dizziness, and sleepiness following surgery. **PLEASE DO NOT STAY ALONE.** A responsible adult should be with you for this 24 hour period.
3. For the first 24 hours, **DO NOT**
  a. **DRIVE** or operate dangerous complex machinery
  b. make important business decisions
  c. drink alcohol
  d. if a child, no bicycle riding, skate boards, gym sets, etc.
4. Rest at home with moderate activity as tolerated. It may not be necessary to go to bed, however, it is important to rest for 24 hours following general anesthesia.
5. Progress slowly to a regular diet unless your physician has instructed otherwise. Start with liquids such as soft drinks then soup and crackers, gradually working up to solid foods.
6. If taking pain medications, **DO NOT** take on an empty stomach, drive or drink alcoholic beverages.

_____        _____        X _____
Nurse Signature              Patient/Parent Signature              Patient's Sponsor Signature
                            (understands above instructions)

Caritas Christi • A Catholic Health System • Member          White Copy — Patient   Canary Copy — Medical

**Holy Family Hospital and Medical Center, 70 East Street, Methuen, Massachusetts 01844**

DATE: 1-26-00    I.D. #: 00-044    MR #: 27-66-35    TELEPHONE NUMBER: HOME: 725-5227

NAME: ALLEN, NORMAN    S.S. #: 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    WORK: _____

ADDRESS: 27 Bourque Street

CITY: Lawrence,    STATE: MA    ZIP CODE: 01843    DATE OF BIRTH: 11-24-47    AGE: 52    SEX: male

NEAREST RELATIVE: Ruth    RELATIONSHIP: wife    TELEPHONE: _____

ALTERNATIVE RESIDENCE: _____    TELEPHONE: _____

## INSURANCE

SUBSCRIBER (if not patient): _____

PRIMARY INSURANCE: Mass HEalth    SUBSCRIBER #: 005464086 2

ADDRESS: _____

SECONDARY INSURANCE: _____    SUBSCRIBER #: _____

ADDRESS: _____

REFERRING M.D.: Dr. Mandell/ Dr. Hurley    PCP: Dr. David Ferguson

TELEPHONE #: _____

MED ONCOLOGIST: Pedro Sanz (LGH)    OTHER M.D.: Dr. Thomas Fazio

SURGEON: _____

DIAGNOSIS: 1. CA of Rectum    PATHOLOGY: 1. Gr. II, inv. adenoCA 75%, 1/16 LN⊕  mucinous

2. _____    2. _____

STAGING: 1. III T3 N, M0    ☑CURATIVE  ☐PALLIATIVE    PREVIOUS TREATMENT: 1. LAR, cme. 5FIV.  5fox2 ;

2. _____    ☐CURATIVE  ☐PALLIATIVE    2. _____

## SUMMARY OF TREATMENT

| Field # | Field | Field Size | Begin | Completed | Total Days | Treatment Days | Tumor Dose | Energy |
|---------|-------|-----------|-------|-----------|-----------|----------------|-----------|--------|
| 1-2-3 | PA L R rectum | 15×21.5 | 4-25 | 6-12-00 | 48 | 25 | 4500 | 18MV |
| 4-5 | LR rectum RF | 95×15 | 6-13 | 6-15-00 | 3 | 3 | 540 | 18MV |
| 6-7 | LR rectum RF2 | 95×9 | 6-16 | 6-19-00 | 4 | 2 | 360 | 18MV |
|  | Rectum Total |  |  |  | 55 | 30 | 5400 |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

RADIATION ONCOLOGY

## FIELD DATA and PHYSICS CALCULATIONS

| Date and Initial | Field No. | Energy | Angle of Beam | TSD | Width | Length | Eff. Width | Eff. Length | Depth of Tumor | T.D. | Block-ing Tray Factor | Wedge Angle / Wedge Factor | OAF / OAF Angle | Equiv. Area / ROF | % D.D. / TMR | PSF | Norm / IVS | MU | Physicist and Check Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-21-00 mg | 1 | 2100C 6MV | ↓ | 92.9 | 16 | 21.5 | 15.3 | 20.5 | 7.1 | 45 | .96 | – / – | | 18.3 / 1.047 | .884 | .999 | 1.032 | 49 | H |
| 4-2-00 mg | 2/3 | 2100C 18MV | →← | 34.1 / 96.6 | 13 | 21.5 | 11.6 | 19.2 | 15.9 / 15.7 | 67/68 | .97 | 30/30 / .720 | 0.789 / 0.777 | 16.2 / 1.046 | .787 | .998 | 1.071 | 109/109 | 4/24/ |
| 4-2-00 mg | 4/5 | 2100C 18MV | →← | 91.2 / 97.6 | 9.5 | 15 | (11.1) | | 15.9 / 15.7 | 90/90 | .97 | .947/.947 / .782 | .949/.777 | 11.6 / 1.019 | .787 | .997 .999 | 1.071 | 112/110 | H 4/2/ |
| 6-15-00 mg | 6/7 | 2100C 18MV | →← | 91.2 / 90.6 | 9.5 | 9 | | | 14.3 / 15.4 | 90/90 | .97 | .997 / .991 | .766 / .734 | 9.2 / .991 | .734 | .998 | 1.071 | 114/119 | H 6/15/ |
| | | | | | | | | | | | | | | | | | | | |

## ELECTRON CUTOUT ROF

| Field No. | TSD | R(   )/R(10 x 10) | ROF RATIO | $\left[\frac{\text{Vir.} + \text{dmax}}{\text{Vir.} + \text{dmax} + (\text{TSD}-100)}\right]^2$ | CHECK |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

5997, REV. 8/99, DIAMOND BUSINESS FORMS, DRACUT, MA 01826, 508-957-0880

*Caritas Christi • A Catholic Health Care System • Member*

**TREATMENT PRESCRIPTION**    PATIENT'S NAME / ID:    00-044    ALLEN, NORMAN

| DATE | SITE | FIELD NO. | TOTAL DOSE | DOSE PER FRACTION | ENERGY | BEAM POSITION | DAILY BID WEEKLY | CBLK/MLC | ASYM/JAW | PLAN | WEDGE | TLD | OFF AXIS | GAP | BOLUS | DOCTORS SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/20/00 | Pelvis | 1, 2, 3 | 4500 | 25 fx /180 cGy | 6 mv - PA  8 mv - R + L lat | QD | ✓ | | ✓ | | | | | | ax |
| | Boost to 1° site | 4/ 5 | 540 | 3 fx /180 cGy | 18 mv | R + L lats | ad | ✓ | | ✓ | | | | | | ax |
| | Boost to 1° site | 6/ 7 | 360 | 2 fx /180 | 18 mv | R + L lats | QD | ✓ | | ✓ ✓ | | | | | | ax |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

