UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TAMMY ALLEN, PERSONAL REPRESENTATIVE OF THE ESTATE OF NORMAN ALLEN,<br><br>      Plaintiff,<br><br>      V.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Civil Action No. 05-11463-DPW |

**UNITED STATES' ASSENTED TO MOTION FOR ORDER RESCHEDULING THE SEPTEMBER 8, 2005 SCHEDULING CONFERENCE**

The United States of America (hereinafter "United States") respectfully requests that this Court reschedule the September 8, 2005 Scheduling Conference until some time after September 20, 2005. In support the United States says:

1. The undersigned attorney is scheduled to be in Denver, Colorado on September 8, 2005 preparing for a trial scheduled to commence on September 12, 2005 at the United States District Court for the District of Colorado, United States v. St. Germain, Civil Action No. 03-01041-PSF. That trial is excepted to last one week.

2. Tammy Allen's (hereinafter "Allen") counsel, William J. Thompson, assents to this motion.

WHEREFORE, the United States respectfully requests the Court to reschedule the Scheduling Conference in the above captioned case from September 8 to some time after September 20, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: August 29, 2005            /S/ Christopher Alberto
                                  Christopher Alberto
                                  Assistant U.S. Attorney
                                  U.S. Attorney's Office
                                  John Joseph Moakley Courthouse
                                  1 Courthouse Way, Suite 9200
                                  Boston, MA   02210
                                  Tel. No. (617) 748-3311

## CERTIFICATE OF SERVICE

I hereby certify that on this day service of the foregoing Motion to Reschedule has been made upon the following by emailing a copy of this document to bthompson@lubinandmeyer.com:

William Thompson, Esq.
Lubin & Meyer, P.C.
100 City Hall Plaza
Boston, MA 02108


Dated: August 29, 2005            /S/ Christopher Alberto
                                  Christopher Alberto
                                  Assistant U.S. Attorney