UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                )
                                                )
TAMMY ALLEN, PERSONAL REPRESENTATIVE   )
OF THE ESTATE OF NORMAN ALLEN,             )
                                                )
    Plaintiff,                            ) Case No. 05-11463-DPW
                                                )
v.                                                )
                                               )
UNITED STATES OF AMERICA,                 )
                                               )
    Defendant.                          )
_____ )

## JOINT STATUS REPORT

Pursuant to the Court's September 27, 2005, Scheduling Order in the above captioned case, the parties submit the following status report:

    1.    While the parties have completed discovery, the defendant seeks documents from an accountant that provides tax and financial information about income earned by the decedent and his family from employment and business interests;

    2.    The parties continue to assess litigation risks and costs and intend to pursue efforts to determine whether settlement is a viable alternative to trial;

    3.    The parties do not plan to file any dispositive motions; and

4.	The parties are prepared to discuss at the Court's scheduled January 11, 2007 status conference, the proposed dates for possible settlement conference, a pretrial conference, and trial.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| The Estate of Norman Allen | MICHAEL J. SULLIVAN<br>United States Attorney |
| */s/William J. Thompson (with permission)*<br>William J. Thompson, Esquire<br>Lubin & Meyer, P.C.<br>100 City Hall Plaza<br>Boston, MA 02108 | By: */s/Christopher Alberto*<br>Christopher Alberto<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(617) 748-3311 |

Dated: December 21, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Christopher Alberto*
Christopher Alberto
Assistant United States Attorney

Date: December 21, 2006