UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
                                            )
TAMMY ALLEN, PERSONAL REPRESENTATIVE        )
OF THE ESTATE OF NORMAN ALLEN,              )
                                            )
          Plaintiff,                        ) Case No. 05-11463-DPW
                                            )
     v.                                     )
                                            )
UNITED STATES OF AMERICA,                   )
                                            )
          Defendant.                        )
_____)

## JOINT MOTION TO RESCHEDULE STATUS CONFERENCE

The parties respectfully request the Court to reschedule the January 11, 2007 status conference for January 17, 2007 at 2:00 because Plaintiff's counsel, William Thompson, is conducting a trial in state court this week.

WHEREFORE, the parties respectfully request the court to reschedule the scheduled January 11, 2007 status conference for January 17, 2007 at 2:00.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| The Estate of Norman Allen | MICHAEL J. SULLIVAN<br>United States Attorney |
| */s/William J. Thompson (with permission)*<br>William J. Thompson, Esquire<br>Lubin & Meyer, P.C.<br>100 City Hall Plaza<br>Boston, MA 02108 | By: */s/Christopher Alberto*<br>Christopher Alberto<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(617) 748-3311 |

Dated: January 10, 2007

1

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                */s/ Christopher Alberto*
                                                Christopher Alberto
                                                Assistant United States Attorney

Date: January 10, 2007