UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
                                    )
TAMMY ALLEN, PERSONAL REPRESENTATIVE )
OF THE ESTATE OF NORMAN ALLEN,      )
                                    )
    Plaintiffs,                     ) Civil Action No. 05-11463-DPW
                                    )
    v.                              )
                                    )
UNITED STATES OF AMERICA,           )
                                    )
    Defendant.                      )
_____)

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41 (a)(1)(ii), the Parties hereby stipulate to the dismissal of the above captioned action with prejudice. Each party shall bear all of their own costs and attorneys' fees in connection with the action.

Respectfully submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
|  | MICHAEL J. SULLIVAN<br>United States Attorney |
| */s/William J. Thompson (with permission)*<br>William J. Thompson, Esquire<br>Lubin & Meyer, P.C.<br>100 City Hall Plaza<br>Boston, MA 02108<br>(617) 720-4447<br>Wthompson@LubinandMeyer.com | By: */s/Christopher Alberto   2/23/2007*<br>Christopher Alberto<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>Boston, MA 02210<br>(617) 748-3311<br>Christopher.Alberto@usdoj.gov |

Agency Counsel:
George Eng
HHS Office of Regional Counsel 617-565-2377
George.Eng@HHS.gov

CERTIFICATE OF SERVICE

    I, Christopher Alberto, Assistant U.S. Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                               */s/ Christopher Alberto*
                                               Christopher Alberto
                                               Assistant United States Attorney

Date: February 23, 2007