| | | | FIELD NO. 1 | | FIELD NO. 2 | | FIELD NO. 3 | | FIELD NO. 4 | | FIELD NO. 5 | | FIELD NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | DESCRIPTION PA rectum | | DESCRIPTION L lat rectum | | DESCRIPTION R lat rectum | | DESCRIPTION L Lat Rectum Red | | DESCRIPTION R Lat Rectum Red | | DESCRIPTION | |
| DATE 2000 | ELAPS. CLNDR. DAYS | TREAT-MENT NO. | DOSE | MU | DOSE | MU | DOSE | MU | DOSE | MU | DOSE | MU | DOSE | MU |
| 4.25.00 | 0 | 1 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 4.26.00 | 1 | 2 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 4.27.00 | 2 | 3 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 4.28.00 | 3 | 4 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 5.1.00 | 6 | 5 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 5.2.00 | 7 | 6 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 5.3 | 8 | 7 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 5.4 | 9 | 8 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 5.8 | 13 | 9 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 5.9 | 14 | 10 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 5.10 | 15 | 11 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 5.17 | 22 | 12 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 5.18 | 23 | 13 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 5.19 | 24 | 14 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 5.22 | 27 | 15 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 5.23 | 28 | 16 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 5-24 | 29 | 17 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 5-25 | 30 | 18 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 5-26 | 31 | 19 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 5-30 | 35 | 20 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 6-1 | 37 | 21 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 6-2 | 38 | 22 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 6.5 | 44 | 23 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 6.9 | 45 | 24 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 6.12 | 48 | 25 | 45 | 49 | 67 | 109 | 68 | 109 | | | | | | |
| 6-13 | 49 | 26 | | | | | | | 90 | 112 | 90 | 110 | | |
| 6.14 | 50 | 27 | | | | | | | 90 | 112 | 90 | 110 | | |
| 6.15 | 51 | 28 | | | | | | | 90 | 112 | 90 | 110 | | |
| | | | | | | | | | | | | | | |

Date: _____

|  |  | LLAT | RLAT |
|---|---|---|---|
| $z_1$ | ANT: | 3.0 | 6.5 |
| $z_2$ | POSS: | 6.5 | 3.0 |
| $y_1$ | INF: | 10.0 | 10.0 |
| $y_2$ | SUP: | -1.0 | -1.0 |

| AP Sep _____ | Lat Sep _____ | Depth _____ |
|---|---|---|
| Field #: 6-7 | Field Size: 9.5 x 9 | TT: 10.6 |
| 2100/600: | Distance: | Chin: |
| Beam: 18X | R.L 24 | |
| Block Tray: Custom | Gantry: 270 / 90 | Headrest: Prone Pillow |
| Wedge: — | Collimator: 180° | Table Angle: 180° |

☐ Supine  ☒ Prone  ☐ On _____ Side
Head Position: straight
Arm: around pillow
Feet: 45° ankles
Sponges:
Other:



| AP Sep _____ | Lat Sep _____ | Depth _____ |
|---|---|---|
| Field #: | Field Size: | TT: |
| 2100/600: | Distance: | Chin: |
| Beam: | | |
| Block Tray: | Gantry: | Headrest: |
| Wedge: | Collimator: | Table Angle: |

☐ Supine  ☐ Prone  ☐ On _____ Side
Head Position:
Arm:
Feet:
Sponges:
Other:



| WEDGE | BOLUS | 6-7 TD | TD | 1-8 TD | TD | TD | # FILMS | PORT DATE | PORT DONE | PORT OK | SHIFT NOTE | CHANGE INFO | TECH INIT. | WEEKLY PHYSICS CHECK | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 180 |  | 522 |  | 83.5 | 1 | 6/15 | PM DM |  | ✓ |  | PM DM | C2,10,TC 4/16 |  |
|  |  | 360 |  | 546 |  | 85 | 1 | 6/19 | PM pre |  |  |  | DM PM | 4/h Q Ph √ HSK |  |

FORM #11846, REV. 3/99, DIAMOND BUSINESS FORMS, DRACUT MA 01826, 508-957-0860





Holy Family Hospital
and Medical Center

## *CANCER MANAGEMENT CENTER - RADIATION ONCOLOGY*

Date:                          June 20, 2000

Patient Name:                  **ALLEN, NORMAN**               ID#:    00-044

Radiation Oncologist:          Astrid O. Peterson, MD          DOB:    11-24-47

                               Discharge Summary
Note:

PATIENT ONCOLOGIC PROFILE: Patient is a 52 year old gentleman with T3N1M0 Grade II invasive adenocarcinoma of the rectum. S/P low anterior resection. Patient received 2 cycles of 5FU chemotherapy prior to radiation and then concurrent 5FU with his radiation.

RADIATION CALENDAR: Started 4-25-00          Completed 6-19-00

DOSE: Using 18Mv photons and a combination of 16x21.5cm PA treatment portals combined with 13x21.5cm parallel opposed right and left lateral treatment portals, patient received 4500 cGy in 25 fractions over 48 elapsed days. Custom blocking technique was used on all portals and 30 degree wedge was used daily on both lateral portals.

Using 18Mv photons and cone down 9.5x15cm right and left lateral treatment portals covering primary site, patient received another 540 cGy in 3 fractions over 3 elapsed days. Again, custom blocking technique was used for both portals.

Finally, using 18Mv photons and further cone down 9.5x9cm right and left lateral treatment portals covering primary tumor site, patient received a final 360 cGy in 2 fractions over 2 elapsed days. Custom blocking technique was again used for portals. A total of 5400 cGy in 30 fractions over 55 elapsed days was given to primary tumor site.

A: Patient had multiple problems during his course of treatment. He had indwelling cystoscopy tube since prior to treatment which developed a large bladder stone and was unable to be pulled. Because of increase in pain, he ultimately went to the OR and had the tube removed, much to his relief. He also had difficulties with diarrhea which cause a one week break in both chemotherapy and radiotherapy.

P: Follow-up in 2 weeks time.
AOP/kl
Cc: Dr. Mandell
    Dr. Hurley
    Dr. Farzan, Tumor Registry
    Dr. Sanz, Dr. Fazio

Astrid O. Peterson, MD

Holy Family Hospital
and Medical Center

# CANCER MANAGEMENT CENTER - RADIATION ONCOLOGY

Date: January 26, 2000

Patient Name: ALLEN, NORMAN ID#: 00-044

Radiation Oncologist: Astrid O. Peterson, MD DOB: 11-24-47

Note: Initial Evaluation

PATIENT ONCOLOGIC PROFILE: Patient is a 52 year old gentleman referred by Dr. Mandell for discussions regarding post-op radiotherapy following resection for rectal carcinoma.

Patient's history dates to mid 1999 when he noted onset of rectal bleeding and gradual change in bowel habits with change in stool caliber and shape. Patient changed PCP and was seen by Dr. Farzan. With the description of these symptoms he was referred to Dr. Fazio and underwent colonoscopy on 10-20-99. He was found to have a semi-circumferential mass in the rectum with lower edge at 6cm and palpable on digital exam. Biopsies revealed mucinous adenocarcinoma, Grade II. On 12-1-99 patient underwent resection of the primary tumor by low anterior resection. Final histology revealed a grade II invasive adenocarcinoma with greater than 50% mucinous component. Tumor measured 5.5cm in greatest diameter and infiltrated into the perirectal adipose tissue. There was lymphatic and extensive perineural invasion noted. Distal and proximal margins of resection were free of tumor but 1/6 lymph nodes was positive for metastatic carcinoma. Pre-op abdominal and pelvic CT revealed no evidence of metastatic disease outside of the rectal area. Patient had voiding problems post-op and currently has an indwelling Foley catheter. Patient relates that he will undergo prostate surgery on 2-10-00 by Dr. Hurley.

PAST MEDICAL HISTORY: 5-7 year history of fibromyalgia, History of seizures which began as adult while he was drinking heavily.

PRIOR SURGERY: Thoracotomy in 1994. Benign chest tumor.

MEDICATIONS: Dilantin ? 500mg q d. and sleeping pill for which he does not know the name.

ALLERGIES: None.

FAMILY HISTORY: Patient's father with colon carcinoma and mother with carcinoma, unknown type.

SOCIAL HISTORY: Patient is married and lives with his wife. He has 2 adult children, a son age 30 and a daughter age 25. Patient previously worked as a contractor but has been unemployed for many years secondary to his seizure

Holy Family Hospital
and Medical Center

## *CANCER MANAGEMENT CENTER - RADIATION ONCOLOGY*

Date:

Patient Name:        ALLEN, NORMAN          ID#:    00-044

Radiation Oncologist:                       DOB:

Note:

history. Tobacco: currently 2 packs per day, down from 3-4 packs daily for approximately 30 years. ETOH: Quit one year ago except for an occasional beer, but prior heavy use. Patient does smoke marijuana on occasion.

REVIEW OF SYSTEMS: 20+ pound weight loss both prior to and following surgery ( approximately 6 months). Patient has discomfort in the perineal area when sitting. Patient also has discomfort from an indwelling Foley catheter.

O: Pleasant, alert, gentleman weighing 143 pounds at time of examination. There is no peripheral adenopathy. Lungs are clear to ausculation. Abdomen is nontender with no inguinal adenopathy is noted. Rectal exam reveals a very low lying anastomosis within several cm of the anal verge.

A: Stage III, T2N1 mucinous adenocarcinoma of the rectum, S/P low anterior resection. I would recommend consideration of post-op chemotherapy to be followed by combined chemoradiation to decrease the chance of both systemic and locally recurrent disease. The timing of this is somewhat problematic since the patient still has an indwelling Foley catheter and is scheduled for TURP on 2-10-00. This is of some concern since the patient is already 8 weeks out from his low anterior resection and delay in onset of treatment carries a greater risk for locally recurrent disease. I have discussed these issues with Dr. Sanz who will also discuss the timing of chemotherapy and surgery with the patient and with Dr. Hurley. As discussed with the patient, he will receive 2 up front cycles of chemotherapy prior to beginning concurrent chemo and radiation together for treatment of the pelvis and primary tumor site. I have discussed the course of treatment and potential side effects with the patient and his wife who is also in attendance. This will be discussed again when he comes in for follow-up.

P: He will be booked for follow-up here in approximately 5 weeks time .

Thank you for your referral.
AOP/kl
cc: Dr. Mandell
    Dr. Hurley
    Dr. Farzan
    Dr. Sanz/LGH
    Dr. Fazio
    Tumor Registry                    *Astrid O. Peterson,* ~

                                      Astrid O. Peterson, MD

PATIENT'S NAME AND SOCIAL SECURITY NUMBER: Norman All
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

------------------------------------------------------------------------

Please specify information on applicable items: POSSIBLE MALIGNANCY

Date of first                Date you first              Date you most recently
signs of illness: 10/20/99   examined patient: 1/26/00   examined patient: 5/4/00

DIAGNOSIS (Please specify): _CA of Rectum_

1. How was the diagnosis established? Cite diagnostic procedures and
   findings. Give dates of findings. IMPORTANT: PLEASE INCLUDE COPIES OF
   PATHOLOGY REPORTS AND/OR OPERATIVE NOTES:
   _Path reports from Lawrence General H. 12/1/99_

2. Unresectable: Yes___ No _✓_ Incomplete excision? Yes___ No _✓_

3. Pertinent Lab Findings with dates (e.g. Hb, HCT, WBC, differentials, bone
   marrow, etc.)

4. Is there evidence of recurrence of malignancy or distant metastases?
   Yes___ No _✓_ If "yes", indicate location(s), date and method of
   documentation:

5. Is the disease adequately controlled with chemotherapy or radiation?
   Yes _✓_ No___. _Just being treated now w̄ concurrent_
   Therapeutic regimen(s):           _Chemo + radiation!_

   | | Start Date | Drug or Radiation Administered | Dosage Anticipated | Frequency of Administration | Ending Date |
   |---|---|---|---|---|---|
   | A. | 4/25/00 | Radiation | 5040-7500 cGy | 5x/wk. | around |
   | B. | | *Only @ 1620 cGy now | | → 2nd wk of 6/00 | |

6. Describe frequency, severity, and duration of adverse side effects or
   consequences of chemotherapy, radiation, or surgery:
   _Diarrhea, decreased blood counts, skin reaction (w̄_
   _redness, dryness, and possible moist skin reaction), fatigue_

7. Plans for further treatment:
   _Continue current radiation course with infusion_
   _Chemo._

8. Prognosis: _Fair_

   SIGNATURE: _Astrid O. Peterson_

   PRINT NAME: _ASTRID O. PETERSON_

   DATE: _5/8/00_

0584:7/89:218/13

Holy Family Hospital
and Medical Center

## *CANCER MANAGEMENT CENTER - RADIATION ONCOLOGY*

| | | | |
|---|---|---|---|
| Date: | March 29, 2000 | | |
| Patient Name: | **ALLEN, NORMAN** | ID#: | 00-044 |
| Radiation Oncologist: | Astrid O. Peterson, MD | DOB: | 11-24-47 |
| Note: | Follow-up | | |

Patient is a 52-year-old gentleman seen for initial consultation on 1-26-00. At that time, he was S/P low anterior resection for a T3N1M0 Grade II invasive adenocarcinoma of the rectum. Tumor had greater than 50% mucinous component and 1/6 lymph nodes were positive for metastatic disease. The patient has since undergone TURP with placement of a cystoscopy catheter. He has received one full cycle of 5FU and is midway through his second cycle.

S: Patient denies difficulty with abdominal pain, diarrhea or rectal bleeding. Patient notes that he will be giving a urine specimen today to rule of infection.

O: On exam, patient's weight is down several pounds to 140 pounds. There is no peripheral adenopathy. Lungs are clear to auscultation. Abdomen is scaphoid, nontender with no organomegaly. No inguinal adenopathy is noted. Patient has an indwelling cystoscopy tube. Rectal exam reveals a low-lying anastomosis without obvious disease recurrence. There is no stool for guaiac.

A: Patient with Stage III, T3N1M0, Grade II invasive adenocarcinoma of the rectum with 50% mucinous component and 1/6 lymph nodes positive for metastatic disease. Patient is completing his second cycle of 5FU chemotherapy and will be having placement of a portacath so that he can receive infusion 5FU chemotherapy during his course of radiotherapy. I have discussed the course of radiation and potential side effects with patient and his wife. Patient does consent to proceed with treatment as currently outlined.

P: Patient will be booked for pelvic simulation next week. He will have opacification of small bowel with barium as well as rectal opacification at the time of simulation. Patient will start his course of treatment between 3-4 weeks post completion of this cycle of chemotherapy.

AOP/kl
Cc: Dr. Mandell
    Dr. Sanz/LGH
    Dr. Hurley
    Dr. Fazio
    Tumor Registry

Astrid O. Peterson, MD

Holy Family Hospital
and Medical Center

## CANCER MANAGEMENT CENTER - RADIATION ONCOLOGY

| | | | |
|---|---|---|---|
| **Date:** | February 28, 2001 | | |
| **Patient Name:** | **ALLEN, NORMAN** | **ID#:** | 00-044 |
| **Radiation Oncologist:** | Astrid O. Peterson, MD | **DOB:** | 11-24-47 |
| **Note:** | Follow-up | | |

It has been 8 months since the patient completed concurrent 5FU chemotherapy and post-op pelvic radiotherapy following low anterior resection and 2 cycles of up front 5FU chemotherapy for a T3N1M0 Grade II invasive adenocarcinoma of the rectum.

S: Patient was last seen by Dr. Sanz in 9/00 and has missed one follow-up appointment in between. He has had a colonoscopy on 11-16-00 which was normal. He has 10-14 soft bowel movements per day. Unfortunately he continues to have some difficulty with anal continence. He does not take Imodium consistently but notices on the days he does take it. The stool is more formed and has more control. Unfortunately, he continues to smoke 3 packs of cigarettes daily. He also drinks a tremendous amount of coffee and continues to have problems with sleeping.

O: On exam, patient's weight is stable at 142 pounds. There is no peripheral adenopathy. Auscultation of the lungs reveals occasional crackles and no significant wheezing. Abdomen is nontender with no organomegaly. No inguinal adenopathy is noted. Rectal exam reveals a low-lying anastomosis without obvious disease recurrence.

A: Patient now 8 months S/P treatment with no obvious disease recurrence locally or other disease by colonoscopy from 11/00. Unfortunately he has missed his follow-up with Dr. Sanz and I have urged him to make a follow-up appointment and that he should be consistent for follow-ups.

I have stressed the importance of smoking cessation with the patient and his wife. I have told him that unless they both give up smoking at the same time, that I doubt they will be successful. In addition, he drinks a tremendous amount of coffee and this I suspect is adding to his problems with insomnia. I have urged that he switch to decaf coffee.

P: Patient will be seen for follow-up in 6 months.
AOP/kl
Cc: Dr. Mandell, Tumor Registry
    Dr. Sanz/LGH, Dr. Farzan
    Dr. Hurley, Dr. fazio

Astrid O. Peterson, MD

Holy Family Hospital
and Medical Center

# CANCER MANAGEMENT CENTER - RADIATION ONCOLOGY

| | | | |
|---|---|---|---|
| Date: | July 5, 2000 | | |
| Patient Name: | **ALLEN, NORMAN** | ID#: | 00-044 |
| Radiation Oncologist: | Astrid O. Peterson, MD | DOB: | 11-24-47 |
| Note: | Follow-up | | |

It has been 2 weeks since the patient completed concurrent chemotherapy and radiotherapy following low anterior resection and two initial cycles of 5FU chemotherapy for T3N1M0, Grade II invasive adenocarcinoma of the rectum.

S: Patient states that he is feeling much better than during and on completion of treatment. He had no significant diarrhea or fatigue for the first week following treatment. He states that he is having smaller, more frequent bowel movements but they are soft and well formed. Patient does have complaints of continued insomnia and was seen several days ago by Dr. Farzan and put on Trazodone. He just started this yesterday and did not have a significant improvement in his night sleep last night.

O: On exam, his weight is up 3 pounds over the past several weeks and he now weighs 141 pounds. Abdomen is soft and non-tender. There is no inguinal adenopathy. Examination of the perianal area reveals no skin reaction. Rectal exam reveals no obvious lesions in the distal rectal vault.

A: Patient is starting to show improvement in both bowel and overall clinical status 2 weeks post treatment. He does have continued mild problems with fatigue but this appears to be related more to his ongoing problems with insomnia. Patient will be seen by Dr. Sanz in another weeks time. He will possibly start the last 2 cycles of chemotherapy at that time.

P: Follow-up here in 5-1/2 months time.

AOP/kl
Cc: Dr. Mandell
Dr. Farzan
Dr. Sanz/LGH
Dr. Hurley
Dr. Fazio
Tumor Registry

Astrid O. Peterson, MD

# ATTACHMENT F

### .ERRIMACK IMAGING
203 TURNPIKE STREET
NORTH ANDOVER, MASSACHUSETTS 01845

Telephone (978) 557-8518

JOHN P. KEEFE, M.D.
ALAN G. PRATT, M.D.
MARK M. BELKIN, M.D.
RICHARD M. FARACI, M.D.
MARK GOLDSHEIN, M.D.
K. ERIC HENRIKSON, M.D.
DAVID M. NOVICK, M.D.
BRIAN P. MURPHY, M.D.
DOMENIC A. ZAMBUTO, M.D.
WALTHER T. WEYLMAN, M.D.

January 25, 2000

David Farzan, M.D.
203 Turnpike Street
No. Andover, MA 01845

RE:    Norman Allen
       2000-0377
       DOB:  11/24/47

X-ray findings films dated 01-24-2000

**REASON FOR EXAMINATION:** PRE-OP CYSTOSCOPY 2-11-00 (DR. HURLEY)

**CHEST**:  PA and lateral views of the chest reveal clear lungs with normal cardiac and mediastinal outlines and pulmonary vascular distribution.

**IMPRESSION**:  Normal chest. Unchanged from 11-29-99.

Thank you for referring this patient to us.

Walther T. Weylman, M.D.

WTW/bfr
dbnc
faxed 01-25-2000 @ 5:42 pm

30

2485962

# MERRIMACK IMAGING
203 TURNPIKE STREET
NORTH ANDOVER, MASSACHUSETTS 01845

Telephone (978) 557-8518

JOHN P. KEEFE, M.D.
ALAN G. PRATT, M.D.
MARK M. BELKIN, M.D.
DAVID M. NOVICK, M.D.
BRIAN P. MURPHY, M.D.
DOMENIC A. ZAMBUTO, M.D.
MARK J. RIEUMONT, M.D.
RICHARD M. FARACI, M.D.

December 11, 2001

David Farzan, M.D.
203 Turnpike Street
No. Andover, MA 01845

RE:    Norman Allen
       2001-6120
       P320899
       DOB:  11/24/47

X-ray findings films dated 12-10-2001

**REASON FOR EXAMINATION:** PAIN

**CERVICAL SPINE WITH OBLIQUES:** There is evidence of hypertrophic changes at C6-7 and C5-6. Precervical soft tissue width appears to be unremarkable. No fracture or destructive lesion could be seen.

**IMPRESSION:** Lower cervical degenerative changes.

Thank you for referring this patient to us.

Mark M. Belkin, M.D.

MMB/bfr
dbnc

31

2485960

# MERRIMACK IMAGING
### 203 TURNPIKE STREET
### NORTH ANDOVER, MASSACHUSETTS 01845

Telephone (978) 557-8518

JOHN P. KEEFE, M.D.
ALAN G. PRATT, M.D.
MARK M. BELKIN, M.D.
DAVID M. NOVICK, M.D.
BRIAN P. MURPHY, M.D.
DOMENIC A. ZAMBUTO, M.D.
MARK J. RIEUMONT, M.D.
RICHARD M. FARACI, M.D.

December 11, 2001

David Farzan, M.D.
203 Turnpike Street
No. Andover, MA 01845

RE:   Norman Allen
      2001-6120
      P320899
      DOB: 11/24/47

X-ray findings films dated 12-10-2001

**REASON FOR EXAMINATION:** PAIN

**CERVICAL SPINE WITH OBLIQUES:** There is evidence of hypertrophic changes at C6-7 and C5-6. Precervical soft tissue width appears to be unremarkable. No fracture or destructive lesion could be seen.

**IMPRESSION:** Lower cervical degenerative changes.

Thank you for referring this patient to us.

Mark M. Belkin, M.D.

MMB/bfr
dbnc

## .ERRIMACK IMAGING

### 203 TURNPIKE STREET
### NORTH ANDOVER, MASSACHUSETTS 01845

Telephone (978) 557-8518

JOHN P. KEEFE, M.D.
ALAN G. PRATT, M.D.
MARK M. BELKIN, M.D.
RICHARD M. FARACI, M.D.
MARK GOLDSHEIN, M.D.
K. ERIC HENRIKSON, M.D.
DAVID M. NOVICK, M.D.
BRIAN P. MURPHY, M.D.
DOMENIC A. ZAMBUTO, M.D.
WALTHER T. WEYLMAN, M.D.

January 25, 2000

David Farzan, M.D.
203 Turnpike Street
No. Andover, MA 01845

RE:    Norman Allen
       2000-0377
       DOB: 11/24/47

X-ray findings films dated 01-24-2000

**REASON FOR EXAMINATION:** PRE-OP CYSTOSCOPY 2-11-00 (DR. HURLEY)

**CHEST**: PA and lateral views of the chest reveal clear lungs with normal cardiac and mediastinal outlines and pulmonary vascular distribution.

**IMPRESSION**: Normal chest. Unchanged from 11-29-99.

Thank you for referring this patient to us.

Walther T. Weylman, M.D.

WTW/bfr
dbnc
faxed 01-25-2000 @ 5:42 pm

# ATTACHMENT G

248596

## **Northeast U. .ogic Surgery, P.C.**

*Pediatric and Adult Urology*



Charles R. Burke, M.D., F.A.C.S.
Steven R. Previte, M.D., F.A.C.S.
Ossama E. Sakr, M.D., F.A.C.S.
Liam J. Hurley, M.D., F.A.C.S.
Melissa R. Brown, M.D.

NORTH ANDOVER, MA 01845
198 MASSACHUSETTS AVE.
(978) 686-3877 FAX: (978) 686-9586

SALEM, NH 03079
23 STILES ROAD
(603) 893-9050 FAX: (603) 893-5112

DERRY, NH 03038
44 BIRCH STREET, STE. 302
(603) 432-9564 FAX: (603) 421-2274

January 21, 2002

David R. Farzan, M.D.
203 Turnpike Street
North Andover, MA 01845

Re: Norman Allen
    DOB: 11/24/47

## **CONFIDENTIAL**

Dear Dave:

How are you? This is a follow-up on this 54 year old white male who has had colon cancer with positive nodes and underwent chemotherapy. He comes in today complaining of abdominal pain. He states the abdominal pain is in his upper abdomen compared to anywhere else.

**Physical Exam:**
On physical exam he has no abdominal pain or masses that I can appreciate.

**Medications:** Dilantin, Zoloft, Percocet

**Allergies:** He's *__allergic to Paxil__*.

**Surgeries:**
He had a TURP on 02/11/00 for bladder outlet obstruction with a suprapubic tube.

**UA:** He currently is voiding well with a post-void residual of only 50 cc.

In addition, he's been complaining of some erectile dysfunction with only a 50% erection.

**Assessment:**
   1. Erectile dysfunction
   2. rule out urethral stricture

**Plan:**
   1. My plan is to do an office cystoscopy to rule out urethral stricture SP tube TURP. His UA today is negative for infection.

## Northeast U~ ~ogic Surgery, P.C.

*Pediatric and Adult Urology*



Charles R. Burke, M.D., F.A.C.S.
Steven R. Previte, M.D., F.A.C.S.
Ossama E. Sakr, M.D., F.A.C.S.
Liam J. Hurley, M.D., F.A.C.S.
Melissa R. Brown, M.D.

**NORTH ANDOVER, MA 01845**
196 MASSACHUSETTS AVE.
(978) 686-3877 FAX: (978) 686-9566

**SALEM, NH 03079**
23 STILES ROAD
(603) 893-9050 FAX: (603) 893-5112

**DERRY, NH 03038**
44 BIRCH STREET, STE. 302
(603) 432-9564 FAX: (603) 421-2274

David R. Farzan, M.D.
January 21, 2002
Page 2

Re: Norman Allen
    DOB: 11/24/47


2. I've prescribed Viagra for him and gone over the side effects including visual
   disturbances, acid indigestion, headache, nasal congestion and skin flushing.

He will follow-up with me once the office cysto is scheduled.

Sincerely,

Liam J. Hurley, M.D.

LJH:cb



## Northeast Urologic Surgery, P.C.

*Pediatric and Adult Urology*

Charles R. Burke, M.D., F.A.C.S.
Steven R. Previte, M.D., F.A.C.S.
Ossama E. Sakr, M.D., F.A.C.S.
Liam J. Hurley, M.D., F.A.C.S.
Melissa R. Brown, M.D.

NORTH ANDOVER, MA 01845
198 MASSACHUSETTS AVE.
(978) 686-3877 FAX: (978) 686-9586

SALEM, NH 03079
23 STILES ROAD
(603) 893-9050 FAX: (603) 893-5112

November 16, 1999

David R. Farzan, M.D.
203 Turnpike Street
North Andover, MA  01845

Re: Allen Norman
    DOB: 11/24/47

Dear Dave,

How are you?  This is a 51-year-old white male who developed rectal bleeding and a possible hemorrhoid, who on physical exam was found to have a rectal mass.

He underwent and endoscopy by Dr. Farzio and was found to have a rectal carcinoma. He's now due to have a rectal procedure per Dr. Mandel and is going to require ureteral stents.

PAST MEDICAL HISTORY: Significant for epilepsy.

PAST SURGICAL HISTORY: Lung surgery for a benign mass.

MEDICATIONS: Dilantin.

ALLERGIES: Nothing.

REVIEW OF RECORDS: Negative for MI, COPD, liver disease or diabetes.

SOCIAL HISTORY: Negative for prostate cancer.  He's father did have colon cancer. Also positive for cigarette smoking.  He did have ETOH abuse, but quit four years ago.

PHYSICAL EXAMINATION: Lungs clear A&P. Heart rate regular rate and rhythm. Abdomen is soft and nontender.

## Northeast Urologic Surgery, P.C.

*Pediatric and Adult Urology*



Charles R. Burke, M.D., F.A.C.S.
Steven R. Previte, M.D., F.A.C.S.
Ossama E. Sakr, M.D., F.A.C.S.
Liam J. Hurley, M.D., F.A.C.S.
Melissa R. Brown, M.D.

**NORTH ANDOVER, MA 01845**
198 MASSACHUSETTS AVE.
(978) 686-3877 FAX: (978) 686-9586

**SALEM, NH 03079**
23 STILES ROAD
(603) 893-9050 FAX: (603) 893-5112

David R. Farzan, M.D.
November 16, 1999
Page   2

Re: Allen Norman
    DOB: 11/24/47

GU EXAMINATION: Testes are bilaterally descended without masses. He has no evidence of hernia.

PROSTATE EXAMINATION: +1 to +2 enlarged without nodules. He's guaiac-negative at this point. I was unable to feel any rectal mass at this point.

ASSESSMENT: Rectal cancer.

PLAN: Is to do a possible colonic pull-through, which is going to require preoperative ureteral stent placement.

I will be involved with this and I will certainly help in any way I can.

Sincerely,

Liam J. Hurley, M.D.

LJH:cs

cc:   Jonathan D. Mandell, M.D.

## Northeast Urologic Surgery, P.C.

*Pediatric and Adult Urology*



Charles R. Burke, M.D., F.A.C.S.
Steven R. Previte, M.D., F.A.C.S.
Ossama E. Sakr, M.D., F.A.C.S.
Liam J. Hurley, M.D., F.A.C.S.
Melissa R. Brown, M.D.



**NORTH ANDOVER, MA 01845**
198 MASSACHUSETTS AVE.
(978) 686-3877 FAX: (978) 686-9586

**SALEM, NH 03079**
23 STILES ROAD
(603) 893-9050 FAX: (603) 893-8112

November 16, 1999

David R. Farzan, M.D.
203 Turnpike Street
North Andover, MA 01845

Re: Alan Norman
    DOB: 11/24/47

Dear Dave,

How are you? This is a 51-year-old white male who developed rectal bleeding and a possible hemorrhoid, who on physical exam was found to have a rectal mass.

He underwent and endoscopy by Dr. Farzio and was found to have a rectal carcinoma. He's now due to have a rectal procedure per Dr. Mandel and is going to require ureteral stents.

PAST MEDICAL HISTORY: Significant for epilepsy.

PAST SURGICAL HISTORY: Lung surgery for a benign mass.

MEDICATIONS: Dilantin.

ALLERGIES: Nothing.

REVIEW OF RECORDS: Negative for MI, COPD, liver disease or diabetes.

SOCIAL HISTORY: Negative for prostate cancer. He's father did have colon cancer. Also positive for cigarette smoking. He did have ETOH abuse, but quit four years ago.

PHYSICAL EXAMINATION: Lungs clear A&P. Heart rate regular rate and rhythm. Abdomen is soft and nontender.

## Northeast Urologic Surgery, P.C.

*Pediatric and Adult Urology*



Charles R. Burke, M.D., F.A.C.S.
Steven R. Previte, M.D., F.A.C.S.
Ossama E. Sakr, M.D., F.A.C.S.
Liam J. Hurley, M.D., F.A.C.S.
Melissa R. Brown, M.D.

**NORTH ANDOVER, MA 01845**
198 MASSACHUSETTS AVE.
(978) 686-3877  FAX: (978) 686-9586

**SALEM, NH 03079**
23 STILES ROAD
(603) 893-9050  FAX: (603) 893-5112

David R. Farzan, M.D.
November 16, 1999
Page 2

Re: Alan Norman
    DOB: 11/24/47

GU EXAMINATION: Testes are bilaterally descended without masses. He has no evidence of hernia.

PROSTATE EXAMINATION: +1 to +2 enlarged without nodules. He's guaiac-negative at this point. I was unable to feel any rectal mass at this point.

ASSESSMENT: Rectal cancer.

PLAN: Is to do a possible colonic pull-through, which is going to require preoperative ureteral stent placement.

I will be involved with this and I will certainly help in any way I can.

Sincerely,

Liam J. Hurley, M.D.

LJH:cs

cc:  Jonathan D. Mandell, M.D.

# ATTACHMENT H

 

**Boston University**
**School of Medicine**

**Boston University Medical Group**
Doctors Office Building
720 Harrison Avenue
Boston, MA 02118-2393
Tel. (617) 638-7460
Fax (617) 638-7454

**RHEUMATOLOGY SECTION**
Joseph H. Korn, M.D.
*Chief*

Robert W. Simms, M.D.
*Clinical Director*

David T. Felson, M.D.,MPH
Robert A. Lafyatis, M.D.
Caryn A. Libbey, M.D.
Timothy E. McAlindon, M.D.,MPH
Peter A. Merkel, M.D.,MPH
Martha Skinner, M.D.
Melynn Nuite, R.N.

ALLEN, Norman                              992579

BU MEDICAL GROUP-ARTHRITIS        Robert Simms, M.D.

July 13, 1999

fibro-
This is a return visit for Mr. Allen for myalgia syndrome and depression.

Since his last visit Mr. Allen reports worsening generalized pain, especially over
the lateral aspect of the hips, but also in the knees and feet, he has pain in his
hands in fact he reports pain all over per daily. He also reports many symptoms
of depression including poor appetite, difficulty sleeping for more than two hours,
continuously he feels down and depressed, poor concentration and has little
enjoyment of virtually any aspect of his life. In addition the patient reports over
the past six weeks intermittent bloody stools. He reports that it is bright red blood
on the surface of his stools but this is the first time he has had this problem.

Medications: Dilantin 500 mg q.d., Paxil 30 mg q.d., amitriptyline 20 mg at h.s.,
salsalate 1.5 mg b.i.d., Neurontin 300 mg t.i.d. and Ambien 5 mg at h.s.

On examination the blood pressure was 100/64. The weight was 150 pounds (this
is unchanged). Musculoskeletal examination shows completely normal joints.
There was no significant tenderness or deformity.

Impression: The patient's chronic pain syndrome/fibromyalgia syndrome appears
to be associated with significant worsening of his depression. He also gives a
history of lower gastrointestinal bleeding the etiology of which is unclear.

At this time I have recommended that Mr. Allen discontinue Paxil and that he
begin Effexor at 75 mg q.d. to start. This should almost certainly be increased to
a total of 150 mg daily. Also he will require additional evaluation of his lower
gastrointestinal bleeding. I urged Mr. Allen to follow-up with Dr. Kelly in this
regard. We also discussed the importance of a psychiatric evaluation and I
indicated that this may very well be helpful in further management of his
significant depression.

Robert Simms, M.D.
CC:    Michael Kelly, M.D.
       34 Haverill Street
       Lawrence, MA 01841

Boston Medical Center
Boston University School of Medicine
Boston University School of Public Health
Boston University Henry M. Goldman School of Dental Medicine

**ALLEN, NORMAN**                                     **#992579**

BU MEDICAL GROUP – Arthritis                 Donough Howard, M.D.
                                              ATT: Robert W. Simms, M.D.

March 31, 1998

This is the first visit for Mr. Allen, who has been complaining of
pain and stiffness in his neck, both upper limbs, both feet, and
occasionally in his low back. He describes this as going on for
the past two years and getting progressively worse over that time.
His symptoms, he feels, are worse in the morning-time, when, on
waking up, he feels achy all over. He has not at any stage noticed
any joint or soft-tissue swelling. He denies any associated rash
or any dry eyes. He denies any numbness in any limbs; and, while
he has noticed some decrease in muscle strength over recent years,
which he attributes to disuse, he denies any definitive localized
myopathy.

In recent months, Mr. Allen also reports that he has been having
severe difficulty sleeping. He usually goes to bed at about 11:00
P.M. but finds that he sleeps for only 1-2 hours, despite
repeatedly trying to go back to sleep. He usually gets up at about
2:00 A.M. and remains up for the rest of the day. He finds that he
is tired throughout the day, napping occasionally.  On further
questioning, he also reveals that he has been feeling very low
lately. He admits to not getting pleasure out of anything. His
appetite has decreased in recent months, and he admits that he
feels that he is feeling significantly depressed. He denied any
suicidal ideation or intent.

The past medical history is significant for a seizure disorder.
His last seizure was two months ago.  Of note, he continues to
drive a car intermittently, despite medical advice to the contrary.
He also has a history of heavy alcohol intake; however, he stopped
drinking one year ago, he tells me.  Prior to this, he drank 30-40
bottles of beer per day.  In the past, Mr. Allen has had numerous
attendances at hospitals following cuts, bruises, and concussions.
He feels that these were partly related to his alcohol intake and,
on some occasions, related to his seizure disorder.

Social History: Mr. Allen is a 50-year-old married gentleman.  He
owned his own construction company prior to 1990; however, since
then, he has been living on Disability.  He feels that this has
been a further factor in his ongoing depression.

The family history was noncontributory.

ALLEN, NORMAN
#992579
March 31, 1998
Page 2

On review of systems, he complains of intermittent headaches and
lack of libido. His weight has remained stable.

On examination, vital signs were stable. Blood pressure was
100/70, weight was 154 lbs., and heart rate 72 and regular.
Cardiovascular examination was essentially normal. On respiratory
examination, there were scattered crackles in both bases, with a
prolonged expiratory phase. Abdominal examination was normal. On
musculoskeletal examination, examination of the joints of the upper
limbs was essentially normal. There was, however, mild tenderness
over the trapezii bilaterally. Neck movements were decreased in
all directions. There were no tenderness or trigger points
elicited on examination of the rest of the back. Low back
examination was normal, with straight leg raising to 80 degrees.
On examination of the lower limbs, examination of the joints was
essentially normal. On examination of his feet, there was evidence
of moderate fallen arches bilaterally. Neurological examination
was essentially normal apart from a small area of paresthesia over
the right maxillary region.

Our impression was that Mr. Allen has evidence of a chronic pain-
fibromyalgia type syndrome. We feel that this is related to his
significant depression. The other possibility with this type of
presentation in a man would be that of a sleep apnea syndrome.
This would seem unlikely in Mr. Allen's case; however, this will be
kept in mind in the future, should his symptoms not improve.

We had a long talk with the patient today and advised him about the
nature of his condition and the need to get his depression under
better control primarily. We have, therefore, advised him to
increase his dose of Paxil from 20 mg. q daily to 30 mg. q daily.
We have also advised him about the benefits of an aerobic-type
exercise program. We have also advised him against driving his car
and plan to see him back in the clinic in six weeks' time. We also
felt that he may benefit from a referral to a Psychiatrist for
further management of his depression. We mentioned this to the
patient, who was agreeable with this. No formal arrangement has
been made for follow-up here, as he feels that he would like to
arrange this through his primary care doctor, Dr. Kelly.

The above history and examination were performed jointly by myself

ALLEN, NORMAN
#992579
March 31, 1998
Page 3

and Dr. Simms; and the patient care plan was formatted jointly by
myself, Dr. Simms, and the patient.

Donough Howard, M.D.
Fellow in Rheumatology

Robert W. Simms, M.D.
Attending Physician
 in Rheumatology

cc:   Michael Kelly, M.D.
      34 Haverhill Street
      Lawrence, MA   01841

DH/jmz

ALLEN, Norman                                MR#: 992579

BU MEDICAL GROUP – RHEUMATOLOGY           Robert Simms, M.D.

July 27, 1998

This is a return visit for Mr. Allen with fibromyalgia syndrome.

Since his last visit, Mr. Allen reports that he's had continued problems with his left shoulder with episodic dislocation. This most recently occurred this morning while stretching while getting out of bed. Despite this, he's had overall improvement in his fibromyalgia syndrome with some improvement in sleeping, although he still has considerable difficulty with sleep.

His medications are Dilantin 500 mg q day, Neurontin 300 mg tid, Salsalate 1.5 gm bid, Paxil 30 mg q d and Amitriptyline 10 mg at hs.

On examination, the blood pressure was 94/58 and the weight was 147. The musculoskeletal examination showed tenderness at the extreme of range of motion of the left shoulder, but no clear mechanical instability. There were multiple soft tissue tender points. Remainder of the examination was normal.

Impression: Fibromyalgia syndrome with some improvement. Recurrent dislocation of the left shoulder. This likely requires further orthopedic evaluation, although this in non-urgent, especially given the patient's 20 year history of recurrent dislocation. I suggested for the time being that Mr. Allen increase his Amitriptyline to 20 mg at hs. He will continue with physical therapy and discuss with his primary physician possibly discontinuing Neurontin. We will plan to see him back in approximately three months.

Robert Simms, M.D.

RS/bg

Cc: Michael Kelly, M.D.
    34 Haverhill Street
    Lawrence, MA 01841

ALLEN, Norman                          992579

BU MEDICAL GROUP - ARTHRITIS           John Carey, M.D.
                                       Robert Simms, M.D.

May 26, 1998


This is a follow-up for this 50-year-old gentleman with
fibromyalgia syndrome. He's had no change in his fatigue or
myalgias or energy level. He has some intermittent neck pain.
He also has some clicking in his jaw occasionally when chewing.
He also complains of left shoulder anterior dislocation from a
previous injury in his 20's. He's taking his medicines as
prescribed. Lastly, he complains of some decreased hearing in
his ears and some ringing in his left ear which has been going on
for at least a couple of years.

MEDICATIONS: Dilantin 500 mg a day, Paxil 30 mg a day, Neurontin
300 mg three times a day, Salsalate 1.5 grams twice a day.

Exam reveals a thin gentleman in no distress. Blood pressure
108/70, weight 151 pounds. There's no adenopathy. All joints
have normal range-of-movement without synovitis. He has diffuse
musculoskeletal tenderness. He has poor dental hygiene with
several caries on examination of his dental area. Neck has
normal range-of-movement. There are no rashes, nodules or tophi.
Left auriscopy is normal. Right auriscopy reveals some impacted
wax.          test reveals some mild decrease in hearing in both
ears.

Overall impression is fibromyalgia and depression. Appears
unchanged. On the order to tinnitus, it is very unlikely for
aspirin medications to cause unilateral tinnitus, however, it may
be exacerbating it. The plan at this point is that we recommend
that he stop the Salsalate, start Amitriptyline 10 mg q h.s. and
have advised him to follow-up with his own doctor for his
decreased hearing and also he can put some drops of paraffin oil
or cooking oil into his ear once or twice a day for several weeks
to help relieve the impacted wax. He will return to clinic in
the next 2 months and continue with his exercises.

Dr. Robert Simms was present for the key points of the history
and physical and the plan was formatted together.


John Carey, M.D.
Rheumatology Fellow


Robert Simms, M.D., Attending Physician

ALLEN, Norman / Pg. 2
#992579
May 26, 1998

JC/pi

CC:   Michael Kelly, M.D.
      34 Haverhill Street
      Lawrence, MA 01841

ALLEN, Norman    *11-24-47*    992579

BU MEDICAL GROUP - Rheumatology    Robert Simms, M.D.

October 26, 1998

This is a return visit for Mr. Allen with fibromyalgia syndrome.

Since his last visit Mr. Allen reports no significant change in his
musculoskeletal symptoms.    He continues to have generalized
achiness and fatigue with significant sleep disturbance, sleeping
no more than about 2 hours at a time.    He has also continued to
have difficulty with his left shoulder dislocation.    He has
indicated that the orthopedic surgeon who he has seen in the past
would like an X-ray of his shoulder in the dislocated position,
although Mr. Allen is reluctant to wait for the time it takes to
get an X-ray when he is uncomfortable with his shoulder dislocated.

Medications are Dilantin 500 mg q.d., Neurontin 300 mg t.i.d.,
salsalate 1.5 mg b.i.d., Paxil 30 mg q.d., and amitriptyline 20 mg
at h.s.

On examination, the musculoskeletal examination as before showed
pain at the extreme of range of motion of the left shoulder, and
there were multiple soft tissue tender points as before.

Impression: Fibromyalgia syndrome with continued significant sleep
disturbance and fatigue, and chronic recurrent dislocation of the
left shoulder.

At this time I have recommended that Mr. Allen increase his
amitriptyline to 30 mg at h.s. and have recommended a return visit
in approximately 3 months time.

Robert Simms, M.D.

RS/amy
10/28/98

CC:  Michael Kelly, M.D., 34 Haverhill St., Lawrence, MA  01841

# ATTACHMENT I

*Kelley*

**Howard P. Taylor, M.L**
**254 Pleasant Street**
**Methuen, MA 01844**

**(Tel)   508 683-8129**
**(FAX)   508 686-1126**

July 24, 1997

<u>**NORMAN ALLEN**</u>

**CHIEF COMPLAINT:**    I saw Mr. Allen on July 24, 1997.  Mr. Allen is forty-nine years old and right handed.  He is unemployed.  He has a history of seizures.  He has a problem with his left shoulder.

**PRESENT HISTORY:**    He tells me he first dislocated his left shoulder in his twenties.  He was boxing.  He has dislocated it many times since then; approximately six times in the past week. He thinks he has also dislocated his right shoulder, but the left is troubling him more now.  He thinks believes that it comes out anteriorly.

**PAST HISTORY:**    He has a history of seizures.  He has had lung surgery.

**ROS:**    No other complaints.  He has multiple joint pains.

**SOCIAL HISTORY:**    He is married with two children and has an eighth grade education.

**EXAMINATION:**    On examination he is a well developed, well nourished male.  Examination of his shoulders reveals full range of motion but he has marked apprehension at the left shoulder as I flex, abduct, and externally rotate. He has a normal sensation about the shoulder.

**COMMENT:**    I explained to him that it's absolutely necessary that we get an xray of the shoulder out.

**TREATMENT:**    I told him that the next time this happens he should quickly get over to the hospital and get an xray.  When that happens he is to call me, and I will arrange for him to have this surgery.

Howard P. Taylor, M.D.

HPT: ji/7-97

cc: G.L.F.H.C.
    34 Heverhill St

# ATTACHMENT  J

2485910
Printed

### *Seacoast Hospice*
*Serving Rockingham and Strafford Counties with Offices in:*

| | | |
|---|---|---|
| 10 Hampton Road<br>Exeter, NH 03833 | 1039 Islington Street #202<br>Portsmouth, NH 03801 | 642 Central Avenue<br>Dover, NH 03820 |

info@seacoasthospice.org    **1-800-416-9207**    www.seacoasthospice.org

**Date:** 5/15/02
**Patient Name:** Norman Allen
Dear Dr. Farzan:

Your patient was reviewed at our Seacoast Hospice Interdisciplinary meeting today. He will be reviewed again on **5/29/02** and we invite you or a member of your staff to attend.

**DIAGNOSIS: Colon Ca/Liver Mets**

## Problems/Concerns Identified by Our Team:

**NURSING:**
**COMFORT/PAIN:** Duragesic patch increased to 350 mcg, change q 48 hours, continue with Roxicodone 20 mg/ml, 90 mg q 1 hour BT pain.
**RESP/CARDIAC:** BP 132/88, R 16, no distress, P 88 and regular, LS greatly diminished, has productive cough. Continues to smoke.
**GI:** N/V almost daily, sips fluids only, anorexic, DAB supp tid(PRN)
**G.U.:** Denies any problem, urinating at present time.
**MOBILITY:** Up ad lib.
**NEURO/M.S:** A&O, general weakness.
**SKIN INTEGRITY:** Remains intact. Warm, very dry.
**COPING ISSUES:** Has supportive family, wife, daughter-in-law, daughters Ruth, Kristin, Tammi
**CNA COORDINATOR:** Patient declines hospice nursing Assistant visits at present.
**VOLUNTEER:** Per SW, patient and family resistant to too many people. Vol. Will not be assigned, following via IDT.
**SOCIAL WORK:** SW will continue to support patient's spouse re: issues of anticipatory grieving.
**BEREAVEMENT:** No change in bereavement plan of care, monitor via IDT.
**PASTORAL CARE:** No request received for spiritual care.
**MEDICAL DIRECTOR:** Continue to follow via IDT for symptom control issues.
Sincerely,

Julie Steckbeck, RN, CHPN
Clinical Program Manager